IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO

ANDREW RULNICK, A▮▮▮ R▮▮▮, J▮▮ R▮▮▮, and H▮▮
R▮▮▮, R▮▮ D▮▮▮

5:24 CV 01075

Plaintiffs,

v.

JUDGE ADAMS

STATE OF ARIZONA, KRISTIN K. MAYES, KATIE HOBBS, DOUG DUCEY, MARK BRNOVICH, CITY OF MESA, CITY OF PHOENIX, TOWN OF GILBERT, PARADISE VALLEY UNIFIED SCHOOL DISTRICT, ANN FURNISH, STEPHAN JERAS, NICOLE SMEDLEY, JOHN SMEDLEY, BREANNA RICE, SHERI D. SHEPARD, RANDA D. CONWAY, CONNIE GOULD, JULIE KRIEGH, THOMAS YOUNG, DUNCAN STOUTNER, ROBERT GRASSO JR, GRASSO LAW FIRM, VICTORIA TORRILHON, LISA DANCZEWSKI, KARIN MEISTER, LARRY J CROWN, TITUS BRUECKNER SPITLER & SHELTS PLC, MICHAEL HENLEY, JSH FIRM, OFFICER D. ZINTAK #8934, [Insert Judicial Assistants' Names], [Insert DCS Staffers' Names], [State/City Agents TBD], [DOJ & UNITED STATES GOVERNMENT]

**FILED**

**JUN 2 5 2024**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Defendants.

**MOTION FOR REASONABLE ACCOMMODATIONS**

Plaintiff Andrew Rulnick, by and through his attorneys, hereby moves this Court for an order granting him reasonable accommodations to ensure his full and equal participation in all aspects of this litigation.

**ARGUMENT**

**A. Plaintiff Andrew Rulnick's Disability**

Plaintiff Andrew Rulnick has been diagnosed with High-Functioning Autism Spectrum Disorder (HFASD), a neurodevelopmental disorder that affects communication, social interaction, and sensory processing. This disability presents unique challenges in navigating complex legal proceedings, including:

- **Processing Verbal Information:** Individuals with HFASD often have difficulty processing verbal information, especially in fast-paced or stressful situations, like courtroom proceedings, depositions, or conferences.

- **Sensory Sensitivities:** Individuals with HFASD may experience heightened sensitivity to sensory stimuli, such as bright lights, loud noises, or crowded environments, which can cause significant distress and make it difficult to focus and participate effectively in legal proceedings.
- **Communication Challenges:** Individuals with HFASD may struggle with social communication, including understanding nonverbal cues, interpreting sarcasm or humor, and engaging in reciprocal conversations. This can lead to misunderstandings and misinterpretations in legal settings, where precise and nuanced communication is essential.

**B. Reasonable Accommodations Are Necessary for Equal Access to Justice**

The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., guarantees equal access to justice for individuals with disabilities. Title II of the ADA prohibits discrimination on the basis of disability by public entities, including courts. See 42 U.S.C. § 12132. The ADA requires public entities to make reasonable accommodations to ensure that individuals with disabilities have an equal opportunity to participate in services, programs, and activities, including legal proceedings.

In this case, Plaintiff Andrew Rulnick requires reasonable accommodations to ensure his full and equal participation in all aspects of this litigation. Without such accommodations, Plaintiff Andrew Rulnick will be at a significant disadvantage and will be unable to effectively advocate for his rights and the rights of his children. The failure to provide reasonable accommodations in prior legal proceedings in Arizona has already resulted in substantial prejudice and harm to Plaintiffs, as detailed in this Complaint.

**C. Requested Accommodations**

To rectify past injustices and ensure a fair and accessible legal process in this Court, Plaintiff Andrew Rulnick respectfully requests the following reasonable accommodations:

1. **Written Communication:** All court documents, notices, and communications should be provided in written format, in addition to any oral presentations or discussions. This will allow Plaintiff Andrew Rulnick time to carefully review and process information at his own pace and to refer back to materials as needed.
2. **Transcripts:** Complete and accurate transcripts should be provided for all hearings, depositions, and other oral proceedings. This will allow Plaintiff Andrew Rulnick to review and understand the information presented during these proceedings, especially if he has difficulty processing verbal information in real-time.

3. **Visual Aids:** Counsel and the Court should utilize visual aids, such as diagrams, charts, or timelines, whenever possible to explain complex legal concepts or procedural matters. Visual aids can enhance Plaintiff Andrew Rulnick's understanding and facilitate clearer communication.

4. **Breaks and Sensory Accommodations:** Plaintiff Andrew Rulnick should be granted frequent breaks during hearings and depositions to allow him to manage sensory overload and regulate his emotions. The Court should also consider making reasonable adjustments to the courtroom environment, such as reducing lighting or minimizing noise, to accommodate Plaintiff Andrew Rulnick's sensory sensitivities.

5. **Clear and Concise Communication:** All communications with Plaintiff Andrew Rulnick, whether written or oral, should be clear, concise, and free of jargon or complex legal terminology. Avoid using sarcasm, humor, or figurative language that can be difficult for individuals with HFASD to interpret.

6. **Plain Text Documents and Transcripts:** All documents and transcripts, including court orders, motions, briefs, and discovery materials, should be provided in plain text format to ensure accessibility. This will allow Plaintiff Andrew Rulnick to easily copy, paste, and search text, enhancing his ability to work with and understand the materials.

7. **Email Communication and Document Exchange:** To streamline communication and ensure timely and efficient exchange of information, all communications and document exchanges for discovery and other proceedings in this case should be conducted via email, with documents attached as files. Defendants should be directed to organize documents within clearly labeled folders for ease of access.

8. **Court-Appointed Email Moderator:** To ensure timely and efficient communication and to prevent the defendants from ignoring or delaying responses to Plaintiff Andrew Rulnick's communications or discovery requests, the Court should appoint a designated moderator to monitor all email exchanges between the parties. This moderator would be responsible for ensuring that the defendants comply with discovery requests, court orders, and deadlines, and would have the authority to address any communication-related issues that may arise.

**D. Granting These Accommodations Serves the Interests of Justice**

Providing Plaintiff Andrew Rulnick with these reasonable accommodations will ensure that he has an equal opportunity to participate in this litigation and advocate for his rights. It will also promote fairness, efficiency, and the integrity of the judicial process. The accommodations requested are not unduly burdensome and can be easily implemented without causing significant disruption to the proceedings.

1  **CONCLUSION**

2  For the foregoing reasons, Plaintiff Andrew Rulnick respectfully requests that this Court
3  grant his Motion for Reasonable Accommodations and issue an order directing the parties
4  and the Court to provide the requested accommodations throughout all stages of this
5  litigation.

6  **Respectfully submitted,**

7  /s/ Andrew Rulnick
8  Andrew Rulnick
9  676 Lilac Ln
10 Copley Ohio 44321
11 Andrew@DESIGNA.xyz
12 480.527.7255