# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Rulnick, | No. CV-24-02611-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

This matter is before the Court on its own review.

*Pro se* Plaintiff and Ohio resident Andrew Rulnick ("Plaintiff") commenced this action on June 25, 2024 in the District Court for the Northern District of Ohio (Doc. 1). Plaintiff's Complaint alleges civil rights claims and other torts against the State of Arizona, multiple defendants located in Arizona, and federal defendants in Washington, D.C. (*Id.*) On September 20, 2024, Judge Adams found venue was improper in the Northern District of Ohio and transferred the matter to this Court. (Doc. 10).

Upon review of the docket, it does not appear that Plaintiff has filed a requisite proof of service on any of the named Defendants. Having filed his Complaint on June 25, 2024, he was required under Federal Rule of Civil Procedure 4(m) to serve the Defendants within 90 days, or by September 23, 2024. That day has long passed.

Accordingly,

**IT IS ORDERED** that this matter shall be dismissed without prejudice if Plaintiff fails to show good cause before October 25, 2024, for failure to prosecute this action.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this matter without further order of the Court on <u>October 28, 2024</u>, if Plaintiff fails to respond to this order by the deadline stated.

**IT IS FINALLY ORDERED** that Plaintiff is advised that *pro se* litigants must also observe the Rule of Civil Procedure and the Local Rules of Civil Procedure for the District of Arizona ("Local Rules").  *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (*pro se* litigants are held to the same procedural rules as litigants with counsel).  Plaintiff has elected to proceed without counsel in this action, which they are entitled to do.  But as with any litigant before this Court, they must become familiar with, and follow, the applicable rules and orders of this Court. *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986) (*Pro se* litigants "should not be treated more favorably than parties with attorneys of record"); *Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986) ("Although *pro se*, [plaintiff] is expected to abide by the rules of the court in which he litigates.").

Finally, Plaintiff is advised that if they fail to prosecute this action, or if they fail to comply with the Federal or Local Rules or any Court order, the Court may dismiss the action with prejudice pursuant to Rule 41(b) of the Federal Rule of Civil Procedure. *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

Dated this 18th day of October, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge