

**Andrew Rulnick <andrew@designa.xyz>**

---

# FC2022-091124 - Evidentiary Hearing
48 messages

---

**Andrew Rulnick** <andrew@designa.xyz>          Tue, Sep 10, 2024 at 12:44 PM
To: kimberly.clark@maricopa.gov

To whom it may concern,

I am seeking assistance for equal access ♿ due to disabilities.

I have attempted in the past to work with your clerks and courts for nearly seven years with little to no success for accomodations.

I need assistance, as I have a filing to proceed filing a motion for leave in impoverished for waivers of all filings. I am also only just now getting any notice of this proceeding, and have exhibits in support of my impoverished, standard form 20 and the affidavit notorized with a local bank in Ohio.

Additionally I have exhibits to present to the court.

Sincerely,


DESIGNA AI


___
Sent from my mobile device


Andrew Rulnick
Owner & Founder
phone: 480.527.7255

---

**Andrew Rulnick** <andrew@designa.xyz>          Tue, Sep 10, 2024 at 12:45 PM
To: kimberly.clark@maricopa.gov

I was also sent the notice of this hearing to a personal email, where I need them all sent here.

I have no notice of where or how to attend tomorrow's hearing either. I find it especially concerning there are more proceedings occuring without my knowing.

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255
[Quoted text hidden]

---

**Kimberly Clark (COC)** <Kimberly.Clark@maricopa.gov>
To: Andrew Rulnick <andrew@designa.xyz>

Tue, Sep 10, 2024 at 12:50 PM

Mr. Rulnick,

I'm not sure how you received my email but I will forward your email to Honorable Wingard's division. They should provide you with further information on how to proceed in your matter.

I hope you have a good day.

Thanks,

Kimberly Clark

Courtroom Clerk



# Clerk of the Superior Court

**Maricopa County**
Southeast Regional Facility

222 E Javelina

Mesa, AZ 85210

(602) 506-1176

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Tue, Sep 10, 2024 at 12:57 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

They have prejudiced me in the past on these very same issues. I have complaint to the DOJ and a lawsuit against the United States, the DOJ, and Arizona et al, I am sorry to say.

For lack of access... For seven years in Arizona.


Sincerely,


DESIGNA AI


___
Sent from my mobile device


Andrew Rulnick
Owner & Founder
phone: 480.527.7255
[Quoted text hidden]

---

**2 attachments**



**image001.png**
14K



**image001.png**
14K

---

**Andrew Rulnick** <andrew@designa.xyz>                        Tue, Sep 10, 2024 at 12:58 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

That lawsuit, which is a key exhibit for tomorrows proceedings. Is in Ohio's Federal
District, for diversity.


Sincerely,


DESIGNA AI

___
Sent from my mobile device


Andrew Rulnick
Owner & Founder
phone: 480.527.7255
[Quoted text hidden]

---

**Kimberly Clark (COC)** <Kimberly.Clark@maricopa.gov>        Tue, Sep 10, 2024 at
                                                                      1:04 PM
To: Andrew Rulnick <andrew@designa.xyz>


Mr. Rulnick,


I'm sorry to hear that but the division will be able to help you further. I
have forward your email to the division. If you have any questions
regarding the your case, please contact the division staff of the Judicial
Officer assigned to your case. This email address will not be able to
assist you further. Thank you.

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Tuesday, September 10, 2024 9:59 AM
**To:** Kimberly Clark (COC) <Kimberly.Clark@maricopa.gov>
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

_____

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]

>> [Quoted text hidden]

>> ### Clerk of the Superior Court

>> [Quoted text hidden]

> [Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Tue, Sep 10, 2024 at 1:07 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

What is their email address? Kindly please and thank you

Sincerely,

DESIGNA AI

___

Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255
[Quoted text hidden]

---

**Kimberly Clark (COC)** <Kimberly.Clark@maricopa.gov>       Tue, Sep 10, 2024 at 1:12 PM
To: Andrew Rulnick <andrew@designa.xyz>

You can reach them at [DRJ19@JBAZMC.MARICOPA.GOV](mailto:DRJ19@JBAZMC.MARICOPA.GOV)

---

**From:** Andrew Rulnick <[andrew@designa.xyz](mailto:andrew@designa.xyz)>
**Sent:** Tuesday, September 10, 2024 10:07 AM
**To:** Kimberly Clark (COC) <[Kimberly.Clark@maricopa.gov](mailto:Kimberly.Clark@maricopa.gov)>
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

[Quoted text hidden]

---

Andrew Rulnick <andrew@designa.xyz>                    Tue, Sep 10, 2024 at 1:18 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
Cc: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

Hello to whom it may concern, I have filings that I need assistance / accommodations with kindly - please and thanks.

I have an affidavit of financial hardship, motion to proceed in leave, forma pauperis and for waivers of fees.

I have key exhibit 1 along with response to the petitioner, a lawsuit filed in the federal district circuit of Ohio, being overseen by Honorable Adams, and our Chief Magistrate.

The petitioner has been attempted numerous times by waiver. She has refused by zero response. I would like to also include with my filings a motion for continuation while we work through my ADA accommodations that were ignored for seven years in Arizona. Including his honorable Weingard.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>            Tue, Sep 10, 2024 at 1:19 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
Cc: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

Also both my email address and address on record, are incorrect and those
need updated kindly.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>            Tue, Sep 10, 2024 at 1:22 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
Cc: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

and my motion for accommodation of course, which previously was ignored by
the court for seven years, only to be granted on my **first appearance pro
se, in Ohio**. A big reason there's this massive lawsuit I have filed in a federal
district, for diversity. All very relevant to this case, so if you could please let

me know how we are going to proceed, with accommodations would be greatly appreciated. I can provide the court and his honor the copy of the exhibit, and the order for accommodation as a proposed order if that should help the court to finally accommodate me for once.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                 Tue, Sep 10, 2024 at 1:30 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
Cc: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

Like I'm not trying to be mean, and sorry to be so blunt but you're all the subject of a federal lawsuit. I have had to deal with nonsense about filing conformity and nuance kicking out and back my filings in systems that have little to no proper access for a person with disabilities, whatsoever... So I would appreciate it if I could kindly get all my filings over to you this afternoon, I can start sending them now as it is only 1:30 PM est, and I would like to also file a continuation. I'll also file a motion with Judge Adams in Ohio's District Circuit to notify and update him that mother has petitioned the court once again... and for a new judge assignment too because with respect to the Court, the current Judge is one of the ones who prejudiced me previously the **worst.**

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                Tue, Sep 10, 2024 at 1:49 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
Cc: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

Don't worry, I don't blame you two personally. That's why the DOJ is named, so I don't want you all to take that personally please. I'm just being very candid and blunt about how far your "systems" and the DOJ have to go with access... a very long way.

I will continue to watch this email for a reply so we can get the filing(s) sorted please, and thank you.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                Tue, Sep 10, 2024 at 1:52 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Cc: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

I think you all have bad bosses, and their bosses, and broken systems of no fault of your own. So I would appreciate any update before the end of the day even if it's a "we are working on it".

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**SUP DRJ19** <DRJ19@jbazmc.maricopa.gov>                   Tue, Sep 10, 2024 at 2:54 PM
To: Andrew Rulnick <andrew@designa.xyz>

Mr. Rulnick,


You will need to file a motion for whatever you are requesting from the Court.


