**Vivek Ganapathy Ramaswamy (parody)** @VivekRamaswam · Oct 23
Because "the big guy" had a coup staged against him.

💬 7  🔁 7  ❤️ 71  📊 3.1K

**Steamboat Mickey** @MickeySteamboat · Oct 23
that slob knobber doesn't even know what day of the week it is anymore

💬 1    📊 51

**Steamboat Mickey** @MickeySteamboat · Oct 23
i had to sue the federal government because of the amount of lawfare and prejudices i have been subjected to over 7 years. this country is a mess and people like brian want to pretend they have a clue what cryto and thread protected mutexes are and none of you even have the
Show more

💬 1    📊 19

**John Smedley** @DirectorJohnS · 12h
You're "dismissed" case

💬 1    📊 14

**Steamboat Mickey** @MickeySteamboat · 3h
Transferred dumbass

💬 1    📊 21

**Steamboat Mickey** @MickeySteamboat · 3h
See you in court

💬 1    📊 56

**John Smedley** @DirectorJohnS · 50m
You clearly didn't see the latest update.

💬 1    📊 15

**Steamboat Mickey** @MickeySteamboat · 49m
Not sweating Jack shit amigo

💬 2    📊 18

**Steamboat Mickey** @MickeySteamboat · 45m
In fact in only further illustrates all my points. Good times

💬 1    📊 14

**John Smedley** @DirectorJohnS
Mine too

5:08 PM · Oct 24, 2024 · 12 Views