7/7/24, 3:43 PM	DESIGNA Mail - Filed Today Rulnick V Arizona, United States Government, Nicole/John Smedley, Breanna Rice/Ritchey, Arizona Ag…

Case 2:24-cv-02611-DJH-ASB   Document 18-3   Filed 10/31/24   Page 1 of 1



Andrew Rulnick <andrew@designa.xyz>

# Filed Today Rulnick V Arizona, United States Government, Nicole/John Smedley, Breanna Rice/Ritchey, Arizona Agents et al

**Nicole Smedley** <nikirulnick@gmail.com>	Thu, Jun 27, 2024 at 4:40 PM
To: Andrew Rulnick <andrew@designa.xyz>

Andrew, for the final time regarding this lawsuit- emailing ten times in 24 hours is not appropriate, it is harassment. We have a parenting plan that stipulates how many emails you are allowed daily regarding the children. Also, I have told you numerous times that you are to email me at nikirulnick@gmail.com as you are blocked everywhere else, including nikismedley@gmail.com. If you want to get a hold of me about anything regarding the parenting plan, this is the only email I will respond to. Leave me alone regarding service and consider my husband and myself done- we've received your documents, leave us alone. Again, you are blocked in nikismedley@gmail.com, you have your two responses daily that may come from nikirulnick@gmail.com, you are blocked everywhere else

[Quoted text hidden]