**Andrew Rulnick <andrew.rulnick@gmail.com>**

## Update -
6 messages

---

**Victoria Torrilhon** <victoria.torrilhon@phoenix.gov>                        Fri, Mar 1, 2024 at 2:41 PM
To: Andrew Rulnick <andrew.rulnick@gmail.com>
Cc: Lisa M Danczewski <lisa.danczewski@phoenix.gov>

Mr. Rulnick,

I stand corrected.  The BWC unit is currently working on 8,424 requests, some of which have hundreds of videos that require redaction.  As of this week, they are fulfilling requests from March 13, 2021.  So it is THREE years backlog – not 1 to 2 like I said earlier.  As far as the other request types, those are for different units to fulfill.  Therefore, at this time, I am not following up on them, based on the tone of your last email.  You can do so on your own.

Victoria Torrilhon, Assistant City Attorney
City of Phoenix Law Department
General Litigation Section
Office (602) 495-5875
Cell (602) 300-9075
victoria.torrilhon@phoenix.gov

ATTORNEY-CLIENT PRIVILEGE
This message is confidential and intended only for the named recipient(s). This message may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that reading, disseminating, distributing, or copying this message is strictly prohibited.  If you have received this message in error or are not the named recipient, please notify the sender by telephone, facsimile or e-mail and delete this message from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

---

**Andrew Rulnick** <andrew.rulnick@gmail.com>                                  Fri, Mar 1, 2024 at 3:01 PM
To: Victoria Torrilhon <victoria.torrilhon@phoenix.gov>
Cc: Lisa M Danczewski <lisa.danczewski@phoenix.gov>

Your client can do so by an order of a federal district court.

[Quoted text hidden]

---

**Victoria Torrilhon** <victoria.torrilhon@phoenix.gov>                        Fri, Mar 1, 2024 at 3:02 PM
To: Andrew Rulnick <andrew.rulnick@gmail.com>
Cc: Lisa M Danczewski <lisa.danczewski@phoenix.gov>

Without a doubt.

Victoria Torrilhon
Cell (602) 300-9075

[Quoted text hidden]

---

**Andrew Rulnick** <andrew.rulnick@gmail.com>　　　　　　　　　　　　　　　　Fri, Mar 1, 2024 at 3:03 PM
To: Victoria Torrilhon <victoria.torrilhon@phoenix.gov>
Cc: Lisa M Danczewski <lisa.danczewski@phoenix.gov>

I'm sure they will find that sentiment interesting, thanks.

[Quoted text hidden]

---

**Victoria Torrilhon** <victoria.torrilhon@phoenix.gov>　　　　　　　　　　　　Fri, Mar 1, 2024 at 3:05 PM
To: Andrew Rulnick <andrew.rulnick@gmail.com>
Cc: Lisa M Danczewski <lisa.danczewski@phoenix.gov>

I'm sure they would expect it.  The City would not knowingly violate a federal court order, absent some extraordinary circumstances of which I cannot even imagine.

[Quoted text hidden]

---

**Andrew Rulnick** <andrew.rulnick@gmail.com>　　　　　　　　　　　　　　　　Fri, Mar 1, 2024 at 3:16 PM
To: Victoria Torrilhon <victoria.torrilhon@phoenix.gov>
Cc: Lisa M Danczewski <lisa.danczewski@phoenix.gov>

Good then let's make it so. You can expect the petitions sometime next week at this rate, I don't think this is very complicated.

Maybe it's just me but I kind of think we view civil and constitutional rights a lot differently where I'm from. Not to mention the prolonged damages you all caused me personally, my children, and my company. Yeah I think you all are way out of line and so is your states courts and your judges.

Do not care that you always intentionally refuse and insist on me dropping the mediation component to reduce costs, that is your choosing.

Maybe now that I have this footage of Mesa's officers abusing me, and a pretty clear case of what you call an "interaction" of Phoenix PD abusing me and allowing my children to be abused... Then and when filed in a Federal action maybe you'll all take it a little more seriously


Ciao,
[Quoted text hidden]