AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

ANDREW RULNICK, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮, REBECCA DONAHUE

*Plaintiff(s)*

v.

STATE OF ARIZONA, KRISTIN K. MAYES, KATIE HOBBS, DOUG DUCEY, MARK BRNOVICH, NICOLE SMEDLEY, JOHN SMEDLEY, BREANNA RICE, RANDA D. CONWAY, DOJ, UNITED STATES GOVERNMENT, et al.

*Defendant(s)*

Civil Action No. **5:24 CV 01075**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES GOVERNMENT
Civil Rights Division | U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDREW J. RULNICK
676 Lilac Lane, Copley Ohio 44321
480.527.7255

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 6-25-24

*Donatella Beatu*
*Signature of Clerk or Deputy Clerk*