Exhbit 1.A



Exhbit 1.B

Menu    **Department of Labor**

# Official Record of Benefit Payment History

### Current Claim

| | |
|---|---|
| **Name:** | Andrew J. Rulnick |
| **Social Security Number:** | XXX-XX-2488 |
| **Start/Effective Date:** | 12/04/2023 |
| **Benefit Year Ending Date:** | 12/08/2024 |
| **Weekly Benefit Amount:** | $504.00 |
| **Maximum Amount Payable:** | $13,104.00 |
| **Effective Days Remaining:** | 0 |

## Latest Transaction(s) as of 08/20/2024

- You last certified for benefits for the week ending 06/16/2024.
- Your payment for the week ending 06/16/2024 was released on 06/18/2024.
- Weekly payments for $600 showing "0" under the "Effective Days" column, and Debit Card or Direct Deposit under the "Type" column, are the Federal Pandemic Unemployment Compensation (FPUC) payments.

### *Effective Days*

Each day in a week (Monday through Sunday) that you qualify for benefits is called an effective day. There is a maximum of 4 effective days each week, and you must qualify for all 4 effective days in order to receive your total weekly benefit rate. For each day in the week that you are not eligible to receive benefits, you will receive one less effective day, which is equivalent to one fourth of your weekly benefit rate. For example, if you are not available to work one day in a week, or if you have worked any part of a day, or have received vacation or holiday pay for one day in a week, your benefits will be reduced by one effective day (the same as one-quarter of your benefit rate). You can receive a maximum of 104 effective days on your claim.

Once your claim becomes payable, you may see fewer effective days remaining. This means you are being paid for those days and will soon see this change reflected via the funds in your bank account or debit card.

If three days have passed since a payment was released and the funds are not in your account, you

should contact the Way2Go Program Customer Service line at (844) 649-9845 if you have a debit card. If you have direct deposit, contact your bank. If there is a holiday in a given week, payments may be delayed by one day that week.

### Payment History

| Week Ending | Total Amount | Net Amount | Effective Days | Release Date | Type |
|---|---|---|---|---|---|
| 06/16/2024 | $504.00 | $504.00 | 4 | 06/18/2024 | Direct Deposit |
| 06/09/2024 | $504.00 | $504.00 | 4 | 06/10/2024 | Direct Deposit |
| 06/02/2024 | $504.00 | $504.00 | 4 | 06/03/2024 | Direct Deposit |
| 05/26/2024 | $504.00 | $504.00 | 4 | 05/28/2024 | Direct Deposit |
| 05/19/2024 | $504.00 | $504.00 | 4 | 05/21/2024 | Direct Deposit |
| 05/12/2024 | $504.00 | $504.00 | 4 | 05/13/2024 | Direct Deposit |
| 05/05/2024 | $504.00 | $504.00 | 4 | 05/07/2024 | Direct Deposit |
| 04/28/2024 | $504.00 | $504.00 | 4 | 04/30/2024 | Direct Deposit |
| 04/21/2024 | $504.00 | $504.00 | 4 | 04/22/2024 | Direct Deposit |
| 04/14/2024 | $504.00 | $504.00 | 4 | 04/16/2024 | Direct Deposit |
| 04/07/2024 | $504.00 | $504.00 | 4 | 04/09/2024 | Direct Deposit |
| 03/31/2024 | $504.00 | $504.00 | 4 | 04/01/2024 | Direct Deposit |
| 03/24/2024 | $504.00 | $504.00 | 4 | 03/25/2024 | Direct Deposit |
| 03/17/2024 | $504.00 | $504.00 | 4 | 03/19/2024 | Direct Deposit |
| 03/10/2024 | $504.00 | $504.00 | 4 | 03/11/2024 | Direct Deposit |
| 03/03/2024 | $504.00 | $504.00 | 4 | 03/04/2024 | Direct Deposit |
| 02/25/2024 | $504.00 | $504.00 | 4 | 02/27/2024 | Direct Deposit |
| 02/18/2024 | $504.00 | $504.00 | 4 | 02/20/2024 | Direct Deposit |
| 02/04/2024 | $504.00 | $504.00 | 4 | 02/09/2024 | Direct Deposit |
| 01/28/2024 | $504.00 | $504.00 | 4 | 01/30/2024 | Direct Deposit |
| 01/21/2024 | $504.00 | $504.00 | 4 | 01/30/2024 | Direct Deposit |
| 01/14/2024 | $504.00 | $504.00 | 4 | 01/30/2024 | Direct Deposit |
| 01/07/2024 | $504.00 | $504.00 | 4 | 01/30/2024 | Direct Deposit |
| 12/31/2023 | $504.00 | $504.00 | 4 | 01/30/2024 | Direct Deposit |
| 12/24/2023 | $504.00 | $504.00 | 4 | 01/30/2024 | Direct Deposit |
| 12/17/2023 | $504.00 | $504.00 | 4 | 01/30/2024 | Direct Deposit |
| 12/10/2023 | $0.00 | $0.00 | 4 | 01/26/2024 | Waiting week |

