

*Where hope and healing begin*

May 1, 2023
Andrew Rulnick
DOB: 11/7/1985

Andrew recently went through extensive evaluation with me. He was administered the MIGDAS-2, the Ritvo Autism Asperger Diagnostic Scale-R have known him, interviews, and observations. I have worked with him for about one year.

Results from the MIGDAS-2 and the RAADS-R indicate that Andrew is an adult who is on the Autism Spectrum, very high functioning.

_____/ s /_____
Collin A. Myers, Ph.D.
Professional Clinical Counselor-S
Doctoral Addictions Counselor
National Board of Certified Counselors
National Board of Forensic Counselors