

July 4, 2024

It is with a heavy heart, yet a profound sense of duty, that I write this letter on behalf of my patient, Andrew Rulnick. As a Licensed Professional Clinical Counselor with over 43 years of experience, and holding degrees from both Kent State University (Ph.D., 1980) and Walsh University (1983), I have dedicated my career to understanding the complexities of the human mind and advocating for the well-being of those under my care. I have also served as a full-time college professor at Notre Dame College and Walsh University Canton, preparing teachers to work with children of special needs.

I have had the privilege of working with Mr. Rulnick for the past three years, during which time I diagnosed him with High-Functioning Autism Spectrum Disorder (HFASD). Diagnosing HFASD in individuals like Mr. Rulnick, who are exceptionally bright, talented, and driven, is not always straightforward. Their very strengths can mask the subtle ways in which their minds work differently. They are often misunderstood, their needs overlooked, and their struggles dismissed. Andrew is a brilliant man, a dedicated father, and a tireless worker. He has accomplished so much in his life, overcoming obstacles that would have crushed a lesser person. He has a rare mind, capable of groundbreaking insights and innovations. But even the strongest mind can be broken by relentless cruelty and injustice. It is clear to me that his disability was used against him in their relentless pursuit to sever the bond between a father and his children. In my opinion, these events are a travesty of justice.

The court-ordered phone calls with his children were a lifeline for Andrew, a source of joy and hope in the midst of his pain. To deny a father the opportunity to hear his children's voices, to share in their joys and sorrows is an act of cruelty that cuts to the very core of a parent's heart. To do so on special occasions, on his birthday or Father's Day, is a deliberate and malicious act of emotional torture. The lack of basic accommodations throughout this ordeal – accommodations that should have been readily provided, given his diagnosis – only added to his struggles. He was forced to navigate a complex and unforgiving legal system, designed for neuro-typical minds, without the support he needed to understand and participate effectively. This only intensified his feelings of powerlessness and amplified his despair, contributing to his suicidal thoughts.

It is unconscionable that any court, aware of a person's struggles with HFASD, would deny them the basic decency of reasonable accommodations. This violates the federal law encapsulated in the American with Disabilities Act. This act makes it a violation federal law not to provide accommodations to a person with disabilities. Justice demands a level playing field, a system that recognizes and supports the unique needs of all individuals, especially those facing the immense challenges of navigating legal proceedings while struggling with a disability. The Lady of Justice was blind with her scales weighing facts without bias.

I pray that this court will remember one of foundations of western law, the Lady of Justice and what she stands for. I hope that you see Andrew for the remarkable man he is, recognize the injustices he has suffered, and ensure that he is granted the federally mandated accommodations for his disabilities, and the justice he so rightfully deserves.

DocuSigned by:

*Collin Myers PhD*

D0C6018EC20E4E2...

Collin A. Myers, Ph.D.
Professional Clinical Counselor-S
Doctoral Addictions Counselor
National Board of Certified Counselors
National Board of Forensic Counselors