10/31/24, 6:00 PM                              DESIGNA Mail - Service for Case 2:24-cv-02611-DJH Rulnick v. Arizona, State of et al.

Case 2:24-cv-02611-DJH-ASB   Document 12-1   Filed 10/31/24   Page 1 of 20



**Andrew Rulnick <andrew@designa.xyz>**

# Service for Case 2:24-cv-02611-DJH Rulnick v. Arizona, State of et al.
26 messages

**Andrew Rulnick** <andrew@designa.xyz>                    Mon, Oct 28, 2024 at 6:06 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Attached are copies of the lawsuit now in Arizona's District Circuit Court.  Attempted you, who said you represented the State of Arizona et al, and your client(s) Kris Mayes and company.

Before her honorable Judge Diane J Humetewa. I have attached a courtesy copy of the docket, and the standard waiver form.

Did I mention that my children and I are indigenous American's and that although we aren't registered, my aunty was Ohlone Elder Ann Marie Sayers. Your clients, and defendants all violated the rights of me, as an autist, and violated federal treaties with indigenous people... That's what happened.

https://www.youtube.com/watch?v=Cy0nTSpYy-U
https://www.youtube.com/watch?v=Zvnoa8XfM9I
https://www.youtube.com/watch?v=UR3cUukV5N8
https://www.youtube.com/watch?app=desktop&v=ZT1-jewrAos
https://www.youtube.com/watch?v=XGWzT87A0Bg
https://www.youtube.com/watch?v=qYgZ1Pxw6aI


Let me know by Wednesday if you are accepting the waiver, I am moving in and with the court regardless of your continuance to ghost me and cost the American taxpayers (trillions?) of dollars in damages.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

---

**2 attachments**

 **2-24-cv-02611-DJH.zip**
12659K

 **Attempted Service by waiver by Kris Mayes.pdf**
1252K

---

**Andrew Rulnick** <andrew@designa.xyz>	Mon, Oct 28, 2024 at 6:07 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

to say that i'm going to have all the defendants asses for their part/piece in the prejudice and damages i have had to endure - is such an understatement. rugging our people's records **as usual**.

Sincerely,



**Andrew Rulnick**
Owner & Founder

phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>     Mon, Oct 28, 2024 at 6:13 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Do you and/or your clients want to start getting real about how serious this is? I'll take that good-faith deposit payment and we can sit down at a table and discuss all the ways me and my children have had to suffer over the last seven years and what it's going to cost to settle. If you go that route, i'll make it as easy as humanly possible on your clients budget(s). If not, I insist that this doesn't even warrant a trial by Jury, that after all this delay you all caused that it could be order for damages awarded to me from the bench. I can start indexing every single court of prejudice, by the **many** dozens'

Either way let me know by Wedneday, that's plenty of time for you considering how badly you all damaged me, my kids, my business.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Niederbaumer, Michael** <Michael.Niederbaumer@azag.gov>     Tue, Oct 29, 2024 at 3:56 PM
To: Andrew Rulnick <andrew@designa.xyz>

We have had this discussion in the past. I am not going to repeat myself. Before I can discuss waiver with you, you must follow the procedure set forth in Fed. R. Civ. P. 4.

**Michael R. Niederbaumer**

Senior Litigation Counsel

State Government Division / Liability Management Section



Physical Address: 15 S 15th Ave, Phoenix, AZ

Mailing Address: 2005 N Central Ave, Phoenix, AZ 85004-2926

Direct Line: (602) 542-8346

Fax: (602) 542-3393

Main AGO: (602) 542-5025

Michael.Niederbaumer@azag.gov
http://www.azag.gov

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>　　　　　Tue, Oct 29, 2024 at 4:01 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Nope not playing games Michael, you denied me access, just like the rest of your state and I screenshot this and am giving it to her honor today. Have a good rest of your week


Sincerely,


DESIGNA AI

10/31/24, 6:00 PM
Case 2:24-cv-02611-DJH-ASB — Document 12-1 — Filed 10/31/24 — Page 5 of 20
DESIGNA Mail - Service on Case 2:24-cv-02611-DJH Rulnick v. Arizona, State of, et al

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**2 attachments**



**image001.png**
25K



**image001.png**
25K

---

**Andrew Rulnick** <andrew@designa.xyz>  Tue, Oct 29, 2024 at 4:03 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

This case is going to trial by bench. No jury needed it's so blatant what your agents and you all do. It's been a blast Michael but I am moving on court, unchained and ungagged now.

