

**John Smedley**
@DirectorJohnS

That's flatly not true. My kids know that you fled the state. They know you have been offered the ability to talk to them via Marco Polo despite being a fugitive and you flatly refused. You "left for milk" and never came back, as Asher jokes. He hates how you treated them.

1:47 PM · Oct 27, 2024 · **5** Views

💬 1

Post your reply    Reply

**Steamboat Mickey** ✓ @MickeySteamboat · 7m
asher and i have an amazing relationship outside your sick desperate attempts to lock me up, you are a legit alienator and child abuse, i will not feel sorry for you. Screen shot this one.