CERTIFICATE OF SERVICE

I hereby certify that I have served the Defendant's a true and correct copy of the foregoing Pleading/Petition along with all documents downloaded extracted from PACER for their records of October 31st, 2024 by e-file, and email

/ s /_____Andrew Rulnick

Plaintiff, Pro se


733 W Market Street Unit 1008
Akron Ohio, 44303
Andrew@DESIGNA.xyz
480.527.7255