Case 2:24-cv-02611-DJH-ASB   Document 18-15   Filed 10/31/24   Page 1 of 4



(480) 527-7255

| PAGE | DEFENDANTS NAME |
|---|---|
| 1 | JULIE KRIEGH |
| 3 | ROBERT GRASSO JR. |
| 5 | VICTORIA TORRILHON |
| 7 | LISA DANCZEWSKI |
| 9 | LARRY J. CROWN |
| 11 | MICHAEL HENLEY |
| 13 | U.S. DEPARTMENT OF JUSTICE |
| 15 | RANDA D. CONWAY |
| 17 | SHERI D. SHEPARD |
| 19 | UDALL SHUMWAY, PLC |
| 21 | PARADISE VALLEY UNIFIED SCHOOL DISTRICT |
| 23 | BREANNA RICE |
| 25 | JOHN SMEDLEY |
| 27 | CITY OF PHOENIX |
| 29 | STEPHEN JERAS |
| 31 | ANN FURNISH |
| 33 | KRISTIN K. MAYES |
| 35 | KATIE HOBBS |
| 37 | CITY OF MESA |
| 39 | DOUG DUCEY |
| 41 | STATE OF ARIZONA |
| 43 | MARK BRNOVICH |
| 45 | TOWN OF GILBERT |
| 47 | DUNCAN J. STOUTNER |
| 49 | GRASSO LAW FIRM |
| 51 | KARIN MEISTER |
| 53 | TITUS BRUECKNER SPITLER & SHELTS PLC |
| 55 | THE UNITED STATES GOVERNMENT |
| 57 | OFFICER D. ZINTAK |
| 59 | NICOLE SMEDLEY |
| 61 | TRACY RANDALL |
| 63 | THOMAS YOUNG |

Sincerely,



Andrew Rulnick
Owner & Founder
phone: 480.527.7255

RE: Filed Today Rulnick V Arizona, United States Government, Nicole/John Smedley, Breanna Rice/Ritchey, Arizona Agents et al - ...

Case 2:24-cv-02611-DJH-ASB    Document 18-15    Filed 10/31/24    Page 3 of 4

2 of 869

Good week to you all. I imagine this is going to be a pretty good path to sum partial judgements, and will compel you/your clients to answer since I see an overwhelming amount of evidence in favor of the plaintiff's. So yeah, I'm charging you all by the hour now. This necessitated a lot of work and review time, and will no doubt continue to add to my damages your clients/all of you caused.

That's all, you're all part of a very large problem and it's going to be addressed in a proper venue. With proper proceedings, with accommodations, and without prejudice. Thanks!

Sincerely,



---

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Sun, Jul 7, 2024 at 3:29 PM Andrew Rulnick <andrew@designa.xyz> wrote:

Here's yet another attempt for each of you who are named and asked to accept/sign waiver of service. Again, if you necessitate using mail, instead of email (in prejudice, as usual) then please let me know and I will be happy to provide you a self address return stamped envelope, or I have already sought alternative service by Marshall from the Court. This will be my final attempt, I am not obligated to the best of my knowledge to compel you to accept service, and mitigate costs - I have already been clear that should you make the choice to necessitate service, costs should come from you, the defendants or the U.S. Government at this point. Thanks!

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within (give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Copies of the waiver form are enclosed, I have already requested the court permit/order communication and exchange of information by emails for accessibility sake in my motion for accomodations.

ASK if you need a self-addressed envelope or other prepaid means for returning one copy. Again, email is preferred as it is accessible and not denying me ability to participate, like you all often prefer and try to do. If you need help picking out your summons, even though it is indexed, tell me and I will gladly accommodate because again, access to justice, not denial of the right to participate as you all would like. We have these things in law called ethics and I fully intend on making it clear in these proceedings.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

Copy of the complaint:

https://drive.google.com/file/d/1MArrVs77Ndc_bgEwgURV-wOSDypryWUX/view?usp=sharing

Here are copies of the summons:

https://drive.google.com/file/d/1gKYo5X9l_pRZgxvdNbbwcKh4I3d3AfE7/view?usp=sharing

**Your summons is page number can be located in the index below the signature of this thread**

Here is the waiver of service form:

https://drive.google.com/file/d/1UT_zIQ7b3e-jPbUG2B7XgUGuNnzdh1oy/view?usp=sharing

and again if you need the self-addressed stamped envelope, say so and I will be more than happy to accommodate, and provide equal access to justice for you, unlike how your state treated me over the past seven years. Do you get it yet?

Same if you need help separating out the summons, or anything else that would be in good faith, the way we would expect people to act in legal proceedings.

I certify that this request is being sent to you on the dates below.

Date: 7/7/2024

/s/ Andrew Rulnick

ANDREW RULNICK
676 LILAC LN COPLEY OHIO 44321
ANDREW@DESIGNA.XYZ
(480) 527-7255


PAGE    DEFENDANTS NAME

1    JULIE KRIEGH

3    ROBERT GRASSO JR.

5    VICTORIA TORRILHON

7    LISA DANCZEWSKI

9    LARRY J. CROWN

