# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ANDREW JACOB-SANDMAN SAYERS RULNICK,**<br><br>\|\|\|\|\|\|\|\|\| **RULNICK,**<br>\|\|\|\|\|\|\|\|\| **RULNICK,**<br>& \|\|\|\|\|\|\|\|\| **RULNICK**<br><br>**Plaintiffs,**<br><br>v.<br><br>**U.S. GOVERNMENT, ARIZONA, & DOJ, et al.**<br><br>**BREANNA RITCHY, NICOLE & JOHN SMEDLEY**<br><br>**SHERI SHEPARD & COMPANY**<br><br>**Defendants.** | CASE NO. 2:2024cv02611<br><br>Assigned to Honorable Humetewa<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND FINANCIAL ASSISTANCE** |

1  This matter comes before the Court on Plaintiffs' Motion for Preliminary Injunction and
2  Emergency Financial Assistance. The Court, having considered the Motion, the
3  supporting Memorandum, the attached Exhibits, the arguments of the parties, **having**
4  **previously granted Plaintiff leave to file a First Amended Complaint, thereby**
5  **implicitly finding that the Amended Complaint meets the requirements of Rule 8 of**
6  **the Federal Rules of Civil Procedure for the purposes of the early pleading**
7  **stages,** and being otherwise fully advised in the premises, finds that Plaintiffs have met
8  the requirements for preliminary injunctive relief.
9
10

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. **Injunction Against Further Harmful Conduct:** Defendants, and each of them, their agents, employees, and representatives, are hereby *enjoined and restrained*, effective immediately, from engaging in any further acts of harassment, discrimination, retaliation, abuse of process, or interference with Plaintiffs' rights, including, but not limited to:

   - Any further actions that would interfere with Plaintiff Andrew Rulnick's ability to pursue his legal claims in this case or in related proceedings.
   - Any further disparaging or false statements about Plaintiff Andrew Rulnick to third parties.
   - Any further interference with Plaintiff Andrew Rulnick's parental rights or his relationship with his Children.
   - Any further actions that would impede Plaintiff Andrew Rulnick's ability to secure safe and stable housing.
   - Any further actions that would impede Plaintiff Andrew Rulnick's ability to secure medical care.

2. **Mandatory ADA Accommodations:** Defendant State of Arizona, and all its relevant agencies and subdivisions (including the courts, law enforcement, and DCS), are hereby *ordered* to *immediately* provide Plaintiff Andrew Rulnick with reasonable accommodations under the ADA and the Rehabilitation Act in *all* ongoing proceedings and interactions, including, but not limited to:

   - Multi-modality is essential for complex legal matters and instructions (written, visual, auditory, etc. as needed for optimal comprehension).
   - Clear, concise, and unambiguous language in all court orders and communications.
   - Sufficient time to process information and respond to deadlines, with flexibility where reasonably possible.
   - Breaks during hearings and court proceedings as needed to manage sensory overload and maintain focus.
   - Plain language explanations of legal terms and procedures, upon request.
   - Flexibility in filing formats and methods to accommodate potential technical challenges related to disability and current limitations on resources, to include direct email access to court clerks for assistance.

- o   Allowance for a support person or advocate to be present during hearings and meetings (non-legal representation).
- o   Daily phone/video calls with children.
     *Order for [John Smedley's name] to cease communication about legal matters with children.
- o   Order for Arizona courts to comply with Ohio accommodations order.

3. **Emergency Financial Assistance (Writ of Restitution):** The [Specify Source - e.g., U.S. Department of Justice, or Arizona state victim compensation fund] is hereby *ordered* to immediately disburse the sum of **One Million Dollars ($1,000,000.00)** to Plaintiff Andrew Rulnick as a form of *equitable restitution* and emergency financial assistance, to prevent further irreparable harm and to enable Plaintiff to secure basic necessities, effectively participate in this litigation, and begin to address the catastrophic financial devastation inflicted by Defendants' actions.

4. **Assistance with Service:** Given Plaintiff's Pro Se status, his documented disability, the prior denial of his request for service by the U.S. Marshal, and the demonstrated pattern of obstruction and bad faith by Defendants and their counsel and agents, the Clerk of Court is hereby *requested* to provide assistance to Plaintiff in effecting proper service of the Summons and First Amended Complaint upon all Defendants in this action. This assistance is requested as a reasonable accommodation under the ADA and in furtherance of Plaintiff's right to access.

IT IS SO ORDERED.

Date: _____

---

Honorable Diane J. Humetewa
United States District Judge