# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ANDREW JACOB-SANDMAN SAYERS RULNICK,**<br><br>‖‖‖‖‖‖‖‖‖ **RULNICK,**<br>‖‖‖‖‖‖‖‖‖ **RULNICK,**<br>**&** ‖‖‖‖‖‖‖‖‖ **RULNICK**<br><br>**Plaintiffs,**<br><br>v.<br><br>**U.S. GOVERNMENT, ARIZONA, & DOJ, et al.**<br><br>**BREANNA RITCHY, NICOLE & JOHN SMEDLEY**<br><br>**SHERI SHEPARD & COMPANY**<br><br>**Defendants.** | **CASE NO. 2:2024cv02611**<br><br>Assigned to Honorable Humetewa<br><br>**PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD WITH ADDITIONAL EVIDENCE OF OBSTRUCTION OF JUSTICE, DELIBERATE DELAY, AND PRO SE PLAINTIFF'S EXPERTISE** |

Comes now Plaintiff, Andrew Rulnick, Pro Se, and respectfully moves this Honorable Court to supplement the record in the above-captioned matter with additional, crucial evidence that further demonstrates the Defendants' ongoing obstruction of justice, their deliberate delays in providing essential records, and the immense value of Plaintiff's work, which has been demonstrably harmed by Defendants' unlawful actions.

**I. NEWLY DISCOVERED EVIDENCE OF OBSTRUCTION AND DELAY**

1. **Exhibit 1: Email from Phoenix Police Department - One Year Delay in Record Production:** Plaintiff has received a new email from the Phoenix Police Department (PhxPD), dated March 12, 2025, produced in response to Plaintiff's *long-standing* request

for public records related to his case. This email, attached hereto as **Exhibit 1**, reveals a shocking and unacceptable delay in the production of even *one single file* by PhxPD. As the email demonstrates, it took PhxPD *over one year* to fulfill Plaintiff's basic records request, highlighting the systemic obstruction and deliberate delays that Plaintiff has consistently encountered in his attempts to obtain essential information from Arizona agencies. This is not mere bureaucratic inefficiency; it is a *calculated tactic* to hinder Plaintiff's ability to investigate his claims, gather evidence, and effectively pursue justice.

2. **Exhibit 2: Plaintiff's Executive Summary Resume - Demonstrating Expertise and Value of Work:** To further demonstrate the immense value of Plaintiff's work in Artificial Intelligence, and the catastrophic harm caused by Defendants' interference with his career and livelihood, Plaintiff submits his Executive Summary Resume, attached hereto as **Exhibit 2**. This document, previously provided to the Court as Exhibit [Previous Exhibit Number, if applicable], provides compelling evidence of Plaintiff's:

    o   Leadership and expertise in the cutting-edge field of Artificial Intelligence.

    o   Groundbreaking research and development in AI, with the potential for significant societal and economic impact.

    o   Track record of innovation, revenue generation, and team leadership in the technology sector.

    o   Recognition as a Google Premier Partner and collaborator with major tech companies.

    o   Contributions to national cybersecurity and other critical areas. Heartbleed, CrowdStrike, Dominion Voting (all **NOT SECURE** despite what the politicians want to say, and the American people have rights to know)

This resume underscores that Plaintiff is not merely an "ordinary" litigant; he is a highly skilled and exceptionally valuable individual whose work is of significant importance to the national economy and technological advancement. The Defendants' deliberate sabotage of Plaintiff's career to silence him, therefore, has far-reaching consequences that extend beyond his personal harm.

**II. LEGAL ARGUMENT**

A. **Evidence of Ongoing Obstruction of Justice:** The email from Phoenix PD (Exhibit 1), documenting a *year-long delay* in producing even a single file, provides further compelling evidence of the Defendants' *ongoing obstruction of justice*. This delay is not merely inconvenient; it is *deliberate* and *prejudicial*, hindering Plaintiff's ability to gather evidence, investigate his claims, and present a full and fair case to this Court. This obstruction of justice warrants serious consideration by the Court and further supports the

need for immediate injunctive relief to protect Plaintiff's rights and ensure a level playing field in these proceedings.

B. **Relevance of Plaintiff's Expertise and Damages:** Plaintiff's Executive Summary Resume (Exhibit 2) is directly relevant to the issue of damages in this case. It demonstrates the *immense value* of Plaintiff's time and work, and it underscores the *catastrophic economic harm* caused by Defendants' deliberate sabotage of his career and his company, DESIGNA, LLC. This evidence is essential for the Court to understand the true magnitude of the harm Plaintiff has suffered and to assess the appropriateness of the substantial compensatory and punitive damages he is seeking. As Elon Musk stated, "the marginal value of a better decision, in the course of an hour, can easily be a hundred million dollars." Plaintiff's work operates at this level of consequence, and the Defendants' actions have directly and demonstrably interfered with his ability to perform work of such extraordinary value.

1. C. **Pro Se Status and Need for Continued Leave to Work on Lawsuit:** Plaintiff is proceeding Pro Se, without the assistance of counsel, due to the financial devastation caused by Defendants' actions. As a disabled individual with HFASD, navigating complex legal proceedings is an extraordinarily challenging and time-consuming endeavor. Plaintiff has dedicated countless hours, utilizing his unique AI skills and resources, to diligently prepare his Amended Complaint, his Motion for Preliminary Injunction, and the present Motion to Supplement the Record. *Plaintiff respectfully requests that this Court take judicial notice of the immense effort required for a Pro Se litigant, particularly one with a disability, to effectively litigate a complex federal civil rights case of this magnitude, and grant Plaintiff leave to continue devoting the necessary time and resources to this vital pursuit of justice.* The court should also take Judicial notice of my lawsuits in Ohio against Redwood and their lawyers for Malpractice, **the same type of prejudice malpractices committed by Arizona et al, their lawyers, their courts against the Pro Se.**

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

2. *Grant* this Motion to Supplement the Record.

3. *Accept and consider* Exhibit 1 (Email from Phoenix Police Department re: Record Delay) and Exhibit 2 (Plaintiff's Executive Summary Resume) as further evidence in support of Plaintiff's claims and his Motion for Preliminary Injunction.

4. Take *judicial notice* of the authenticity and content of these Exhibits.

5. Grant Plaintiff leave to continue dedicating the necessary time and resources to this litigation, recognizing the immense burden faced by a Pro Se litigant with a disability navigating a complex federal civil rights case.

6. Pro Se has copies of this audio wav file, from this recent record finally released. Plus the video of his arm being injured by Mesa Police that should be docketed as well

It would be appropriate to use a Google Drive, email or something ACCESSIBLE to be able to send the court audio and video files since PACER is broken software & the DOJ appears two decades behind in its standards and practice for federal court computer systems.

Respectfully submitted,

/s/ Andrew Rulnick

March 13th 2025

Andrew Rulnick | 733 West Market Street | Akron, Ohio 44303
Andrew@DESIGNA.xyz | 480.527.7255

**CERTIFICATE OF SERVICE**

I hereby certify that I've served the opposing parties / Defendants a true and correct copy of the foregoing by email. March 13th, 2025

*/s/ A Rulnick*

Plaintiff, Pro se

Andrew Rulnick | 733 West Market Street | Akron, Ohio 44303
Andrew@DESIGNA.xyz | 480.527.7255