

Andrew Rulnick <arulnick85@gmail.com>

# Service Request Processed for 911 Recordings - Andrew Rulnick PPD:0233155
1 message

**PPD PhoenixRecords** <phoenixrecords.noreply@phoenix.gov>  Wed, Mar 12, 2025 at 4:48 PM
To: Andrew Rulnick <arulnick85@gmail.com>

***This email box is not monitored.  Please do not reply.***

Hello Andrew Rulnick,

This email is to inform you that your service request listed below has been completed and is now available to download. Please login to your online account at (https://phxpublicsafety.phoenix.gov/) to access your requested item.

**Service Request ID:**  PPD-PR2023553141

**Service Request Type:**  911 Recordings

**Status:**  Complete

**Requestor Name:**  Andrew Rulnick

**Report #:**  202301583645

**Involved Party:**  Andrew  Rulnick

**Description:**  Called from Ohio to Phx PD for enforcement. Ongoing issue over six years, want the most recent records of my calls to dispatch, conversation with officer who generated report, and following interviews with Nicole Smedley my ex wife.

**Date Submitted:**  10/26/2023 7:36 PM

**Date Completed:**  3/12/2025 8:48 PM

***This email box is not monitored.  Please do not reply.***

Thank you,

Phoenix Police Department
Public Records and Services Bureau
1717 E Grant St Suite 100
Phoenix, AZ 85034
(602) 534-1127
Monday-Friday 8am to 4pm