**Andrew Rulnick**

480.527.7255 • Andrew.Rulnick@gmail.com

**Executive Summary**

Technology leader and entrepreneur driving exceptional revenue growth and operational optimization through Deep Learning, data analytics, and cutting-edge technologies. Proficient in JAX and TensorFlow, with deep understanding of backpropagation and computational graph optimization, consistently doubling team productivity. Proven ability to maintain 100% staff retention, manage multi-million dollar budgets on target, and build high-performing teams. Recognized Google Premier Partner, strategic collaborator with Google and Salesforce, and AI innovator. Leading next-generation game engine development leveraging CUDA and exploring Large Language Models and quantum encryption applications.

**Core Competencies & Technical Skills**

- **Executive Leadership:** Strategic Planning, P&L Management (demonstrated $50+ million in revenue), Team Leadership (direct and indirect reports), Product Development, Process Optimization, Business Development, Partnership Management, Contract Negotiation, Client Relations.

- **Artificial Intelligence & Machine Learning:** Deep Learning (JAX - proficient in computational graph construction, optimization, backpropagation chain rule implementation, and custom loss function design; TensorFlow, Vertex AI), Generative AI (GANs, RAGs), Quantum Computing (research and application), Neural Networks, AI Model Development & Deployment, AI-driven Optimization (e.g., JAX-based optimization models consistently doubling team productivity and achieving 15% average efficiency gain).

- **Data Science & Analytics:** Unsampled Data Processing (Apache Airflow, DAG), Data Warehousing (BigQuery, Data Lake), Data Visualization (Google Data Studio, Looker), Statistical Analysis, Predictive Modeling (e.g., Predictive models in BigQuery driving 10% improved forecast accuracy).

- **Software Engineering:** Go (proficient - core engine development, high-performance kernels, achieving 100X performance improvements in data processing pipelines and media pipes with vector data stores by leveraging native code bases, performance optimization), C/C++ (proficient - CUDA kernel development, performance optimization), Python, PHP, JavaScript, Java, SQL, MySQL, Cloud Platforms (GCP, GKE), Web Technologies (NGINX, PageSpeed, Lighthouse).

- **Marketing Technologies:** Google Marketing Platform (GMP), Google Ads, GA4, GA360, CM&DV360, Bid Optimizer, ADH, Technical SEO.

**Certifications & Professional Development**

- Google Partner Ambassador
- Google Analytics Certified
- TensorFlow in Practice (Coursera)
- Cryptography Training (OpenSSL/BoringSSL)
- Active Research: AI Advancements & Quantum Encryption

**Professional Experience**

**Horizon Media, New York, NY | VP, Product & Partnership | Sep 2022 - Nov 2023**

- **Spearheaded AI-Driven Transformation:** Integrated advanced Google AI technologies (Vertex AI, LLMs) into Horizon Media's product suite, enhancing digital strategies for national brands and contributing to a 20% increase in media mix modeling efficiency.

- **Drove Revenue Growth & Team Productivity:** Launched AI-powered products and campaigns generating over $100M in mixed media revenue, contributing to over **20% year-over-year revenue growth** and doubling team output in key performance indicators.

- **Built and Retained High-Performing Teams:** Hired, managed, and developed senior leadership as direct reports, fostering a culture of innovation, collaboration, and mentorship, resulting in 100% staff retention during my tenure. Managed Google partnership, ensuring optimal technology integration and achieving a **95% partner satisfaction rating**.

**DESIGNA (de-zine-a'), Scottsdale, Arizona | Founder | 2013 – Sep 2022**

- **Entrepreneurial & Team Leadership:** Founded and managed a successful marketing technology firm, delivering custom data analytics solutions, achieving **30% year-over-year client growth**

- **Google Premier Partner Recognition:** Achieved Google Premier Partner and Analytics/Data SME status, demonstrating high-level expertise in Google's marketing platform and consistently exceeding partner performance benchmarks by **10% above average partner growth**.

- **Client Success & ROI Focus:** Drove 30% average engagement increases for major clients (Providence Healthcare, Papa Murphy's Pizza, YouTube, Waze, Smithsonian) via Google Marketing Platform strategies, achieving a **15% average increase in client ROI**.

- **Pioneered Data Innovation:** Pioneered the use of unsampled data processing using Apache Airflow and DAG to create more comprehensive and insightful marketing models, reducing data processing time by **40%**.

- **Open Source Contributions & Security Enhancement:** Collaborated on OpenSSL/BoringSSL with Google, enhancing security protocols and contributing vulnerability patches to improve overall system security.

**Philly Marketing Labs (PML), Remote | VP, Biz Dev & Partnerships | 2019 – Sep 2020**

- **Strategic Business Development & Partnerships:** Developed and executed marketing and sales strategies, focusing on audience analysis and demand generation, and securing **5 new key partnerships**.

- **ROI-Focused Analytics & Salesforce Integration:** Managed Google Analytics implementations with a focus on ROI-driven reporting, seamlessly integrated with Salesforce and Pardot for marketing automation, improving marketing ROI reporting accuracy by **25%**, and consistently delivering budgets on target.

**ReachLocal, Tempe, AZ | Sr. Director Digital Marketing Manager & Analyst | 2012 - 2013**

- **Campaign Management & Performance Leadership:** Managed Google display and search marketing campaigns, consistently exceeding campaign performance targets by 10% average CTR improvement and doubling team productivity.

- **Data Analysis & Forecasting Innovation:** Developed and implemented gap plans and sales pipeline analysis, forecasting sales against monthly and quarterly goals with 90% forecasting accuracy.

**TeleTech & Google, LLC, Tempe, AZ | Sr. Marketing Executive & Analyst | 2010 - 2013**

- **Client & Agency Management Excellence:** Managed marketing campaigns, analytics, and account services for clients and agencies, consistently achieving client satisfaction ratings of **4.8/5**.

- **Team Leadership & Training for Scalability:** Supervised daily operations of marketing and sales teams, developed campaign plans, and provided training to new hires, resulting in **15% increase in team productivity** and doubling team output within the **first year**. Managed budgets up to $1M/month on target.

**GoDaddy, Scottsdale, Arizona | Team Lead/Asst. Manager | 2005 - 2009**

- **Revenue Generation Leadership & Team Growth:** Contributed to $1.9M+ in recurring quarterly revenue and $8M ARR, exceeding revenue targets by **5%**, and doubled team size while maintaining productivity.

- **Client Management & Account Growth:** Advised clients on domain name acquisitions, hosting services, and account growth, achieving **20% client account growth** and consistently delivering budgets under allocated costs.

**Education**

Scottsdale Community College, Scottsdale, AZ - Coursework in Philosophy, Mathematics, Psychology, Computer Science

**Notable Achievements**

- Developing quantum resistant encryption & AI theories with potential to revolutionize SSL/TLS & protocols, as well as Certificate Authority.

- Featured for work in machine learning and big data on Google's official channels.

- Collaborations with AI researchers like Guillaume Verdon, and Andrej Karpathy.