# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ANDREW JACOB-SANDMAN SAYERS RULNICK,**<br><br>\|\|\|\|\|\|\|\|\| **RULNICK,**<br>\|\|\|\|\|\|\|\|\| **RULNICK,**<br>& \|\|\|\|\|\|\|\|\| **RULNICK**<br><br>**Plaintiffs,**<br><br>v.<br><br>**U.S. GOVERNMENT, ARIZONA, & DOJ, et al.**<br><br>**BREANNA RITCHY, NICOLE & JOHN SMEDLEY**<br><br>**SHERI SHEPARD & COMPANY**<br><br>**Defendants.** | CASE NO. 2:2024cv02611<br><br>Assigned to Honorable Humetewa<br><br>**PLAINTIFF'S FOURTH MOTION TO SUPPLEMENT THE RECORD WITH EXPERT MEDICAL EVIDENCE OF POST-TRAUMATIC STRESS DISORDER (PTSD) AND REFUTATION OF FALSE "THREAT" NARRATIVE** |

1. Comes now Plaintiff, Andrew Rulnick, Pro Se, and respectfully moves this Honorable
2. Court to *supplement* the record in the above-captioned matter with *expert medical*
3. *evidence* that *conclusively establishes* the severe Post-Traumatic Stress Disorder (PTSD)
4. he has developed as a *direct result* of the Defendants' relentless campaign of
5. discrimination, abuse of process, and obstruction of justice. This evidence, in the form of
6. a letter from Plaintiff's treating physician, Dr. Collin Myers, Ph.D., *directly refutes* any
7. attempts by the Defendants to portray Plaintiff as a "threat" or to justify their
8. unconscionable actions based on false or misleading characterizations of his conduct.
9. This Motion, Plaintiff's *fourth* request to supplement the record, further underscores
10. the *ongoing and irreparable harm* Plaintiff is suffering and the *urgent need* for immediate
11. federal court intervention.
12.

**I. FACTUAL BACKGROUND**

Plaintiff has filed this action alleging a pattern and practice of systemic discrimination, abuse of process, and denial of fundamental rights by the State of Arizona and other Defendants. As detailed in the Amended Complaint, Plaintiff, an individual with High-Functioning Autism Spectrum Disorder (HFASD), has been subjected to an eight-year campaign of harassment, intimidation, malicious prosecution, parental alienation, and economic sabotage, orchestrated by the Defendants and designed to silence his voice, destroy his livelihood, and deprive him of his fundamental rights.

As a *direct and proximate result* of the Defendants' unconscionable actions, Plaintiff has developed severe, chronic Post-Traumatic Stress Disorder (PTSD), a debilitating condition that has profoundly impacted his physical and emotional well-being, his ability to work, and his relationship with his children.

Throughout these proceedings, and in related legal matters in Arizona, the Defendants have attempted to portray Plaintiff as "threatening," "disruptive," or "uncooperative" in a cynical attempt to justify their own unlawful conduct and to deflect attention from their systemic violations of Plaintiff's rights. They have *weaponized* his disability and his preferred method of communication (email, used to document interactions and create a clear record) *against him*, falsely characterizing his attempts to seek justice and protect his rights as evidence of some inherent instability or dangerousness. This is not only false; it is a *malicious and deliberate distortion* of the truth.

**II. NEW EVIDENCE: DR. COLLIN MYERS'S EXPERT MEDICAL OPINION**

To conclusively refute the Defendants' false and defamatory narrative, and to provide this Court with *irrefutable medical evidence* of the *severe harm* he has suffered, Plaintiff submits the attached letter from his treating physician, Dr. Collin Myers, Ph.D. **(See Exhibit [Number] - Letter from Dr. Collin Myers).**

Dr. Myers is a Licensed Professional Clinical Counselor – Supervision, with 44 years of experience in counseling. He was also a full-time professor in Special Education for 11 years. His areas of expertise include: Diagnosis and Treatment of Mental and Emotional Disorders, trauma recovery (PTSD), Autism Spectrum Disorders, ADHD, Anxiety, and depression, among others. He has taught at Kent State, and attended/taught at Notre Dame. Dr. Myers, over the course of his career, has mentored numerous individuals in becoming doctors. Dr. Myers has had Plaintiff under his care since August 18, 2022.

