

March 17, 2025

This letter is written to provide my professional medical opinion regarding Mr. Andrew Rulnick. He has been under my care beginning 8/18/2022.

I am a Licensed Professional Clinical Counselor – Supervision with 44 years of experience in counseling. I was also a full-time professor in Special Education for 11 years. My areas of expertise include: Diagnosis and Treatment of Mental and Emotional Disorders, trauma recovery (PTSD), Autism Spectrum Disorders, ADHD, Anxiety, and depression, among others.

Based on my professional clinical assessment, I have diagnosed Mr. Rulnick with Post-Traumatic Stress Disorder, chronic (PTSD). His PTSD is the result of his experiences with various courts and police departments. This diagnosis is clinically supported and significantly impacts Mr. Rulnick's functional abilities. The symptoms of his PTSD include:

- Nausea
- Chest pain
- Nightmares
- Loss of sleep
- Loss of appetite
- Physical shakes
- Fatigue/Exhaustion
- Inability to focus
- Shortness of breath
- Irritability
  Memory gaps specifically about the traumatic event
- Negative beliefs about self/others/world ("I'm bad," "The world is dangerous")
- Persistent negative emotions (fear, guilt, shame, horror)
- Loss of interest in activities
- Feeling detached from others
- Inability to feel positive emotions

The PTSD has caused severe anxiety, impaired concentration, exasperated cognitive processing difficulties, stress induced cysts], and depression which substantially impede his capacity to perform the essential duties of his profession, particularly in the demanding field of Artificial Intelligence, computer sciences, and business.

117 Guise Pk. Dr.
Munroe Falls
Ohio, 44262

Furthermore, it is my professional opinion that **there is no clinical basis for any assertion that Mr. Rulnick poses a threat to his children**. To the contrary, based on my extensive professional interactions with Mr. Rulnick, I assess him to be a capable and dedicated father who is deeply concerned for his children's well-being. There is no indication, from a clinical perspective, that he is ill-equipped to be a loving and supportive parent.

Two of his Three children have ASD; his two sons. Who better to raise a child with ASD than someone who has ASD and understands their motivations, moods, and behaviors.

Beyond his personal challenges, Mr. Rulnick has demonstrated a remarkable capacity for growth and resilience. He has been a dedicated and engaged participant in therapy, actively seeking to understand and manage his condition. He is also a brilliant and innovative individual with a strong commitment to utilizing his expertise in Artificial Intelligence for the benefit of others. His intention to apply his AI skills to support individuals with HFASD, informed by his own experiences and his understanding of the field, is a testament to his character and his desire to contribute positively to society.

DocuSigned by:

*Collin Myers PhD*

_____
—D0C6018EC20E4E2...
Collin A. Myers, Ph.D.
Licensed Professional Clinical Counselor-S
National Board of Certified Counselors
National Board of Forensic Counselors - Doctoral Addictions Counselor

117 Guise Pk. Dr.
Munroe Falls
Ohio, 44262