# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ANDREW JACOB-SANDMAN SAYERS RULNICK,**<br><br>\|\|\|\|\|\|\|\|\| **RULNICK,**<br>\|\|\|\|\|\|\|\|\| **RULNICK,**<br>**&** \|\|\|\|\|\|\|\|\| **RULNICK**<br><br>**Plaintiffs,**<br><br>v.<br><br>**U.S. GOVERNMENT, ARIZONA, & DOJ, et al.**<br><br>**BREANNA RITCHY, NICOLE & JOHN SMEDLEY**<br><br>**SHERI SHEPARD & COMPANY**<br><br>**Defendants.** | **CASE NO. 2:2024cv02611**<br><br>Assigned to Honorable Humetewa<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff Andrew Rulnick, proceeding pro se, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Dismissing Action entered in this action on April 3, 2025 (Doc. 29) and the final Judgment entered on 4/3/25.

Respectfully submitted,

/s/ Andrew Rulnick

*A Rulnick*

April 4th 2025

Andrew Rulnick | 733 West Market Street | Akron, Ohio 44303
Andrew@DESIGNA.xyz | 480.527.7255

**CERTIFICATE OF SERVICE**

I hereby certify that I've served the opposing parties / Defendants a true and correct copy of the foregoing by email. April 4th, 2025

*/s/ A Rulnick*

Plaintiff, Pro se

Andrew Rulnick | 733 West Market Street | Akron, Ohio 44303
Andrew@DESIGNA.xyz | 480.527.7255