**EXHIBIT LIST (To be attached to this Motion)**

**Exhibit A:** Affidavit of Colin A. Myers, Ph.D., dated April 25, 2025.

**Exhibit B:** Copies of Email Communications from David Anderson, dated April 17, 2025, and April 18, 2025.

**Exhibit C:** Affidavit of Rebecca Donahue, dated April 30, 2025.

**Exhibit D:** Supplemental Affidavit of Andrew Rulnick, dated April 28/29, 2025 (AZ/Federal version, ensure date is precise).

**Exhibit E:** Order Re: Defendant's Continuous Communications & Competency Evaluation, Mesa Municipal Court, Case Nos. 2022016986, et al., dated April 3, 2025.

**Exhibit F:** Representative Summons, Mesa Municipal Court, Case No. [One of the listed case numbers, e.g., 2022016986], dated June 3, 2025.

**Exhibit G: Proof of January 24/25, 2025 ADA Request Submission to Mesa Court (e.g., combined PDF of email/fax confirmations). This directly supports claims made about Exhibit E.**

**Note:** Plaintiff has diligently endeavored to attach all referenced exhibits. Given the voluminous nature of the evidence and Plaintiff's documented disabilities (HFASD, PTSD) impacting organization and executive function, should any referenced exhibit appear missing, Plaintiff respectfully requests the Clerk's Office provide notification so the correct document can be promptly supplied as an ADA accommodation.