**A**  **Andrew Rulnick**                                              3:15 PM (52 minutes ago)  ☆

I will never step foot in Arizona, ever again with injuries caused to me be police like this and over two yea…

---

**D**  **David Anderson**                                             3:41 PM (25 minutes ago)  ☆

You really don't have any notion of cause and effect, do you? That video shows nothing of you being abu…

---

**A**  **Andrew Rulnick**                                             3:47 PM (20 minutes ago)  ☆

No. The officer tripped, and jerked my elbow as exhibited by the photo and six months physical therapy. I …

---

**A**  **Andrew Rulnick**                                             3:48 PM (19 minutes ago)  ☆

More proof of the Public Defenders hostility toward me.

---

**A**  **Andrew Rulnick**                                             3:50 PM (17 minutes ago)  ☆

Tripped me* you can see that shit clear as day even with the super intentionally shitty resolution, save it …

---

**A**  **Andrew Rulnick**                                             3:51 PM (16 minutes ago)  ☆

You're really warped.

---

**A**  **Andrew Rulnick** <andrew@designa.xyz>      3:51 PM (17 minutes ago)  ☆  ↩  ⋮

to David ▾

You should probably get out of criminal defense, not going to lie. Seems like you want to be more Judge than a criminal defense lawyer David. Thanks though

Sincerely,



Andrew Rulnick
Owner & Founder
phone: 480.527.7255

●●●

---

**D**  **David Anderson**                                             3:52 PM (15 minutes ago)  ☆

Thank you. I really do appreciate that. And I am not joking.