Andrew Rulnick <andrew@designa.xyz>

# Arizona V Rulnick

**David Anderson** <davidandersonlegal@gmail.com>	Fri, Apr 18, 2025 at 2:06 PM
To: Andrew Rulnick <andrew@designa.xyz>

Andrew,

Just few things to consider:

1) you fired me
2) you want to represent yourself
3) you have 11 cases all with warrants
4) you have told everyone that you will not come to Arizona
5) the judge has ordered you to participate in Rule 11 hearings to determine your competency.
6) you have refused to participate in the Rule 11 process.
7) The judge has made it clear that unless you participate in Rule 11 AND post the bonds in all of your cases there will be no other hearings in your cases.

Those are just the most obvious problems that you need consider.

You might want to reconsider your obstinance to these issue.

You have wagged your finger at the court in Mesa for years. You vent about unrelated nonsense via email which is not how legal proceedings work. You behave like a three year old who wants to avoid any responsibility. You scream bloody murder about things that have absolutely nothing to do with the issues in your cases.

I appreciate your emails. That are often very amusing. Keep them coming.

David Anderson.

[Quoted text hidden]