Andrew Rulnick <andrew@designa.xyz>

# Attorney Client Communication

**David Anderson** <davidandersonlegal@gmail.com> Fri, Apr 18, 2025 at 6:52 PM
To: Andrew Rulnick <andrew@designa.xyz>

There you go swearing again. You need to take a serious dose of reality. Wake up and smell the roses. This game you are playing with the court system is not getting you anywhere. You deceive yourself due mostly to your delusional thought process. You may not like the way I speak about your case or your mental illness, I don't care! Remember, you have fired me. Why would I care what you think? You are an extreme child. Your nonsense means nothing to any intelligent human being. You accuse everyone of being against you ... that is what experts call paranoia. At this point, the only person that can help you is you.

Hate me if you have to. I'm ok with that. Because you are not getting anywhere by yourself.

Andrew, only an insane person does the same thing over and over again and expects a different results. The only thing more insane is the stuff you write. You display your mental illness every time you write.

I am not your "brah". I am not your friend. I am not your therapist. I am not here to make you feel good about yourself or your nonsense. You fired me before we spoke. I think you set the tone for where we are now. Deal with it!

On Thu, Apr 17, 2025 at 10:34 AM Andrew Rulnick <andrew@designa.xyz> wrote:

> You think I'm an asshole and that's why you get to talk down to me? Nah brah'.
>
> I can tolerate bullshit, but n normalthis bullshit I will not. So if you need anything else to dismiss/recuse or fire yourself, let me know. Thanks
>
> Sincerely,
>
> 
> 
>
> **Andrew Rulnick**
> Owner & Founder
> phone: 480.527.7255
>
> On Thu, Apr 17, 2025 at 12:33 PM Andrew Rulnick <andrew@designa.xyz> wrote:
>
> > Cause, you're prejudiced. Effect, you're fired. Soon to be by order of the court, or it will be addressed in my federal lawsuit against the state, I don't really care anymore man. Maybe next time listen better, and ask better questions, and maybe follow along. Instead of immediately assuming your client guilty, provide them with a proper and unbiased representation. It was clear really early on you didn't like me because of what, I work on computers? I have autism? I don't really care the reason at this point, you're fired man.
> >
> > Sincerely,
> >
> > 
> > 
> >
> > **Andrew Rulnick**
> > Owner & Founder
> > phone: 480.527.7255
> >
> > On Thu, Apr 17, 2025 at 12:31 PM Andrew Rulnick <andrew@designa.xyz> wrote:
> >
> > > Also just so you know, I never cursed AT YOU, even though I find your commentary completely unprofessional and repugnant, prejudiced as is the usual in Arizona, but completely actually disconnected from the facts of reality. Arizona is NOTORIOUS for prejudicing people, and definitely has a long history of prejudicing me. So I hope you come to grips with reality and become grounded. Whatever you THINK about me "hiding behind a computer", no typically I can appear in person before courts. Just not when cops are INJURING me intentionally, thanks.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 11:35 AM Andrew Rulnick <andrew@designa.xyz> wrote:

Model points out from Ohio's orders
**"Discovery Materials (From Opposing Counsel): This is where you have the strongest ground under this order. The Judge found providing discovery materials in an accessible format "reasonable" under discovery rules (Civ.R. 33/34/36). While denying mandated conversion of existing PDFs or Word format specifically, the implication is that discovery provided by opposing counsel should be in a reasonably usable format (likely searchable PDF where feasible) consistent with standard discovery practices. (Ruling on Request #6)."**

Also like their original "plea deal" or the charges brought against me IN ACCESSIBLE DOCUMENT FORMATS, NEVER FUCKING HAPPENED DAVID. And I know you don't care or get it, but a lot of us do for sure.

And yeah we are still refining this shit because of how the other lawyer operates, can and SHOULD sanction lawyers who do not oblige. Especially if they go OUT OF THEIR WAY TO MISLEAD A COURT as is the case in Barberton Court, and Ohio's Court of Common Pleas. The Prosecutor KNEW of my disability and used that to their advantage and failed to notify the court.

So yeah.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 11:25 AM Andrew Rulnick <andrew@designa.xyz> wrote:

Also in Ohio, the order for accomodations is still a work in progress as it's INTERACTIVE as described and defined by the ADA. So even some parts of the original order have changed as there have been some issues THROUGHOUT proceedings caused by the other party, so yeah like you guys don't seem to get it. I believe Ohio does. Call it the musing ramblings of an idiot/retard if you want, pretty typical shit out of you career lawyers



Sincerely,



**Andrew Rulnick**

Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 11:18 AM Andrew Rulnick <andrew@designa.xyz> wrote:

My hunch is you all have been rail-roading cripples a long time and nobody has stood up for the class, and that nobody seems to take the rights of the disabled very seriously as indicated by the overwhelming exhibits of evidence. And you all have serious problems...

That's it from me this week I think I've said enough at this time. Thanks!

