## MESA MUNICIPAL COURT
## MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.    2022016986

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
|---|---|
| 13-1504A3 | TRESPASS/ RESIDENCE YARD |
| 13-2904A1 | DISORDERLY CONDUCT- FIGHTING |

YOU ARE ORDERED TO REPORT FOR A PRETRIAL CONFERENCE on August 7, 2025 at 2:15 PM in COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025
_____
Date

STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

ANDREW JACOB RULNICK
614 E MALIBU DR
TEMPE, AZ 85282-0000

TND (25045262) 6/3/2025

COURT

SUMMONS

## MESA MUNICIPAL COURT
## MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.    2022019573

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
|---|---|
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |

YOU ARE ORDERED TO REPORT FOR A PRETRIAL CONFERENCE on August 7, 2025 at 2:15 PM in COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025

Date

STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

ANDREW JACOB RULNICK
401 S. MAIN ST. UNIT 205
AKRON, OH 44311-0000

TND (25045349) 6/3/2025

COURT

SUMMONS

MESA MUNICIPAL COURT
MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.    2022029793

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
| --- | --- |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |

YOU ARE ORDERED TO REPORT FOR A PRETRIAL CONFERENCE on August 7, 2025 at 2:15 PM in COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025
Date

STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

ANDREW JACOB RULNICK
614 E MALIBU DR
TEMPE, AZ 85282-0000

TND (25045356) 6/3/2025                    COURT                    SUMMONS

MESA MUNICIPAL COURT
MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.    2022029794

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
|---|---|
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |

YOU ARE ORDERED TO REPORT FOR A PRETRIAL CONFERENCE on August 7, 2025 at 2:15 PM in COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025

Date

STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

ANDREW JACOB RULNICK
614 E MALIBU DR
TEMPE, AZ 85282-0000

TND (25045500) 6/3/2025                    COURT                                    SUMMONS

MESA MUNICIPAL COURT
MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.    2022029795

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court before the Honorable DAVID J ALLEN II for the following reasons:

Violation Code          Violation Description
13-2810A2               FAILURE TO COMPLY WITH LAWFUL COURT

YOU ARE ORDERED TO REPORT FOR A PRETRIAL CONFERENCE on August 7, 2025 at 2:15 PM in COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025
Date

STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

ANDREW JACOB RULNICK
614 E MALIBU DR
TEMPE, AZ 85282-0000

TND (25045512) 6/3/2025                    COURT                                    SUMMONS

MESA MUNICIPAL COURT
MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.   2022032832

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court
before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
| --- | --- |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |

YOU ARE ORDERED TO REPORT FOR A SENTENCING HEARING on August 7, 2025 at 2:15 PM in
COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant
being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to
appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025
_____
Date

_Stn Umly_

_____
STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at
least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to
courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

ANDREW JACOB RULNICK
614 E MALIBU
TEMPE, AZ 85282

TND (25045255) 6/3/2025                        COURT                                    SUMMONS

MESA MUNICIPAL COURT
MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.    2022035051

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court
before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
| --- | --- |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2921A1 | HARRASSMENT ANONYMOUS COMMUNICATION |

YOU ARE ORDERED TO REPORT FOR A SENTENCING HEARING on August 7, 2025 at 2:15 PM in
COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant
being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to
appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025

Date

STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at
least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to
courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

Mailed

ANDREW JACOB RULNICK
401 S. MAIN ST UNIT 205
AKRON, OH 44311-0000

TND (25045232) 6/3/2025                    COURT                                   SUMMONS

MESA MUNICIPAL COURT
MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.   2022049681

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
| --- | --- |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |

YOU ARE ORDERED TO REPORT FOR A PRETRIAL CONFERENCE on August 7, 2025 at 2:15 PM in COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025
_____
Date

_Stu Umel_

_____
STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

ANDREW JACOB RULNICK
401 S. MAIN ST UNIT 205
AKRON, OH 44311-0000

TND (25045514) 6/3/2025                    COURT                                    SUMMONS

MESA MUNICIPAL COURT
MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.    2022063607

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court
before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
|---|---|
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |

YOU ARE ORDERED TO REPORT FOR A PRETRIAL CONFERENCE on August 7, 2025 at 2:15 PM in
COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant
being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to
appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025
Date

STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at
least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to
courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

ANDREW JACOB RULNICK
614 E MALIBU
TEMPE, AZ 85282

TND (25045523) 6/3/2025                                    COURT                                    SUMMONS

MESA MUNICIPAL COURT
MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.   2022063610

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court
before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
| --- | --- |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |

YOU ARE ORDERED TO REPORT FOR A PRETRIAL CONFERENCE on August 7, 2025 at 2:15 PM in
COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant
being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to
appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025
_____
Date

_____
STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at
least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to
courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

ANDREW JACOB RULNICK
401 S. MAIN ST. UNIT 205
AKRON, OH 44311-0000

TND (25045537) 6/3/2025                          COURT                          SUMMONS

## MESA MUNICIPAL COURT
## MARICOPA COUNTY, STATE OF ARIZONA

STATE OF ARIZONA

Vs.

ANDREW JACOB RULNICK

CASE NO.    2022067212

SUMMONS

YOU ARE HEREBY SUMMONED and required to appear at the Mesa Municipal Court before the Honorable DAVID J ALLEN II for the following reasons:

| Violation Code | Violation Description |
| --- | --- |
| 13-2810A2 | FAILURE TO COMPLY WITH LAWFUL COURT |

YOU ARE ORDERED TO REPORT FOR A PRETRIAL CONFERENCE on August 7, 2025 at 2:15 PM in COURTROOM 305 located at 250 E. 1st Avenue, Mesa, AZ 85210.

FAILURE TO COMPLY with this summons may result in you being held in contempt of this Court, a warrant being issued for your arrest, suspension of your driving privileges, and/or revocation of probation. If you fail to appear at a trial, the trial may be held in your absence.

IT IS FURTHER ORDERED previously imposed release conditions remain in effect.

June 3, 2025

Date

STEPHEN UMPLEBY
Presiding Judge

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding. Written requests can be submitted to courtinfo@mesaaz.gov or contact the court by phone at (480) 644-2255.

*Mailed*

ANDREW JACOB RULNICK
401 S. MAIN ST.  UNIT 205
AKRON , OH 44311-0000

TND (25045546) 6/3/2025                    COURT                    SUMMONS