Federal District - Exhibit index

- Ex. A: Narrative Admissions (Niederbaumer 09/25/2025)
- Ex. B: § 1746 Declaration (authenticating recording/transcript)
- Ex. C: Gemini Transcript (complete)
- Ex. D: ALMOST TWO YEARS TO GET RECORDS
- Ex. E: AGO Records Retention Policy
- Ex. F: ADA Coordinator "zero accommodations" (Quiroz)
- Ex. G: Anderson emails (Mesa PD "defense" hostility) Admission by "Public Defense Lawyer" Would Rather Be Judge/Prosecutor
- Ex. H: Dr. Myers declaration (PTSD)
- Ex. I: Ohio UIDDA/preservation filings
- Ex. J: Ninth Circuit docket/order (procedural disposition)
- Ex. K: AAG Harmeet Dhillon, of the Civil Rights Division following me on Elon Musk's X.com
- Ex. L: Lauren Barrera (she/her) Civil Rights Compliance Officer admission, no records. Proof the left hand doesn't know what the right hand is doing in Arizona.
- Ex. M: Bound DOJ Documents one of many complaints about **LACK OF ACCESSIBILITY**

- Ex. N: Video of my elbow injured intentionally by Mesa PD

- Ex. O: Original Recording of the Conference with Arizona AAG Neiderbaumer

- Ex. X: Mesa Proposed Order (contemporaneous blueprint)