U.S. District Court
DISTRICT OF ARIZONA

| | |
|---|---|
| **ANDREW JACOB-SANDMAN SAYERS RULNICK**<br><br>**Plaintiff,**<br><br>v.<br><br>**STATE OF ARIZONA, MARICOPA COUNTY, & CITY OF MESA**<br><br>**BREANNA RICE, NICOLE & JOHN SMEDLEY, SHERI SHEPARD & UDALL SHUMWAY**<br><br>**Defendants.** | CASE NO. 2:2024cv02611<br><br>Assigned to Honorable Humetewa<br><br>DECLARATION OF ANDREW JACOB-SANDMAN SAYERS RULNICK UNDER 28 U.S.C. § 1746 AUTHENTICATING THE SEPTEMBER 25, 2025 RECORDING AND TRANSCRIPT (FRE 901) |

I, **Andrew Jacob-Sandman Sayers Rulnick**, declare:

1. **Identity and personal knowledge.** I am the Plaintiff in this action. I have personal knowledge of the facts stated below and could testify competently to them.

2. **Date, time, and participants.** On **September 25, 2025**, beginning at approximately **3:50 p.m. Eastern (12:50 p.m. Arizona)** and concluding at approximately **4:20p Arizona MST**, I participated in a live **Google Meet** conference with **Assistant Attorney General Michael Niederbaumer** (Arizona Attorney General's Office). No court reporter was present.

3. **Recording method.** I caused the conference to be **recorded contemporaneously**. The audio/video was captured in real time from the Google Meet session using my standard computer configuration and preserved without alterations. The recording began shortly after the conference commenced and ran continuously until conclusion.

4. **Transcript method.** A contemporaneous transcript was generated using **Gemini** during the conference. Afterward, I conducted a line-by-line spot review, correcting obvious transcription artifacts (punctuation, homophones, speaker labels) **without changing meaning or substance**.

5. **Authenticity of the media.** The **Recording** fairly and accurately depicts the conference, and the **Transcript** is a fair and accurate transcription of what was said to the best of my knowledge. The voices are identifiable by sound, context, and self-identification (including "Assistant Attorney General Michael Niederbaumer").

6. **Chain of custody and storage.** From creation to present, I have maintained custody and control of:

    a. the original capture is saved locally;

    b. [a duplicate stored on my **Google Drive**](#) which is also publicly available for the court; and

    c. [a publicly viewable duplicate posted as a multi-part playlist on YouTube for transparency](#). I have not altered, edited, or spliced the original preserved copy. Duplicates were made for preservation and access only.

7. **Exhibits.** I am submitting: **(i)** a **Narrative Admissions Index** identifying key statements with timestamps, **(ii)** the **complete Transcript**, and **(iii)** the **Recording** (to be lodged electronically consistent with the Court's order permitting digital media). I can provide the Recording for **in camera** review and produce associated metadata upon request.

8. **Availability and lodging protocol.** Consistent with my ADA accommodations request and the Court's electronic lodging protocol, I can provide the Recording to the Clerk and opposing counsel via **secure cloud link** or conventional lodging of digital media.

9. **Best evidence / duplicates.** To the extent relevant, the submitted copy is a **duplicate** of the original and is admissible under **FRE 1003**; the original is available for inspection if genuineness is contested under **FRE 1002/1001**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 24, 2025, at 12:21 pm EST.

*Andrew Rulnick*

/s/ Andrew J Rulnick