*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Tuesday, September 10, 2024 10:19 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
**Cc:** Kimberly Clark (COC) <Kimberly.Clark@maricopa.gov>
**Subject:** Fwd: FC2022-091124 - Evidentiary Hearing

You don't often get email from andrew@designa.xyz. Learn why this is important

[Quoted text hidden]

---

**SUP DRJ19** <DRJ19@jbazmc.maricopa.gov>                    Tue, Sep 10, 2024 at 2:54 PM
To: Andrew Rulnick <andrew@designa.xyz>

You will need to update your information with the Clerk of court

*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

*602-372-3197*

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Tuesday, September 10, 2024 10:19 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
**Cc:** Kimberly Clark (COC) <Kimberly.Clark@maricopa.gov>
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

[Quoted text hidden]

You don't often get email from andrew@designa.xyz. Learn why this is important

**Andrew Rulnick** <andrew@designa.xyz>                    Tue, Sep 10, 2024 at 3:17 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>

Hello, I have tried to do that, my filing was rejected because I am filing for
waivers and the clerk is insisting I mail documents for a proceeding that I am
learning is supposed to take place tomorrow? I would like to forward my
filings to a clerk by email, not by email please and thank you.  I have a
financial affidavit, and have already been granted waivers in Ohio's courts as
exhibits in support of as well.

I have the following filing I need accommodations to file;

- Filing for leave, waiver in pauperis
- Filing for accomodation, with proposed order; the same type of
  accommodations that Ohio's courts provide
- Filing for new judge, to avoid more prejudice from his honorable
  Wingard who is referenced in my complaints to the DOJ and in my
  federal district lawsuit
- Filing motion to continue so we can take care of the housekeeping at
  the offset and I can be properly served
- Filing of my exhibits in support to enjoin this matter with my federal
  district lawsuit and action that my two wives are named in, along with
  agents from Arizona.

Please advise where and how I supposed to file all this in the current "system" that
doesn't permit filings for waivers, and necessitates filing by mail please and thanks.


In plain terms, I am moving for equal access under ADA and accommodations, and I do
not believe that filing by email to avoid your endless systems are asking for too much
kindly, and thanks. Especially after I have had to sue the DOJ and Arizona and agents
over these problems in the past.

So for starters, where would you like me to begin in order for there to be proper
proceedings for once?

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>          Tue, Sep 10, 2024 at 3:18 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>

I mean filing by email, not some new system I was added to last minute and
am unfamiliar with*

Pardon my typos, I'm a little bit upset that this has gone on so long as
something so simple has been made so incredibly complicated to navigate for
seven years.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>          Tue, Sep 10, 2024 at 3:22 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>

I'm organizing my filings and exhibits, and sending them all by email, this is ridiculous.

I will not be denied equal access, or the ability to participate because you all can't get it together to make simple and reasonable accommodations to permit me the ability to participate. I'm going to need a few hours to send it here. Very upsetting... Another perfect example for the DOJ and my lawsuit in the federal district circuit.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Tue, Sep 10, 2024 at 5:50 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>, Breanna Rice <11breanna@gmail.com>

Good afternoon,

Attached are my motion for leave to proceed in forma pauperis. The exhibits to support, and the standard form 20 are attached to the Exhibit set 1. I've also attached the proposed order granting because I believe that some Jurisdictions rules necessitate it.

My responsive petition is demand for recusal, with a proposed order for recusal attached.

Exhibit 1, are in support of my motion for leave to proceed in forma pauperis. I also have Ohio courts, already beginning to grant the motion for leave in forma pauperis if those help in support of.

Exhibit 2, my lawsuit in Federal District Circuit Court of **OHIO** for diversity; against Arizona et al, DOJ, United States, Breanna Rice, and Nicole Smedley.

Exhibit 3 proof of my autism, that all of Arizona ignored for like ongoing seven years, and prejudiced me. Along with a copy of the orders from **Ohio's** courts ordered on my first pro se appearance there, what should have happened like seven years ago in Arizona, but never did - can be used to help guide a proposed order although that order is a work in progress and it's an interactive process as defined by Title II and the ADA.

Then the letters from my doctor, the court clerks, and JA's and Judges ignored and didn't care about, along with the most recent version that gave rise to the motion being granted in Ohio, because well... Diversity and understanding of disabilities.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**11 attachments**


**Exhibits for Financial Hardship 1ABCDE.pdf**
2753K


**TO PROCEED IN FORMA PAUPERIS - Final to File.docx**
21K


**JURISDICTION AND DEMAND FOR RECUSAL.docx**
25K


**ORDER FOR RECUSAL.docx**
20K

**Exhibit 2c - waiver of service of summons - Copy.pdf**
259K

**Exhibit 2a - Federal District Lawsuit signed-stamped-complaint.pdf**
3763K

**Exhibit 2b - summons.pdf**
7691K

**Exhibit 3a - ASD AUTISM DIAGNOSIS.pdf**
232K

**Exhibit 3c - 653164 - Order For Accomodations.pdf**
104K

**Exhibit 3b - Rulnick ltr 7 3 24.docx signed.pdf**
430K

**ORDER FOR IN FORMA PAUPERIS.docx**
20K

---

**Andrew Rulnick** <andrew@designa.xyz>                    Tue, Sep 10, 2024 at 5:57 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>, Breanna Rice <11breanna@gmail.com>

Breanna has also been offered **countless** times to enter mediation, and
refuses, so I mean I just don't really see the point and why I should have to
subject myself to more stress from these "legal" proceedings. They have been
rife with problems, and now I'm glad have Kimberly Clark on the thread,
because with all due respect maam' your clerks and your department have
serious issues when it comes to access. Again I primarily blame your bosses
bosses boss, the DOJ and others, but I take real issue with how I have been
treated - especially the more I come to understand the law and my rights.

That is all, good day.

Sincerely,



**Andrew Rulnick**
Owner & Founder

phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Tue, Sep 10, 2024 at 6:09 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>, Breanna Rice <11breanna@gmail.com>

Attached is also my notice of change of address.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

 **NOTICE CHANGE OF ADDRESS.docx**
21K

---

**Andrew Rulnick** <andrew@designa.xyz>                    Wed, Sep 11, 2024 at 8:17 AM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>, Breanna Rice <11breanna@gmail.com>

Hello, was there a hearing **yesterday?** Wow. Nobody informed me anything,
and zero reminders with some caseline.com notice that I saw yesterday,
assumed the hearing was **today.** Another default or was it rescheduled? Are
any of my filings filed, and docketed or am I getting prejudiced for like an 8th
time.

I need to update Judge Adams either way, I would appreciate an update.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                Thu, Sep 12, 2024 at 10:19 AM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>, Breanna Rice <11breanna@gmail.com>

Hello, I notice nothing I've sent is filed or docketed. And tons of return mail
notices, again I am kindly requesting an update.


Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                Thu, Sep 12, 2024 at 10:20 AM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>, Breanna Rice <11breanna@gmail.com>

Most of all **equal** access, and accommodations for the little bit of time I have left in your courts, would be incredible.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

Andrew Rulnick <andrew@designa.xyz>                    Thu, Sep 12, 2024 at 10:38 AM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<Kimberly.Clark@maricopa.gov>, Breanna Rice <11breanna@gmail.com>

**also** I have said it before, I have said it like a **dozen times,** respectfully - **I cannot do early morning scheduled conferences, hearings, trials,** etc. **DUE TO HEALTH REASONS** please and thank you.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

**SUP DRJ19** <DRJ19@jbazmc.maricopa.gov>                    Thu, Sep 12, 2024 at 11:08
                                                                                AM
To: Andrew Rulnick <andrew@designa.xyz>

Good morning, Mr. Rulnick,

There was a hearing set for September 10th at 8:45 a.m. A trial has been set for
October 28th at 3pm.