# Unemployment Insurance Terms

Unemployment Insurance Terms        Payment History Terms

Exhbit 1.C



Earn $250 with 360 Checking. It only takes about 5 minutes to open an account. Get started today.

QUICKSILVER ...1015

$3,286⁰²

CURRENT BALANCE

View Account

Get your Virtual Card

Redeem rewards with ease online at Amazon checkout. Just add to cart and pay with rewards. Shop now.

QUICKSILVER ...6207

$366²⁹

CURRENT BALANCE

MINIMUM PAYMENT MET

Make a payment

Get your Virtual Card

Earn a bonus up to $1,500 and reward yourself with one of America's best savings rates. View details.

Visa...8768

# $2,263.85

Balance

$36.20
Available

## Current bill

✓ **No minimum due**
All good for September 2

**Make a Payment**

Payments overview

Autopay: Off

**Try autopay**



## Amex 9633



Current Balance
**$442.34**

Available: $257.00

Minimum due: $0.00 on 9/5

Make a Payment ›

## Visa 2826



Current Balance
**$1,420.01**

Available: $79.00

Minimum due: $0.00 on 8/18

Make a Payment ›

Exhbit 1.D

from:(jobs-agent@linkedin.com) subject:("ASB applicatio...    X    7

| Mail | Conversations | Spaces |

| Any time ▾ | Has attachment | To ▾ | Is unread | **Advanced search** |

☐ ▾    C    ⋮    1–50 of many    ‹    ›    ☰ ▾    ▭ ▾

| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Greylock Partn… | Apr 8 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Digital Authority Par… | Apr 8 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | **Your application** to Chief Marketing Officer at Loan Facto… | Apr 7 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | **Your application** to Chief Technology Officer (CTO) at Do… | Apr 6 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | **Your application** to Vice President of Restaurant Technolo… | Apr 6 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | **Your application** for Chief Executive Officer at HELM Boots - | Apr 6 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | **Your application** to VP, Digital Product at ProFocus Techn… | Apr 6 |
| ☐ | ★ | ⟫ | LinkedIn | Inbox | Updates | **Your application** was viewed b…    Unsubscribe    ▣  🗑  ✉  🕐 | |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to DocPlace - **Your ap**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to LVMH - **Your ap**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | **Your application** was viewed by 24 Seven Talent - **You**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Fractal - **Your a**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Storm3 - **Your a**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to True ValueHub, … | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Church's Texas … | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to AMD - **Your appl**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to AdMedia - **Your** … | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to WALDO - **Your a**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to HELM Boots - **Y**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to DoorDash, Inc - **You**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Makosi - **Your a**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to SeatMatch - **Yo**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Deezer - **Your a**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Vayner Media - **You**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to 24 Seven Talent - | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to ProFocus Techn… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to kadence - **Your appl**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Loan Factory, I… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to The Skinny Con… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Walker Lovell - **Y**… | Apr 3 |
| ☐ | ☆ | ⟫ | LinkedIn 2 | Inbox | Updates | Andrew, **your application** was sent to realtor.com - **Your a**… | Mar 22 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Upwork Inc - Career - | Mar 22 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to SellCord - **Your appl**… | Mar 22 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Technology Na… | Mar 22 |
| ☐ | ☆ | Ɔ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to PsychPlus - **Your ap**… | Mar 20 |
| ☐ | ☆ | Ɔ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Salient - **Your applic**… | Mar 20 |
| ☐ | ☆ | Ɔ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Harnham - **Your ap**… | Mar 14 |
| ☐ | ☆ | Ɔ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Omni Fiber - **Your a**… | Mar 14 |
| ☐ | ☆ | ⟫ | LinkedIn | Inbox | Updates | **Your application** was viewed by Harnham - **You** are receiv… | Mar 11 |
| ☐ | ☆ | Ɔ | LinkedIn 3 | Inbox | Updates | Andrew, **your application** was sent to Harnham - **Your** … | Mar 10 |
| ☐ | ☆ | Ɔ | LinkedIn | Inbox | Updates | Andrew, **your application** was sent to Insight Global - **Y**… | Mar 10 |