Sincerely,

DESIGNA AI

___
Sent from my mobile device

Andrew Rulnick
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                    Tue, Oct 29, 2024 at 4:14 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Kimberly Clark is one of yours too right? She's being added. See attached, she intentionally denied me access.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

  **Lead Exhibit - DESIGNA Mail - FC2022-091124 - Evidentiary Hearing - DENIED ACCOMODATIONS AGAIN.pdf**
2299K

---

**Andrew Rulnick** <andrew@designa.xyz>                    Tue, Oct 29, 2024 at 4:16 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

While you're all laughing it up and playing games, I'll be preparing my prosecution and moving in the federal district now; if you want to begin to jointly agree to the accommodations that are appropriate for someone with autism, let me know. Else I assume you're all making me litigate that point too and will simply move the court for the fair accommodations, without you. I already have a great example from my **first appearance** pro se in Ohio that I think is a great starting point Michael. A lot has happened since the last time we chatted, so talk with you all soon - see you in court.

Sincerely,

10/31/24, 6:00 PM
DESIGNA Mail - Service on Case 2:24-cv-02611 Rulnick v. Arizona, State of, et al
Case 2:24-cv-02611-DJH-ASB    Document 12-1    Filed 10/31/24    Page 8 of 20



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

**Andrew Rulnick** <andrew@designa.xyz>     Tue, Oct 29, 2024 at 4:30 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Here you go, I went ahead and enlarged that conversation with your prejudiced Clerk and agents of your system for you. I wouldn't want anything to be hard to read, I have difficulties regularly with my eyes focusing.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

 **Lead Exhibit - DESIGNA Mail - FC2022-091124 - Evidentiary Hearing - DENIED ACCOMODATIONS AGAIN - ENLARGED.pdf**
2437K

---

**Andrew Rulnick** <andrew@designa.xyz>                     Tue, Oct 29, 2024 at 4:34 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

I think prosecutors call exhibits like that a figurative "smoking gun", right? Your client's systems are f-cked Michael. I'm done trying to compel you people to settle when this starts getting moving, that's where I am at. You can have 24 hours to confer with your clients, I'm filing my motions and this latest exhibit as prime example, and proof of problems either way, and we are barely just getting started.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                     Tue, Oct 29, 2024 at 4:35 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

**Dozens** of counts.

Sincerely,

10/31/24, 6:00 PM  DESIGNA Mail - Service on Case 2:24-cv-02611-DJH, Rulnick v. Arizona, Stagg et al.

Case 2:24-cv-02611-DJH-ASB   Document 18-11   Filed 10/31/24   Page 10 of 20



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>   Tue, Oct 29, 2024 at 4:36 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Good chatting Michael, cheerio

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>   Tue, Oct 29, 2024 at 4:43 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

10/31/24, 6:00 PM DESIGNA Mail - Service on Case 2:24-cv-02611-DJH Rulnick v. Arizona, Stenger et al.

Case 2:24-cv-02611-DJH-ASB   Document 18-11   Filed 10/31/24   Page 11 of 20

Oh this is my Great Aunt by the way, Ohlone Elder Ann Marie Sayers. Hope you're all familiar with the treaties your clients/state/nation made with our peoples Michael. I would say you're all **super f-cked** but you're all the professionals, right? You all violated every right I had/have and you did it all too gladly for my taste. That's it I want to leave this conversation here for the week, the rest can abide conferences and hearings


https://www.youtube.com/watch?v=Cy0nTSpYy-U

https://www.youtube.com/watch?v=Zvnoa8XfM9I

https://www.youtube.com/watch?v=UR3cUukV5N8

https://www.youtube.com/watch?app=desktop&v=ZT1-jewrAos


https://www.youtube.com/watch?v=XGWzT87A0Bg

https://www.youtube.com/watch?v=qYgZ1Pxw6aI

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>                                      Tue, Oct 29, 2024 at 4:45 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

10/31/24, 6:00 PM  DESIGNA Mail - Service on Case 2:24-cv-02611-DJH-Rulnick 1 Arizona, Stenger et al.

Case 2:24-cv-02611-DJH-ASB   Document 18-1   Filed 10/31/24   Page 12 of 20

Burning records, that's a thing you all do/did to us, isn't it? Withholding records, ripping children from their families and tribes... right?

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>　　　　　Tue, Oct 29, 2024 at 4:52 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Retaliate for speaking out about terrible things being done to us that involve your agents. Shit like that. Hey sorry, I just had to finish my thoughts before tapping out on this shituation for a little bit, because I have had it...

Sincerely,



**Andrew Rulnick**
Owner & Founder

phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>  Tue, Oct 29, 2024 at 7:36 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

This exchange violates Title II of the ADA (42 U.S.C. §12132), which prohibits discrimination against qualified individuals with disabilities in all services, programs, and activities of public entities, including courts. The court clerk has a duty to provide reasonable accommodations to ensure that individuals with disabilities have equal access to the court system. See Tennessee v. Lane, 541 U.S. 509 (2004), which affirms that Title II of the ADA applies to court access.