Dr. Myers's letter provides *unequivocal expert medical confirmation* of the following critical facts:

- **Plaintiff has been diagnosed with chronic PTSD.** This diagnosis is based on Dr. Myers's professional clinical assessment, his extensive experience, and established diagnostic criteria.

- **Plaintiff's PTSD is a *direct result* of his experiences with Arizona courts and police departments.** Dr. Myers explicitly links Plaintiff's PTSD to the "systemic discrimination, denial of accommodations, malicious prosecutions, and obstruction of justice" detailed in Plaintiff's Amended Complaint.

- **Plaintiff's PTSD *significantly impairs* his ability to work.** Dr. Myers states that Plaintiff's PTSD symptoms "directly and substantially impede his capacity to perform the essential duties of his profession."

- **Plaintiff poses *no threat* to his children.** Dr. Myers *unequivocally refutes* any suggestion that Plaintiff is a danger to his children, stating: "There is no clinical basis for any assertion that Mr. Rulnick poses a threat to his children." He further affirms that "based on my extensive professional interactions with Mr. Rulnick, I assess him to be a capable and dedicated father who is deeply concerned for his children's well-being. There is no indication, from a clinical perspective, that he is ill-equipped to be a loving and supportive parent."

Dr. Myers's expert opinion, based on his extensive clinical experience and his direct knowledge of Plaintiff's condition, provides *incontrovertible medical evidence* that directly contradicts the Defendants' false narrative and further supports Plaintiff's claims of irreparable harm.

### III. LEGAL ARGUMENT

Dr. Myers's letter is *directly relevant* to Plaintiff's claims and to the pending Motion for Preliminary Injunction. It provides *crucial evidence* supporting:

- **Plaintiff's Claim for Intentional Infliction of Emotional Distress:** The letter confirms the *severity* of Plaintiff's emotional distress and its *direct causal link* to the Defendants' actions, meeting the high standard required for this claim.

- **Plaintiff's Claim for Damages:** The letter provides *expert medical support* for Plaintiff's claims for damages related to emotional distress, physical harm (cysts), and lost income/earning capacity.

- **Plaintiff's Argument for Irreparable Harm (Preliminary Injunction):** The letter underscores the *ongoing and irreparable harm* Plaintiff is suffering, highlighting the *life-threatening* nature of his PTSD and its impact on his ability to function.

- **Refutation of Defendants' "Threat" Narrative:** Dr. Myers's expert opinion *directly refutes* any attempt by the Defendants to portray Plaintiff as a "threat" or to justify their

actions based on alleged "dangerousness." This is a *critical* point, as the Defendants have consistently sought to use such false characterizations to discredit Plaintiff and to justify their unlawful conduct.

The letter is admissible as expert medical opinion under the Federal Rules of Evidence. Dr. Myers is a highly qualified medical professional with extensive experience in diagnosing and treating PTSD and Autism Spectrum Disorders. His opinion is based on his professional assessment of Plaintiff and is directly relevant to the issues in this case.

**IV. REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. *Grant* this, Plaintiff's Fourth Motion to Supplement the Record.

2. *Accept and consider* Exhibit [Number] (Letter from Dr. Collin Myers) as *expert medical evidence* in support of Plaintiff's claims and his Motion for Preliminary Injunction.

3. Give *due weight* to Dr. Myers's professional opinion regarding Plaintiff's PTSD diagnosis, its causal link to the Defendants' actions, its impact on Plaintiff's ability to work, and the *absence of any threat* posed by Plaintiff to his children.

4. Recognize that this expert medical evidence *further strengthens* Plaintiff's arguments for *immediate injunctive relief* and *emergency financial assistance*, as the harm he is suffering is not merely financial or emotional, but also *physical* and *life-damaging*.

5. Grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

/s/ **Andrew Rulnick**

March 18th 2025

Andrew Rulnick | 733 West Market Street | Akron, Ohio 44303
<u>Andrew@DESIGNA.xyz</u> | 480.527.7255

**CERTIFICATE OF SERVICE**

I hereby certify that I've served the opposing parties / Defendants a true and correct copy of the foregoing by email. March 18th, 2025

Plaintiff, Pro se

Andrew Rulnick | 733 West Market Street | Akron, Ohio 44303
<u>Andrew@DESIGNA.xyz</u> | 480.527.7255