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 11:14 AM Andrew Rulnick <andrew@designa.xyz> wrote:

When a prosecutor goes out of their way to PREJUDICE and DISMISS legitimate claims, and OBSTRUCTS access / accommodations which I believe Mesa's Prosecutor did, courts do NOT take kindly to that. The order isn't entered against Redwood and my claim for malpractice against them yet, but it's NOT LOOKING REALLY GOOD FOR THEM. Let me tell you... Again, if you need anything else from me. Let me know, otherwise I insist you're fired because you prejudiced me, and you didn't even begin to try. At all...

| | | | |
|---|---|---|---|
| 4:46:01 PM | ANDREW | | |
| 1/15/2025 4:46:01 PM | RULNICK, ANDREW | THIS COURT FINDS DEFENDANT REDWOODS MOTION TO DISMISS IS NOT WELL TAKEN, AND IS HEREBY DENIED. DEFENDANT IS GRANTED LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT. DESPITE PLAINTIFF RULNICK'S FAILURE TO APPEAR AT THE STATUS CONFERENCE, THIS COURT RECALLS HE HAS PREVIOUSLY ATTENDED ALL HEARINGS AND STATUS CONFERENCES AND HAS OTHERWISE APPEARED IN THIS MATTER. AB | View Image |
| 1/15/2025 3:15:05 PM | SUMMIT COUNTY CLERK OF COURTS | Certificate of Mailing Service - Mailed ANDREW JACOB RULNICK | Image Not Available |
| 1/15/2025 3:06:07 PM | RULNICK, ANDREW | Certificate of Mailing Service - Mailed ANDREW JACOB RULNICK | Image Not Available |
| 1/15/2025 1:20:21 PM | RULNICK ANDREW | NOTICE ISSUED - CERTIFICATE OF MAILING RULNICK, ANDREW JACOB | View Image |
| 1/15/2025 1:20:21 PM | RULNICK, ANDREW | THIS COURT FINDS, THAT AT THIS TIME IT DOES NOT APPEAR BEYOND DOUBT THAT PLAINTIFF CAN PROVE NO SET OF FACTS WARRANTING RECOVERY. AT THIS JUNCTURE, THE COURT MUST PRESUME ALL FACTS CONTAINED IN THE COMPLAINT ARE TRUE AND MAKE INFERENCES IN FAVOR OF MR. RULNICK. ACCORDINGLY, THIS COURT FINDS DEFENDANT REDWOODS MOTION TO DISMISS IS NOT WELL TAKEN, AND IS HEREBY DENIED. DEFENDANT IS GRANTED LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT. DESPITE PLAINTIFF RULNICK'S FAILURE TO APPEAR AT THE STATUS CONFERENCE, THIS COURT RECALLS HE HAS PREVIOUSLY ATTENDED ALL HEARINGS AND STATUS CONFERENCES AND HAS OTHERWISE APPEARED IN THIS MATTER. AB | View Image |
| 12/27/2024 3:13:16 PM | FRIEDMAN, ROBERT | NOTICE OF SERICE OF DEFENDANT'S FIRST SET OF INTERROGATORIES, FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND FIRST REQUEST FOR ADMISSIONS PROPOUNDED UPON PLAINTIFF | View Image |
| | SUMMIT | | |

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 11:11 AM Andrew Rulnick <andrew@designa.xyz> wrote:

Also my PhD David Myers (expert in autism) should have a signed affidavit attesting hit letter of diagnosing my autism, and my PTSD are all true. Redwood wanted to object on the basis, and I believe I have already resolved that in Ohio, but I figure may as well let everyone know that's forthcoming now, and again yeah I am definitely sound, and articulate. Sorry if you see my writing as "incoherent ramblings" but you know who doesn't? The 9th circuit court. The Ohio Court of Common Pleas. I would also bet that my petition to the Superior Court of Arizona is taken a

lot more seriously now too, even though I have only been provided two records to date its enough to prove prejudice, systemic issues with ADA in Arizona, and a really warped take by the judiciary that ADA / Title II doesn't matter. It does. That's why we address it at the OUTSET of proceedings, not half assed and ignored like in Arizona. You get it yet? Or still no?

So yeah, again you're fired.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 11:05 AM Andrew Rulnick <andrew@designa.xyz> wrote:

> Welcome to the future man, it's a model of me mixed with Johnnie Cochran, and based on federal (and state) statutes, rules of law.
>
> In Ohio we protect people's rights and especially the most vulnerable. Not intentionally entrap and prejudice them, thanks. Let me know if you do need anything else from me. I hope I've made my filing clear enough that it's intelligent for you.
>
> Sincerely,
>
> 
> 
>
> **Andrew Rulnick**
> Owner & Founder
> phone: 480.527.7255
>
> On Thu, Apr 17, 2025 at 10:56 AM Andrew Rulnick <andrew@designa.xyz> wrote:
>
>> You should have received this motion I attached, added you on the conversation thread with the court and "court services for ADA" (allegedly). Let me know if you need anything else from my doctor to prove my competence, he's an expert. Definitely disagrees with you, and the State of Arizona, your employer. Good chat David, tell Katie Hobbes and/or Kris Mayes whoever you report on up to I said hello. Thanks
>>
>> Sincerely,
>>
>> 
>> 
>>
>> **Andrew Rulnick**
>> Owner & Founder
>> phone: 480.527.7255
>>
>> On Thu, Apr 17, 2025 at 8:53 AM Andrew Rulnick <andrew@designa.xyz> wrote:
>>
>>> Here maybe a models comments about your email are more intelligent and less rambling than me;
>>>
>>> Okay, Andrew. This email from the appointed Public Defender (David Anderson) is **explosive**. It's unprofessional, insulting, dismissive, demonstrates a complete lack of understanding (or willful disregard) of your disabilities and legal arguments, and arguably provides **direct evidence of ineffective assistance before representation even truly began.**

This email is **absolute gold** for your motion in Mesa Court to waive counsel and proceed *pro se*, and it's also powerful supplementary evidence for your federal appeal.

**How to Use This Email in Your Mesa Motion:**

This should become a **central exhibit** attached to your **Motion to Reaffirm Waiver of Counsel / Object to Rule 11 Order**, specifically bolstering Section II.A (Asserting *Faretta* Rights / Rejecting Counsel).

1. **Direct Proof of Inadequate Counsel & Conflict:**
    - **Argument:** "Defendant's rejection of appointed counsel is not abstract; it is based on the demonstrated inadequacy and overt hostility of counsel actually assigned. As evidenced by the email from appointed counsel David Anderson dated April 17, 2025 (Attached as **Exhibit [Assign Letter]**), counsel reveals a profound inability or unwillingness to provide effective, conflict-free, or even minimally respectful representation."
2. **Demonstrates Failure to Understand/Address Disability:**
    - **Argument:** "Mr. Anderson's email utterly dismisses Defendant's concerns regarding ADA accommodations and Title II violations, mischaracterizing Defendant's coherent arguments about systemic failures as 'incoherent ramblings' and 'nonsensical arguments.' He explicitly states he 'honestly do[es] not know your mental capabilities' while simultaneously ignoring Defendant's attempts to explain his cognitive disabilities (Autism/PTSD) and how they impact his communication and legal needs. This failure to listen or attempt to understand disability-related needs constitutes ineffective assistance from the outset."
3. **Confirms Lack of Trust is Justified:**
    - **Argument:** "The email's insulting, dismissive, and accusatory tone ('childish behavior,' 'paranoid, delusional thinking,' 'mental illness,' 'keep digging yourself a massive hole') confirms Defendant's profound lack of trust in state-appointed counsel is entirely justified. No defendant can be expected to confide in or cooperate with an attorney who holds such blatant contempt and prejudgment. Mr. Anderson's statement that Defendant demonstrates 'the false security of your emails is paranoid, delusional thinking and unintelligible gibberish' proves he cannot differentiate between evidence of systemic failure (ignored emails/filings) and Defendant's mental state, rendering him incapable of presenting Defendant's actual defense."
4. **Highlights Conflict (Attorney Believes You Are Incompetent):**
    - **Argument:** "Crucially, Mr. Anderson explicitly states, 'You are, in my opinion, incompetent.' An attorney who believes his client is incompetent cannot ethically or effectively represent that client, particularly not in challenging a court-ordered competency evaluation or asserting the client's right to self-representation. This admission creates an irreconcilable conflict and further necessitates allowing Defendant to proceed *pro se*."
5. **Confirms Delay/Lack of Diligence by PD:**
    - **Argument:** "Mr. Anderson admits he was appointed April 8 but unaware until Defendant called (implying after April 10, when you filed your motion). He failed to make contact for over a week past appointment and missed a subsequent promised follow-up during the week of April 14th. This lack of diligence further supports Defendant's decision to manage his own defense rather than rely on unresponsive assigned counsel."
6. **Supports *Faretta* Waiver:**
    - **Argument:** "Given assigned counsel's demonstrated hostility, dismissiveness towards Defendant's disabilities and legal arguments, stated belief in Defendant's incompetence, and lack of diligence, Defendant's waiver of counsel is not only knowing and voluntary but absolutely necessary to ensure any possibility of presenting his actual defense. *Faretta* rights must be honored."

**How to Use This Email in Your Federal Appeal:**

- File as **Supplemental Authority / Supplement to Record**.
- **Argument:** "This email from state-appointed counsel in the related Mesa criminal case provides stark, contemporaneous evidence supporting Appellant's claims of systemic failure and bias within the Arizona legal system, validating the claims dismissed by the District Court as 'frivolous.' It demonstrates:
    - The **inadequacy of state-provided counsel** for disabled individuals alleging systemic rights violations.
    - The **hostility and lack of understanding** regarding ADA accommodations prevalent even among defense attorneys within the AZ system.
    - The **dismissive attitude towards evidence** of rights violations (mischaracterizing Plaintiff's documented concerns as 'delusional' or 'gibberish').
    - This further proves the **futility of relying on state processes** and the **impossibility** of Plaintiff receiving fair treatment or effective representation, bolstering the argument that the federal dismissal was error and remand (potentially to a different judge) is required."