As mentioned, before you will need to file your documents with the Clerk of
Court.  The division does not file or enter documents into the system.  As for
exhibits you will need to follow the instructions in the minute entry.

*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

*602-372-3197*

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Thursday, September 12, 2024 7:19 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>; Kimberly Clark (COC)
<Kimberly.Clark@maricopa.gov>; Breanna Rice <11breanna@gmail.com>
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

---

[Quoted text hidden]

**Andrew Rulnick** <andrew@designa.xyz>                    Thu, Sep 12, 2024 at 1:04 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

I'm adding it to my counts against the DOJ and naming you, and any agents of your division, and using this as PERFECT example one of many of complete lack of access, or necessary services for accomodations for access, thanks. I'll file my motion with Judge Adams in Ohio for intevention and forward this communication as yet another prime example of countless counts over seven years.

Thanks.


Sincerely,


DESIGNA AI

___

Sent from my mobile device


Andrew Rulnick
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Thu, Sep 12, 2024 at 1:05 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Your definitions of "access" as described by ADA and Title II ARE COMPLETELY unacceptable Julie


Sincerely,


DESIGNA AI

___

Sent from my mobile device


Andrew Rulnick
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

**Andrew Rulnick** <andrew@designa.xyz>                    Thu, Sep 12, 2024 at 1:10 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

You're being named in the federal lawsuit Julie. Adding you as one of the
agents who have worked tirelessly to prejudice, and deny me access and to
cause me. my family, company - massive harms. It's just yet another count of
countless times. So is any prior agent, I can't remember if it was you or not
previously as JA, but whoever it was, same stuff every... single... time.

Here let me update Judge Adams that we have yet **another** count where I am
denied the access and ability to effectively participate, thanks.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Thu, Sep 12, 2024 at 1:19 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

I have eight years nearly, of prejudice, denial of access, completely ignoring
requests for accommodations from your division, and about a half dozen
others in Arizona's courts. So you'll have to excuse how much I've lost all
patience for the bull---- when I have cognitive disabilities.

In Ohio, our courts address accommodations and access at the **outset** of
cases, not ignoring the requests of a disabled person, Julie.

You have until the end of day to start providing equal access, or I am filing an
emergency motion with Judge Adams, explaining that you/your court and Arizona et al,
are moving again in proceedings with prejudice and without accommodation.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                Thu, Sep 12, 2024 at 1:43 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

Hello, the Judicial Assistant to Judge Wingard, who is one of the agents named, who also previously laughed at my disabilities, thinks autism is a joke - in my federal lawsuit, refused to provide any accommodations. I am once again, reaching out to you / your clerk to kindly accommodate filing these motions, and the responsive and exhibits to, by email. Just as if it was a counter filing. Because I have health problems, and because the accommodations have already been ordered/granted in Ohio's courts - Arizona's courts have repeatedly denied me equal access, and ability/right to participate and sorry Kimberly, but it is in large part your department and the JA's that are a major issue.

I do not want to belabor this, I am asking these please be treated no differently than if I walked up to the counter with a clerk, because of health issues and for access. Your email was listed specifically on your department communications, and said if there were problems arising from systems, or services to contact it. I've tried for years with your reports, and got nowhere.

Now I have a federal lawsuit against the DOJ and et al, and I would like to not have to add anymore names to the lawsuit, kindly please and thanks.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Thu, Sep 12, 2024 at 1:44 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Oh wait, aren't you the same JA as before who laughed at my autism when I
called, and promised to call and remind me day of proceedings, then didn't?
Right.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Thu, Sep 12, 2024 at 1:47 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

I'm going to be blunt, if I don't get equal access, and these minor
accommodations by today, I'm adding you by name personally into my federal
complaint in Ohio's Federal District Circuit, where they have virtually **no**

**problem** with accommodations. I'm sick and tired of it with due respect ma'am.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

Andrew Rulnick <andrew@designa.xyz>                 Thu, Sep 12, 2024 at 1:50 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>

I mean you, and your reports, no disrespect. But I have been very badly prejudiced in Arizona and I'm at my wits end with it all.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**SUP DRJ19** <DRJ19@jbazmc.maricopa.gov>              Thu, Sep 12, 2024 at 3:54 PM
To: Andrew Rulnick <andrew@designa.xyz>

Mr. Rulnick,

That was not me

*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

*602-372-3197*

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Thursday, September 12, 2024 10:45 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Thu, Sep 12, 2024 at 4:07 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Who was the judicial assistant last go round? And what is it exactly that leads all of you to
believe you're above providing equal access for people with disabilities?

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255
[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Fri, Sep 13, 2024 at 10:28 AM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<kimberly.clark@maricopa.gov>

If I do not hear back from either your department, the division, or someone
about access for filing these today. I am printing this conversation thread out,
and admitting it as an exhibit to Judge Adams, there is absolutely no reason
why I shouldn't be permitted the same kind of filing I would at the counter,
virtually - to hand off documents for simple motions, for equal access... If you
or Kimberly Clark are not in touch with me today, I am using this as a prime
example for more counts against the DOJ. I am tired of it, your "systems"
have caused absolute chaos in my life. Severe damages are a massive
understatement.

I have reached out to both the division and the clerk's departments now going
on seven years, all the way to the top personnel and it seems the position of
the agents of your state is, you're not required to provide equal access; as it
is defined by ADA Rules, Title II and federal laws. So much so, I have had to
sue your state in a district circuit. You should all let that sink in, that your
state and leading agents are named in one of the largest civil actions in
history. I want to know by the end of today please, no reply or more barriers
and I'm just walking down to our local court, and filing my paperwork at this
counter and admitting this thread as a prime example for how difficult your
state, court, and clerking "systems" make it. I cannot tell you how many
challenges I have had between nuanced arbitrary file size limits, to
kickbacks/rejections of minor details like where a signature is placed, and/or
ultimately being told I need to mail documents that could easily be emailed, is
unacceptable with my disabilities.

I've been patient, seven **years** patient with all of you. And now it's actually a
question of federal law, that's how badly your state agents/offices/department
have all been operating.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Fri, Sep 13, 2024 at 12:12 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<kimberly.clark@maricopa.gov>

Denied access as usual, walking from this and just going to our Federal
courthouse downtown Akon, Ohio. Filing this with motions at the counter after
today. Again, every lower court in Ohio so far has also accepted and permitted
use of filing by email with a clerk, and the JA attached. It's nuts how you all
think you get to operate with prejudice and instead of removing barriers, you
create them.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Fri, Sep 13, 2024 at 12:20 PM
To: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>, "Kimberly Clark (COC)"
<kimberly.clark@maricopa.gov>

You also have arbitrarily **low** file size limits. Federal district circuit, and every other single court permits uploads up to 100mb and you have had me capped at 10MB making it virtually impossible to e-file for six years. The amount of hardship I have endured by that alone, is enough cause for action in the federal district, let alone everything else.

I'll take no reply, and not caring/not accommodating and violating my rights more. That's it from me today, not belaboring this more, all your departments/offices and agents have had way more than enough opportunity to demonstrate any amount of equal access, and for years none has been given. I've made way more than simple good faith efforts with all of you, and it's **incredibly well documented**.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Kimberly Clark (COC)** <Kimberly.Clark@maricopa.gov>
To: Andrew Rulnick <andrew@designa.xyz>, SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Mr. Rulnick,

I'm sorry you are having a difficult time with this process. We are here to hel
we are able to help without giving legal advice. I have forward your emails to
better assist you with your questions and concerns. I was aware the division
with information to help better assist you.