Exhbit 1.E

## FORM 20.  CIVIL FEE WAIVER AFFIDAVIT AND ORDER

IN _____

_____

|  |  |  |
|---|---|---|
|  | ) | CASE NO. |
|  | ) |  |
| Plaintiff, | ) | JUDGE |
|  | ) |  |
| vs. | ) |  |
|  | ) | **FINANCIAL DISCLOSURE / FEE-** |
|  | ) | **WAIVER AFFIDAVIT** |
| Defendant. | ) | **AND ORDER** |

Pursuant to R.C. 2323.311, the below-named Applicant requests that the Court determine that the Applicant is an indigent litigant and be granted a waiver of the prepayment of costs or fees in the above captioned matter. The Applicant submits the following information in support of said request.

| Personal Information | |
|---|---|
| Applicant's First Name<br>Andrew | Applicant's Last Name<br>Rvlnick |
| Applicant's Date of Birth<br>11-7-85 | Last 4 Digits of Applicant's SSN<br>2788 |
| Applicant's Address | |

| Other Persons Living in Your Household | | | |
|---|---|---|---|
| First Name<br>Camilla | Last Name<br>Rinaldi | Is this person a child under 18?  X | Relationship (Spouse or Child)<br>Spouse |
|  |  | ☐ Yes   ☐ No |  |
|  |  | ☐ Yes   ☐ No |  |
|  |  | ☐ Yes   ☐ No |  |

**Public Benefits**

I receive the following public benefits and my gross income, including the cash benefits marked below, does not exceed 187.5% of the federal poverty guidelines.

Place an "X" next to any benefits you receive.

Ohio Works First[1]: ___   SSI[2]: ___   Medicaid[3]: ___   Veterans Pension Benefit[4]: ___   SNAP / Food Stamps[5]: ___

| Monthly Income | | | |
|---|---|---|---|
| I am NOT able to access my spouse's income. X | | | |
|  | Applicant | Spouse (If Living in Household) | Total Monthly Income  X |

| Gross Monthly Employment Income, including Self-Employment Income (Before Taxes) | $ | $ | $ |
| --- | --- | --- | --- |
| Unemployment, Worker's Compensation, Spousal Support (If Receiving) | $ | $ | $ |

| | TOTAL MONTHLY INCOME | $ 300, |
| --- | --- | --- |

| Liquid Assets | |
| --- | --- |
| **Type of Asset** | **Estimated Value** |
| Cash on Hand | $ 400 |
| Available Cash in Checking, Savings, Money Market Accounts | $ |
| Stocks, Bonds, CDs | $ |
| Other Liquid Assets | $ |
| **Total Liquid Assets** | $ 400 |

| Monthly Expenses | | | | |
| --- | --- | --- | --- | --- |
| **Column A** | | **Column B** | | |
| **Type of Expense** | **Amount** | **Type of Expense** | | **Amount** |
| Rent / Mortgage / Property Tax / Insurance | $ 2,050 | Insurance (Medical, Dental, Auto, etc.) | | $ |
| Food / Paper Products/Cleaning Products/Toiletries | $ 400 | Child or Spousal Support that You Pay | | $ |
| Utilities (Heat, Gas, Electric, Water / Sewer. Trash) | $ 100 | Medical / Dental Expenses or Associated Costs of Caring for a Sick or Disabled Family Member | | $ |
| Transportation / Gas | $ 100 | Credit Card, Other Loans | | $ 200 |
| Phone | $ 150 | Taxes Withheld or Owed | | $ |
| Child Care | $ | Other (e.g. garnishments) | | $ |
| **Total Column A Expenses** | $ 2800 | **Total Column B Expenses** | | $ 200 |
| | | TOTAL MONTHLY EXPENSES (Column A + Column B) | $ 3,000 | |

I, __Andrew R. Lnick__ , hereby certify that the information I have provided on
    (Print Name)

this financial disclosure form is true to the best of my knowledge and that I am unable to prepay the costs
or fees in this case.

_____
Signature

**NOTARY PUBLIC:**

Sworn to before me and signed in my presence this __20th__ day of __August__ , 20 __24__ ,

in __Summit__ County, Ohio.

_____
Notary Public (Signature)

Reed Myers
Notary Public (Printed)

My Commission expires: __03/27/2028__

REED ALLEN MYERS
Notary Public, State of Ohio
My Commission Expires:
March 27, 2028

If available, an individual duly authorized to administer this oath at the Clerk of Court's Office will do so
at no cost to the Applicant.