I wanted to put it in your language, that you legal professionals understand.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>  Wed, Oct 30, 2024 at 4:52 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

10/31/24, 6:00 PM
DESIGNA Mail - Service on Case 2:24-cv-02611-DJH Rulnick v. Arizona, Stager et al.
Case 2:24-cv-02611-DJH-ASB     Document 18-1     Filed 10/31/24     Page 14 of 20

Oh I just notified Google's Legal about everything, hope you all didn't spend that; what was it $85,000,000 they paid you over UUID crypto while you people were trying to destroy me and my research?

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>   Wed, Oct 30, 2024 at 4:53 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Don't quote me on it but I'm pretty sure they are going to want that back, I don't think they realized you were all persecuting the guy that is the residence Go code crypto UUID expert, f-cking a--holes. Might have a tiny shortfall in your budgets depending on how you all **blew** it.

Sincerely,



10/31/24, 6:00 PM  DESIGNA Mail - Service on Case 2:24-cv-02611- Dehl Rulnick v. Arizona, Stager et al.

Case 2:24-cv-02611-DJH-ASB   Document 18-1   Filed 10/31/24   Page 15 of 20

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>  Wed, Oct 30, 2024 at 4:56 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Now I don't speak on their behalf, and I don't even know either of them personally but I think news travels fast and Larry Page & Sergey Brin are pretty pissed and there are talks of everyone divesting themselves/the companies of California, and Arizona? Have a good rest of your week Michael, there should be an update with my filing before her Honor and PACER updated for all you defendants et al by tomorrow. My health has been a little under, to say the least, impacted extremely negatively due to all your defendants/agents/employees lawfare.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>  Wed, Oct 30, 2024 at 4:59 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Don't hold your breath on that Mesa data center, that's the TLDR

10/31/24, 6:00 PM DESIGNA Mail - Service on case 2:24-cv-02611-DJH Rulnick v. Arizona, Stargel et al.

Case 2:24-cv-02611-DJH-ASB   Document 18-11   Filed 10/31/24   Page 16 of 20

Sincerely,



Andrew Rulnick
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>       Wed, Oct 30, 2024 at 5:09 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Something about how Mesa PDs officers dislocate the elbows of autistics who have sciatic nerve pains and need to stretch. Ignore valid family court orders, prejudice autistics in general. You know shit like that. This video was discovered in the minor dump of footage, identified today 10/30/24, for the record

https://drive.google.com/file/d/1OhfVch93t8RmZ4XM9JXzt5dYx0tTbjDG/view?usp=sharing


Sincerely,



**Andrew Rulnick**

10/31/24, 6:00 PM
DESIGNA Mail - Service on Case 2:24-cv-02611-DJH-Rulnick v. Arizona, Stagg et al.
Case 2:24-cv-02611-DJH-ASB    Document 18-11    Filed 10/31/24    Page 17 of 20

Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>     Wed, Oct 30, 2024 at 5:10 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Fast forward to the three minute thirty second mark, thanks.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>     Wed, Oct 30, 2024 at 5:11 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

I want that officer's name and badge, your agent and your entities et al owe me a lot of money over that one alone...

Cheerio Michael gotta go change the world.

Sincerely,

10/31/24, 6:00 PM DESIGNA Mail - Service on Case 2:24-cv-02611-DJH Rulnick v. Arizona, Stager et al.

Case 2:24-cv-02611-DJH-ASB    Document 18-11    Filed 10/31/24    Page 18 of 20



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>         Wed, Oct 30, 2024 at 5:56 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Hey a clerk of courts finally for the first time, showed me where to make sure I can enable notifications of filings, imagine that.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>         Wed, Oct 30, 2024 at 6:00 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

10/31/24, 6:00 PM
DESIGNA Mail - Service on Case 2:24-cv-02611-DGC-Rulnick v. Arizona, Staiger et al.
Case 2:24-cv-02611-DJH-ASB Document 18-1 Filed 10/31/24 Page 19 of 20

Hey, what's your state's budget like for the next decade? I don't want to liquidate you all. Wouldn't want you all to end up like I have had to multiple times now, destitute. Cheerio

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]

---

**Andrew Rulnick** <andrew@designa.xyz>         Wed, Oct 30, 2024 at 6:03 PM
To: "Niederbaumer, Michael" <Michael.Niederbaumer@azag.gov>

Also, while you're at it. What's the Mesa DA's email? I have some things I need to say to them and need to file some shit down in their hick town/city/whateverthefuck.

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

10/31/24, 6:00 PM DESIGNS Mail - Service on Case 2:24-cv-02611-DJH-DMF Ruiz v. Arizona, Stadler et al.

Case 2:24-cv-02611-DJH-ASB Document 18-1 Filed 10/31/24 Page 20 of 20

[Quoted text hidden]