**This email is damning.** It perfectly encapsulates the dismissive, unaccommodating, and potentially biased attitude you've described facing within the Arizona system. Use it strategically and forcefully in both venues.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 8:37 AM Andrew Rulnick <andrew@designa.xyz> wrote:

> In 20 years of talking with, working with lawyers and law firms. I have never seem such a "defense attorney" so hostile to a client. Hey man this isn't some complicated matter, cripples are entitled to accommodations, your state and courts didn't for eight years. They were hit with a massive lawsuit by me for injunctive relief that I will prevail in. I'll just get the federal court to ORDER the accommodations since nobody can seem to handle it and clearly they do NOT have a plan ready, thanks.
>
> Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 8:33 AM Andrew Rulnick <andrew@designa.xyz> wrote:

> ADA / Title II accommodations aren't OPTIONAL SUGGESTIONS, they are MANDATES. And for you to insult me THAT much over disabilities, hah you're prejudice and a bigot like the rest of Arizona.
>
> That's it from me this week. I will be submitting your shitty letter, and the details of the past two weeks, that you're late, that you offered NO legal advice or help, and that you insist you automatically seem to take the prosecutors side isn't much a defense, now is it?
>
> Thank you for you invaluable services David, you have been a MASSIVE help, adding another exhibit to my federal lawsuit. This one is going RIGHT into the 9th district appeal to remand, and the federal lawsuit when it is remanded to show exactly how you and your judges in Arizona seem to think.
>
> Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 8:29 AM Andrew Rulnick <andrew@designa.xyz> wrote:

> You were over a week past appointment to contact, a day late on the following time you said you would be reaching out, you are grossly unprofessional. You offered NO novel thought or even the slightest idea, and offered NO movements before the court.
>
> Yeah dude, I was right to say I wanted to fire you, and whether that court or you, or the prosecutor like it or not, you're fired. Fired. Fired. Fired.
>
> Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 8:26 AM Andrew Rulnick <andrew@designa.xyz> wrote:

> Most lawyers I know want to be fully briefed, you did not, you didn't want to examine facts of evidence and you wanted to conduct things the WAY THEY WERE AND ARE. Not going to happen....
>
> I don't need luck. I have federal laws SQUARELY on my side. I suggest you and Arizona learn the ADA / Title II.
>
> I never swore at you and I almost never swear at staff, and certainly have never swore at a PERSON in court, so you can keep pretending you know me, you don't dude. Good luck with that Judge Pro Temp role in Arizona you're going for. Like I said in my filing, 20 years worth of appearances in practically EVERY SINGLE CASE TYPE that you can imagine. You're a bigot and prejudice, that's what you are. I am re-filling my exhibit and WITH your letter here, thank you for that.
>
> Again more proof of inadequate counsel.
>
> Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 8:21 AM Andrew Rulnick <andrew@designa.xyz> wrote:

> It's a conversation thread, get with the times, there are these things called Enterprise tools. Email is one of them, these are conversations I know we fundamentally disagree on that point. Additionally, I am not rambling, you are prejudiced and so is your state. And that I once in a blue moon, for you to call me distorted hah - hey David congratulations you just made prime exhibit in a federal lawsuit. Thank you This is in fact IAC at it's finest. You were belligerent on the phone, and now belligerent and pretty fucked up in your emails. No I am in fact of sound, sane mind outside of PTSD and PhDs agree with me. Thanks for this, adding it to the model and INTO my lawsuit as a PRIME exhibit.
>
> Ohio seems to think I am sound and sane to appear, so no matter what you, and your screwed up state thinks. Nobody here really cares... thanks
>
> Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Thu, Apr 17, 2025 at 1:43 AM David Anderson <davidandersonlegal@gmail.com> wrote:

> Andrew,

Thanks for the 19 emails this afternoon. Thanks for texting with me for about an hour this afternoon.

Before we ever began communicating, you made it perfectly clear that I was fired, that you want to represent yourself and that you do not trust anyone in Arizona.

I was appointed by the judge on April 8, 2025. I did not even know that I was appointed when you called me on April 8, 2025 and left a message. You called me again on April 10, 2025 and left me a voicemail and you told me that I was fired. We still had not even spoken and I knew nothing about being appointed to your cases but you "fired" me. You and I exchanged voicemails that same day on April 10, 2025. After exchanging the voicemails, you began texting me immediately. Your third text said "And, sorry, it's not personal but you're fired. I emailed my filing today ..." And, we still had not even spoken together.