In regards to filing documents and exhibits, I can provide you some informat
they must file their documents with the Clerk of Court including the change o
any documents you would like for the Judge to review. Any documents that y
Judge to review must be provided to the other side.

Please see the link below to file documents with the Clerk of Court. Click on
type to proceed with uploading your documents.

Filing Information | Maricopa County Clerk of Superior Court

In regards to exhibits, please refer to the hearing Minute Entry that gives spe
how to upload exhibits and other important information regarding exhibits for
hearing. If your address is no longer current with the Court, the change of ad
filed with the Clerk's office so that it can be updated. It must go through this
updated. On the change of address form, it provides litigants specific informa
provide it to the Clerk's office. Furthermore, I have attached as a courtsey th
Entry dated July 10, 2024 in case your address has changed. In the future, t
be sent to you via mail at the address that you have provided the Court.

For your upcoming hearing, please see the link below to upload exhibits. Yo
information in the Minute Entry starting on page 4 for more detailed informat
your exhibits.

**digitalevidence.azcourts.gov**.

I hope this information serves you well and I hope you have a great weeken

Sincerely,


Kimberly Clark

Courtroom Clerk




**Clerk of the Superior Court**

**Maricopa County**
Southeast Regional Facility

222 E Javelina

Mesa, AZ 85210

(602) 506-1176

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Friday, September 13, 2024 9:21 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>; Kimberly Clark (COC) <Kimberly.Clark@m
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

---

You also have arbitrarily **low** file size limits. Federal district circuit, and every othe
uploads up to 100mb and you have had me capped at 10MB making it virtually im
years. The amount of hardship I have endured by that alone, is enough cause for
district, let alone everything else.

I'll take no reply, and not caring/not accommodating and violating my rights more
today, not belaboring this more, all your departments/offices and agents have had
opportunity to demonstrate any amount of equal access, and for years none has b
way more than simple good faith efforts with all of you, and it's **incredibly well**

Sincerely,

---

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Fri, Sep 13, 2024 at 12:12 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> Denied access as usual, walking from this and just going to our Federal courtho
> Ohio. Filing this with motions at the counter after today. Again, every lower cou
> also accepted and permitted use of filing by email with a clerk, and the JA attac
> all think you get to operate with prejudice and instead of removing barriers, yo
>
>
> Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Fri, Sep 13, 2024 at 10:28 AM Andrew Rulnick <andrew@designa.xyz> wrote:

> If I do not hear back from either your department, the division, or someone
> these today. I am printing this conversation thread out, and admitting it as a
> Adams, there is absolutely no reason why I shouldn't be permitted the same
> the counter, virtually - to hand off documents for simple motions, for equal a
> Kimberly Clark are not in touch with me today, I am using this as a prime exa
> against the DOJ. I am tired of it, your "systems" have caused absolute chaos
> damages are a massive understatement.
>
>
> I have reached out to both the division and the clerk's departments now goin
> the way to the top personnel and it seems the position of the agents of your
> required to provide equal access; as it is defined by ADA Rules, Title II and fe
> I have had to sue your state in a district circuit. You should all let that sink in
> leading agents are named in one of the largest civil actions in history. I want
> today please, no reply or more barriers and I'm just walking down to our loca
> paperwork at this counter and admitting this thread as a prime example for h
> court, and clerking "systems" make it. I cannot tell you how many challenges
> nuanced arbitrary file size limits, to kickbacks/rejections of minor details like
> placed, and/or ultimately being told I need to mail documents that could easi
> unacceptable with my disabilities.
>
>
> I've been patient, seven **years** patient with all of you. And now it's actually a
> that's how badly your state agents/offices/department have all been operatin
>
>
> Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Thu, Sep 12, 2024 at 4:07 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> Who was the judicial assistant last go round? And what is it exactly that leads all of yc
> providing equal access for people with disabilities?
>
> Sincerely,
>
> DESIGNA AI
>
> ___
> Sent from my mobile device
>
> Andrew Rulnick
> Owner & Founder
> phone: 480.527.7255
>
> On Thu, Sep 12, 2024, 3:54 PM SUP DRJ19 <DRJ19@jbazmc.maricopa.gov> wrote:
>
>> Mr. Rulnick,
>>
>> That was not me

*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

*602-372-3197*

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Thursday, September 12, 2024 10:45 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

---

Oh wait, aren't you the same JA as before who laughed at my autism wh
promised to call and remind me day of proceedings, then didn't? Right.

Sincerely,

---

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Thu, Sep 12, 2024 at 1:19 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> I have eight years nearly, of prejudice, denial of access, completely ig
> accommodations from your division, and about a half dozen others in
> you'll have to excuse how much I've lost all patience for the bull---- w
> disabilities.
>
> In Ohio, our courts address accommodations and access at the **outse**
> the requests of a disabled person, Julie.
>
> You have until the end of day to start providing equal access, or I am
> emergency motion with Judge Adams, explaining that you/your court
> moving again in proceedings with prejudice and without accommodati
>
> Sincerely,
>
> **Andrew Rulnick**
>
> Owner & Founder
>
> phone: 480.527.7255

On Thu, Sep 12, 2024 at 1:10 PM Andrew Rulnick <andrew@designa.xyz> wrot

You're being named in the federal lawsuit Julie. Adding you as one o
worked tirelessly to prejudice, and deny me access and to cause me
massive harms. It's just yet another count of countless times. So is
remember if it was you or not previously as JA, but whoever it was,
single... time.

Here let me update Judge Adams that we have yet **another** count v
access and ability to effectively participate, thanks.

Sincerely,

———

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Thu, Sep 12, 2024 at 1:05 PM Andrew Rulnick <andrew@designa.xyz> w

Your definitions of "access" as described by ADA and Title II ARE COMPLE

Sincerely,

DESIGNA AI

———
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Thu, Sep 12, 2024, 1:04 PM Andrew Rulnick <andrew@designa.xyz> v

> I'm adding it to my counts against the DOJ and naming you, and any ag
> using this as PERFECT example one of many of complete lack of acces
> accomodations for access, thanks. I'll file my motion with Judge Adams
> forward this communication as yet another prime example of countless

> Thanks.

> Sincerely,

> DESIGNA AI

> ___
> Sent from my mobile device

> Andrew Rulnick
> Owner & Founder
> phone: 480.527.7255

> On Thu, Sep 12, 2024, 11:08 AM SUP DRJ19 <DRJ19@jbazmc.marico

>> Good morning, Mr. Rulnick,

>> There was a hearing set for September 10[th] at 8:45 a.m. A trial has b
>> 3pm.

>> As mentioned, before you will need to file your documents with the Cl
>> does not file or enter documents into the system. As for exhibits you

instructions in the minute entry.


*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

*602-372-3197*

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Thursday, September 12, 2024 7:19 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>; Kimberly Clark (C
<Kimberly.Clark@maricopa.gov>; Breanna Rice <11breanna@gmail.
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

---

Hello, I notice nothing I've sent is filed or docketed. And tons
again I am kindly requesting an update.




Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Wed, Sep 11, 2024 at 8:17 AM Andrew Rulnick <andrew@designa

Hello, was there a hearing **yesterday?** Wow. Nobody infor
zero reminders with some caseline.com notice that I saw ye
hearing was **today.** Another default or was it rescheduled
filed, and docketed or am I getting prejudiced for like an 8

I need to update Judge Adams either way, I would appreci

Sincerely,

_____

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 6:09 PM Andrew Rulnick <andrew@desic

Attached is also my notice of change of address.

Sincerely,

---

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 5:57 PM Andrew Rulnick <andrew@de

> Breanna has also been offered **countless** times to en
> refuses, so I mean I just don't really see the point an
> subject myself to more stress from these "legal" proc
> rife with problems, and now I'm glad have Kimberly C
> because with all due respect maam' your clerks and y
> serious issues when it comes to access. Again I prima
> bosses boss, the DOJ and others, but I take real issue
> treated - especially the more I come to understand th
>
> That is all, good day.
>
> Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 5:50 PM Andrew Rulnick <andrew@

Good afternoon,

Attached are my motion for leave to proceed in forr
exhibits to support, and the standard form 20 are a
set 1. I've also attached the proposed order grantir
some Jurisdictions rules necessitate it.

My responsive petition is demand for recusal, with a
recusal attached.

Exhibit 1, are in support of my motion for leave to p
pauperis. I also have Ohio courts, already beginnin
leave in forma pauperis if those help in support of.

Exhibit 2, my lawsuit in Federal District Circuit Cour
against Arizona et al, DOJ, United States, Breanna
Smedley.

Exhibit 3 proof of my autism, that all of Arizona ign
seven years, and prejudiced me. Along with a copy
**Ohio's** courts ordered on my first pro se appearand
have happened like seven years ago in Arizona, but
to help guide a proposed order although that order
and it's an interactive process as defined by Title II

Then the letters from my doctor, the court clerks, a
ignored and didn't care about, along with the most
rise to the motion being granted in Ohio, because v
understanding of disabilities.

Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 3:22 PM Andrew Rulnick <andrew

I'm organizing my filings and exhibits, and sendi
this is ridiculous.

I will not be denied equal access, or the ability to
all can't get it together to make simple and reaso
to permit me the ability to participate. I'm going
send it here. Very upsetting... Another perfect ex
my lawsuit in the federal district circuit.

Sincerely,

---

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 3:18 PM Andrew Rulnick <and

> I mean filing by email, not some new system I
> minute and am unfamiliar with*
>
> Pardon my typos, I'm a little bit upset that this
> something so simple has been made so incredi
> navigate for seven years.
>
> Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 3:17 PM Andrew Rulnick <a
wrote:

> Hello, I have tried to do that, my filing was r
> filing for waivers and the clerk is insisting I r
> proceeding that I am learning is supposed to
> would like to forward my filings to a clerk by
> please and thank you.  I have a financial aff
> been granted waivers in Ohio's courts as exh
> well.
>
> I have the following filing I need accommoda
>
> - Filing for leave, waiver in pauperis
> - Filing for accomodation, with proposed
>   of accommodations that Ohio's courts
> - Filing for new judge, to avoid more pro
>   honorable Wingard who is referenced
>   DOJ and in my federal district lawsuit
> - Filing motion to continue so we can ta
>   housekeeping at the offset and I can b
> - Filing of my exhibits in support to enjo
>   federal district lawsuit and action that
>   named in, along with agents from Ariz

Please advise where and how I supposed to
"system" that doesn't permit filings for waiv
filing by mail please and thanks.

In plain terms, I am moving for equal acces
accommodations, and I do not believe that f
your endless systems are asking for too muc
Especially after I have had to sue the DOJ ar
over these problems in the past.

So for starters, where would you like me to
to be proper proceedings for once?

Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 2:54 PM SUP DRJ19
<DRJ19@jbazmc.maricopa.gov> wrote:

> You will need to update your information with the

*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

*602-372-3197*

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Tuesday, September 10, 2024 10:19 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.go
**Cc:** Kimberly Clark (COC) <Kimberly.Clark@ma
**Subject:** Re: FC2022-091124 - Evidentiary Hea

You don't often get email from andrew@designa.x

---

Also both my email address and address o
and those need updated kindly.

Sincerely,

Andrew Rulnick

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 1:18 PM Andrew Rulni
wrote:

Hello to whom it may concern, I have fi
assistance / accommodations with kindl

I have an affidavit of financial hardship,
leave, forma pauperis and for waivers o

I have key exhibit 1 along with respons
lawsuit filed in the federal district circu
overseen by Honorable Adams, and our

The petitioner has been attempted num
She has refused by zero response. I wo
with my filings a motion for continuatio
my ADA accommodations that were ign
Arizona. Including his honorable Weinga

Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

---------- Forwarded message ---------
From: **Kimberly Clark (COC)** <Kimberly.Clar
Date: Tue, Sep 10, 2024 at 1:12 PM
Subject: RE: FC2022-091124 - Evidentiary H
To: Andrew Rulnick <andrew@designa.xyz>

You can reach them at DRJ19@JBAZMC.MA

**From:** Andrew Rulnick <andrew@designa.xy
**Sent:** Tuesday, September 10, 2024 10:07 A
**To:** Kimberly Clark (COC) <Kimberly.Clark@
**Subject:** Re: FC2022-091124 - Evidentiary H

What is their email address? Kindly please an

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Tue, Sep 10, 2024, 1:04 PM Kimberly Cla
<Kimberly.Clark@maricopa.gov> wrote:

Mr. Rulnick,

I'm sorry to hear that but the division will b
have forward your email to the division. If y
regarding the your case, please contact th
Judicial Officer assigned to your case. This
able to assist you further. Thank you.

---

**From:** Andrew Rulnick <andrew@designa
**Sent:** Tuesday, September 10, 2024 9:59 /
**To:** Kimberly Clark (COC) <Kimberly.Clark
**Subject:** Re: FC2022-091124 - Evidentiary

---

That lawsuit, which is a key exhibit for tom
Ohio's Federal District, for diversity.

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Tue, Sep 10, 2024, 12:57 PM Andrew F
<andrew@designa.xyz> wrote:

They have prejudiced me in the past on
have complaint to the DOJ and a lawsui
the DOJ, and Arizona et al, I am sorry to

For lack of access... For seven years in

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Tue, Sep 10, 2024, 12:51 PM Kimbe
<Kimberly.Clark@maricopa.gov> wrote:

> Mr. Rulnick,
>
> I'm not sure how you received my em
> email to Honorable Wingard's division
> with further information on how to pro
>
> I hope you have a good day.
>
> Thanks,
>
> Kimberly Clark

Courtroom Clerk

**Clerk of the Su**

**Maricopa Count**
Southeast Region

222 E Javelina

Mesa, AZ 8521(

(602) 506-1176

---

**From:** Andrew Rulnick <andrew@de
**Sent:** Tuesday, September 10, 2024
**To:** Kimberly Clark (COC) <Kimberly.
**Subject:** Re: FC2022-091124 - Evide

---

I was also sent the notice of this hear
where I need them all sent here.

I have no notice of where or how to a
either. I find it especially concerning t
occuring without my knowing.

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Tue, Sep 10, 2024, 12:44 PM And
<andrew@designa.xyz> wrote:

To whom it may concern,

I am seeking assistance for equal
disabilities.

I have attempted in the past to wo
courts for nearly seven years with
accomodations.