**AFFIDAVIT OF FINANCIAL HARDSHIP**

I, Andrew Rulnick, being duly sworn, depose and state as follows:

1. I am the Plaintiff in the above-entitled action.

2. I am currently unemployed and actively seeking new employment, as evidenced by Exhibit 1.D.

3. I am experiencing extreme financial hardship and am unable to afford the costs associated with filing fees and other court costs in this matter.

4. My current financial situation is as follows:

   o **Bank Account Balance:** $426.81, as shown in Exhibit 1.A, a statement from my bank account as of August 20, 2024.

   o **Outstanding Rent:** Approximately three to four months behind.

   o **Credit Card Debt:**

     ▪ Capital One: $3,286.00

     ▪ Credit One: $1,800.00 (approximate)

     ▪ Mission Lane: $2,263.85 (See Exhibit 1.C for copies of statements from these credit lines.)

   o **Auto Loan Debt:** Approximately $40,000.00

5. I previously received Unemployment Benefits from the State of New York, but these benefits ended in June 2024, as documented in Exhibit 1.B.

6. I have no other significant assets or sources of income.

7. I am facing imminent threat of eviction due to my inability to pay rent. Additionally, the lender and dealer for my auto loan are threatening to repossess my vehicle if I am unable to make a payment. I am actively working with them to resolve this situation, but my current financial constraints make it impossible for me to meet their demands.

8. My current financial hardship is largely due to factors beyond my control, stemming from significant harm inflicted upon me by the defendants in my pending lawsuits, as well as the actions of my ex-wives:

   o **Federal Lawsuit:** The defendants in the federal case, *Rulnick v. State of Arizona, et al.*, Case No. 5:24-cv-01075-JRA, pending in the U.S. District

1  Court for the Northern District of Ohio, have engaged in a pattern of
2  discriminatory and abusive conduct, as detailed in my Complaint filed in that
3  case. Their actions have caused significant financial losses to my company,
4  DESIGNA, LLC, and have directly impacted my ability to work and earn an
5  income.

6  ○ **State Lawsuit:** The defendants in case number CV-2024-07-2888,
7  specifically Redwood Living, Inc., pending in the Court of Common Pleas,
8  Summit County, Ohio before Judge Alison Breaux, have further exacerbated
9  my financial hardship by threatening eviction, refusing to engage in good-
10  faith discussions or offer reasonable accommodations, and engaging in
11  harassing and discriminatory behavior. These actions are detailed in my
12  Complaint filed in that case.

13  ○ **Actions of My Ex-Wives:** My ex-wives, Nicole Smedley and Breanna Rice,
14  have contributed significantly to my current financial hardship through their
15  relentless campaign of parental alienation and their intentional infliction of
16  emotional distress. They have unjustly separated me from my children,
17  denied me court-ordered contact with them, and created a hostile and
18  stressful environment that has severely impacted my mental health and
19  ability to function.

20  9. The Court of Common Pleas, Summit County, Ohio, has previously recognized my
21  disability, High-Functioning Autism Spectrum Disorder (HFASD), in Case No. CV-
22  2024-07-2888, and has granted me certain accommodations, stating that
23  "PLAINTIFF HAS PROVIDED SUFFICIENT EVIDENCE TO SUPPORT HE IS A DISABLED
24  INDIVIDUAL PURSUANT TO THE ADA AS WELL AS R.C, §4112.01(16)(A)(III).
25  ACCOMMODATION REQUESTS NOS. 2 AND 4 ARE REASONABLE AND THEREFORE
26  GRANTED SO LONG AS THEY DO NOT INTERFERE WITH THE COURT
27  PROCEEDINGS." This ruling, issued by Judge Alison Breaux, demonstrates the
28  legitimacy of my disability and the need for accommodations to ensure my equal
29  access to justice. I respectfully request that the Court consider my disability and the
30  significant challenges I face as a result of the defendants' misconduct when
31  evaluating my financial hardship and my requests for relief, including my request to
32  proceed *in forma pauperis*.

33

1    10. I am diligently pursuing all avenues to regain financial stability, including actively
2         searching for employment and engaging in fundraising efforts for my company,
3         DESIGNA, LLC.

4    I declare under penalty of perjury that the foregoing is true and correct to the best of my
5    knowledge and belief.

6

7

8    Signature of Andrew Rulnick

9    A M

10

11

12    [Date] 8-20-24

13

14    **(Notary Public Section)**

15

Reed Myers

Andrew Rulnick appeared before me on August 20th, 2024
in Summit County Ohio



REED ALLEN MYERS
Notary Public, State of Ohio
My Commission Expires:
March 27, 2028