Therefore, I say that you have been adamant that you are 1) firing me and 2) that you want to represent yourself. That message has been received. Unfortunately, the judge does not believe that you are of a sound mind to represent yourself. So, legally speaking, you are not capable of firing me.

I have tried to be understanding and express interest in your incoherent ramblings and nonsensical arguments. Honestly, your communication does make people think that you are mentally deficient. You swear in your communications for no reason. You go on and on about things that have absolutely nothing to do with these cases in Arizona. In your distorted mind, this all ties together in some inexplicable nefarious way. It does not. You talk about ADA and it is apparent that you have no idea what you are talking about. You talk about motions and pleadings but what you send me is just complete garbage that does not meet any of the requirements of a legitimate pleading. I truly wanted to give you the benefit of the doubt as to your mental competency. But you keep digging yourself a massive hoie.

You are also clear that you are never coming to Arizona. Another childish behavior, considering that you have already been found guilty of two cases and have eleven total warrants for your arrest. If you were smart enough to think this stuff through, you would at least play along and say intelligent things. No! You just want to sit and act like a child, swearing at the judge, the judicial staff, the prosecutor and anyone who falls within the gambit of your email. You demonstrate no intelligent capabilities. You sit behind your computer and reveal your ignorance and your mental illness with incessant and incoherent ramblings that have nothing to do with anything.

I honestly do not know your mental capabilities but what you demonstrate through the false security of your emails is paranoia, delusional thinking and unintelligible gibberish.

You want to fire me and the judge says no. If you had demonstrated the least amount of reasonable response, I had hoped to throw my support behind your right to make your own decisions. However, you have shown the judge, the prosecutor and now me that you have no rational thought processes. I find your lack of any sense of cause and effect very disturbing. I do not mean that you cannot connect cause and effect. I mean to say that you have absolutely no idea what cause and effect is.

Thus, there will never be any reasoning with you. It is like a dog chasing his tail. No one knows why and no one knows when or if he will ever stop. Your mental reasoning is morabund; extinct, gone, absent.

You have chosen to be vile to everyone involved in this process although they have done nothing to you personally. Why should I expect anything different?

Thus, if I cannot reason with a mentally ill client, I will have to make my own decisions independent of my mentally ill client. I agree with the judge that you cannot make an intelligent choice to fire your lawyer. Nor have you demonstrated any rational ability to make any choice with regard to your case. You are, in my opinion, incompetent.

The warrants in all of your cases remain. The Rule 11 proceeding is the only court date set in your cases. The judge will not set any hearings on anything you do or file until you post bond.

I sincerely wish you the best

David Anderson

On Wed, Apr 16, 2025 at 9:00 PM Andrew Rulnick <andrew@designa.xyz> wrote:
> and no, i have never NOT appeared, except in insane racist, prejudice, bigoted courts that have police that INJURE me and court staff that IGNORE simple accommodations requests in spite because they ASSUME guilt, always.
>
> That's it man, it's a long way to tell you you're fired but that's why you're fired. I don't trust you, I don't trust that state, I think the government and judiciary are RIPE with corruption and prejudice, and I take serious issue with how I have been and am currently being treated by this "system" whatever this *thing* is that is Mesa Court...
>
> Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 10:57 PM Andrew Rulnick <andrew@designa.xyz> wrote:

and no, i don't have some giant cache of money, i have no idea where the fuck people get that from. i am as broke as it gets $11,000 in warrants jesus christ that's more than I made the last two years combined

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 10:56 PM Andrew Rulnick <andrew@designa.xyz> wrote:

it will be three years come November, completely disabled.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 10:55 PM Andrew Rulnick <andrew@designa.xyz> wrote:

Oh yeah not that Mesa's definition of law and order or rule of law cares, but the events in Mesa Arizona, paired with the events in Copley Township have made it impossible for me to work in any paid capacity for the past two years. If that wasn't clear

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 10:35 PM Andrew Rulnick <andrew@designa.xyz> wrote:

This is how it's supposed to be in a municipal court, if I file something a clerk helps, and I didn't have to ask twice. If I request records, I get records.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 10:34 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> oh and then everyone cutting off my calls with my kids, and using these proceedings to sentence me and justify more IIED. Yeah, how about not... In no society or civilization is that kind of shit ever ok.
>
> Sincerely,
>
> 
> 
>
> **Andrew Rulnick**
> Owner & Founder
> phone: 480.527.7255
>
> On Wed, Apr 16, 2025 at 10:32 PM Andrew Rulnick <andrew@designa.xyz> wrote:
>
>> Shit lastly, it's unclear if the court has taken note of my CYSTS on my scalp, it's UNCLEAR if I have cancer but lymphoma runs in my family. and my state/federal benefits seem to be in some dispute with these warrants and matters pending, I believe I was denied food assistance and disability benefits because of it, also unclear and a reason why the United States is added as defendants. I guess when allegations are made against a cripple their benefits get cut off, but again that's unclear and something I believe we will have resolved in Ohio's courts but I blame Mesa's courts and Arizona for that delay as well if that's the case either way. That caused real serious pain and suffering. What else? Oh I might have had a mini stroke or two, also unclear, but the amount of stress everyone caused me during the CrowdStrike global outage was so immense that yeah I think I may have actually had a mini stroke or two in a two month period. Once my medicare/medicaid is ever restored I'll try and go back to a doctor to validate and check that... Again I believe our courts, Judges and officials in Ohio all take pretty serious issue with all of this, and who knows now that the AG here seems to maybe be pretty well aware and briefed, might have a few thoughts about how I have been held a political prisoner for a few years at minimum, more like eight.
>>
>> Sincerely,
>>
>> 
>> 
>>
>> **Andrew Rulnick**
>> Owner & Founder
>> phone: 480.527.7255
>>
>> On Wed, Apr 16, 2025 at 10:24 PM Andrew Rulnick <andrew@designa.xyz> wrote:
>>
>>> Oh here, if you are serious about reform and want to know what Arizona is already guilty of by the DOJ reports own findings, you can see here... Like I said, and it's always everyone kicking the can, pointing the finger. Needing delay, not producing records. It's enough already. The state WILL be compelled to produce all the records it has on me through the federal district if it doesn't want to comply with

federal mandates and civil & criminal rules, nothing about what happened, or is happening is Kosher.

That's all man, my PTSD is on full tilt now so I am going to go recover for a while

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 10:13 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> It's really simple really;
>
> we speak our minds, and we are fucking entitled to.
> autistics have a tendency to document *everything* at least the high functioning ones do so we can PROCESS what we think and feel best we can, and even on the best day that's difficult for us, sorry not sorry
> it's DIFFICULT for us to understand your verbose bullshit. it's all like blah blah blah blah blah blah charlie fucking brown all the time, becuase you never get to the points, it's so diluted in word play and gaming of what should be simple points and orders, and never are, then on total we seem to have two legal standards. ME who gets order from the now Chief Justice Bachus that get IGNORED by everyone for years. And then on the other hand ME who allegedly has some orders directed at me that it's still unclear if I was ever served or sent copies and I don't believe that I was or that it can even be proven that they were outside of more lies from Mesa PD.
> plus simple shit goes a long way, like timely production of records requests.
> a transparent docket, i don't even know what this current "system" is where nothing is on record.
> I have a lot of witnesses in my defense who I am sure would LOVE to finally have their testimony considered too. My own personal affidavit of what I have endured, is just about ready. Plus my PhD fellow of Notre Dame doctor has a thing or two to say about how the collective events have given me severe PTSD.
>
> So like not sure what everyone wants from me? Nobody in Ohio believes Arizona, or Mesa Court. Or Phoenix. You guys have all lost all credibility, I mean it. Zero public trust outside your own state.
>
> AND that this DELAY by Arizona is intentional. That it's a strategy to try and make it so that I cave, which I am not...
>
> Now that really is it I think from me for this week
>
> Sincerely,
>
> 
> 
>
> **Andrew Rulnick**
> Owner & Founder
> phone: 480.527.7255
>
> On Wed, Apr 16, 2025 at 10:06 PM Andrew Rulnick <andrew@designa.xyz> wrote:
>
>> and yes I have studied ADA / Title II and civil rights, and elder care law, lawsuits, law and order for 20 years and even worked for one of the largest elder care law firms in the valley whose name I am not mentioning for legal reasons. I do not know how else to tell everyone in Arizona how extremely

disappointed and outraged I am at the prejudice I have faced at the hands of courts because AUTISM isn't understood.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 10:00 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> and yes, my disabilities definitely warrant accommodations, like I've said since the start. I literally had to BUILD a next generation machine to make sure access was covered because NOBODY in the system of Arizona took it seriously. Well in Ohio we definitely do man, not sure what else to tell you but like I've said; generally speaking when an autistic comes to courts in Ohio with legitimate issues, they aren't dismissed, and they aren't profoundly IGNORED about problems in software and in general ACCESS the way the ADA / Title II MANDATES interactivity, informal, that would include records. Transcripts which I definitely repeatedly asked for and never got, well now our systems can transcribe at runtime and after the fact. We can finally OCR everything into plan text, I mean the days of all this DELAY and run around/hiding the state is playing is over man. A lot more people are going to be filing lawsuits over states for this kind of bullshit... so if everyone wants to play games and courts and townships genuinely believe they are entitled to slander/libel someone as much as I have been prejudiced. Everyone has another thing coming...
>
> Sincerely,
>
> 
> 
>
> **Andrew Rulnick**
> Owner & Founder
> phone: 480.527.7255
>
> On Wed, Apr 16, 2025 at 9:52 PM Andrew Rulnick <andrew@designa.xyz> wrote:
>
>> It's called AutoML, I have worked with it for over 20 years and hi I am an expert in x86. and DESPITE what everyone tried to portray me as, I come in peace 👾 🛸 outside of the OFFENSE I TAKE to being prejudiced.
>>
>> Basically learned a TI-86+ when I was 10 years old and never put the thing down, and hang out on rare occasion with people like Andrej Karpathy and (maybe) Elon Musk (nobody really knows, because he has anons on X) and yeah I know how to build machines that like drive themselves, and do all sorts of humanoid robotics shit, and shit like water drones that put out fires that would have been GREAT to have in California, and quantum resistance, and Arizona intentionally targeted me because I blew the whistle and in Ohio we most likely (we do) observe whistleblower protection especially when it deals with something as serious as major government executive and judicial corruption and prejudice. I have a VERY GOOD court appearance every single time I have made appearances and anything otherwise is major PTSD and legitimate and WARRANTED FURY that I still cannot get even basic accommodations to appear in Arizona. Zero interactive process, zero good-faith effort on virtually every agent in Arizona, almost like they were INSTRUCTED NOT TO. and that is super fucking serious man. So you need anything else from me? Else as far as I am concerned I got this handled provided the court allows me the ability to move and releases the gag, starts to accommodate, and sets hearings on my motions if it must. I cannot help anyone in Arizona more than I already have tried to for like 20 years now, always ignored, silenced. Not listened