I need assistance, as I have a filing
for leave in impoverished for waive
only just now getting any notice of
exhibits in support of my impoveris
the affidavit notorized with a local I

Additionally I have exhibits to pres

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

**Andrew Rulnick** <andrew@designa.xyz>                    Fri, Sep 13, 2024 at 12:56 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>
Cc: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

**Again** your clerk, and efile have said they will not accept an in forma
pauperis motion by e-file previously, and insisted that I come to the counter **I
DO NOT LIVE IN ARIZONA.**

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]
   [Quoted text hidden]
   [Quoted text hidden]

      [Quoted text hidden]
      [Quoted text hidden]

         [Quoted text hidden]
         [Quoted text hidden]

            [Quoted text hidden]
            [Quoted text hidden]

               [Quoted text hidden]
               [Quoted text hidden]

                  [Quoted text hidden]
                  [Quoted text hidden]

                     [Quoted text hidden]
                     [Quoted text hidden]

                        [Quoted text hidden]
                        [Quoted text hidden]

                           [Quoted text hidden]
                           [Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

I have no notice of where or
how to attend tomorrow's
hearing either. I find it
especially concerning there
are more proceedings occuring
without my knowing.

Sincerely,

DESIGNA AI

Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Tue, Sep 10, 2024,
12:44 PM Andrew Rulnick
<andrew@designa.xyz> wrote:

> To whom it may concern,
>
> I am seeking assistance for
> equal access ♿ due to
> disabilities.
>
> I have attempted in the past
> to work with your clerks and
> courts for nearly seven
> years with little to
> no success for
> accomodations.
>
> I need assistance, as I have
> a filing to proceed filing a
> motion for leave in
> impoverished for waivers of
> all filings. I am also only just
> now getting any notice of
> this proceeding, and have
> exhibits in support of my
> impoverished, standard
> form 20 and the affidavit
> notorized with a local bank
> in Ohio.



Additionally I have exhibits
to present to the court.

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Fri, Sep 13, 2024 at 12:57 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>
Cc: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Also I am **NOT** asking for legal advice, I am asking for access, that is
something different altogether entirely.

Sincerely,



Andrew Rulnick
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Fri, Sep 13, 2024 at 1:00 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>
Cc: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Minor accomodations is what I have repeatedly requested, which you people get TONS of
federal funding for, how much I'm going to find out by discovery in a federal district circuit.

Simple stuff... Instructions, are not accomodations. That's standard fare detail you send to
anyone.

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255
[Quoted text hidden]

---

**Kimberly Clark (COC)** <Kimberly.Clark@maricopa.gov>
To: Andrew Rulnick <andrew@designa.xyz>, SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

I apologize for not attaching the hearing Minute Entry in the email I sent this attached the Minute Entry dated September 10, 2024 and not July 10, 2024.

Thanks,

Kimberly Clark

Courtroom Clerk



**Clerk of the Superior Court**

**Maricopa County**
Southeast Regional Facility

222 E Javelina

Mesa, AZ 85210

(602) 506-1176

**From:** Kimberly Clark (COC)
**Sent:** Friday, September 13, 2024 9:39 AM
**To:** Andrew Rulnick <andrew@designa.xyz>; SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
**Subject:** RE: FC2022-091124 - Evidentiary Hearing

Mr. Rulnick,

I'm sorry you are having a difficult time with this process. We are here to hel
we are able to help without giving legal advice. I have forward your emails to
better assist you with your questions and concerns. I was aware the division
with information to help better assist you.

In regards to filing documents and exhibits, I can provide you some informat
they must file their documents with the Clerk of Court including the change of
any documents you would like for the Judge to review. Any documents that y
Judge to review must be provided to the other side.

Please see the link below to file documents with the Clerk of Court. Click on
type to proceed with uploading your documents.

Filing Information | Maricopa County Clerk of Superior Court

In regards to exhibits, please refer to the hearing Minute Entry that gives spe
how to upload exhibits and other important information regarding exhibits for
hearing. If your address is no longer current with the Court, the change of ac
filed with the Clerk's office so that it can be updated. It must go through this
updated. On the change of address form, it provides litigants specific informa
provide it to the Clerk's office. Furthermore, I have attached as a courtsey th

Entry dated July 10, 2024 in case your address has changed. In the future, t
be sent to you via mail at the address that you have provided the Court.

For your upcoming hearing, please see the link below to upload exhibits. Yo
information in the Minute Entry starting on page 4 for more detailed informat
your exhibits.

**digitalevidence.azcourts.gov**.

I hope this information serves you well and I hope you have a great weeken

Sincerely,

Kimberly Clark

Courtroom Clerk



**Clerk of the Superior Court**

**Maricopa County**
Southeast Regional Facility

222 E Javelina

Mesa, AZ 85210

(602) 506-1176

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Friday, September 13, 2024 9:21 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>; Kimberly Clark (COC) <Kimberly.Clark@m
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

---

You also have arbitrarily **low** file size limits. Federal district circuit, and every othe
uploads up to 100mb and you have had me capped at 10MB making it virtually im
years. The amount of hardship I have endured by that alone, is enough cause for
district, let alone everything else.


I'll take no reply, and not caring/not accommodating and violating my rights more
today, not belaboring this more, all your departments/offices and agents have ha
opportunity to demonstrate any amount of equal access, and for years none has k
way more than simple good faith efforts with all of you, and it's **incredibly well c**


Sincerely,

---

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Fri, Sep 13, 2024 at 12:12 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> Denied access as usual, walking from this and just going to our Federal courtho
> Ohio. Filing this with motions at the counter after today. Again, every lower cou
> also accepted and permitted use of filing by email with a clerk, and the JA attac
> all think you get to operate with prejudice and instead of removing barriers, yo
>
>
> Sincerely,
>
>
>
>
> ———
>
> **Andrew Rulnick**
>
> Owner & Founder
>
> phone: 480.527.7255
>
>
>
> On Fri, Sep 13, 2024 at 10:28 AM Andrew Rulnick <andrew@designa.xyz> wrote:
>
>> If I do not hear back from either your department, the division, or someone a
>> these today. I am printing this conversation thread out, and admitting it as a
>> Adams, there is absolutely no reason why I shouldn't be permitted the same
>> the counter, virtually - to hand off documents for simple motions, for equal a
>> Kimberly Clark are not in touch with me today, I am using this as a prime exa
>> against the DOJ. I am tired of it, your "systems" have caused absolute chaos
>> damages are a massive understatement.
>>
>>
>> I have reached out to both the division and the clerk's departments now goin
>> the way to the top personnel and it seems the position of the agents of your

required to provide equal access; as it is defined by ADA Rules, Title II and fe
I have had to sue your state in a district circuit. You should all let that sink in
leading agents are named in one of the largest civil actions in history. I want
today please, no reply or more barriers and I'm just walking down to our loca
paperwork at this counter and admitting this thread as a prime example for h
court, and clerking "systems" make it. I cannot tell you how many challenges
nuanced arbitrary file size limits, to kickbacks/rejections of minor details like
placed, and/or ultimately being told I need to mail documents that could easi
unacceptable with my disabilities.

I've been patient, seven **years** patient with all of you. And now it's actually a
that's how badly your state agents/offices/department have all been operatir

Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Thu, Sep 12, 2024 at 4:07 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> Who was the judicial assistant last go round? And what is it exactly that leads all of yc
> providing equal access for people with disabilities?

> Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Thu, Sep 12, 2024, 3:54 PM SUP DRJ19 <DRJ19@jbazmc.maricopa.gov> wrote:

Mr. Rulnick,

That was not me

*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

*602-372-3197*

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Thursday, September 12, 2024 10:45 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

Oh wait, aren't you the same JA as before who laughed at my autism wh
promised to call and remind me day of proceedings, then didn't? Right.