to, even when I am the territory contractor for Google with assembly and machine code experience, still notta. It's super prejudiced, and I believe everyone east of the Mississippi sees it that way and I maintain my right to appeal on the basis that not having accomodations at the outset, and not having accomodations ever, and not releasing records is seriously problematic.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 9:43 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> What did everyone think I was crazy when I said we can create AGIs probably?
>
> This is like old hat vector database agency and C code memory management with accelerators, I have a whole law firm researching PACER and state laws & orders David. It's like basic byte pair encoding, compression and vector search. And it equals a super smart computer that is probably brighter than me because I'm borderline kinda retarded but higher functioning autistic. I'm not sure why autism still isn't a recognized disability in Arizona, and frankly, I don't care outside of my federal lawsuit and in my defense.
>
> You all might want to get familiar with what OpenAI and Google are all doing.
>
> And what we can do now is basically index EVERYTHING and then use it in our defense and in our prosecution of cases. And my rights were badly violated, and now that's all easily proven and extremely well documented, like I said. Additionally yeah I take a TON of issue with what happened with Copley PD and my prep, especially if it was caused in part by Nicole Smedley, Breanna Ritchey or any agent of Arizona. The last two years have been absolutely INSANE suppression of records and I want to know exactly why. I would like every recording, and all the previous proceedings videos so I can see reactions, that's where I am at.
>
> If you have something else you would like me to know, or to add kindly feel free my practices are very open conversational and transparent chain of thoughts because the only thing I have to fear is more prejudice. More being told "I'm crazy" and need a rule 11 eval. Um this is like my third Rule 11 eval order, how about not? How about I provide an experts testimony and sworn signed affidavit that I'm not nuts and the court actually be accomodating once? One time in eight years, would be great!
>
> We are still ironing out kinks in Ohio but like I said, basically if a lawyer like the state's prosecutor intentionally go out of their way to conceal my handicap and/or use it against me to disadvantage/cripple me more, which they the State's DA did in Mesa, then it warrants malpractice based on how I am moving and working on setting precedent. I'm sure the gist will be like, "knowingly moving in prejudice of a disabled person's reasonable accommodation, is prejudice and warrants sanctions, is in effect malpractice". Or however the Judge decides to word it, but I would like judicial notice in Mesa of my case in Ohio, yes it's 100% relevant on that basis. It's also 100% relevant based on the fact that they interfered with my work and I take SERIOUS issue with that. All of Arizona too, serious interference with Lawsuits and that's major man. Non-stop prejudice, never ending non-accomodating, bullshit is what I get.
>
> No I'm not insane, yes we have built new agentic systems that will do all the major clerking and docketing and major roles of all the public officials and/or monitor their compliance because it's insane the way they all operate. Yes, it would be enough to actually make autistics want to off

themselves. My only saving grace is I'm higher functioning and work with PhDs and know that the writing is on the walls for states like Arizona. They will be found in federal public court to have prejudiced me, they will go down in history as arguably one of the most prejudiced states in history from the look of it.

I'm exhausted. I have been crippled by stress and PTSD to top it all off. So if you have anything else to add let me know, but that is probably it from me this week.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 8:11 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> I don't know how else to put it anymore bluntly, the state is neglectful, DOJ reports substantiate this, my dockets and records do too. As do communications, and everyone wants to pretend like a MEGA federal lawsuit still isn't happening, and it is. When it's remanded by the 9th district circuit and back before a new judge and the Federal District Circuit, David... They are aware of it too. As is Mesa, and their beloved prosecutor is implicated, as are the entire court and staff for flat out IGNORING and REFUSING accommodations for a cognitively impaired person.