Sincerely,

---

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Thu, Sep 12, 2024 at 1:19 PM Andrew Rulnick <andrew@designa.xyz> wrote:

I have eight years nearly, of prejudice, denial of access, completely ig
accommodations from your division, and about a half dozen others in
you'll have to excuse how much I've lost all patience for the bull---- w
disabilities.

In Ohio, our courts address accommodations and access at the **outse**
the requests of a disabled person, Julie.

You have until the end of day to start providing equal access, or I am
emergency motion with Judge Adams, explaining that you/your court
moving again in proceedings with prejudice and without accommodati

Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Thu, Sep 12, 2024 at 1:10 PM Andrew Rulnick <[andrew@designa.xyz](mailto:andrew@designa.xyz)> wrot

> You're being named in the federal lawsuit Julie. Adding you as one o
> worked tirelessly to prejudice, and deny me access and to cause me
> massive harms. It's just yet another count of countless times. So is
> remember if it was you or not previously as JA, but whoever it was,
> single... time.
>
> Here let me update Judge Adams that we have yet **another** count v
> access and ability to effectively participate, thanks.
>
> Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Thu, Sep 12, 2024 at 1:05 PM Andrew Rulnick <[andrew@designa.xyz](mailto:andrew@designa.xyz)> w

Your definitions of "access" as described by ADA and Title II ARE COMPLE

Sincerely,

DESIGNA AI

____
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Thu, Sep 12, 2024, 1:04 PM Andrew Rulnick <[andrew@designa.xyz](mailto:andrew@designa.xyz)> v

I'm adding it to my counts against the DOJ and naming you, and any ag
using this as PERFECT example one of many of complete lack of acces
accomodations for access, thanks. I'll file my motion with Judge Adams
forward this communication as yet another prime example of countless

Thanks.

Sincerely,

DESIGNA AI

____

Sent from my mobile device


Andrew Rulnick
Owner & Founder
phone: 480.527.7255


On Thu, Sep 12, 2024, 11:08 AM SUP DRJ19 <DRJ19@jbazmc.maricop

Good morning, Mr. Rulnick,


There was a hearing set for September 10th at 8:45 a.m. A trial has be
3pm.


As mentioned, before you will need to file your documents with the Cl
does not file or enter documents into the system.  As for exhibits you
instructions in the minute entry.


*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

*602-372-3197*

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Thursday, September 12, 2024 7:19 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>; Kimberly Clark (C
<Kimberly.Clark@maricopa.gov>; Breanna Rice <11breanna@gmail.
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

Hello, I notice nothing I've sent is filed or docketed. And tons again I am kindly requesting an update.

Sincerely,

---

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Wed, Sep 11, 2024 at 8:17 AM Andrew Rulnick <andrew@designa

Hello, was there a hearing **yesterday?** Wow. Nobody infor zero reminders with some caseline.com notice that I saw ye hearing was **today.** Another default or was it rescheduled filed, and docketed or am I getting prejudiced for like an 8

I need to update Judge Adams either way, I would appreci

Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 6:09 PM Andrew Rulnick <andrew@desig

> Attached is also my notice of change of address.
>
>
> Sincerely,
>
>
>
>
> **Andrew Rulnick**
>
> Owner & Founder
>
> phone: 480.527.7255

On Tue, Sep 10, 2024 at 5:57 PM Andrew Rulnick <andrew@de

Breanna has also been offered **countless** times to en
refuses, so I mean I just don't really see the point an
subject myself to more stress from these "legal" proce
rife with problems, and now I'm glad have Kimberly C
because with all due respect maam' your clerks and y
serious issues when it comes to access. Again I prima
bosses boss, the DOJ and others, but I take real issue
treated - especially the more I come to understand th


That is all, good day.


Sincerely,


**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255


On Tue, Sep 10, 2024 at 5:50 PM Andrew Rulnick <andrew@

Good afternoon,


Attached are my motion for leave to proceed in form
exhibits to support, and the standard form 20 are a
set 1. I've also attached the proposed order grantir
some Jurisdictions rules necessitate it.

My responsive petition is demand for recusal, with
recusal attached.

Exhibit 1, are in support of my motion for leave to
pauperis. I also have Ohio courts, already beginnin
leave in forma pauperis if those help in support of.

Exhibit 2, my lawsuit in Federal District Circuit Cou
against Arizona et al, DOJ, United States, Breanna
Smedley.

Exhibit 3 proof of my autism, that all of Arizona ign
seven years, and prejudiced me. Along with a copy
**Ohio's** courts ordered on my first pro se appearanc
have happened like seven years ago in Arizona, but
to help guide a proposed order although that order
and it's an interactive process as defined by Title II

Then the letters from my doctor, the court clerks, a
ignored and didn't care about, along with the most
rise to the motion being granted in Ohio, because v
understanding of disabilities.

Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 3:22 PM Andrew Rulnick <andrew

I'm organizing my filings and exhibits, and sendir
this is ridiculous.

I will not be denied equal access, or the ability to
all can't get it together to make simple and reaso
to permit me the ability to participate. I'm going
send it here. Very upsetting... Another perfect ex
my lawsuit in the federal district circuit.

Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 3:18 PM Andrew Rulnick <and

I mean filing by email, not some new system I
minute and am unfamiliar with*

Pardon my typos, I'm a little bit upset that this
something so simple has been made so incredi
navigate for seven years.

Sincerely,

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 3:17 PM Andrew Rulnick <a
wrote:

Hello, I have tried to do that, my filing was
filing for waivers and the clerk is insisting I
proceeding that I am learning is supposed to

would like to forward my filings to a clerk by
please and thank you.  I have a financial aff
been granted waivers in Ohio's courts as ex
well.


I have the following filing I need accommod

- Filing for leave, waiver in pauperis
- Filing for accomodation, with propose
  of accommodations that Ohio's courts
- Filing for new judge, to avoid more pro
  honorable Wingard who is referenced
  DOJ and in my federal district lawsuit
- Filing motion to continue so we can ta
  housekeeping at the offset and I can b
- Filing of my exhibits in support to enjo
  federal district lawsuit and action that
  named in, along with agents from Ariz

Please advise where and how I supposed to
"system" that doesn't permit filings for waiv
filing by mail please and thanks.


In plain terms, I am moving for equal access
accommodations, and I do not believe that f
your endless systems are asking for too mu
Especially after I have had to sue the DOJ a
over these problems in the past.


So for starters, where would you like me to
to be proper proceedings for once?


Sincerely,



**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024 at 2:54 PM SUP DRJ19
<DRJ19@jbazmc.maricopa.gov> wrote:

You will need to update your information with the

*Thank you,*

*Julie Ramirez*

*Judicial Assistant to the*

*Judge William Wingard*

*SEF; 2C; courtroom 203*

*602-372-3197*

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Tuesday, September 10, 2024 10:19 AM
**To:** SUP DRJ19 <DRJ19@jbazmc.maricopa.gov
**Cc:** Kimberly Clark (COC) <Kimberly.Clark@ma
**Subject:** Re: FC2022-091124 - Evidentiary Hea

You don't often get email from andrew@designa.x

Also both my email address and address c
and those need updated kindly.