RE: Rulnick V Arizona - Waiver of Service Form

External | Inbox ×

Summarize this email

Niederbaumer, Michael <Michael.Niederbaum... Thu, May 30, 2024, 11:48 AM
to me

Andrew,

Pursuant to the email I sent Tuesday, please remove Connie Gould and Thomas Young from any further communications. This is now my responsibility.

**Michael R. Niederbaumer**
Senior Litigation Counsel
State Government Division / Liability Management Section

Arizona Attorney General Kris Mayes
Physical Address: 15 S 15th Ave, Phoenix, AZ
Mailing Address: 2005 N Central Ave, Phoenix, AZ 85004-2926
Direct Line: (602) 542-8346
Fax: (602) 542-3393
Main AGO: (602) 542-5025
Michael.Niederbaumer@azag.gov
http://www.azag.gov

CONFIDENTIAL AND PRIVILEGED COMMUNICATION

This material is intended for the named recipient(s) only. If you have received this document and are not the named intended recipient, please do not read the contents of the email or any attachment. Please inform the sender of the error so that re-transmittal to the intended recipient may occur. Please do not copy or share the contents of the transmission. Please delete the email and any attachment. Thank you.

> Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 7:53 PM Andrew Rulnick <andrew@designa.xyz> wrote:

Also why would I want anything private? At this point I plan on publishing a few books on this, not even remotely close to kidding. I'm pretty pissed off and a lot of damages caused to both me personally, my trust, my company, and my family. So yeah... Like I don't consent and again, sorry to be so persistent but must insist on my right to waive counsel. I have seen zero good faith effort by any agency or agent of Arizona, and I believe you will prioritize better standing with the prosecutor, than to be blunt and as truthful as I am very prepared to be. I was prejudiced, it was concealed from both the court and record that I am disabled person. I now have super computing and models that can explain it in near perfect detail, and I can enable more clusters to get that perfect filing if that's what the court necessitates, then so be it. In Ohio I believe the rule of thumb is to not be so dismissive of a disabled person's claims as illustrated in my lawsuit against Redwood, Copley Township and Ohio... All this operating in secret bullshit, I find the truth will set you free. I have zero to hide. I applied for accomodations / interactive process as defined by the ADA, so we could begin making a list of what is needed and I am constantly ignored in Arizona. It's unreal and staggering to me.

It's like I said David, when attorneys are found prejudicing autistics, our courts most likely SANCTION the prosecuting attorney. That's exactly what may be happening with Redwood, and yeah I take very serious issue with how the prosecutor and state have acted since these proceedings started, and how the court erred not protecting my rights to accommodations when I said "hey guys I have autism and we should probably cover that" or something to that effect and everyone blew me off. I want recordings, that will show this statement is true too. My own paid lawyer at the time, even blew me off. I am kind of sick and tired of it man, so yeah I will insist again, Waiving my right to a public defender, sorry not sorry. And I would like the court to actually RULE on the motions and exhibits I have submitted before it that it fails to want to docket or make accessible to know what is or isn't before the court.

I might be a PTSD riddled autistic, that doesn't MOOT my motions or strike them, or my right to be heard. It's insane how much prejudice I have faced out there.

That's it from me this week, if you need anything else in order to be fired, or resign yourself let me know, again unless given some really good reason to feel otherwise, I have made up my mind.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 7:27 PM Andrew Rulnick <andrew@designa.xyz> wrote:

I can send you the draft of the federal lawsuit, but you have already been sent the exhibits, and we already discussed that we are diametrically opposed to how we view how Arizona operates.

Sincerely,

**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

On Wed, Apr 16, 2025 at 7:26 PM Andrew Rulnick <andrew@designa.xyz> wrote:

> Again, no disrespect to you. But we are not seeing eye to eye on this at all. I already have well established Precedent in Ohio Court of Common Pleas that accommodations, and the interactive process starts at the OUTSET of proceedings, not after to convictions and necessitating a federal lawsuit to compel release of records mate. Thank you for your time
>
> Sincerely,
>
> 
> 
>
> **Andrew Rulnick**
> Owner & Founder
> phone: 480.527.7255
>
> On Wed, Apr 16, 2025 at 7:13 PM Andrew Rulnick <andrew@designa.xyz> wrote:
>
>> No, David. I do not. We had this conversation in SMS/Text.
>>
>> Attached. I am publishing these as exhibits to IAC. We are light years apart about what Arizona and the prosecutor did, and continues doing. And I take major issue with all of it. Thank you for your time, I'm not finding this a fruitful start at all.
>>
>> Sincerely,
>>
>> 
>> 
>>
>> **Andrew Rulnick**
>> Owner & Founder
>> phone: 480.527.7255
>>
>> On Wed, Apr 16, 2025 at 6:06 PM David Anderson <davidandersonlegal@gmail.com> wrote:
>>
>>> This is a confidential email communication between attorney and client.
>>>
>>> Please respond to acknowledge that this email is confidential.
>>>
>>> David Anderson