Sincerely,


**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255


On Tue, Sep 10, 2024 at 1:18 PM Andrew Rulni
wrote:

> Hello to whom it may concern, I have fi
> assistance / accommodations with kindl
>
>
> I have an affidavit of financial hardship,
> leave, forma pauperis and for waivers c
>
>
> I have key exhibit 1 along with respons
> lawsuit filed in the federal district circui
> overseen by Honorable Adams, and our

The petitioner has been attempted num
She has refused by zero response. I wo
with my filings a motion for continuatio
my ADA accommodations that were ign
Arizona. Including his honorable Weinga

Sincerely,

___

**Andrew Rulnick**

Owner & Founder

phone: 480.527.7255

---------- Forwarded message ---------
From: **Kimberly Clark (COC)** <Kimberly.Clar
Date: Tue, Sep 10, 2024 at 1:12 PM
Subject: RE: FC2022-091124 - Evidentiary H
To: Andrew Rulnick <andrew@designa.xyz>

You can reach them at DRJ19@JBAZMC.MA

**From:** Andrew Rulnick <andrew@designa.xy
**Sent:** Tuesday, September 10, 2024 10:07 A
**To:** Kimberly Clark (COC) <Kimberly.Clark@
**Subject:** Re: FC2022-091124 - Evidentiary H

---

What is their email address? Kindly please ar

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Tue, Sep 10, 2024, 1:04 PM Kimberly Cla
<Kimberly.Clark@maricopa.gov> wrote:

> Mr. Rulnick,
>
> I'm sorry to hear that but the division will b
> have forward your email to the division. If y
> regarding the your case, please contact th
> Judicial Officer assigned to your case. This
> able to assist you further. Thank you.

---

**From:** Andrew Rulnick <andrew@designa
**Sent:** Tuesday, September 10, 2024 9:59 ,
**To:** Kimberly Clark (COC) <Kimberly.Clark
**Subject:** Re: FC2022-091124 - Evidentiar

That lawsuit, which is a key exhibit for tom
Ohio's Federal District, for diversity.

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Tue, Sep 10, 2024, 12:57 PM Andrew F
<andrew@designa.xyz> wrote:

> They have prejudiced me in the past on
> have complaint to the DOJ and a lawsu
> the DOJ, and Arizona et al, I am sorry to
>
> For lack of access... For seven years in
>
> Sincerely,
>
> DESIGNA AI
>
> ___
> Sent from my mobile device
>
> Andrew Rulnick

Owner & Founder

phone: 480.527.7255

On Tue, Sep 10, 2024, 12:51 PM Kimbe
<Kimberly.Clark@maricopa.gov> wrote:

> Mr. Rulnick,
>
> I'm not sure how you received my em
> email to Honorable Wingard's divisio
> with further information on how to pro
>
> I hope you have a good day.
>
> Thanks,
>
> Kimberly Clark
>
> Courtroom Clerk

> **Clerk of the Su**
>
> **Maricopa Count**
> Southeast Region
>
> 222 E Javelina
>
> Mesa, AZ 8521(
>
> (602) 506-1176

**From:** Andrew Rulnick <andrew@de
**Sent:** Tuesday, September 10, 2024
**To:** Kimberly Clark (COC) <Kimberly.
**Subject:** Re: FC2022-091124 - Evide

I was also sent the notice of this hear
where I need them all sent here.

I have no notice of where or how to a
either. I find it especially concerning t
occuring without my knowing.

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Tue, Sep 10, 2024, 12:44 PM And
<andrew@designa.xyz> wrote:

> To whom it may concern,
>
> I am seeking assistance for equal
> disabilities.

I have attempted in the past to wo
courts for nearly seven years with
accomodations.

I need assistance, as I have a filing
for leave in impoverished for waive
only just now getting any notice of
exhibits in support of my impoveris
the affidavit notorized with a local I

Additionally I have exhibits to pres

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

📄 **FC2022-091124-056-09102024.pdf**
   247K

---

**Andrew Rulnick** <andrew@designa.xyz>                    Fri, Sep 13, 2024 at 1:03 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>
Cc: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Now you're all saying I can't upload exhibits as bundles, every single one has to
be a separated file, are you all kidding me right now?

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]
  [Quoted text hidden]
  [Quoted text hidden]

  [Quoted text hidden]
  [Quoted text hidden]

    [Quoted text hidden]
    [Quoted text hidden]

      [Quoted text hidden]
      [Quoted text hidden]

        [Quoted text hidden]
        [Quoted text hidden]

          [Quoted text hidden]
          [Quoted text hidden]

            [Quoted text hidden]
            [Quoted text hidden]

              [Quoted text hidden]
              [Quoted text hidden]

                [Quoted text hidden]
                [Quoted text hidden]

                  [Quoted text hidden]
                  [Quoted text hidden]

                    [Quoted text hidden]
                    [Quoted text hidden]

                      [Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

Mr. Rulnick,

I'm not sure how you received my email but I will forward your email to Honorable Wingard's division. They should provide you with further information on how to proceed in your matter.

I hope you have a good day.

Thanks,

Kimberly Clark

Courtroom Clerk

**Clerk of the Superior Court**

**Maricopa County**
Southeast Regional Facility

222 E Javelina

Mesa, AZ 85210

(602) 506-1176

---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Tuesday, September 10, 2024 9:46 AM
**To:** Kimberly Clark (COC) <Kimberly.Clark@maricopa.gov>
**Subject:** Re: FC2022-091124 - Evidentiary Hearing

---

I was also sent the notice of this hearing to a personal email, where I need them all sent here.

I have no notice of where or how to attend tomorrow's hearing either. I find it especially concerning there are more proceedings occuring without my knowing.

Sincerely,

DESIGNA AI

____

Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

On Tue, Sep 10, 2024, 12:44 PM
Andrew Rulnick
<andrew@designa.xyz> wrote:

> To whom it may concern,
>
> I am seeking assistance for
> equal access ♿ due to
> disabilities.
>
> I have attempted in the past
> to work with your clerks and
> courts for nearly seven years
> with little to no success for
> accomodations.
>
> I need assistance, as I have a
> filing to proceed filing a
> motion for leave in
> impoverished for waivers of
> all filings. I am also only just
> now getting any notice of this
> proceeding, and have exhibits
> in support of my
> impoverished, standard form
> 20 and the affidavit notorized
> with a local bank in Ohio.



Additionally I have exhibits to present to the court.

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Fri, Sep 13, 2024 at 1:20 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>
Cc: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Look, I do not mean to come off as rude, disrespectful or in any way condescending. But the "systems" you're building and whatever you think is "access" simply isn't. So I am going to ask, please, one more time. Can I kindly file these as I would at the counter, and send them by email so I am not burdened with these insane systems. How is it any different than coming to a clerk's counter and filing? I have disabilities, and cases that make that extremely impractical. With respect, you are creating a massive barrier to entry.  That makes zero sense.

I spoke with Judge Adam's JA and urging them on urgent motion to rule in favor of calling matters to order in Ohio. What I have been put through is nothing short of horrendous... We seem to view laws, rights to ADA and access, extremely differently in Ohio. I know Arizona was one of the last states to join the nation but it doesn't mean creating barriers to entry is okay, at all.

I'm providing until the end of the day, and then I'm walking down to our district circuit, and filing this good-faith effort as prime and most recent example for his honor's consideration. I have tried working with you all for seven years on access, to no avail.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Fri, Sep 13, 2024 at 1:21 PM
To: "Kimberly Clark (COC)" <Kimberly.Clark@maricopa.gov>
Cc: SUP DRJ19 <DRJ19@jbazmc.maricopa.gov>

Are blind people also denied access in Arizona? Curious.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]