# Meeting Sep 25, 2025 at 15:50 EDT - Transcript

## 00:00:00

**Andrew Rulnick:** Okay, I'm calling AG Michael Niederbaumer of Arizona here. We'll see if he picks up. See if I can get this going properly. I have to try to see about dialing out. Uh, I've never had to record calls like this before, but with the way this state has spoliation, uh, I'm really left with no other choice but to make sure everything is recorded. Okay, I figured it out. Very good. So, I can add him via a phone number. Add people Okay, I have this info here. These people wanted to play games with my life for so long and I'm just I've had it. Okay. the color commentary yet. I have this number is 602542 8346. Today is 9:2525. This issue has now been going on for practically a decade, but we'll say for the sake of argument, just the most recent uh events are egregious enough. Okay, I'm going to give it a few minutes here. I'm going to just wait until 4. It's almost 4 o'clock Eastern time.

## 00:02:37

**Andrew Rulnick:** Currently 3:53 p.m. I've got my facts pulled up. This isn't even all of them. This is just some of them. Looks like my mic is working. Mic check. I see audio waves. That's good. I've got my video on and recording. Camera check. And I believe my sound works because I heard noise earlier. So that checks out. It's wild that it should have to come have come to this, but it wasn't my doing or choosing. I was consistent in offering paths of reason. Uh even offered the uh means through which access could be provided for accessibility sake. Uh and again, you know, as much as uh I hate to admit it because I don't like to think of myself as lesser than anybody. Uh, I do have cognitive impairments that do warrant some degree of compromise and interactivity interactive processes as described by the ADA title 2 as well as uh good statutory authority in Tennessee. Not to mention the DOJ's own position that this has been a civil matter.

## 00:05:29

**Andrew Rulnick:** So, I don't think that really helps their prosecution. It's kind of my point. And yeah, I think it just is what it is. We're going to talk through here in a minute. Okay. Get a good stretch. just clear my mind and my body again more than civil always have been. Don't quite realize or know what exactly has been alleged due to the records never being released but maybe we'll get some uh progress on that too in the alternative. Okay. See here. I've got about 3 minutes. I'm just a good stretch. Well, and there's a lot of work that was interfered with that's really important and it's a shame, but you know, once I make a full recovery, I'll be back on my feet and sprinting ahead again. So, we'll see see if that's going to be the easy way or the hard way. Frankly, I think that the quote hard way isn't that hard at this point because we're so far ahead. It's just like really they have a big burden to catch up.

## 00:07:14

**Andrew Rulnick:** So, it is what it is. Can't say I didn't try to work with everybody. Certainly did in good faith many times. Countless times. So many counts. Definitely doesn't fit on my hands and toes. Pad looks. Uh, pardon me if I'm looking off camera. It's because I have two monitors running. So, just in case the recording is being reviewed, I'm looking over here at another monitor that contains the recording tools that we're using today for today's conference. It's to ensure that records are not ever deleted, that they are mutex locked, that they are spanner, they can't be accidentally lost, quote unquote accidentally lost. Sure. Yeah, I'll believe that. Never believe that when we have global spanner. Oh, I just heard the alarm. That's I'm going to make the call here in just a minute. This is the final call from me, Andrew Rolnik to meter bomber a for Arizona at 400 p.m. 9:25 2025 Stay the call.
**+1 602-\*-46:** This is Mike.

## 00:09:02

**Andrew Rulnick:** Okay, Mike. Good afternoon. This is Andrew Rolnick.
**+1 602--46:** *Hey, why you calling*
**Andrew Rulnick:** *Well, I'll be direct. I'm calling to receive the state of Arizona's definitive answer to my August 24th global settlement demand. I am recording the call for my*

*records. Uh, so we were both perfectly clear on the reality of the decision is based upon. Let's just briefly review the documented facts. I'll be quick. Fact one, your client's agent at the Mesa Police Department physically assaulted me causing traumatic berscitis and inflicting severe chronic PTSD as documented by video and expert medical testimony.*

*+1 602--46:* Hey, by the way, the state of Arizona is not responsible for anything Mesa Police does. That's the city of Mesa.

**Andrew Rulnick:** Fact. Fact two. For nearly a decade, every Arizona judicial entity I've encountered has engaged in a universal and systematic denial of my rights under the ADA, including the Mesa Court, making documented false statements in its own orders.

**+1 602-\*-46:** Uh, the state of Arizona is not responsible for the court.


## 00:10:12


**Andrew Rulnick:** I'm not Hold on. Let me just get through this quickly because I'm not really interested in conjecture at this point. It's just a breeze through this.

**+1 602--46:** *that I was just telling you that I can only speak as to who my clients would be and my clients would not be Mesa police or the Mesa courts. You there you there? Hello? If you want to continue to talk, I can't hear you if you are talking. So if you want to call me back, give me a call back.*

*Andrew Rulnick: Mic check. Okay, my mic seems back. Let me get him back on the call.*

*+1 602--46:* This is Mike.

**Andrew Rulnick:** Okay, Mike. Andrew here. Minor technical difficulty. No big deal. Where was I? Fact three. Mesa court created a secret ghost docket actively suppressing my subsidive legal filings.

**+1 602-\*-46:** You realize I do not represent the Mesa court, the state of Arizona.

**Andrew Rulnick:** I understand what your I understand what your position is and you can explain that all to the court.


## 00:12:52


**Andrew Rulnick:** I get it.

**+1 602--46:** *I don't have to explain that to the court or not because if I go to the court wait hold on a second hold on a second let me talk if I go to the court I do not*

*Andrew Rulnick: I'm just merely I am I am merely I am understood.*

*+1 602--46:* represent Mesa they'll go okay Mesa is not represented

**Andrew Rulnick:** I'm not I'm not done yet. The state viol fact four. The state violated my sixth amendment parado rights by forcing upon me an abusive public defender whose own emails prove his adversarial stance. Fact five, the Maricopa County Superior Court has failed to enforce its own custody orders enabling the complete severance of my relationship with my three children for now approaching four years. Fact number six, the 15 misdemeanor charges in Mesa are transparently retaliatory and are backed by $11,000 in punitive warrants issued because I could not safely appear at an unaccommodated hearing. Fact seven, I only have a few more, so let me get through them quick. Fact seven, the cumulative effect has destroyed my earning capacity and sabotaged a one and a half billion dollar AI enterprise.

## 00:14:11

**Andrew Rulnick:** Fact eight, your clients have failed in their duty to preserve critical evidence, including the exculpatory civil standby audio recording. This is not this is this is documented reality, Michael. This is what it is. You cannot bury Hang on.
**+1 602--46:** *Okay. Well,*
**Andrew Rulnick:** *You cannot I'm almost done. You cannot bury this. You cannot shield it. And when it reaches a federal jury, the shield you think you have shatters. You either We have two paths. That's how I see it. You either go willingly and you start to accept terms of my deeply*
**+1 602--46:** you're what?
**+1 602-*-46:** This is Mike.
**Andrew Rulnick:** We're almost done. And I promise if I wrote the drivers for this, it wouldn't have an error. Um, so where was I? Non-negotiable injunctive relief terms. the immediate relinquishment of jurisdiction over my family law matters to Ohio for the restoration of my parental rights which I'm sure Judge Breu or McCarti when fully briefed will be compelled to be receiving of the complete expungement of the retalatory Mesa prosecutions or persecutions as I see it and your agreement to a federally supervised consent decree to overhaul Arizona's broken ADA systems.

## 00:16:35

**Andrew Rulnick:** Contingent on those terms, the monetary demand is $13 million, which is so steeply discounted it makes me want to puke. That figure is not negotiable

downward. Frankly, considering the scale of the harm, the one and a half billion dollars in enterprise value that you all destroyed, the four years of stolen childhood from my children, the decade of systematic abuse that I was put through in your state, you should be grateful that it's even still on the table. And to show you how beyond reasonable I am, I'm actually prepared against my better judgment to in order to be just logistically feasible because I know how poor you all are at managing budgets so that there can be no excuse about the financial feasibility. I'm prepared to accept payment on that $13 million via a structured settlement over a period of four to 10 years at the state's choosing. You can determine the payout schedule within that window provided you're not deferring it all to the very end. Obviously, some is going to have to become more immediate and then the rest dispersed over time.

## 00:17:43

**Andrew Rulnick:** This isn't about crippling your state's budget today or tomorrow. It's about ensuring your state acknowledges its debts and makes my family whole over a reasonable period. Path two, the second path is the path of consequences. I drag your clients and every single state actor involved through every motion, every deposition, every evidentiary hearing until until a federal jury renders a verdict. The verdict for the full uncapped expertly valued one and a half billion dollar valuation of my sabotage company plus uncapped punitive damages for your outrageous conduct the conduct of your agents and compensation for every single day of pain of suffering you all inflicted on me and a jury will not offer you some payment plan. That isn't going to be an option. So, Michael, I'm calling you today to ask which path the state of Arizona chooses. I am not interested in your virgin or excuses. I require a definitive answer. Will you be pursuing path one, the path of reason, and me being really forgiving or path two where we go through, you know, I need to know if you're choosing path one, if it's a yes or no, I'm proceeding with that resolution or not.

## 00:19:01

**+1 602--*46:*** *Well, first of all, you do not get to dictate what paths go on. Number two, I cannot speak to anything that anybody in Mesa has done. I can't*
***Andrew Rulnick:*** *Furthermore, regardless of your answer, as of this moment, on this recorded line, I'm formally putting the state of Arizona and all its agents and subdivisions*

*on notice to preserve all evidence. This includes all emails, body camera footage, court communications, internal memos, external memos,*

***+1 602--46:*** This is Mike.

**Andrew Rulnick:** Yeah, it's me again. So, I demand that there's no deletion, no alteration. I demand you provide me with written confirmation of the litigation hold within 24 hours and it's for you to decide.

**+1 602-\*-46:** What? Look, I only represent employees and agencies of the state and the state itself. So, I do not represent Mesa police. I do not represent Mesa courts. I do not represent Mesa City Prosecutors. I do not represent any public defender that was appointed to you by a Mesa court. So, I don't know what you want preserved.

## 00:21:10

**Andrew Rulnick:** Uh there's a lot I demand everything. I mean I demand that you actually do your due diligence as an AG of the state and do your job.

***+1 602--46:*** *I am doing my job.*

***Andrew Rulnick:*** *Uh, I fundamentally disagree and we can have*

***+1 602--46:*** I represent state and it's Hold on a second. Let me tell you what my job is. Let me tell you what my job is. My job, I have a specific job. All I do is I represent the state, its agencies, and its employees in ongoing litigation regarding a tort nature, meaning that somebody has alleged either a tort or some type of constitutional violation, something along those lines, where money is demanded. that is I do not do anything else. That is all I do. Now when it comes to that right now there is no piece of litigation that any of my clients or anybody that could possibly be my clients that you are involved in that any court has personal jurisdiction over them. They just don't.

## 00:22:30

***+1 602--46:*** *So, I mean, you never served anybody with your Arizona lawsuit. So, that means that the district court never obtained personal jurisdiction over them. I understand that you then appealed to the Ninth Circuit after that case was dismissed. The Ninth Circuit does not have personal jurisdiction over any of us because of that lack of service down below. So right now there's technically well that's*

***Andrew Rulnick:*** *That wasn't that wasn't true at all. What was true is I was denied an IFP. I was denied access at the door. I was turned away before I could even participate just like I*

*have been for the last 10 years. And that is a problem of your state, your county, your clients.*
**+1 602--46:** that my I I do not represent the United States District Court for the District of Arizona. I do not represent that. That would be the United States.
**Andrew Rulnick:** Unfortunately, it it is a systemic problem throughout your state. And that is why you that is why you that is Uh, no.


## 00:23:33

**+1 602--46:** *That is a federal court. That is a federal court run by the United States government.*
**Andrew Rulnick:** *What you're doing is you're trying to play games with you're trying to play jurisdictional games. That's what you're trying to do.*
**+1 602--46:** No, I don't play jurisdictional games.
**Andrew Rulnick:** There you are.
**+1 602--46:** *I tell you what exactly is jurisdiction right now.*
**Andrew Rulnick:** *Okay. Mason Municipal Corps is not an independent kingdom.*
**+1 602--46:** No. Uh but but there are a lot but that doesn't mean that
**Andrew Rulnick:** It is a subdivision of the state of Arizona. That is a fact. that operates under the authority of the Arizona Constitution and Arizona state law. Its judges are its judges. Hang on. Its judges are in fact state actors. Its prosecutors enforce state statutes.
**+1 602--46:** *well You have no You have no idea.*
**Andrew Rulnick:** *When a court of the state of Arizona systematically violates a citizen's federal constitution and statutory rights, the state of absolutely a liable party.*
**+1 602--46:** You're clueless. You're clueless.


## 00:24:35

**Andrew Rulnick:** You're wrong. Tennessee v. says otherwise. And you are incorrect.
**+1 602--46:** *You are You are absolutely clueless. Although the city of Mesa being underneath or being a city, I do believe they're chartered under uh you know, so they exist pursuant to Arizona law. Arizon the state of Arizona is not responsible for the actions of M. Well, they are state actors from 1983, but they are not they are not state actors.*
**Andrew Rulnick:** *They are state actors acting under color of law. Your attempt to draw a*

*meaningless line between your city prosecutor and the state is a legal fiction and it will be shredded under 42 USC 1983 analysis.*
**+1 602--46:** It You can sue them.
**Andrew Rulnick:** your client.
**+1 602-\*-46:** You can sue them. The the city of Mesa prosecutors are not the agents of the state of Arizona. Nor is the city police, nor is that court. I'm just telling you that. I mean, it's true. There is no law. There is nothing that says that the state of Arizona is responsible for what Mesa does.

## 00:25:59

**+1 602--46:** *They have to operate pursuant to Arizona law, but that doesn't mean the state of Arizona is responsible for them.*
**+1 602--46:** This is Mike. Hello. Are you there? If you're there, go ahead and speak.
**Andrew Rulnick:** Can you hear me?
**+1 602--46:** *I can hear you now.*
**Andrew Rulnick:** *Perfect. I think we've got this fixed now. Let's see. Where was I? Uh, let's see. You are trying to insist that you have no liabilities, right? You are the assistant attorney general for the state of Arizona. My claims are against the state of Arizona and its subdivisions, agents, and enablers, including Mesa and Maricopa County. This global settlement demand is directed at resolving the state of Arizona's total liability for the actions of all its constituent parts. Your claim that you don't have a dog in this fight, as you like to tell me, and I don't have a snowballs chance in hell, frankly, is absurd on its face and insulting to my intelligence.*
**+1 602--46:** Well, I don't care what you think.

## 00:28:51

**Andrew Rulnick:** In fact, I would wager I'm just going to speculate and say that it's you trying to take advantage of someone with cognitive impairments even further. And I take that really seriously, sir. Well, you're very
**+1 602-\*-46:** What I do care about is that listen, I let you speak, you let me speak. That is how a conversation goes. So, as I said, the state of Arizona has absolutely no liability for anything that Mesa police has done, Mesa prosecutor's office has done, Mesa courts have done, or uh the public defender that was appointed through some type of contract

through the Mesa courts have done. The state of Arizona is not responsible for that. That would all be city of Mason. They are responsible for that. Now, other things that you have said, you said your family court. Now, I don't see any liability on behalf of any of the family courts here. Uh I mean whether or not the family courts uh you know follow its own orders or uphold its orders, that would be a question for the appellet courts.

## 00:30:13

**Andrew Rulnick:** So, let me let me do this. Let me just save you your breath. I'm going to do the following. I'm filing in Ohio to have you deposed. I'm filing in the federal circuit to have the uh the erroneous dismissal vacated. Um I'm confident it would be remanded anyway spontaneously and we're going to get everybody to appear and start holding people liable. That's my position. So are you telling are you telling me before you finish?

**+1 602--46:** *Okay. Well, hold on a second.*

*Andrew Rulnick: Go ahead.*

**+1 602--46:** I was going to say, first of all, you've already asked the appellet court to reverse the lower court and nothing has happened yet. So there's nothing there. If it gets remanded, okay, then you're going to have to go through the process of getting everybody served.

**Andrew Rulnick:** I'm filing, buddy. It's been nice chatting with you. I know this is this is predictable.

**+1 602-*-46:** You're filing what? You've already filed under I'm ask you this question.

**Andrew Rulnick:** You're being deposed in Ohio, bro.

## 00:31:11

**Andrew Rulnick:** your your agents are going to be I can promise you Mike I want to Michael I promise you this is happening I I do not have to litigate this to you right now that is between me the court

**+1 602--46:** *I'm gonna ask you this question. Under what? Under what authority? Under what case would you have me hold into the state of Ohio for a deposition?*

*Andrew Rulnick: and you once you appear you have anything else you want to say regarding my generous offer to settle or not this is e I told you I told you it's one and two paths.*

**+1 602--46:** Uh well no hold on a second.

**Andrew Rulnick:** You're choosing path two. That's your right.

**+1 602--46:** *You want me to discuss settlement of parties of which I cannot legally even discuss.*

**Andrew Rulnick:** *Would you like to start conferencing them in? You probably have the directory with their names and phone numbers on it. I'll be happy to.*

**+1 602--46:** I have no idea who works over at the city of Mesa Pro.

**Andrew Rulnick:** Okay.

## 00:32:07

**Andrew Rulnick:** Well, I again, you're going to have to organize your data better. You know, I tried to help you all for two decades and I was run out of town from anti-semitism and prejudice and that's provable.

**+1 602--46:** *Why? Why is that? What? What? Who's anti-semitism?*

**Andrew Rulnick:** *Uh, excuse me. We can go into ASU and we can go it through everything. However many times I was assaulted, I lost count. I'm not going to get into this right now. that is going to be a matter for the legal proceedings ahead if you decide so then so be it. I I am being look man I am being really fair. I don't know how much fairer I can be to you because I simply want to move on with my life and have you pledge for some reform because clearly you guys all have issues out there. There's no doubt in question in my mind that a jury will agree with me. None whatsoever.*

**+1 602--46:** Well, you first have to state a claim.

## 00:33:07

**Andrew Rulnick:** I've already done that multiple times over and I cannot help you I cannot help you see that Arizona the state is not off the hook.

**+1 602--46:** *I have I have yet to see any.*

**Andrew Rulnick:** *The state is responsible for the laws under which these officers and your agents operate and for ensuring that its subdivisions comply with the constitution. When their systematic statewide pattern of abuse is documented is is documented in numerous DOJ reports, the state can't just claim ignorance and point fingers at the locals.*

**+1 602--46:** That's the dumbest thing I've ever heard.

**Andrew Rulnick:** It doesn't work that way.

**+1 602--46:** *Actually, it does. So, I don't I you know, you absolutely have no clue how the law works at all.*

**Andrew Rulnick:** *You're going to see that it doesn't. I I'm going to wrap this up. I don't have to tolerate this kind of disparagement and abuse from you.*

**+1 602--46:** I'm just telling you.

**Andrew Rulnick:** I am simply Michael.

**+1 602-*-46:** I'm telling you you approve.

**Andrew Rulnick:** I am simply going to proceed. So your your answer is litigation.

## 00:34:11

**Andrew Rulnick:** Your answer is no. No answer.

**+1 602--46:** *My answer is is that unconstitutional.*

**Andrew Rulnick:** *And you want me to persist.*

**+1 602--46:** My answer to is it would be unconstitutional for the state to pay you a dime right now because there is not a matter in controversy.

**Andrew Rulnick:** Tennessee v. Lane says otherwise and so do all my filings. So you're wrong. So I'm going to move in federal circuit to have the dismissal vacated. I'm going to update the court about I am going to update the court on everything that has transpired.

**+1 602--46:** *You already have done that.*

**Andrew Rulnick:** *I'm going to be sending them I am going to be I'm going I'm going to be sending the appellet court the copy of this recording which you are aware of that I said I was recording especially as it*

**+1 602--46:** It doesn't care. Do you understand what Do you understand what an appellet court does? Do you understand what an Do you understand what an appel is for?

**Andrew Rulnick:** pertains to my claims against all your client.

## 00:34:58

**+1 602--46:** *Do you understand what does do you understand what court does do you what court does it does not consider*

**Andrew Rulnick:** *I do in fact and that is why I am asking them with this video to remand spontaneously because it is very clear that you are delusional. That's how you're delusional. I do I know what it does. I'm aware of what the law says.*

*+1 602--46:* any new evidence appellet courts just review the evidence and

**Andrew Rulnick:** I'm moving it to have it put I'm moving to pat this put on the record and transmitted with a motion for clarification because I'm unclear if it has even been transmitted yet or not. So that's what I'm going to do. Michael, it was good chatting with you.

*+1 602--46: What record?*

***Andrew Rulnick:*** *I cannot belabor this anymore. I've exhausted all my patience with you and it has been this is now what something like our 30th conference if you count the email threads. If you don't, it's still something like the fifth.*

*+1 602--46:* If you drop the email address


## 00:35:52

**Andrew Rulnick:** I I'm tired. It if you count the email threads, it's in earnest. It's like uh it's like a dozen maybe at best. Uh again, like in an executive capacity, we work with threaded conversations. I know that's too hard for you to comprehend with your ways out there, Wes, but it's how these systems actually work. I'm not going to continue to belabor this. I just want to know your final answer. Option one or option two, which is uh that's a great defense.

**+1 602-\*-46:** It is it would be a violation of the Arizona Constitution. It's called the gift clause for me to be able to provide you any money whatsoever without a case and controversy pending. That's my good luck being frivolous.

**Andrew Rulnick:** I guess you'll have to explain that to the court on remand. Okay, I got to go. Thanks for your time today. Uh it was a good conference. I'm sorry it didn't go well for you. Went fine for me. It's what I expected.


## 00:36:50

**Andrew Rulnick:** Have a good rest of your week.

*+1 602--46: you there.*

***Andrew Rulnick:*** *Uh yeah, I'm still here. I'm just entering your statement for the record. That's what I'm doing, just so you know.*

*+1 602--46:* What is that? Then you're being frivolous cuz you are.

**Andrew Rulnick:** Good luck being frivolous said at today 4:28 p.m. on I25

**+1 602-\*-46:** Yep. Good luck being frivolous. And you are being frivolous because you

really haven't stated a cause of action. You continue to believe that you can represent your children and your business in a court of law when you cannot because you are not an attorney. All of that is frivolous. Everything that you have ever argued uh in these cases is frivolous. The Ninth Circuit has determined or at least questioned whether or not your appeal is frivolous. You have they have not I don't think I don't even think that you I mean, look, I'll I'll be standing before other juries uh you know, over the next couple years, but I doubt it's going to be with

## 00:37:53

**Andrew Rulnick:** The jury is going to love this. I can't wait for the jury to get a load of this recording.

**+1 602--*46:*** *this case. I mean, I would almost bet my entire house on it if I were a betting man. I mean, you you really do not have a case. I'm just telling you, make your life And by And by the way, you you keep keep stating that people out here.*

*Andrew Rulnick: Sounds like the typical sentiment towards autists in Arizona. Pretty classic textbook actually. Pretty much towards all pretty much towards all civil liberties and civil rights. You know, there's this thing we have in this country.*

***+1 602--46:*** By the way, yeah, I know that.

**Andrew Rulnick:** It's called the Constitution and Bill of Rights, of which you violated all of mine.

**+1 602--*46:*** *And by the way, I violate all of your civil rights.*

*Andrew Rulnick: And I think that the juryy's going to see your demeanor.*

***+1 602--46:*** Did I make you quarter soldiers?

**Andrew Rulnick:** Come again. What?

**+1 602-*-46:** I did I make you quarter soldiers?

## 00:38:55

**Andrew Rulnick:** That's a sick analogy. You know that you must have mental health issues.

**+1 602--*46:*** *I must have mental health issues when I uh because that would be the third amendment.*

*Andrew Rulnick: Uh yeah, as someone who studies neurocognitive sciences, for you to compare the rights violations you inflicted on me to people quartering soldiers is in fact*

*pretty sick.*
***+1 602--46:*** You said that I violated all of your civil rights.
**Andrew Rulnick:** What what the f***?
**+1 602--*46:*** *The third amendment talks about the quartering of soldiers.*
***Andrew Rulnick:*** *Like that's your argument is that you didn't force Wait that wait.*
***+1 602--46:*** No, I'm just saying I'm saying that what I'm saying is that there is no possible way that I No, you said I violated all of your civil rights.
**Andrew Rulnick:** This is critical. I want to make sure I understand this right. You're telling your argument is that because you didn't make me quarter soldiers, you didn't violate my civil rights. Wrong.
**+1 602-*-46:** You use the word all.
**Andrew Rulnick:** Would you like me to go through and list the specific civil rights that were violated?

## 00:39:56

**+1 602--*46:*** *Sure.*
***Andrew Rulnick:*** *Okay, let's do that. f\*\* it.* Fine. Um, he wants to know, hang on, I have to chat with my uh co-console here to know exactly summarily what civil rights were violated. You'll have to pardon me. Sometimes I have to use a prosthetic. You know, it's something you all forced me to have to create. So, bear with me one second while it thinks. Give me one minute. It just takes a second. It's not very long. It's pretty good compute, so you're gonna have to bear with me here. Like, the statements you make blow my mind so hard. Without a legal prosthetic, yeah, it would probably be impossible for me as an autistic to even function against you, let alone stand a chance. So, you're going to be, I think, pretty surprised. I don't envy that bet you're making about a house. That that would be foolish. But, you know, you make your bets on Poly Market how you want.

## 00:40:57

**Andrew Rulnick:** Um, that's your business, not mine. Bear with me another minute. It it it's a lot of tokens. I mean, we're already up to 650,000 tokens. That is a lot. So, just hang tight. I I It's important it thinks through this obviously because you want to know and I want to know exactly what my position is so that when we enter it is clear as day.

Okay, let's see. Let's see. Okay. Summary of violated rights. Violation of the 14th amendment. Right to due process and equal protection under the law. Procedural due process. He violated my right to a fair and meaningful opportunity to be heard by actively suppressing the legal record in the Mesa Municipal Court through the creation of the Secret Ghost Docket.

**+1 602-\*-46:** And again, that is not the state of Arizona.

**Andrew Rulnick:** I if you just let me breeze through this, I'd appreciate it because you've already taken a lot of my time up and my time is whether you like to believe it or not quite valuable.


## 00:42:12


**Andrew Rulnick:** systematically failing to provide discovery for nearly three years, the Mesa Criminal Matters, making a defense impossible. Additionally, refusing to allow me to call my key witnesses. There are a lot of them. Denying me access to the courts through a pattern of ignored filings and broken procedural promises. Also, having clerks and judicial assistants and staff that just simply say, "We're going to block you." That was an interesting one. you were on that thread and I have a copy of that uh that interaction. That was a really interesting one.

**+1 602--46:** *And again, I'm still waiting on hearing any of the states violations of your civil rights.*

**Andrew Rulnick:** *Let's see.*

**+1 602--46:** It just sounds like you've got uh some allegations against the city of What would this What would that conduct be?

**Andrew Rulnick:** No, it's all of them. No, no, no, it's all of them. Substitute due process violations. You all violated my rights through outrageous government conducts that would actually shock anyone's conscious conscience. in including state sanctioned physical assault, the punitive punitive and abusive incarceration in a state prison facility, retaliatory and bad faith prosecutions, the deliberate indifference to my


## 00:43:17


**+1 602--46:** *That would be City of Mesa.*

**Andrew Rulnick:** *physical safety, especially especially incredible threats of violence, equal protections under the law.*

**+1 602--46:** City Mason. City Mason. Ow.

**Andrew Rulnick:** You all denied me equal protection of the law by treating me by treating me a disabled pro-say litigant and whistleblower differently from other citizens and failing to provide the same access to justice afforded to represented or non-disabled parties

**+1 602--46:** *Where?*

**Andrew Rulnick:** *everywhere every office agent every place where I simply walked in and said excuse me I'd like access please denied denied denied uh number two violation of the Americans with Disabilities Act, ADA, Title 2, and the Rehabilitation Act, section 504. You've engaged in a system systemic nearly decadel long pattern of discrimination on the basis of my diagnosed disabilities, which are albeit high functioning, still autistic, ASD, and PTSD. You all have categorically failed to engage in the mandatory ADA interactive process at every level of the Arizona judicial system.*

**+1 602--46:** By the way, I'm going to tell you right now, Ninth Circuit case law as well as other circuit case laws says that no interactive process is necessary because that language is not found in title two of the ADA.

## 00:44:56

**+1 602--46:** *It's found in title one of the ADA which applies to employers but it does not apply to governmental uh agencies providing services under title two of the ADA*

**Andrew Rulnick:** *provided they provided they did anything for service. But they don't they don't even have a clear plan or directive. You have denied numerous necessary reasonable accommodations. Chief among them saved remote video appearance and provisions of legal documents in accessessible formats. Those are reasonable. This is a direct violation of the principles established in Tennessee v. Lane. Not to mention, we have violations of my sixth amendment right to a fair defense. Unequivocally, I you violated uh No, that's throughout your entire state.*

**+1 602--46:** by the way amendment. Where is that at? Is that Mesa Court again? Well, the Sixth Amendment only applies to criminal matters.

**Andrew Rulnick:** Regrettably, well, I regret to say that your state wanted to criminalize everything.

**+1 602-*-46:** So, Well, what have you ever been charged?

**Andrew Rulnick:** So, that's the unfortunate thing. Now, I'm not done. Dang it.

## 00:46:00

**+1 602--*46:*** *Well, hold on a second.*
**Andrew Rulnick:** *Let me just finish.*
**+1 602--46:** I'm asking you.
**Andrew Rulnick:** But I'm almost done.
**+1 602--*46:*** *Have you ever been charged with a crime or prosecuted in a superior court?*
**Andrew Rulnick:** *I'm not getting into that right now.*
**+1 602--46:** Well, then uh you have then the sixth amendment does not apply to any state.
**Andrew Rulnick:** I think you're wrong. And I think when they look at the docket history, the court will agree that you're wrong. So, I'm just going to leave that at there. I've heard your point. I'm acknowledging that your point. I don't agree with your point, but I've heard you. violation of my first amendment right to free speech and to petition the government. You've engaged in a pattern of retaliation against me for my protected speech.
**+1 602-*-46:** What's the retaliation?
**Andrew Rulnick:** My whistle my whistleblowing activities against Arizona state corruption and my vigorous complaints about ADA non-compliance. It's very clear. You can see it. You can chart the ramping of retaliation over time.

## 00:46:52

**Andrew Rulnick:** You can actually plot it over time.
**+1 602--*46:*** *What actual acts were?*
**Andrew Rulnick:** *I'm not getting into that right now. We can revisit that later if you'd like.*
**+1 602--46:** Well, then then it's a hollow allegation.
**Andrew Rulnick:** If you'd like to re the baseless sure, no, it's not the baseless rule 11 competency evaluations everywhere, which it just so happens that Mesa court explicitly linked to correspondences and stated intent to because of my intent to use a computer for my defense. I mean, that is that is a clear act of retaliation designed to silence and punish advocacy.
**+1 602--*46:*** *That is made up.*
**Andrew Rulnick:** *It is all throughout your state.*
**+1 602--46:** That is Mesa Mesa.
**Andrew Rulnick:** It's all throughout your state. It isn't just Mesa. I wish it was. Unfortunately, it's your county.

**+1 602--*46:*** *That was Mason. That has nothing to do.*
**Andrew Rulnick:** *It's your state.*
***+1 602--46:*** That has nothing to do with us.
**Andrew Rulnick:** I'm not done. Wait, I get it. I understand. I've heard you say that like 10 times at least a dozen.

## 00:47:40

**+1 602--*46:*** *Maybe she's a point.*
**Andrew Rulnick:** *Let me let me finish because I'm almost done and I don't want to take forever. Like I said, my time is valuable. violation of the fourth amendment, the right to be free from unreasonable seizures. You constantly that between the physical assault by officers that and unreasonable use of excess force. I don't think so. I think you guys have problems and it's well represent DOJ reports incorrect.*
***+1 602--46:*** Ma, Ma, were you ever convicted of a crime that you spent time in jail?
**Andrew Rulnick:** I disagree. Count countywide statewide violation of the eth amendment. the right to be free from cruel and unusual punishment.
**+1 602--*46:*** *If not, eth amendment does not apply.*
**Andrew Rulnick:** *I would say that you've constructed a unique prison. That's for sure.*
***+1 602--46:*** Well, no. You'd actually have to be convicted of a crime and that's the only that's only time that the eth amendment comes.
**Andrew Rulnick:** I would I would say you've constructed a really interesting and unique prison to punish me punitively.

## 00:48:42

**Andrew Rulnick:** That's what I would say.
**+1 602--*46:*** *And are you talking about the Mesa Municipal uh court matters?*
**Andrew Rulnick:** *I'm talking about your entire state.*
***+1 602--46:*** Well, again, what specific things? But again, first of all, you were never convicted of a crime. If you were never convicted of a crime and then served out the sentence, the eth amendment just doesn't apply.
**Andrew Rulnick:** Violation of my fundamental constitutional rights to familial association. and your client. The state of Arizona through the Maricopa County Superior Court system failed to enforce its own valid custody orders has become complicit

partner in state enabled parental alienation which I believe Ohio will agree that has unjustly justly and cruy intentionally severed my relationship with my three children now approaching for four four years. This is just summary. It's not even the full horrifying extent of the violations detailed in the sworn affidavit and documentary evidence that I filed with the federal courts.

**+1 602-*-46:** And by the way, hold on a second.

**Andrew Rulnick:** Your pretense of not knowing what rights were violated. It's transparent.

## 00:49:49

**Andrew Rulnick:** You It's a failed tactic of yours to pretend. Look, here's where I'm wrapping up. The time for your games are over. I provided you with a robust summary. My final settlement.

**+1 602--46:** *My game that you interacted with those people,*

**Andrew Rulnick:** *Hang on. My final settlement demand as outlined in my August 24th letter remains open for your client's consideration until the deadline we discuss which is tomorrow evening. We'll say at midnight that way you have a moment to call Chris and call Katie. That's Chris Chris Katie Hobbs and Chris Mays.*

**+1 602--46:** right?

**Andrew Rulnick:** Wrong. I definitely interacted with their offices. You are completely incorrect about that.

**+1 602-*-46:** I'm saying I don't think so.

**Andrew Rulnick:** Uh look, I can't help you there. All I can tell you is that they're implicated. They will be deposed. They will be named explicitly in the suit on remand. I disagree. And in fact, I think if they are, it'll only it'll only be because I'm awarded injunctive relief and it's over.

## 00:50:43

**Andrew Rulnick:** That that'll be the only reason they're not pulled in. Okay. So, I will be moving for the full uncapped measure of the resulting damages before a federal jury. The choice is yours. It's always been yours apparently based on your own statements. Uh, and that's where we're at. I'll be submitting this to both the Ohio Court of Common, please. Because that case, that case is most laugh, but you're dyiced and you brag

about it.

**+1 602--46:** *Ohio has no jurisdiction over anybody.*

**Andrew Rulnick:** *You brag about it all the time. Uh, pardon me. My business exists in Ohio, so you're wrong.*

**+1 602--46:** It it doesn't have any jurisdiction over any of my clients.

**Andrew Rulnick:** I have a feeling I have a feeling when the court hears about how my records have not been produced now going on three years, you're wrong.

**+1 602-\*-46:** Period. Mesa and again that exists in Arizona.

**Andrew Rulnick:** So, sir, we're not I'm not going to split hairs with you. This is not what we're here for today.

## 00:51:42

**Andrew Rulnick:** What we were here for today is a simple choice. Either a simple yes or a simple no.

**+1 602--46:** *Well, well, that that's what you it was going to be.*

**Andrew Rulnick:** *And you have said no.*

**+1 602--46:** That's what you thought it was going to be. You don't but you don't get to dictate things. So, what again with your Ohio case right now, my understanding is from my reading of the docket, all you have is one count against an unnamed defendant.

**Andrew Rulnick:** incorrect. You Michael Arizona are that defendant. So I will be I will be updating the court about Michael.

**+1 602--46:** *I was I was a neighbor. I was a neighbor that interfered with your uh right to what?*

**Andrew Rulnick:** *Michael, Michael, I'm not going to split hairs.*

**+1 602--46:** Quiet your property.

**Andrew Rulnick:** I have time to revise my lawsuit. Obviously, clearly I have time to amend my lawsuit.

**+1 602-\*-46:** Well, I mean, you can amend your lawsuit all you want up there, but how are how are you going to establish personal jurisdiction over me or anybody here or my state agencies or any of my what would be

## 00:52:35

**Andrew Rulnick:** So it'll Michael I point all the courts are getting updated

**+1 602--*46:** *my uh you know clients here in Arizona?*

**Andrew Rulnick:** *right so Ohio is getting updated uh the federal court is getting updated the Ninth Circuit is getting updated that's how I'm going to do this.*

**+1 602--46:** Well, you know, the district court does not have jurisdiction because you appealed it to the Ninth Circuit.

**Andrew Rulnick:** I'm going to make her I I know that you believe that and I believe that that look

**+1 602-*-46:** The Ninth Circuit is the only one that has jurisdiction and they'll just continue to take your stuff in in there. But what they won't do is consider it. I don't I've been doing this a heck of a lot longer than you have. I know exactly what the what appellet courts review and what they don't review. They don't review any new evidence. They review what happened in the court below and did the you know and it depends on what actually is appear.

**Andrew Rulnick:** They're also completely entitled to see this recording after I file it with the Federal Circuit and insist that this is contextually relevant as it is still an ongoing issue to this day.

## 00:53:52

**Andrew Rulnick:** So as much as I as much as I respect your opinion, as much as I look, as much as I respect your opinion, I disagree with it.

**+1 602--*46:** *They probably will not review. They probably will not review. It's not an opinion really. I mean, it's really it's been my it's been it's been my experience and I'm telling you right now, it's been my experience and and that is in and out of of a variety of appellet courts throughout this nation*

**Andrew Rulnick:** *And I think that we are going to have*

**+1 602--46:** that they will are only going to review what occurred in the court below. And since I wasn't there, nothing regarding me or any of my clients has anything to do with what the Ninth Circuit is going to review.

**Andrew Rulnick:** I disagree. So you can say that all you want, but I think that again the IFP being ignored and being completely rubbed is just further indicative of your statewide problems and it's going to be dealt with.

**+1 602-*-46:** But why is that me? That's a federal court.

## 00:54:51

**Andrew Rulnick:** Michael, I can't help you more than I have already tried. I've been really reasonable here.

**+1 602--46:** *Well, if anybody would take your legal advice be far you know what I I will tell you this I I tell you I have absolutely zero author I have absolutely zero authorization*

**Andrew Rulnick:** *If you're trying to buck if you're trying to if you're trying to buck me down on the price, it's not happening. It's only going up from here. It's not coming down. It's like unreal. Years of pain and suffering.*

**+1 602--46:** to pay you any money at all. I have no illegal authorization to pay you any money at all because it's a violation of the Arizona Constitution gift clause to give you anything when there is no case and controversy.

**Andrew Rulnick:** Uh, Michael, I know your sentiment. I heard that. And I also have uh a good email from one of Phoenix's attorneys where they admit to saying, "Hey, we rely on people never bringing these claims against us or giving up." So, I understand your state's position.


## 00:55:47

**Andrew Rulnick:** I'm well aware of I am really I'm well aware too of what they teach at ASU.

**+1 602--46:** *Okay, that's me. That's not us.*

**Andrew Rulnick:** *Okay. I'm I'm fully aware that this is an ASU Arizona based tactic. I get it. You guys run and hide from your problems.*

**+1 602--46:** You know, you know, I never went, you know, I did not go to ASU, right?

**Andrew Rulnick:** You necessitate you necessitate uh marshall service. You hide from everything. You run from it. I get it. Okay. You've made it clear. I cannot. You could have fooled me.

**+1 602--46:** *I did not go to ASU.*

**Andrew Rulnick:** *Are you sure?*

**+1 602--46:** Although ASU or the Arizona Board of Regents could be my clients in certain circumstances, I did not go to ASU law school or undergrad for that matter.

**Andrew Rulnick:** I mean, you could have fooled me. And I kind of feel like it's a really thick network out there, too.

**+1 602-*-46:** Well, I did not go to Arizona State University's law school.

## 00:56:40

**Andrew Rulnick:** I I believe that, but I also believe that your network is really thick, and I think that that network will be really interesting when we get into it in discovery. I'm g I'm gonna tell I'm gonna tell you where I start.

**+1 602--46:** *I doubt it. You want to know where I went to law school?*

**Andrew Rulnick:** *I'm gonna start with Yeah.*

**+1 602--46:** Do you want to know where I went to law school?

**Andrew Rulnick:** Where'd you go to law school, Michael? Sure.

**+1 602--46:** *Case Western Reserve University.*

**Andrew Rulnick:** *Yeah, you should be proud of that. That's a good school to go to. I bet you weren't run off by Antifa, were you?*

**+1 602--46:** Well, considering Antifa didn't exist at that time, uh, no.

**Andrew Rulnick:** Uh, right. So, you didn't have the insane similar and fortunate treatment that I've had to endure, have you?

**+1 602-\*-46:** I have absolutely no idea what treatment that you alleged to have endured years ago outside.

**Andrew Rulnick:** Do you want me to Do you want me to pull all the news?


## 00:57:27

**Andrew Rulnick:** Do you want me to pull all the DOJ reports? I mean, you're aware of Excuse me.

**+1 602--46:** *The DJ report had nothing to do with you and for who's responsible for you.*

**Andrew Rulnick:** *Yeah, they most certainly do. Are you kidding? Do you know how many DOJ reports your yours truly is responsible for filing? Do me How many How many DOJ reports do you think I filed?*

**+1 602--46:** Oh, you file a lot of DOJ. Okay, I understand. Like I deal with the DOJ occasionally, but I don't know.

**Andrew Rulnick:** Michael, take a guess.

**+1 602-\*-46:** You sent me a thousand emails, so I don't know, 40. Yeah.

**Andrew Rulnick:** Uh, no. And it's not a thousand emails. They're threaded. That's it. They're threads. Get like, get real, man. It's It's a chat. It's no different than using Slack. Like, I'm sorry if that having a breakout room is so traumatic for you all that you all have to flip out and prosecute someone over free speech or whatever is alleged.

## 00:58:24

**Andrew Rulnick:** still unclear because I haven't received a single record.

**+1 602--*46:*** *I and again I have no idea either considering the fact that that is not a state agency that is prosecuting*

***Andrew Rulnick:*** *But that should bother you, sir, if something like that is happening in your state. With all due respect, as someone that is reporting up to the attorney general, uh, Chris Mays and the governor, Katie Hobbs, that should bother you.*

**+1 602--*46:*** And again, I represent a small little window of what I and that's not in my job responsibilities to review I have no idea who that would be.

**Andrew Rulnick:** Do you want to Would you like to conference call that person on so we can start discussing all their liability?

**+1 602--*46:*** *And that No, I don't know.*

***Andrew Rulnick:*** *Yeah, you're disorganized. Of course, you don't know. I mean, that's a typical state.*

**+1 602--*46:*** We have hundreds of

**Andrew Rulnick:** Hold on. Hang on. You're talking to the like I I don't I want to be clear. I really hate bragging. I f****** hate having to even discuss my work because I don't think any of you should know what my work is because I don't trust any of you, especially not in the state.


## 00:59:33

**Andrew Rulnick:** But you all fail miserably at managing data. That is a fact.

**+1 602--*46:*** *So what?*

***Andrew Rulnick:*** *You you fail miserably managing data and that is a fact.*

**+1 602--*46:*** Which agent?

**Andrew Rulnick:** All of them. Man, I wish that we weren't having this conversation because I think that if you did do anything right when it comes to data in your state, nothing that happened to me would have happened. My rights would not have been violated. But they they have been and they were and they're still being violated unfortunately to present day.

**+1 602--*46:*** *But again, you keep talking about going back to the Mesa thing. So, yeah, I have no I have no clue what that is.*

***Andrew Rulnick:*** *No, I'm not. I'm talking about a statewide problem. You all don't even know what spanner and mutex locking is. That is a fact.*

**+1 602--*46:*** I don't that is I don't know what that is.

**Andrew Rulnick:** Okay. You should care. Let me tell you why you should care. Because you lose records.

## 01:00:39

**Andrew Rulnick:** Your state Arizona loses records constantly and it is a problem.
**+1 602--46:** *I don't care that you don't foliage.*
**Andrew Rulnick:** *Sir, you should well because spoliation is spoliation is most certainly a liability and you your clients are exposed.*
**+1 602--46:** Defoliation is intentional destruction of known evidence. It is not where things get lost.
**Andrew Rulnick:** Uh yeah, everything you do is intentional. It's not it's not due to neglect or uh uh not caring. It's due No, I mean it is wait let me rephrase.
**+1 602--46:** *But again,*
**Andrew Rulnick:** *It's due to not just an incompetence but a level of arrogance that you are not required to make every reasonable commercial effort possible within reason even let's just say minimally viable to preserve records. None of your agents do it. You have a statewide problem. I've been trying to explain this all.*
**+1 602--46:** And again.
**Andrew Rulnick:** I've been trying to explain this to you all for years and you just blow me off.
**+1 602-*-46:** What?
**Andrew Rulnick:** Uh, your justice system, your police, your your governor's hang on.

## 01:01:44

**+1 602--46:** *Okay. Police are f***** Okay.*
**Andrew Rulnick:** Your governor's office, your AG's office.
**+1 602--46:** *Well, let's start.*
**Andrew Rulnick:** *I mean, you all Uh yeah, and the children's uh what do you call it out there?*
**+1 602--46:** Let's Well, hold on a second. Stop. Stop. Stop. First of all, if you're talking police, are you talking the Department of Public Safety? because that is the only police agency that we represent.
**Andrew Rulnick:** Uh yeah, your PCS.
**+1 602--46:** *Department of Child Safety. Well, that's not a police agency.*

*Andrew Rulnick: I don't care.*

*+1 602--46:* Okay.

**Andrew Rulnick:** I'm naming that too because it's important.

*+1 602--46: Okay. Hold on. Hold on a second.*

*Andrew Rulnick: I agree.*

*+1 602--46:* We're going to talk we're going to talk we're going to talk about particular things because you made these allegations.

**Andrew Rulnick:** We need to get the I'm not getting into that today.

**+1 602-*-46:** Do you have any allegations regarding the Department of Public Safety's inability to uh you know keep records?

**Andrew Rulnick:** It's not happening.


## 01:02:40

*+1 602--46: Okay.*

*Andrew Rulnick: This is This isn't a This isn't a depos This isn't a deposition, Michael.*

*+1 602--46:* What about what about my No, but again, you're the one that is you're the one that's trying to money out of us.

**Andrew Rulnick:** This was a This was a call specifically pertaining to settlement.

*+1 602--46: You're the one that you're the one that's trying to export money out of us.*

*Andrew Rulnick: This was a call. No, no one's extor trying to extort money out of you.*

*+1 602--46:* But all you all you don't make any factual allegations.

**Andrew Rulnick:** I'm looking to recover the damages your state agents and your staff cause. Let's wait a minute.

**+1 602-*-46:** All you do is you make what would be considered legal conclusions that aren't based on anything. So let's go through this. What record the What?

**Andrew Rulnick:** You want to tell me that you think that your agent saying they're going to block me from filing in superior court is kosher? I've got news for you. It isn't. Now, uh, you were on the thread.


## 01:03:29

*+1 602--46: Who? What? What agent said that?*

*Andrew Rulnick: Don't play ignorant. Do I have to pull it up? I will.*

*+1 602--46:* That was not The only thing that I ever remember is that was at Mesa Court.

**Andrew Rulnick:** I Yeah. No. No. That was the superior court. Michael, that was that was for my custody to to have access.

**+1 602--46:** *You're not allowed that. Are you talking your attempt to try to uh like send like file something through email?*

**Andrew Rulnick:** *You mean to have access?*

**+1 602--46:** That's not file file it through email.

**Andrew Rulnick:** But who says Hang on, hold on one second.

**+1 602--46:** *That never happen.*

**Andrew Rulnick:** *Stop. Who says that that's not access?*

**+1 602--46:** uh everybody that I've ever dealt with uh the the courts or actually the court clerk controls how officially to file things.

**Andrew Rulnick:** What statutory authority are you citing right now? I want to know. Uh Tennessee vane says that it needs to be accommodated and you didn't. So, look, man, I I've tried.


## 01:04:34

**Andrew Rulnick:** You know, we've talked through this.

**+1 602--46:** *No, I'm saying records.*

**Andrew Rulnick:** *Your your county has liabilities.*

**+1 602--46:** Okay. Now, what about what about the department?

**Andrew Rulnick:** Your agents have liabilities.

**+1 602--46:** *What about stop?*

**Andrew Rulnick:** *Your departments have li What about it?*

**+1 602--46:** What about department child safety?

**Andrew Rulnick:** What do you want to know? What?

**+1 602--46:** *Why did you bring them up?*

**Andrew Rulnick:** *Oh, they're implicated. We're going to dive into their practices through discovery uh through discovery and depositions.*

**+1 602--46:** How? No, no, no, no, no. How How are they implicated?

**Andrew Rulnick:** I don't have to answer that today.

**+1 602--46:** *Well, the thing is is well Well, what here's the thing.*

**Andrew Rulnick:** *That's not That's not what this call is about.*

**+1 602--46:** I have no idea what you're alleging against the Department of Child Safety other than you think that they should have stepped in and tried to enforce uh family court orders, which is not their job.

**Andrew Rulnick:** That's not what I said. You're wrong. No, that that isn't what I said.

## 01:05:21

**+1 602--*46:*** *Then what? How am I wrong?*

**Andrew Rulnick:** *Uh you're saying that the DCS should be used as a vehicle to harass me and violate my constitutional rights.*

***+1 602--46:*** I never said that. But how did they do that?

**Andrew Rulnick:** Well, that seems to be what you're implying.

**+1 602--*46:*** *No. Again, what are you saying DCS did wrong?*

**Andrew Rulnick:** *a lot. It's a long list. We can get into it in discovery.*

***+1 602--46:*** Well, no, no, no. See, the thing is is you don't get to get off by saying long list.

**Andrew Rulnick:** It's not the day that that will done that will be done when the lawsuit is remanded.

**+1 602-*-46:** You got to give me examples because I could just say, well, you know, Andrew, Andrew Woolnick filed wrong. I'd have to tell you why. Say it again. I mean, you But you're the one who sits there and calls me on a Thursday out of the blue for no reason at all thinking that I'm going to give you.

**Andrew Rulnick:** It wasn't out of the blue.

## 01:06:12

**Andrew Rulnick:** It was scheduled. It was an opportunity. It was an opportunity. No, no, no. Don't mischaracterize this.

**+1 602--*46:*** *It's like it's absolutely How'd you do that?*

**Andrew Rulnick:** *Hang on. I know you love to mischaracterize everything. So, let's keep the record clear. I informed you in advance that I was calling today. I fully intended on uh using this thing called Gmail. What is that? Is that really a question?*

***+1 602--46:*** I'd have to look in my file because I have an Outlook rule that if I ever receive an email from you, it's automatically uh filed in another folder.

**Andrew Rulnick:** Yeah. End of the abyss. Just like your judges in your courts. I'm aware.

**+1 602--*46:*** *Well, I mean, I just that's that's how I do and I check that folder occasionally.*

**Andrew Rulnick:** *Hey, I look, I understand your position. I think the federal court's going to frown on how you all treated me with prejudice.*

***+1 602--46:*** I doubt it.

**Andrew Rulnick:** Oh, you're allowed to doubt it.

## 01:07:05

**Andrew Rulnick:** You know, you're allowed to be wrong as you like to say, right?

**+1 602--*46:*** *But again, what did DCS What did DCS do or did not do that you're upset about?*

**Andrew Rulnick:** *That's your right. Uh, hang on. I just want to document this for the record that you are insistent that the state can do no wrong. consistent the state. Sorry, I type a little slow sometimes. Uh state can do no run has no liabilities, no exposure. Doesn't want him to settle. To be clear, I offered Michael Niederbaumer. Sorry if I say your name wrong. I think that's correct. Honor AG on multiple times, multiple occasions, including today. Including today, the opportunity he refused multiple times despite good faith efforts.*

**+1 602--46:** Have you found what DCS has done wrong yet?

**Andrew Rulnick:** Uh yeah, I I have it documented. Sorry. It's a it's a 650,000 token uh DOM and it takes a while to load. So, you know, it's a it's a query like a database.

## 01:08:49

**Andrew Rulnick:** That's how AI works. Uh in short, then dot products are produced from there. But we can get into all the work that your state interfered with at uh you know in proceedings.

**+1 602--*46:*** *Well, you know, you again, you can't represent your uh business.*

**Andrew Rulnick:** *Uh well that's going to be for the ninth to decide, isn't it? And then it's also going to be for Ohio's court to decide too, right? Because regrettably uh your prejudices persisted and followed me here to Ohio and uh we're gonna have to deal with that I think. But that's just my take.*

**+1 602--*46:*** I Ohio does not have jurisdiction over anybody.

**Andrew Rulnick:** Look, I know, Michael. I know you think that. I get it. But when you harass someone across state lines and then they're being uh Well, let's see.

**+1 602--*46:*** *How did they har of my clients harass you across state lines?*

**Andrew Rulnick:** *A failure to produce records is pretty problematic, especially when I'm trying to I understand that, man.*

**+1 602--*46:*** That would be a failure to produce records here just because somewhere else.

## 01:09:47

**Andrew Rulnick:** But I just think that when you've held me prisoner for this long, the state of Ohio is gonna have to start making some decisions. And I think that they will. And I know you think otherwise. And that's fine.

**+1 602--46:** *Well, actually the state of Ohio cannot do anything to any state in Arizona or any Arizona government.*

**Andrew Rulnick:** *I I know you say that, but I think we can start.*

**+1 602--46:** *It's a Supreme Court decision.*

**Andrew Rulnick:** I think, look, I get that and I know what your position is, but I think that when it comes to a person who is cognitively disabled and impaired, we're going to see.

**+1 602-*-46:** That doesn't have anything to do with whether or not it is constitutional for another But again, just tell me what DCS did and I

**Andrew Rulnick:** We're gonna find out, aren't we? We're gonna actually see what the law thinks. So, let's see. You know what I'm going to do? I'm just going to draft this in a message to you because I think it's just more effective that way.


## 01:10:39

**Andrew Rulnick:** One blindful.

**+1 602--46:** *could sit there and tell you whether you're on the right track or Oh*

**Andrew Rulnick:** *I don't need you to tell me if I'm on the right track or not. I can assure you of that. Willful blindness and refusal to enforce valid orders. And now it's not just that, right? It's just a failure to document anything that was actually happening from an objective perspective at all. So it's not not I I love that you think that complicitly complicity.*

**+1 602--46:** yeah, you don't have call action. No, I know that I I represent all the time and DC knows apparent absolutely no duty whatsoever.

**Andrew Rulnick:** That's good. Uh I I know that you also think that the state has no duty to either myself or my kids, but I can assure you you're wrong.

**+1 602-*-46:** Well, it depends on what you're talking about, but in this

**Andrew Rulnick:** Oh, we're going to find out, aren't we? We have bad faith investigations. We have threat of coercion under color of law.

## 01:11:34

**Andrew Rulnick:** We have prejudice and biased conduct by DCS agents. We have refusal to provide records. So in summary, it ignored valid orders thereby enabling illegal severance of my relationship with my children. It beca I'm not hang on let let me finish and then I'm happy to let you talk.

**+1 602--46:** *Do you know what orders did these*

**Andrew Rulnick:** *You'll find out I'm really reasonable. It became a complicit partner in a malicious campaign of parental alienation. It used its authority under color of law to harass and threaten me with baseless investigations. It demonstrated profound prejudice against me and its official duties. It is now actively obstructing justice by withholding critical records as it did previously. So that's where we're at.*

**+1 602--46:** What what orders did DCS violate?

**Andrew Rulnick:** the Bakus orders.

**+1 602-*-46:** Uh do you do you understand that is not if DCS was not a party to that action that DCS does not have to follow those orders?

**Andrew Rulnick:** They were real, they were really clear. Your client, the state of Arizona, is absolutely liable for the actions of its agencies.

## 01:12:45

**Andrew Rulnick:** I have now and once again, oh, I want to hear your thoughts.

**+1 602--46:** *What I'm saying is that easy What*

**Andrew Rulnick:** *I will let you speak. I have now once again made a good faith effort to provide you with the specific details you requested. My settlement offer, which you have repeatedly refused, remains the only path to a resolution short of a full public and devastating trial for your clients. Your continued denial of these provable facts is a strategic blunder of the highest magnitude. Go ahead.*

**+1 602--46:** I was saying is that DCS is under no obligation to follow orders unless it is a party to that lawsuit.

**Andrew Rulnick:** Well, they definitely will be now. That's for sure.

**+1 602--46:** *Well, again, they're now to this lawsuit, but again, what's the basis? So there it the practice orders DCS did not have to follow. Plus DCS would most likely back away if there's family court involvement.*

**Andrew Rulnick:** *I dis I disagree.*

**+1 602--46:** The reason why DCS has to hold on listen you you like to sit there and interject and make conclusions without stating facts.

## 01:13:45

**Andrew Rulnick:** I disagree. Well, they didn't. They didn't. They were weaponized against me. Well, facts. Provable facts, too.
**+1 602--*46:* *You've yet to state a fact.*
**Andrew Rulnick:** *I did. I said DCS. What? What part didn't I make clear?*
**+1 602--46:** The DCS violating orders is a conclusion. It is not a fact.
**Andrew Rulnick:** It is a fact. It's a provable fact. And not only is that a provable fact, but it's a provable fact that they were a complicit partner in a malicious campaign of alienation and used to harass and threaten me with baseless investigations. Those are provable facts. And I'll bet I I wouldn't be shocked. I'm just going to say this. I wouldn't be shocked if you conveniently lost everything in DCS2 knowing the way you guys operate.
**+1 602-*-46:** Uh DCS keeps records for uh I believe it's either three or five years.
**Andrew Rulnick:** The way I see it is it's not a legal argument. It's a confession of systemic arrogant lawlessness.

## 01:14:50

**Andrew Rulnick:** And you think that your state and actors that the fact that you Yeah. I mean, the way I see it is you kind of damn yourself. You really do. And it's not me that's not reasonable. In fact, historically, I'm the most reasonable party in the room. You know why? I'm the senior leader that makes deals regularly, like really common sense deals like, "Hey, don't violate my civil rights. Don't interrupt my time that's core ordered with my children. Don't harass me and don't be used as a vehicle for harassment, which you did." I mean, it it it's basically you have something that is rotten to the core of your defense.
**+1 602--*46:* *I have nothing.*
**Andrew Rulnick:** *So, Uh, your argument is that your clients are under no obligation to respect the very rule of law that you're sworn to uphold.*
**+1 602--46:** I I I have yet to hear where any of my clients would have violated anything. You've not shown any fact.
**Andrew Rulnick:** That's rich. That's what you just said.

## 01:15:51

**+1 602--46:** *That's not what I'm saying. Uh you like you have a fundamental you have a fundamental misunderstanding.*

**Andrew Rulnick:** *No, that is exactly what you said. It's a confession of rogue states. That's what you are. You've confessed to being a rogue state. Congratulations. I mean really you're so arrogant that you believe that you have complete judicial impunity.*

**+1 602--46:** No. Uh no I never said that.

**Andrew Rulnick:** I mean it's so brass that you're you think that court orders are suggestions.

**+1 602--46:** *But what I'm saying is that you realize that No, see here's the thing.*

**Andrew Rulnick:** *That's what you think not to Uh,*

**+1 602--46:** You realize that unless somebody is a party to the lawsuit which generated the order, it is not binding upon them.

**Andrew Rulnick:** Michael, what you're suggesting in essence is that the state doesn't have a duty to the best interest of my children and you're wrong.

**+1 602-\*-46:** Uh the DCS is DCS has one duty.

**Andrew Rulnick:** And I think so what you're you're no what you're saying is DCS is has an obligation to enable violation.


## 01:16:52

**+1 602--46:** *DCS has only one duty. That duty is to keep children safe.*

**Andrew Rulnick:** *That's what you're saying.*

**+1 602--46:** No, I said DC.

**Andrew Rulnick:** That That's No, that's morally repugnant. That's what your legal argument is.

**+1 602--46:** *God, you're so obtuse. What I said was this. What I said was this. DCS has one and only one duty and that is the safety of children and they back away if there is a family court involved because the best interest of the children is the subject matter of that family law thing. And as long as Hold on, hold on.*

**Andrew Rulnick:** *They didn't do that. That's exactly what they didn't do.*

**+1 602--46:** Let But again, hold on a second. And as long as both parties can keep or at least one of the parents can keep the child safe, DCS is not involved. But it will always investigate when someone makes a claim to DCS. BCS, as long as it meets the statutory thresholds, BCS will go out and investigate all claims of abuse and neglect.

## 01:18:10

**Andrew Rulnick:** Uh, and they didn't operate under color of the law. That's clear.

**+1 602--*46:*** *What are you talking about?*

***Andrew Rulnick:*** *You You intentionally You You all intentionally prejudiced me.*

***+1 602--46:*** The color of the wall.

**Andrew Rulnick:** And it's fine. It's not fine. I mean, it's fine. It's fine that you believe that. I understand your position. You think it's fine.

**+1 602--*46:*** *No, what I'm saying is that you're trying to No, if you if you're trying to hold if you if you're trying to hold DCS liable because you made a complaint to it because you're uh the mothers of your*

***Andrew Rulnick:*** *You think it's fine to prejudice autistics. I get it. It's fine. We're we're going to deal with that in the legal proceedings to come.*

***+1 602--46:*** children were not abiding by court orders. That's not their duty.

**Andrew Rulnick:** That's not what I said.

**+1 602-*-46:** That's not their duty.

**Andrew Rulnick:** No, that's not what I said. That's not what I said. I said it was their duty not to interfere with legal proceedings, and they did.

## 01:18:56

**+1 602--*46:*** *What legal proceedings did they interfere with and in what manner did they interfere?*

***Andrew Rulnick:*** *a couple civil divorces. They didn't produce records and they constantly harassed me throughout proceedings.*

***+1 602--46:*** Did you just ask for records or did you subpoena records?

**Andrew Rulnick:** I actually filed the formal records request and then I also moved in proceedings with when I was denied access repeatedly moved in proceedings to obtain the records formally using a subpoena deuces tickham. But apparently because uh I have cognitive impairments, your court, your state thinks it has the duty to deny me and prejudice me instead. And I I think you're wrong. I think you're dead wrong. And I think when the court No, hold on.

**+1 602-*-46:** So you issued a subunit, you issued a valid subpoena. Duces tigum serve pursuant to the rules agency.

**Andrew Rulnick:** Back up. What I said was, I filed a formal records request with the agency and I have records of this. I also have records that they intentionally delayed production of those records. I have receipt of finally receiving those records that were completely uh what should I say?

## 01:20:17

**Andrew Rulnick:** Um not uh not accurate as not accurate isn't the word.

**+1 602--*46:*** *Were they attacked?*

***Andrew Rulnick:*** *Yes, they were redacted, which uh redaction in some part is understandable, but it's not the redaction that was the issue. It was more like how skewed and biased and slanted they were and how prejudice they were about not keeping an accurate record, which also seems to be the case in your courts too, ironically.*

***+1 602--46:*** That's not You can disagree all you want.

**Andrew Rulnick:** Now, I disagree. I think that when it is completely represented, hang on. I think when I can prove that that's the case in every level of the justice system in your state, you're wrong. I just want to say that.

**+1 602-*-46:** I mean, again, I have yet to see any proof of anything.

**Andrew Rulnick:** Okay. Well, I just want to look I want to wrap this up. I'm going to memorialize this. Uh I'm going to write you to confirm my understanding of your position as stated in our conversation today dated 925. You stated that the regard in regarding to Maricopa County Superior Court Bacus' orders regarding the Arizona Department of

## 01:21:17

**+1 602--*46:*** *Well, my position is I don't have the ability to discuss settlement with you because don't have a*

***Andrew Rulnick:*** *Child Safety, regarding all the other agencies I've named and everyone else who will be named henceforth that you are under no obligation to follow certain orders, which I again I vehemently disagree. And uh I mean I think that that definitely characterizes your position as I've heard it today.*

***+1 602--46:*** Well, you can listen to it anything you want, but what I'm saying is is that follow the order because do you know do you do you know who enforces uh family court orders.

**Andrew Rulnick:** Well, no. The court and a jury can. It's not going to be me that makes the ruling against you. It's going to be a judge and a jury. Uh, Michael, I don't have to get into all the nuance of who enforces what today.

**+1 602--*46*:** *I'm just telling you, I'm just trying to I'm just trying to educate you in how things work.*

***Andrew Rulnick:*** *Well, you kind of fooled me cuz let me tell you something.*

**+1 602--46:** So, By the way, did DPS

## 01:22:15

**Andrew Rulnick:** with how much I had police showing up at my door and how many times I had DCS showing up at my door, you would think that they're in charge of enforcing those orders. So, you're wrong. Your agents out of control, your county out of control, your supervision, your watch, your promises to the your Hang on. Your promises hang on.

**+1 602--*46*:** *Did DPS ever show up at I've never lied under oath in my life.*

***Andrew Rulnick:*** *Your promises to the DOJ all ignored. You lie under oath and you're wrong. And Nicole, hang on. Nicole lies under oath.*

**+1 602--46:** I've never lied. Never lied under my life.

**Andrew Rulnick:** That can be proven and you're wrong.

**+1 602--*46*:** *I've never I don't care if she did or not.*

***Andrew Rulnick:*** *Briana Richie Rice purges herself under oath and you're wrong.*

**+1 602--46:** That's not my That's not my thing.

**Andrew Rulnick:** Oh, you're color of law. Proof. Case in point. Proof right there. I don't care.

**+1 602-*-46:** I don't That's not my No one's railroading you.

## 01:23:08

**Andrew Rulnick:** I don't I I know you don't, Michael. I know you don't. I know that you would love to railroad an autistic out of the state. I know that you would love Hang on.

**+1 602--*46*:** *You're just You're just shooting gun indiscriminately.*

***Andrew Rulnick:*** *I No, I'm not. Your indiscriminate shooting, your indiscriminate assaults, your indiscriminate record rugging, your indiscriminate harassment, your indiscriminate failure to enforce enforceable orders, your your discrimination and prejudice to protect my*

*rights. So, you're wrong.*

**+1 602--46:** I have absolutely no obligation to protect your rights un unless I was representing you.

**Andrew Rulnick:** Uh, Michael, I'm I'm aware that that is I'm aware that that is the attitude of not only you, but a lot of your agents and a lot of your key staff like Katie Hobbs and Chris Mazize.

**+1 602--46:** *I have an obligation not to violate*

**Andrew Rulnick:** *Uh, did I get that right? It is Chris Maze, right?*

**+1 602--46:** Chris Maze is the attorney general of the state of Arizona.

**Andrew Rulnick:** Okay. She is the acting attorney general last I checked.


## 01:24:11

**Andrew Rulnick:** Good.

**+1 602--46:** *She's not the acting attorney general.*

**Andrew Rulnick:** *Okay, she's still for now.*

**+1 602--46:** She is the attorney.

**Andrew Rulnick:** Okay. Well, for now. And then Katie Hobbs is still governor, is she not?

**+1 602--46:** *Katie Hobbs is the governor of the state of Arizona and Chris M is the attorney general.*

**Andrew Rulnick:** *Okay. Katie Hobbs is the governor and of state of Arizona. Great. Okay. And they incorrect.*

**+1 602--46:** She is not acting. Just FY.

**Andrew Rulnick:** Correct me if I'm wrong, but they swore an oath and a duty, did they not? To the people or is it just to some people? Which is it?

**+1 602--46:** *They sure have an oath.*

**Andrew Rulnick:** *Sworn to who?*

**+1 602--46:** I have no idea. Yeah, I do not know what their os are.

**Andrew Rulnick:** You don't know what their oaths are. Okay. Well, I have an idea what their oaths are.

**+1 602-*-46:** Nope.

**Andrew Rulnick:** And I think that they violated them. And I think not only did they violate them, but they did it intentionally just to me.

## 01:25:03

**+1 602--*46*:** *You know what? They have no idea who the hell you are. They have no idea who the hell I am.*

**Andrew Rulnick:** *I I I seriously doubt that and discovery on that statement should be really interesting.*

**+1 602--46:** And I represent them in court. Oh my god. Can I can I can Can I suggest something?

**Andrew Rulnick:** Can I suggest something?

**+1 602--*46*:** *Please go get help for your narcissistic personality disord.*

**Andrew Rulnick:** *Wait a minute. Can I suggest something? You all operate under.gov and you know I know that we can subpoena deuces tokum your entire namespace. You know that, right?*

**+1 602--46:** I don't care.

**Andrew Rulnick:** You should because it's going to be really interesting what we find in discovery. And I think it's going to be a lot of I think it's going to be a lot of s*** that is very damning.

**+1 602-\*-46:** I absolutely a and right I have I have absolutely I do not care that about what you may find in discovery. I don't I have ab you do not have any cause of action against any of my clients period.

## 01:26:07

**+1 602--*46*:** *You're gonna have to overcome what even if you did make even if you did call up the attorney general's office making a complaint or call up the office making the complaint they would have what is known as discretion.*

**Andrew Rulnick:** *thinks I have no cause of action against any clients. Period. rugged complaints. Doesn't care if they were rugged.*

**+1 602--46:** I I well I have absolutely no care in the world of what you would find in the scope.

**Andrew Rulnick:** Rugged complaints to AG and and the governor has zero concern about what will be found in discovery.

**+1 602--*46*:** *None. I have absolute zero conf.*

**Andrew Rulnick:** *Probably because you deleted it all, if I had to guess.*

**+1 602--46:** Well, I mean, or it's not taken. I can tell you right now that the attorney general's office does not record the calls coming in. Nope.

**Andrew Rulnick:** Oh, I don't doubt that. That's going to change. Trust me.

**+1 602-\*-46:** It it it actually is really sort of unethical for our office to do so.

**Andrew Rulnick:** Not when civil rights are being violated.

## 01:27:06

**Andrew Rulnick:** I disagree. I think that the uh the DC courts will also agree once I file there, too. I told you about that, right? That I'm filing in DC. You know that.

**+1 602--46:** *But you know DC does not have any jurisdiction over the state of Arizona.*

**Andrew Rulnick:** *Wait a minute. You think that Washington DC has no jurisdiction over the state of Arizona?*

**+1 602--46:** Correct.

**Andrew Rulnick:** You You think that if I file a lawsuit against all 50 states because of these kinds of problems that that won't be taken seriously? I just want to make that clear because I'm also submitting this for that record.

**+1 602-\*-46:** Yes, it will not take seriously.

**Andrew Rulnick:** Okay. Well, I disagree with that wholeheartedly. I'll I'll I'll bet my future second, third, fourth, fifth house on that one. Uh let's see. Uh let me just go through this last detail here because I want to wrap up. No cause of action against any client, period. Absolute lack of concern about discovery.

## 01:28:07

**Andrew Rulnick:** Uh, no signs of a lawyer who believes his clients are so insulated by a systematic power.

**+1 602--46:** *What?*

**Andrew Rulnick:** *Systemic and systematic. Uh, nothing. I'm just talk. You'll bear with me. I'm just talking out loud to organize my thoughts. It's something sometimes autistics do.*

**+1 602--46:** I know autistics, my friend.

**Andrew Rulnick:** I don't think you do. I think you're about to learn a lot about them.

**+1 602--46:** *Considering I'm married and I have two children that are gee, I guess I don't know.*

**Andrew Rulnick:** *Uh yeah, I think you have a lot to learn actually. I think your whole state does to be honest.*

**+1 602--46:** And again, what the state knows and what I know are two wholly different things.

**Andrew Rulnick:** Well, you know, you're saying you can't sue us and you're standing right there with the full full weight of the state of Arizona's corruption on your shoulders and you say, "I have no cause of action, zero concern."

**+1 602-*-46:** Well, I'm saying right now based upon everything that you have said, I have absolutely zero concerns for any of the cause or it's somebody


## 01:29:05

**Andrew Rulnick:** It's it's it's hubris. That's the arrogance of someone who's gotten away with it for so long that you've simply forgotten what real justice looks like.

**+1 602--46:** *who knows what the law is and understands that you have no case.*

**Andrew Rulnick:** *No, it's just that you're used to sweeping things under the rug and having it disappear. You think that discovery is a joke because your clients have a history of hiding, deleting, and stonewalling the truth.*

**+1 602--46:** That is not true. See the those are again are conclusions based upon no fact.

**Andrew Rulnick:** Now that that is can be factually proven easily.

**+1 602--46:** *But again you are making a conclusion and you do not have the facts.*

**Andrew Rulnick:** *Yes, I do.*

**+1 602--46:** You do not have the facts that my client in this case did anything.

**Andrew Rulnick:** Uh I I can assure you when I see ghost dockets in the superior court and I see ghost dockets in Mesaore.

**+1 602--46:** *There's no goet for the superior court.*

**Andrew Rulnick:** *Yes, there is.*

**+1 602--46:** Uh I mean if you again think that sending the superior court something by email is going to get it filed would be incorrect because the clerk dictates how things are to be received.


## 01:30:14

**+1 602--46:** *What that is is you might as well have mailed it to somebody in Timbuktu. It serves the same purpose.*

**Andrew Rulnick:** *Uh, I fundamentally disagree with your position and I think that Tennessee v. claim does in fact state that you're required to permit access and not deny it. And what your agents and what what your agents did was deny access and they they're*

*used to being able they're used to they're being they're used to being able to deny access and now you're facing and now you're*

***+1 602--46:*** You have not been denied access. You have never been denied access to a court. You have never been denied access.

**Andrew Rulnick:** facing I disagree. And now you're facing a federal appeal and you're about to find out what happens when the when the full Yes, you are.

**+1 602-\*-46:** I'm not fixing any federal. You're not Again,

**Andrew Rulnick:** When the full you are when the when you're actually facing it properly and the federal lawsuit both of which are going to happen. They're they're happening. It's not that they're going to they are in fact happening when it's under the full scrutiny.

## 01:31:11

**Andrew Rulnick:** It's all going to just reveal all your dark secrets which are that you think you can get away. Uh, well, I mean, it's provable. You know, you I I can I can prove I can prove deprivation of rights under color of law.

***+1 602--46:*** *not lots of things are provable. Whether you can prove that's a different question. No, you can't.*

***Andrew Rulnick:*** *I can Yes, I can. I can prove I can prove that you violated ADA and section 504 of the re rehabilitation act.*

***+1 602--46:*** *No, you can't.*

**Andrew Rulnick:** And I can prove that you're not immune from such claims for sure. I can also prove that when you can I can also I can also prove that when you conspire to interfere with civil rights that that is also a valid reason and cause of action to bring a claim against

**+1 602-\*-46:** Well, I never said that we are immune to the ADA.

**Andrew Rulnick:** you. And I can also assure you that outrageous government conduct is something that warrants injunctive relief. And I'm just you know I look I know that you think nothing can be found in discovery.

## 01:32:07

**Andrew Rulnick:** You're you know your rebuttal. You have a con no concern because what that's standard that's standard operating procedure when you're filing in form a pompus

**+1 602--46:** *I don't even think you're going to get there. I mean, here's why. The Ninth Circuit said flat out, "Hey, we think your appeal is frivolous. We need you to file something." I read what you filed and Again, I'm not saying it should deter you.*

**Andrew Rulnick:** *and you know it. So don't tell me that is standard operating procedure and you want to try to depict it as if it's something that would ever deter me. Hardly. The fact is the fact is the fact is that I was denied access at every single level.*

**+1 602--46:** What I'm saying is is that I do not me.

**Andrew Rulnick:** At the municipal level, at the superior court level, at the federal level, I was denied access. And I had and I had to develop a special uh no because she has uh judicial immunity obviously.

**+1 602-*-46:** So, are you going to sue Judge Atta?


## 01:33:09

**+1 602--46:** *Yes. So do all my judges.*

**Andrew Rulnick:** *Uh I'm not suing your judges. I'm suing your county a\*\*\*\*\*. I mean sorry I didn't mean to call you an a\*\*\*\*\*\*. I'm sorry. I apologize. Hang on.*

**+1 602--46:** *If you're still in the county, then you're speaking to the wrong person, my friend.*

**Andrew Rulnick:** *I apologize. I just want to say for the record I apologize for using that language.*

**+1 602--46:** What?

**Andrew Rulnick:** which I normally don't.

**+1 602--46:** *I don't care. I If you're still in the county, you're speaking to the wrong person, too, because I do not represent the county of Maricopa.*

**Andrew Rulnick:** *Well, I mean, well, this is the other thing, too, and I just want to point this out. You all constantly point the finger and have given me the runaround for 10 years now.*

**+1 602--46:** the the county of Maricopa is is represented by the Maricopa County Attorney's Office.

**Andrew Rulnick:** So, the time the time has come. Okay. Well, we'll get that on record officially when you are deposed both in Ohio and the movement, then you can maybe perhaps assign who should in fact be answering on behalf of the state

## 01:33:57

**+1 602--*46**: *Well, one, you're not going to be able to depose me because I represent people. I am an attorney. Attorneys are not deposed in matters. Just FYI.*
**Andrew Rulnick:** *in Ohio. That's fine. I mean, the point We'll find out and see.*
**+1 602--46:** The only thing that if you filed anything in Ohio, if there was a subpoena issued, which I'm going to find it difficult that you would be able to get a crossstate subpoena in Ohio, but if it was, I'd file a motion and it would be you can come here again.
**Andrew Rulnick:** I mean, my B my business has rights and unfortunately the rights have been interfered and infringed. I can't because unfortunately your officers assault me.
**+1 602--*46**: *Not my officers. Those are maces. Please keep up.*
**Andrew Rulnick:** *Well, I can't help that it is a county and statewide issue.*
**+1 602--46:** It is not a statewide issue.
**Andrew Rulnick:** Uh, the DOJ reports say otherwise. You're wrong.
**+1 602-*-46:** The DOJ reports, the only DOJ reports are that I know of regarding police are against Phoenix, which has been withdrawn.

## 01:34:52

**Andrew Rulnick:** And that it was it was only withdrawn because you all promised to do better and you clearly haven't.
**+1 602--*46**: *uh that has been removed. No, it was with it was withdrawn by the Trump.*
**Andrew Rulnick:** *I don't That doesn't that doesn't make it inadmissible.*
**+1 602--46:** It was withdrawn by the Trump administration because they believe that police was inadmissible no matter what because of the fact that it would be hearsay
**Andrew Rulnick:** Sorry, Charlie. I don't think that makes it inadmissible. I disagree. It's a their firsthand account substantiated by my own experiences and affidavit of witnesses. So, you're wrong again.
**+1 602-*-46:** and then the Phoenix then you've got the county the only DOJ report on the county uh that's still going on I believe uh that was only against the county sheriff's office, which is a different entity.
**Andrew Rulnick:** Well, and then and then well, wait. And then there's also something else interesting that I just recalled and I want to mention this briefly. I don't want to belabor it, but in every single one of my filings to the DOJ, their response was pretty straightforward.

## 01:35:56

**Andrew Rulnick:** They said, "We view this as a civil matter and we're not going to interfere." And I agree with that on about everything. I agree with that about every single thing that has ever happened. Um, so I think that that'll be what uh it means that they're not going to get involved and there's no federal indictments coming my way.
**+1 602--*46:** *Do you know what that means? Do you know what that means?*
**Andrew Rulnick:** *That's how I see it.*
**+1 602--46:** That's exactly what it is. It's like if you I thought they said that
**Andrew Rulnick:** And that's how and and they and they said and I just to add and they said I should continue to persist through every single viable avenue which I am going to continue to do. No, they did that was I not Michael. Look, I'm not going to b******* you. I am not one to b*******. It's just not my not my area. I just like to keep it cut and dry. It's as simple as we can make it.

## 01:36:46

**Andrew Rulnick:** They did f****** say that. Okay. Sorry again. Excuse my fbomb. I apologize. But they said it and that's a fact. It's a provable fact. They basically said, "Hey, we're the way I interpreted it and the way it literally read was, "We're not getting involved. This is all civil." I'm assuming they thought it was baby mama drama, which it it f****** is. And that I had cause of action and reason to bring my suit against you and to persist until there was justice. And that is what I fully intend to do. Okay. So what do you Oh well because you're right about that because if they did they would join me in amicus which I so I agree with you that they're well Michael I'm telling you what I said was I
**+1 602-*-46:** that that they were not they were not weighing in on what they believe the strength of your case is. No, they wouldn't
**Andrew Rulnick:** agree with you to the extent that they were not joining they they would join with me if they wanted to express some interest which clearly they don't because clearly we still have a lot of work to do for autistics in this country, especially as it pertains to the American justice system, especially as it pertains to Arizona's version of the justice system, which is to deny autistics access and or any meaningful accommodations whatsoever.

## 01:38:02

**Andrew Rulnick:** No matter how many times I move in good faith to try to request them, it's always ignorance, arrogance, denial, and no plan of ready.

**+1 602--*46:*** *Well, well, well, the one that I saw is like that you wanted to remote in for your criminal matters.*

***Andrew Rulnick:*** *No plan of readiness whatsoever.*

***+1 602--46:*** Uh, courts just don't do criminal matters remotely.

**Andrew Rulnick:** Well, I find it really interesting that there's so many ghost dockets everywhere. So, even if that even if No, no, even in the event that No, because here's the thing, it it's not anywhere in any court.

**+1 602--*46:*** *That's not a go pocket. that is we want your butt in in in the court. So if we find you, we can take you immediately to jail.*

***Andrew Rulnick:*** *That's the problem. And it's not just it's just not just the remoteness, but it's also the ability to file remotely and how what a convolutional mess your systems are. I mean, I I cannot wait a minute.*

***+1 602--46:*** I have no idea how base is. practice in I have no idea why does that matter

## 01:38:58

**Andrew Rulnick:** Hang on. Whoa, wait. I'm not trying to be rude. I'm just trying to cut to the chase. When I I cannot wait to find out who the vendors are for your quote systems, all of you. Well, we're gonna find out, Michael, because I think that's important because if it's broken and inaccessible and then and then there's no accommodation at all whatsoever, you have a problem.

**+1 602-*-46:** if it if it's broken then it's broken for everybody and that means we don't have a If if something is broken for everybody, then it's not a problem.

**Andrew Rulnick:** You've denied access. But wait, so your argument is if it's broken, it's broken for everybody and we don't have a problem. Are you serious? No, it is a problem that and that's exactly what I've been trying to explain to all of you is that it is in fact it's broken. You guys are your systems have been so broken for Yeah. I I don't know if you checked the Summit County docket, but I think you really should look at my latest filing because there's a clear exhibit in the filing.

## 01:39:57

**Andrew Rulnick:** You can actually see it in the arguments that I filed uh that your systems are broken. And this is what I've been dealing with for 20 years.

**+1 602--*46:*** *Why? Why did that why would it Why would it matter in a lawsuit against your landlord whether the systems in Arizona are broken? That's like me taking the car in to get repaired and saying my refrigerator ain't cold.*

**Andrew Rulnick:** *Wait, no, no, you're making a straw man's argument. That's not what I said. Uh, what I said was all of your systems historically, collectively appear to have been broken. And I have uh screenshots of countless errors over the years, a lot of them. And look uh with respect as someone who actually programs kernels, like I don't know if you know the extent to which I program. I've tried to make it pretty clear.*

**+1 602--46:** I don't care.

**Andrew Rulnick:** It's pretty you should because that is the work your state interfered with.

**+1 602-*-46:** I don't care.

**Andrew Rulnick:** Well, you should because it's extremely expensive and valuable time.

## 01:40:51

**+1 602--*46:*** *You say you you you will not get any time for that.*

**Andrew Rulnick:** *And I'm sorry.*

**+1 602--46:** You're going to have to That is just not a damage. You You're just clueless on that.

**Andrew Rulnick:** No, I disagree.

**+1 602--*46:*** *You No one said B torching Teslas is okay.*

**Andrew Rulnick:** *I think when you destroy a business and burn it down or go burning torching Teslas, it's not okay. Oh, that's essentially what you did to me. You torched me as a Tesla and all my Teslas.*

**+1 602--46:** What you believe? Have you noticed Have you noticed something? I mean, I'm I'm just going to be honest. Have you noticed something that it's everywhere you go, you believe you're mistreated everywhere you go.

**Andrew Rulnick:** Uh, it's it's not everywhere. It's Maricopa County and Summit County. The only two places I've ever lived per permanently.

**+1 602-\*-46:** Okay. So, so you've got two places. You've got two places run by two separate governments.

**Andrew Rulnick:** I travel a lot and I have no issues anywhere else I go.

## 01:41:47

**Andrew Rulnick:** Hell, I even go to New York, which is a Democratun hell hole, and I have no problems there. So, like, uh, Michael, I, uh, with due respect, it is you. It's your state. It's your agents. It's your county.

**+1 602--46:** *I have absolutely no authority to do anything.*

**Andrew Rulnick:** *They're the city and your purview. I understand your position. You've made it. Please.*

**+1 602--46:** It's not my position. It's just that you sound ridiculous when you think that the state can do anything.

**Andrew Rulnick:** I have multiple powerful causes of action under 42 USC 1983, the Americans with Disabilities Act, and the US Constitution. All supported by mountains, all all supported.

**+1 602-\*-46:** You cannot the state of Arizona under 42 USC 1983. You can the state is not considered a person under 42 USC 1983. Individuals are

**Andrew Rulnick:** I'll make sure to put that in my uh amended uh I believe your agents are and your cavalier attitude toward discovery suggesting that there you have you have this profound confidence in your client's longstanding practice of stonewalling and

## 01:42:44

**+1 602--46:** *Yes.*

**Andrew Rulnick:** *suppressing evidence and data and deleting data and upon remand I'll use the full power of the federal courts to compel the production of every last record and any evidence that has quote been lost or destroyed will be subject*

**+1 602--46:** And again, you're going back to Mesa. You have to learn that.

**Andrew Rulnick:** on a motion for spoliation sanctions that will be fatal to your defense. Your client's belief that my complaints to the governor and ag have been successfully rubbed as a dangerous miscalculation the choice to face.

**+1 602--46:** *What the hell is wrong to me?*

**Andrew Rulnick:** *Rugged means you're intentionally deleting things and you think that*

*because you can sweep it under the rug with some technicality in a defense because I was prejudiced and denied access is a poor miscalculation.*

**+1 602--46:** And how were you prejudiced? See, this is this is the thing. You never said how you were prejudice.

**Andrew Rulnick:** I was denied access. I was denied the ability to use the public court system and the system that is supposed to protect people equally under the protections afforded to us under the American Constitution and the law, both Arizona's Constitution, the American Constitution, and all my rights uh therein.

## 01:44:04

**Andrew Rulnick:** So, look, you're cavalier.

**+1 602--46:** *I still don't know. I still don't know.*

**Andrew Rulnick:** *You have an attitude.*

**+1 602--46:** Like I actually attitude.

**Andrew Rulnick:** You don't think Discovery is going to do anything.

**+1 602--46:** *Look, I'm not the one with the attitude. I am trying to play.*

**Andrew Rulnick:** *You think my work is worthless. You think you're allowed to torch my Teslas and my fleet. That you're allowed to interrupt my time. That you're allowed to obstruct proceedings. That you're allowed to delete records.*

**+1 602--46:** What?

**Andrew Rulnick:** That your agents are not subject to any federal or statewide authority, which I again I disagree with.

**+1 602--46:** *What proceedings did we interrupt? What proceedings what proceedings what proceedings did the state did the state of Arizona and its employees obstruct?*

**Andrew Rulnick:** *What? Uh, multiple civil lawsuits, about three or four of them, as well as Nope, that's not I'm talking about that is your presumed cause of dismissal.*

**+1 602--46:** Are you talking the ones that were dismissed because of failure to state a claim?

## 01:44:57

**Andrew Rulnick:** I'm pointing to rights violations and denial of access. So I understand I understand your position and I understand that you think that informus are not entitled to justice and I understand that you think that autistics aren't entitled but you're wrong.

**+1 602--*46:** *And again I'm not and again that's in the federal court. That's the federal informous is federal court.*
**Andrew Rulnick:** *You're wrong.*
**+1 602--46:** Again, I have nothing to do with Well, courts are permitted to know what you do with that.
**Andrew Rulnick:** I I moved I moved in the superior court for IFP2 and was denied and ignored. that happened. That can be proven.
**+1 602-*-46:** You appeal that But again and and the who denied it
**Andrew Rulnick:** Uh I you know what, as an autistic, uh I disagree. I think that you're wrong on that point and you can use that. I look, I hear what you're saying. Okay, I'm listening to you. I hear that you say that's your defense, but I don't think it's a good defense. I think you're wrong.


# 01:45:54

**Andrew Rulnick:** Especially when your clerks, your judicial assistants deny access repeatedly.
**+1 602--*46:** *judge and the judge of the judicial and again send it to a judicial assistant.*
**Andrew Rulnick:** *Do not permit filing, kick things back, lose things, don't docket things. It's it's systemic. It's everywhere in your state.*
**+1 602--46:** A judicial assistant is not part of the clerk's office.
**Andrew Rulnick:** Then you know what they should do? point to the clerk who it goes to.
**+1 602--*46:** *Yes, they do. You do it through the You go You go to Turbo Turbo.*
**Andrew Rulnick:** *No, they don't. They don't do it. They They just kick it into the abyss. Your own court admits as much. So, while while your judges Well, I will what I will what I will admit is this. Your your judges have immunity, but all your agents, right?*
**+1 602--46:** Yep.
**Andrew Rulnick:** And and even that's questionable and could be challenged, but I'm not I'm not here to challenge that. I don't really care.
**+1 602-*-46:** I don't think No, they're not.


# 01:46:48

**Andrew Rulnick:** I don't really care about that. I'm going to depose them for sure. They're getting deposed, but I'm not Yes, they are. But I'm not challenging their immunity.

**+1 602--46:** *You absolutely have zero right to depose any judge who is not a member of the case. And there is no court that will make a judge sit for deposition if it regards cases that were before that judge.*

**Andrew Rulnick:** *I disagree. Especially when it pertains to civil rights violations. I think that you'll be proven wrong. So, I understand that you're going to go in and say under the statutory authority, we think the judges will never be because of impunity. No, we want to know what happened in the court and we want to know why the judges seem to never know what autism is. Do you know what autism is? You said you did, right? You have two kids.*

**+1 602--46:** I know what is.

**Andrew Rulnick:** You said like me who are autistic. Okay, so you know what autism is, but do your judges know what autism is?

## 01:47:39

**Andrew Rulnick:** And I think that's an important some of them do, some of them don't.

**+1 602--46:** *I'm sure some of them do.*

**Andrew Rulnick:** *Some of them need to learn more about what autism is. I agree. I think that you're right about that. So for that reason, Michael, I bringing my suit against you. I'm going to persist. And for all the other reasons, therein that I've mentioned before, and I'm not going to belabor this. We've taken a lot of time today, which I appreciate that you were showing some good faith, willingness to, but again, ultimately it all boils down to you obstructing, you stonewall, you pointing the other finger.*

**+1 602--46:** I didn't anything.

**Andrew Rulnick:** You pointing the finger at a Maricopa County lawyer, which who knows who that is? You don't seem to know. I want to know who it is. I think we have a right to know who it is.

**+1 602--46:** *Well, her name is name Mitchell is the Maricopa County Attorney's Office.*

**Andrew Rulnick:** *Who Who is it?*

**+1 602--46:** What's her first name like?

## 01:48:27

**+1 602--46:** *Uh Rachel Mitchell. That is the Maricopa County Attorney. She runs the office. I don't know who in her office handle the case.*

**Andrew Rulnick:** *And have you discussed this lawsuit with them?*

***+1 602--46:*** Why would I?

**Andrew Rulnick:** Why wouldn't you? You're being sued in federal court.

**+1 602--*46:*** *Uh, well, no, because we're not a party in any federal court yet because you haven't served anybody. But again, why would I call another party?*

**Andrew Rulnick:** *Well, I think what I want to know is if there was any.gov communication regarding my Sue and with to who?*

***+1 602--46:*** I have no idea.

**Andrew Rulnick:** And I and it doesn't have to come from you, but I think that we kind of need to find out who in all of.gov. See, this is the thing. We have this thing called email, right? And the great thing about email is it's really easy to search. So I'm kind of thinking with discovery what we do is we go to your provider and we say hey pull everything that references roll nick and get all the emails and get everything that rep represents uh the you know the cases by their numeric numbers and then anything that references my ex-wives or my children by their names.

## 01:49:40

**Andrew Rulnick:** And then we get everything and we put it into a giant um legal model and we find out exactly what everybody knew and did and what they didn't do and what they were required to do that they didn't

**+1 602--*46:*** *So you're just talking about normal discovery that I engage in every freaking day.*

**Andrew Rulnick:** *and so on.*

***+1 602--46:*** So I mean that's the thing.

**Andrew Rulnick:** Great. So we'll proceed through that.

**+1 602--*46:*** *So again, but but why would you think that we would con that we would talk to Maricopa Countyy's attorney's office?*

**Andrew Rulnick:** *That's okay. Well, they're they're definitely you've admitted yourself that they're implicated and you've also admitted yourself that Mesa is implicated.*

***+1 602--46:*** And why would I why would I speak with him?

**Andrew Rulnick:** So, are you sure?

**+1 602-*-46:** Well, everything that you're alleging is against Mesa. Have I had communications with Mesa? No. Why? Allegations against them. It's not allegations against any of my clients.

**Andrew Rulnick:** Uh, well, I think we kind of need to look into that. That's all.

## 01:50:33

**Andrew Rulnick:** And I think that's important. I think it's important context because it shows how long that people have known about this suit, which I suspect is actually quite long, and have ignored it intentionally running from it. What

***+1 602--46:*** *What what's actually funny, you know, I'll just let you know, is that this lawsuit is not known around. It's not on any list that is of any importance. uh it is not on a a anybody's really radar uh that it doesn't need to be on. I mean Chris Maze is not aware of it. Katie Hobbs would not be aware of it nor would I bring it to their attention.*

***Andrew Rulnick:*** *Well, I did bring it to their attention. In fact, I called not only their offices, but I sent them documents about the lawsuits, both online and offline. Uh so you know I understand your position.*

***+1 602--46:*** and know and know that it won't get to them, right?

**Andrew Rulnick:** I well you say that they know but I disagree. I think that their offices and their duties are definitely implicated and I think that there are questions of federal law here that will be when remanded and that will you know unfortunately I have unfortunately I have a feeling that all the civil rights violations that you've conducted against me throughout your state will be on their radar.

## 01:51:58

**Andrew Rulnick:** So if they're not yet again, I suppose that's your right to try to insulate certain parties and people from being implicated, but they are in fact implicated because I tried to bring issues to their attention. simple issues like hey your software is breaking and hey your clerks aren't doing their duties and but uh well that would be prejudice because they're doing it in Yes it is.

***+1 602--46:*** *Okay. And by the way, why do you think that why do you think that that's a violation? You tried to bring something to them. Okay. And they didn't do anything. So what? No, it's not. It's not prejudice. It's discretion. They can do whatever the hell they want.*

***Andrew Rulnick:*** *Oh, that's called that's called prejudice. When an autistic walks into your office and says, "Hey, your systems are either intentionally or accidentally broken and you ignore it."*

***+1 602--46:*** That is that is really No, that

**Andrew Rulnick:** And you ignore it because maybe, just maybe, their friends are getting paid for vendors.

## 01:52:50

**Andrew Rulnick:** I like that's one of the reason I want to know who the vendors are because I actually kind of have a feeling that Chris Maize and Katie Hobbs might know some of these people personally and I would take issue with that. So if they ignore it, wait a minute.

**+1 602--46:** *vendors. Do you realize we don't have vendors running our we have our own servers.*

**Andrew Rulnick:** *I don't believe you, man. I want to know. And I also want to know like Here's the other thing.*

**+1 602--46:** All right. Because they're they're terrible.

**Andrew Rulnick:** I Here's the other thing. Here's the other thing. I want to know how much you all outsourced. Technically speaking, I have a feeling you historically you guys have outsourced a lot of stuff.

**+1 602-*-46:** At least in this office, we don't outsource anything.

**Andrew Rulnick:** A lot a lot of things. I don't believe you. I think that in all your offices, including the AG and including uh your justice system, I think you outsource a lot.

## 01:53:37

**+1 602--46:** *I have no idea what the I have no idea what the courts do.*

**Andrew Rulnick:** *So, so I I understand.*

**+1 602--46:** I have no idea what the clerk does.

**Andrew Rulnick:** I get it. I hear you. So, here's what I'm going to do.

**+1 602--46:** *I can tell you what this office does and we have our own service.*

**Andrew Rulnick:** *I Okay. Well, good to know. I hope you have them backed up for a while because otherwise my exfoliation Well, then chances are despite my best good faith efforts to have you retain crucial exhibits, you probably have gone out of your way to delete*

**+1 602--46:** I have no idea. By the way, the anction policy is three years.

**Andrew Rulnick:** them.

**+1 602--46:** *I have no idea what crucial exhibits that you would have or my office.*

**Andrew Rulnick:** *Uh well, like for instance, you know, calls for civil standby, my calls to the*

*a my calls to the my calls to the AG, my calls to the governor.*
***+1 602--46:*** Why would I have that? Why? Why would attorney general's office have

## 01:54:29

**Andrew Rulnick:** Well, they're going to be in the future if they're not already. I mean, it's fine. Like, look, Michael, it's your it's your business to conduct uh business how you choose, right? just like how I'm supposed to be able to conduct business the way I choose without without having my Teslas torched.
**+1 602--*46:*** *It's not my choice on anything. I do not any of those choices.*
***Andrew Rulnick:*** *But unfortunately, not only did you conduct yourselves in ways that were prejudice, but you also torched my Teslas. I mean, that's it, right?*
***+1 602--46:*** Wait here. I I'm I'm just going to I'm going to give you a little bit of advice. All right. If you want to maintain like your mental health, if you want to maintain your emotional Hold on a second.
**Andrew Rulnick:** My mental health is fine. Oh, that was the other thing. The rule 11 sanctions. I forgot about that. Thanks for bringing that up. So, the repeated rule 11 sanctions, that was a really interesting trick that you all did intentionally to prejudice me and deny me access and to try to and to try to justify it.

## 01:55:20

***+1 602--46:*** *Where did we do rule 11?*
***Andrew Rulnick:*** *Well, let's see.*
***+1 602--46:*** Where did we do Where did we Where was the rule of actions done?
**Andrew Rulnick:** I think it I think it hap let's see. I think it happened in the I think it happened in the superior court. Who wait? I think it happened a few times in the Superior Court a couple times. Mesa court a couple times. Uh let's see. I think it happened in Gilbert court. Um all because what? I'm autistic and because I know computer science and I can call and I can call b******* when I see it.
***+1 602--46:*** *No. In what do you realize that there are different rule 11s?*
***Andrew Rulnick:*** *Like, no. Yeah, I know. There's a rule 11 like when you're broke and destitute and there's a rule 11 when there's a question of your mental fortitude and your mental health or your ability to represent yourself or to violate your Ferretta rights waiver.*
***+1 602--46:*** And there's also a rule of evidence matter.

## 01:56:06

**Andrew Rulnick:** That was a really interesting one, wasn't it?

**+1 602--*46:** *And again, that's me.*

*Andrew Rulnick: Let alone to Hey, hey, no, no, no.*

**+1 602--46:** Why do you keep bringing up Mason when I would have no idea?

**Andrew Rulnick:** Wait, wait. I I have a question for you since we're bringing since you're right. Mesa is implicated. Um, I have a question for you. Does Soros pay your government some amount of money for something? Honest question. But do you think that he does? I mean, I'm just like, so you want to go on record and say Soros has no money anywhere in your community, your your agents, elected officials, your county, otherwise your your statement is Soros has no money in it.

**+1 602--*46:** *No. Well, the city officials I would have no idea,*

*Andrew Rulnick: Is that right? Okay. Well, see that that's that's part this I want to hear what you have to say, but I want to point out something.*

**+1 602--*46:** but I don't believe it's so not especially when talking about city prosecutors.

## 01:56:57

**Andrew Rulnick:** This is a big part of the issue is the big I have no ideas and I don't know where that person is and I don't know I don't know who's responsible for that.

**+1 602-*-46:** Why would I know that I accountability for what?

**Andrew Rulnick:** How about this? How about this thing called accountability throughout your entire state for starters? How about this? Do you Let me Let me ask you something. Let me ask you something honestly. If my company built something, let's let's say it was an autonomous neural network driven drone system that's capable of detecting terrorists that are on rooftops, taking rifle pot shots at people uh like Charlie Kirk and murdering people, citizens in the street. Let's say, you know, my tech that is designed to stop that kind of thing, right? goes out. I I put it in operation and I use it. I have a bunch of drones, right? Let's say hypothetically I have 12 drones. They're all agentic. They all have their own They have both a hive mind and an individual mind in every unit.

## 01:57:55

**Andrew Rulnick:** And one of those units goes rogue. And let's say, god forbid it. It um and I don't want this to be taken out of context, right? I don't want anyone to say he's a domestic terrorist or he's threatening something. No, I'm the good guy. I'm the guy that builds system that stops the anti-fuzz and stops the terrorists that are gunning people down. That's me. Um, but let's say one of those systems I build, god forbid, it should never because I'm safe and I'm memory safe and I'm one of the world's best engineers. But let's say one of those systems goes rogue or misfires and goes haywire and crashes down into a crowd and names a bunch of people. Do you think that my business design a shouldn't or would it be held accountable for the damages it causes innocent people honest?

**+1 602-\*-46:** Well, that's a different area of law. That is called product liability law, which is strict liability.

**Andrew Rulnick:** Okay. Right. So, we both agree because we're civil people that have come to agreement on common sense, meaning, and law that if, god forbid, I deploy agents into a room and it happened to go haywire, people should be I should be penalized.

## 01:59:01

**Andrew Rulnick:** People should be compensated for damages. We both agree on that.

**+1 602--*46:** *But that is a product that you would have.*

**Andrew Rulnick:** *But what your but what your but what your argument, let me finish this thought and then I want to hear what I want to hear what you have to say.*

**+1 602--46:** Hold on. No, no, no, no, no. Because it's a false.

**Andrew Rulnick:** f***.

**+1 602--*46:** *It's a false analogy. It's an absolute positively false analog.*

**Andrew Rulnick:** *No, it isn't. It isn't. And here is why.*

**+1 602--46:** You're you're not even talking apples and oranges.

**Andrew Rulnick:** Because you No, no.

**+1 602-\*-46:** You are attacking apple tanks talking that is

**Andrew Rulnick:** You You built it. You deployed it. Your agents, your policies, your prejudice, you inflicted on me, my company, especially as an autistic. You all went out of your way to make it happen. And it wasn't just like you went a little bit out of your way. You went way out of your way.

## 01:59:44

**Andrew Rulnick:** What?

**+1 602--*46*:** *by the way and again look you are not that important for the everybody that here to have this conspira iracy against you. No one knows who you are.*

***Andrew Rulnick:*** *You're so f\*\*\*\*\** wrong.

**+1 602--*46*:** *They don't.*

***Andrew Rulnick:*** *I want to tell you who I am. I'm the guy that did the static analysis on Dominion voting from 2020 that says you're all full of s\*\*.* That's who I am. I'm the guy that builds the drone system that doesn't allow terrorists and Antifa to murder innocent civilians.

**+1 602--*46*:** *How am*

***Andrew Rulnick:*** *That's who the f\*\** I am. I'm the guy that's building a system that can haul a half ton of water to put fires out in California that your clients interfered with. So, you're wrong. I know you would like to make me a nobody, but I'm f\*\*\*\*\*\* somebody. And don't you forget it.

**+1 602--*46*:** *You know, you just demonstrated a uh clear sign of narcissistic personality disorder.*

***Andrew Rulnick:*** *What the f\*\**? Because I tell you provable facts.

## 02:00:43

**Andrew Rulnick:** Do we have to here?

**+1 602--*46*:** *No, because because you go off unhinged when I said that you were a nobody because that was called narcissistic damage.*

***Andrew Rulnick:*** *Uh, no. It's just set. No, it's called setting the record straight. You would love everyone to think I'm a nobody. And I'm glad we're getting this recorded because I think the judge should know that that's how you, your clients, your state operate. That's how you would love me to be a nobody. But unfortunately for you, sir, unfortunately for you, sir, my expert witnesses will say otherwise.*

**+1 602--46:** *No, no, here's the thing. Yeah. I mean, look, you're entitled to look, you look look, you're entitled to your look, everybody's entitled to their rights, but what I'm saying is that you're not that important for all these people to have conspiracies against you.*

**Andrew Rulnick:** So, you're wrong.

**+1 602-*-46:** There's a common denominator with absolutely every Hold on a second.

**Andrew Rulnick:** I wasn't Wait a minute. Hang on. I wasn't saying they're conspiracy.

## 02:01:28

**Andrew Rulnick:** I was saying you're neglectful. I was saying your systems are out of date. I was saying you did it.

**+1 602--46:** *No, no, no.*

**Andrew Rulnick:** *You did it knowing that they were and knowing.*

**+1 602--46:** What they're saying, what they're saying is the state of Arizona, all of its agencies, then colluded with people over in Mesa, America County.

**Andrew Rulnick:** No, no, no. That is not what I f****** said. No, Michael. What I f****** said was clear. I said you have a history, a long-standing history of prejudice, not docketing things, not having systems up to date, having agents that say we're just going to simply block you when they're not. That's called denial of access. So I know that we have look that okay I think you're wrong and I'm happy to litigate it all the way to Scotas.

**+1 602-*-46:** It is not. Look, that that's what you think it is, but you're wrong. Like almost almost absolutely everything you have said regarding the law is wrong. It is absolutely stunning.

## 02:02:18

**Andrew Rulnick:** So I don't know how to make but Michael look one other thing I want to make clear just so that we're totally transparent. Uh Gemini 3 comes out probably next week or at the latest December. I already have aentic systems I'm spinning up. Uh, this lawsuit is going to effectively end up being on autopilot for me. You've cost me a lot preparing. You've cost me tons of time and money preparing.

**+1 602--46:** *Hey, by the way, uh you never let me finish. Have you ever noticed?*

**Andrew Rulnick:** *What?*

**+1 602--46:** Have Have you ever noticed through all of these problems, through all of these issues that you have, have you noticed the one common denominator?

**Andrew Rulnick:** You deflecting blame onto the autistic. Yes, I am well aware of it.

**+1 602--46:** *No, you are the common denominator. You're you're everything in this.*

**Andrew Rulnick:** *Wrong.*

**+1 602--46:** Like, I have no idea what's being alleged against you and Mesa. I have no

idea what's going on with you in Mesa and Mesa, but that is not a state problem.

## 02:03:16

**Andrew Rulnick:** That's fine. I look I'm not pointing.
**+1 602--*46*:** *That is a problem.*
**Andrew Rulnick:** *Look, look, look. You keep deflecting and pointing blame and saying.*
**+1 602--46:** It's not it's telling you to it's it's telling you the truth. I'm trying to say I'm trying to save you a bunch of heartache and emotional pain and time.
**Andrew Rulnick:** No, it isn't. There's no emotional pain. Well, there was.
**+1 602--*46*:** *If you are There's nothing that you engage in that PTSD.*
**Andrew Rulnick:** *There was f\*\* tons of emotional pain for the record, immense and PTSD, etc. But now going forward, I'm solely emboldened. I know that I'm right. I don't question if I'm right.*
**+1 602--*46*:** *There's nothing that any of my clients did that would have caused you PTSD.*
**Andrew Rulnick:** *You're wrong.*
**+1 602--46:** They couldn't have who that cannot cause PTSBT.
**Andrew Rulnick:** Uh, denial of access. Uh, you're that's not what my doctor says.
**+1 602-\*-46:** PTSD can only be caused in one circumstance and that is when the fight and flight SP responses is activated and cannot.

## 02:04:11

**Andrew Rulnick:** And you triggered that for years. I want to tell you right here, right now that fight or flight that you induced by your agents, by your state, by your officers at Dal, uh, yeah, you definitely trigger fight or flight.
**+1 602--*46*:** *What officers?*
**Andrew Rulnick:** *It's well documented.*
**+1 602--46:** What?
**Andrew Rulnick:** What?
**+1 602--*46*:** *What officers again? Mesa see we keep going back to city the air I mean the state of Arizona is not responsible officers in Mesa are DPS didn't*
**Andrew Rulnick:** *your superior court, your judicial assistants, your clerks, your DCS, your officers who are also in uh no other wrong incorrect.*
**+1 602--46:** do what you wanted them to do that's all it is and by the way and do you

know there's no such thing as a cause of action for a a uh like basically a wrongful investigation for DCF.

**Andrew Rulnick:** No, I already explained what DCS did.

**+1 602-*-46:** Investigations are what they are. I mean, you could argue against whether it's strong or not in the if they get DCS is allowed to show up at your house if they get calls uh for Just

## 02:05:09

**Andrew Rulnick:** You think when? Wait a minute. You You want to say you think the DCS is allowed to show up at my house every other week to be weaponized against me? You're wrong. Uh I fundamentally disagree and I think that we're just going to have to push on that. I know you've stated that multiple times and I think when the N that was not what it was.

**+1 602--46:** *like police aren't allowed to show up your door if they get calls or complaints.*

**Andrew Rulnick:** *It was a weaponization lawfare using my ex-wives who wanted to extract vengeance on me and uh regrettably your state was too complicit.*

**+1 602--46:** And maybe she did and and she did.

**Andrew Rulnick:** What?

**+1 602--46:** *But if she calls in a complaint that meets the statutory guidelines, we will I mean the DCS will then come out and investigate.*

**Andrew Rulnick:** *And then uh repeatedly apparently is your argument.*

**+1 602--46:** And one of the things they do to investigate is come to your house. That's the way it is.

**Andrew Rulnick:** So no, I don't agree.

## 02:06:07

**+1 602--46:** *Well, it depends if if there are repeated complaints. Yes, they will.*

**Andrew Rulnick:** *So your your argument is, hey, we can cancel you. We can interrupt your important work day. We can do whatever you what we want to do.*

**+1 602--46:** Well, that's just dumb. That's just stupid. You You thinking that your work is so damn important that a government can't come in and investigate a claim that somebody has made.

**Andrew Rulnick:** Oh, that's what you did.

**+1 602--46:** *That's just stupid.*

*Andrew Rulnick:* Uh, no. My position is when it's used as a weapon to extract vengeance on a party because they didn't like the result of a civil outcome. Uh then you yeah you have it was in the orders.

***+1 602--46:*** And how would DCS know that? DCS gets a call.

**Andrew Rulnick:** It was already it was stated it was stated clearly in the Bakus orders.

**+1 602-*-46:** Call now.

**Andrew Rulnick:** I'm not going to rehash this. I what I'm going to do is this. I've told you already.

## 02:06:56

**Andrew Rulnick:** I'm just going to restate it and let's wrap up unless you have anything else that's actually substantive. What?

**+1 602--46:** *Do you know Do you know where Bakus is now?*

*Andrew Rulnick:* Uh last you informed me that she was the secretary of the uh chief of uh courts. Uh your chief magistrate.

***+1 602--46:*** No, she's not a chief magistrate.

**Andrew Rulnick:** No, she's not.

**+1 602--46:** *She's a magistrate in a federal district court and and she's a client.*

*Andrew Rulnick:* Okay. Well, that's good. Good for her. She should be. She actually understands the law. Uh, what are you trying to tell me by informing me that she is a client?

***+1 602--46:*** I'm just saying I'm saying she's a client because people like to sue her for uh decisions that she made when she was on the bench. And so this office defends the judges that but but you know who do you know who enforces that order?

**Andrew Rulnick:** Well, no. I think her decision was right. I think that you're that that's the problem and that's where we seem to be at odds and maybe there's a miscommunication is that like what?

## 02:07:57

**Andrew Rulnick:** Go ahead.

**+1 602--46:** *And you've never answered this question because there is only one answer to it.*

**Andrew Rulnick:** *What is the question?*

**+1 602--46:** Who would enforce your orders?

**Andrew Rulnick:** Uh, well, it's supposed to be the justice system that denied me access, but what is your point?

**+1 602--*46:*** *It it would be the current judge that has that docket. Like when she left, her docket was shifted to a different court. It would be that court that would enforce its orders. the way that well no because I have not seen any evidence where you submitted anything to that court asking her to be held in contempt.*

**Andrew Rulnick:** *Okay. Well, either way, I was denied access, so it's kind of irrelevant, isn't it? I did. I uh No, no, no.*

**+1 602--46:** Was it denied?

**Andrew Rulnick:** Hang on. We're not going to rehash and relitigate this. I know that that's what you all would love to do, but the fact remains that that was a valid enforceable order and nobody in your wait nobody in your state hang on nobody in your state respected it and


## 02:08:53


**+1 602--*46:*** *No one. No one again the only the the only the only agency that that would that would that would affect would be the courts.*

**Andrew Rulnick:** *not only did you not respect it but then you denied me access. So that is where I'm resting on.*

**+1 602--46:** The court is only it. No one else has to respect or follow that order. They can they don't have to.

**Andrew Rulnick:** Wow, that's an interesting admission. Nobody has to respect or follow that order.

**+1 602--*46:*** *again. Remember what we said before?*

**Andrew Rulnick:** *That was a good one. Let me I I just He said at what 6 o'lock p.m.*

**+1 602--46:** Remember No, no. Remember, look, you you absolutely have no clue.

**Andrew Rulnick:** that nobody had to respect that nobody had to respect listen to or or enforce Judge Bakus's order.

**+1 602-*-46:** They don't correct. Well, I mean I'm going to ask what jurisdiction what that court judge Bakus in the family court only had jurisiction over what was that.

**Andrew Rulnick:** She's being deposed, by the way.

## 02:10:03

**Andrew Rulnick:** She's being deposed, by the way.

**+1 602--*46*:** *You are not going to depose a federal magistrate.*

***Andrew Rulnick:*** *Yes, I am.*

**+1 602--46:** You're not going to depose and ask her what happened in her orders. That's just not happening.

**Andrew Rulnick:** That's not what I'm asking. That's not what I'm going to ask.

**+1 602--*46*:** *But back Bakus's orders, right?*

***Andrew Rulnick:*** *Believe me, I know what to ask and I know what I'm permitted to. And I can assure you that when she answers what I'm going to ask her under deposition, which you will be given copies of in advance, and we can even do it via interrogatories if you want. That's fine. I can assure you that when she answers the question, I can assure you that when she answers the questions, I'm going to ask her because I will be asking her questions that you guys are in deep s\*\*.* Okay. So, no, I don't think I do.

**+1 602-\*-46:** Well, again, you have a fundamental misunderstanding of the law and everything. You just do.

**Andrew Rulnick:** I think that I think that I think no matter what here's here's what I think happens.

## 02:10:52

**+1 602-\*-46:** Actually, you do. You do.

**Andrew Rulnick:** If let's say I were to speedun this uh any number of ways with all the defense you could try to muster and throw at it which I have no doubt you will and that's fine. That's you're right again your right to be wrong as you like to say. Um, I think at a minimum I prevail on a couple counts and I think that those couple counts alone when even though you would like to diminish my value and diminish the value of what I build and my intellectual prowess and my intellectual property and the things that I'm supposed to be able to capitalize on effectively to provide for myself, my children, my family, my community at large, even though you'd like to just separate me from it unconstitutionally. And even though you would like to try to act like I'm some kind of bastard citizen who has no civil rights, I think that I prevail on at least a couple counts and I win enough in damages that it is going to make you really regret not considering a this global uh settlement demand.

## 02:11:57

**Andrew Rulnick:** That's what I think.

**+1 602--*46*:** *Hey, can I tell you something? I I have represented people that killed a people that we did not even pay anywhere close to what you're demanding.*

***Andrew Rulnick:*** *Yeah. Go ahead. That's your right. I cannot tell you that that isn't your right. You have the right to be wrong. You're allowed to. I guess based on now based on now now what you're saying is the state has a right to kill people.*

***+1 602--46:*** *No. No. things because you do not understand do not get you do not get I do not uh well yes well they are I mean the state can kill people or people of the state can kill people and*

**Andrew Rulnick:** What you're saying is the right has you just said the state has a right to kill people and then not pay them. I mean that's what you just f****** said, man. Jesus Christ.

**+1 602-*-46:** self-defense I am you've ever heard of do you ever hear of officer involved do you ever hear of officer involved shootings

## 02:12:32

**Andrew Rulnick:** You're way off your rocker, man. Jesus Christ. I mean to say to say that um look man, I'm never going to doubt that there are some situations where someone possesses a firearm and is holding it point blank load and threatening to take someone's life, god forbid, and should those people be dispatched. I mean, I I have moral compass that says try to disable rather than kill and maim. My systems are designed to be high voltage and disabling and not murdering like yours would be. But you know, you wanted to rug my system, right? Your state didn't want my system.

**+1 602-*-46:** I have no idea what the hell your system is. No one in this state.

**Andrew Rulnick:** Hang on. I want to I want to get this out there so that we have it. Your state wanted to rug my system so that we couldn't have non-lethal force systems. I agree. But, you know, you would like to take the lethal route. No doubt. I don't I don't doubt that.

## 02:13:30

**+1 602--*46*:** *Lethal force begets lethal force. That's the way it is.*

**Andrew Rulnick:** *I mean that is a officer's right and duty to protect the lives of other people. But my position is that if we can disable someone without taking a life that is probably for the best society and for all of humanity to be honest.*

**+1 602--46:** And the thing is is as of right now there are no reliable systems. Yours is yours is just a dream right now.

**Andrew Rulnick:** It's not a dream.

**+1 602--46:** *So, so you have a working prototype of your system.*

**Andrew Rulnick:** *Neural nets exist. It exists right here beside me. Uh, Google just released a new robotics model. You're wrong. So, no. Uh, let's keep it clear. No, I hang on. I would have had my working prototype 10 years ago if my worst rights were not being violated in Arizona. That is a provable fact.*

**+1 602--46:** And again, you realize that that's not compensible, right? that the fact that whatever you lost like look what would be compensible for like any injuries or stuff like that would be like if you missed hours at work where you can actually show that you missed not this

## 02:14:32

**Andrew Rulnick:** Uh yeah, I've uh uh yeah, I've missed a lot of work.

**+1 602--46:** *speculative I own my own business and therefore values And*

**Andrew Rulnick:** *Definitely due to your state for sure. I have multiple affidavits that'll attest to that. I have multiple people that'll swear on record that you've definitely all kept me from my working jobs. You're wrong.*

**+1 602--46:** again, is it because of lawsuits?

**Andrew Rulnick:** No, it's because you all destroyed my mental health, unfortunately.

**+1 602--46:** *Okay. But that's not a thing.*

**Andrew Rulnick:** *No, that's important.*

**+1 602--46:** I mean, and and let me look look again.

**Andrew Rulnick:** That actually matters when when you're when you're pre when you're pre Whoa, let me finish and I want to hear what you have to say. I won't let you talk. when you're prejudicing something so much to the extent that their mental health deteriorates and they they end up having PTSD constantly induced. Yeah, you're liable for those damages, buddy. Go ahead.

**+1 602-*-46:** No, there there are no damages that I have seen caused by anything by any of my clients.

## 02:15:34

**+1 602--*46:** *I've not seen it. I actually I don't even see where you get to the damage.*
**Andrew Rulnick:** *I'm I'm just gonna load this. I'm just gonna load this entire recording into the model and let it it's what it's gonna what it's going to do is it's going to transcribe it and it's going to prepare an even stronger prosecution for me.*
**+1 602--46:** Go ahead.
**Andrew Rulnick:** That's how these things work and then we're going to 10x our agency.
**+1 602--*46:** *Actually, it doesn't it it doesn't work.*
**Andrew Rulnick:** *What?*
**+1 602--46:** Nothing I say here is evidence.
**Andrew Rulnick:** Uh well, it can No, I disagree. I think that this can be taken into consideration.
**+1 602-*-46:** No, this is a what you called here today is you called for a settlement that falls under rule 408. 408 says that discussions that were had during settlement negotiation are inadmissible as a matter of law.
**Andrew Rulnick:** No, hang on. I have no no that's fine. I have other evidence that definitely clarifies that. So, I'm not worried about this being taken into consideration as evidence other than it should be taken in consideration that I've operated in good faith to try and settle with you and therefore clearly the dismissal needs to be vacated.

## 02:16:40

**Andrew Rulnick:** Clearly, it was done in error. Clearly, there's still a lot of uh issues and questions of federal law, and my lawsuit clearly has to persist because you do not want to take accountability or accept responsibility for the things that your state, your clients, and
**+1 602--*46:** *Wait, wait. Those are those are two separate things.*
**Andrew Rulnick:** *agents have done.*
**+1 602--46:** Hold on a second.
**Andrew Rulnick:** All right.
**+1 602-*-46:** Those are two separate things. Whether your case proceeds or not is a different thing of whether or not we want to take accountability. Those are two different things because right now the procedural posture whether you like it or not is that your case was dismissed for fail. Basically, she didn't even And the fact of the matter is that at the Ninth Circuit right now, you are not even to a point of merit briefing.
**Andrew Rulnick:** Eerrone, erroneously, I can already point to the assignment of errors.

So, what do you want? I mean, I don't care. Uh, it will be merit fully merit briefed and I can assure you that it will be remanded and I can also assure you.


## 02:17:39

**+1 602--46:** *You can you can assure I doubt that injunctive relief is the hardest thing to get and uh you're just on what you think you're entitled to.*
**Andrew Rulnick:** *Yes, I can. And I think I can also assure you that when it's remanded, I'm going to prevail with sweeping injunctive relief. There will be orders. I don't It's not that hard. Yeah. Okay. Well, you're allowed you're allowed to li try to lie and slander me and say I'm delusional all you want.*
**+1 602--46:** I'm not liable. Me and you is not liable or slandered.
**Andrew Rulnick:** A lot of people disagree. It's just autism. It isn't delusion. And it certainly isn't some ego. Uh with respect, uh my work is valued at a high level as it should be. And it just is a matter of provable fact that you caused your state agents, your agents who went to the extent to who went so far and had the nerve to say we're going to block you from filing.
**+1 602-*-46:** Yeah, you've been evicted from what the Mesa court said.


## 02:18:31

**Andrew Rulnick:** That's what they said.
**+1 602--46:** *Absolutely.*
**Andrew Rulnick:** *No, that that was what the superior court said, too. So, don't start. So, you have Mesa, you have the Spirit Court, you have the federal court who basically summarily dismissed uh to stop me from filing. I mean, look, you guys have a lot of problems in your state. It's fine.*
**+1 602--46:** when I get why you including the federal court as problems in the state.
**Andrew Rulnick:** You think you don't? Why would Why wouldn't I?
**+1 602--46:** *That's a federal court.*
**Andrew Rulnick:** *Why Why wouldn't I?*
**+1 602--46:** Why would you? It's a totally different organization.
**Andrew Rulnick:** Because here here's what we Let me just address that.
**+1 602-*-46:** That's like your sucks. Like it's a federal agency.
**Andrew Rulnick:** I want to address that because I hear what you're saying. What we find,

what tends to happen if you graph everything and you model everything is that if something is permissible in a lower municipality and then permissible in a superior court and that becomes the posture of the state as you say it, well, no surprise that it should bleed into a federal court now, is it?

## 02:19:33

**Andrew Rulnick:** I mean, that's doesn't shock me in the least. So, I'm glad you brought it up. It's a good point that you made.

**+1 602--*46:*** *That that is I'm telling you now that is a delusional take because you make it sound like the court.*

**Andrew Rulnick:** *That's my argument. It isn't. We see we see this in organizations all the time. You see this in small business and big business. It's you know what it's called?*

**+1 602--46:** These are courts.

**Andrew Rulnick:** It's called nepotism is what it is. What?

**+1 602-*-46:** These are courts. The the judge judge who's the one who made your decision and that's why you that's why you got to appeal.

**Andrew Rulnick:** They still have to follow the law. They don't get to just make it up as they go. They do not get to deny access to someone because they're disabled. I should and I and I most and I most and I most certainly and I most certainly should not have had to develop a cognitive prosthetic, but I had to.

## 02:20:10

**+1 602--*46:*** *But as of right now, the appellet court why they shouldn't dismiss it for it being frivolous.*

**Andrew Rulnick:** *And here we are. And that's operational now as of uh July 5th, I believe it was, is when it went live. So, it's really interesting like a lot has happened. Look, here's the other thing, too. New things have happened, right? There have been new developments. Unfortunately, the latest developments involving the public defender, the the latest developments regarding this uh attempt to try to settle in good faith with you, all these things matter, but but it all matters in order for for it gives*

**+1 602--46:** Yeah, but again makes uh No, it doesn't.

**Andrew Rulnick:** good cause for the the dismissal to be vacated. That's my I disagree when M is to be named in the federal district lawsuit because they're all questions of

federal law.

**+1 602-\*-46:** What? The stuff in the stuff. It does not. It Well, here because here's the thing again.

**Andrew Rulnick:** You can't get around that. You don't get to say

## 02:21:15

**+1 602--*46:*** *You fundamentally misunderstand what the appellet court does. It doesn't look to see, oh my god, he has great claims. What it looks for is whether or not there was a mistake of law or if the court abused its discretion in dis stop.*

***Andrew Rulnick:*** *There it was. It I already I've already made this. Do you Hey, Michael, would you would you like Whoa, wait. Would Would you like the merit brief? Do you want a copy of it? Because I'm happy to give you the merit brief.*

***+1 602--46:*** Do I want a copy of the one that you already filed?

**Andrew Rulnick:** Do you want a copy of the merit brief? Would you like a copy of the lawsuit?

**+1 602--*46:*** *The one that you already filed.*

***Andrew Rulnick:*** *Yeah. No, the No, I have a full merit brief already written.*

***+1 602--46:*** Okay. Oh, stop.

**Andrew Rulnick:** I will you'll care.

**+1 602-\*-46:** But here, stop. I don't I don't I I really don't care about your brief because yet I to be impressed by one, but I haven't been.

## 02:22:03

**Andrew Rulnick:** Okay, that's fine. That's your right.

**+1 602-\*-46:** Now, let Now, just listen to this. See, here's the thing. So, whether or not Judge Metho was correct in dismissing your case has nothing to do with what happened in Mesa after that decision. So the night is the night that that Oh my god, you're delusional.

**Andrew Rulnick:** Incorrect. She could have prevented She could have prevented more abuse and she allowed it to happen. So, you're wrong. Good luck. No, you're delusional. If you think that federal judges are allowed to have cases brought before them where someone is saying, "Hey, I'm autistic and my rights have been violated and I continuously see a pattern of prejudice in the justice system and it seems like my rights

are being violated." And then they dismiss error and they say that that your law they have the nerve to say your lawsuit is frivolous and there's nothing to see here and we're above reproach. and then it turns out after that dismissal that I'm then being subjected to more prejudice and more civil rights violations.

## 02:23:08

**Andrew Rulnick:** You are wrong. You're wrong about that and you're going to learn the hard f****** way.

**+1 602--*46:** *You don't get to present You don't get to present new evidence to the Ninth Circuit. You just don't get to present new evidence to the Judge.*

**Andrew Rulnick:** *I'm I'm not presenting new evidence. I'm filing in the federal district and I'm gonna even go as far as to ask her to dismiss herself because I don't think she's taking it seriously enough. And I don't think she's technic I don't think she's technically qualified. That's where I stand.*

**+1 602--46:** Hey, by the way, do you know Judge Attawa was on the short list of two different presidents to be on the United States Supreme Court?

**Andrew Rulnick:** I don't give any s**** about Biden or Obama. That much I can promise you.

**+1 602-*-46:** Well, one was Biden, one was Trump. So, it was both. Do you know that she was about this about your case.

**Andrew Rulnick:** Well, I can tell you this. She probably isn't going to be in consideration by Trump after this.

## 02:23:55

**Andrew Rulnick:** I promise you that. I guarantee I guarant f****** tee you that I made his f****** monthly.

**+1 602--*46:** *Trump has nothing about your Trump's monthly.*

**Andrew Rulnick:** *How much do you want to bet? How much do you want to wait? How much do you want to bet that I made Trump's monthly? You want to You want to bet on it?*

**+1 602--46:** You You mean the Secret Service monthly like we got to watch out for this guy?

**Andrew Rulnick:** No. f*** yourself. Yeah, you got to watch out for me because I'm the guy that's going to expose all your rots. That's what you have to be careful about.

**+1 602--*46:*** *I have no rots. I don't know what you're talking about.*
**Andrew Rulnick:** *Yeah, you're gonna we're gonna find it. We're gonna find all of it. And it's not just me that you should be worried about. It's actually the DOJ and probably the FBI because I'm filing another report with the FBI. You can believe on that.*
**+1 602--46:** Go ahead.


## 02:24:42

**+1 602--*46:*** *Give him my name. Tell Tell them I'll be more than happy to talk with the FBI.*
**Andrew Rulnick:** *Not only am I going to give them your name, I'm definitely sending them this recording.*
**+1 602--46:** Sure, go ahead.
**Andrew Rulnick:** That's for sure because it seems like you've made multiple admissions on this call today.
**+1 602--*46:*** *Let the FBI know. I mean, I don't know why they'd be talking to me anyway, considering the FBI to look for.*
**Andrew Rulnick:** *It seems like you've admitted today to me that your posture is that the state is allowed to violate the civil rights of someone who is cognitively impaired when there are state when there's no you're well that's provable false.*
**+1 602--46:** Never that. I just said they didn't cut they didn't violate anything regards to you.
**Andrew Rulnick:** So we can get into that.
**+1 602-*-46:** Well, you have yet to you have yet to file anything in any court that even begins to meet the rule rule 8 requirements of a such
**Andrew Rulnick:** Maybe you will maybe you and the judges associated with these matters because there's multiple now for sure will take notice of what your arguments are and decide whether or not that has any merit of its own.


## 02:25:51

**Andrew Rulnick:** I kind of think it doesn't because my position is again, I want to make this clear. I'm not going to get worked up about it. I'm just going to make this clear. Um, I've operated in good faith the entire time. Like I've I've made every reasonable attempt to communicate via uh email, phone calls, uh, mail, uh, service, proper service that was actually paid for and sworn and attested to that you were served. Uh, I've tried to

participate in proceedings.

**+1 602--46:** *Wait, you never pursuant to any freaking uh civil rule, any lawsuit.*

**Andrew Rulnick:** *What? I've tried to participate. No, you're wrong. I did. I have an affidavit of service that I did serve you according to rules. You're wrong. I do. Uh yeah, the lawsuit against you in the state court, but I was denied.*

**+1 602--46:** The one that the one that was dismissed on motion well my

**Andrew Rulnick:** But I was denied access and I was prejudiced. I wasn't permitted to dock it.

## 02:26:47

**Andrew Rulnick:** I wasn't permitted to file. I was ignored when I complained and said there's errors in the system, that there were software errors, that the the clerks and the judicial assistants were ignoring me, that the judges were me, the courts and state.

**+1 602--46:** *my understanding is that you file in that particular case you filed a complaint a motion to dismiss was filed You responded. They replied. Court issued order.*

**Andrew Rulnick:** *No, that's not what happened. I requested access and I requested accommodations and I was ignored and I was denied and I was denied access.*

**+1 602--46:** You requested You requested more time. You requested more time. And even though you were given more time, you filed even late after that.

**Andrew Rulnick:** Oh wrong.

**+1 602-*-46:** And the court didn't hold that against you.

**Andrew Rulnick:** That is true. So that accommodation I was granted which I always appreciated because yes sometimes clearly either due to a cognitive uh constraint let's call it or deficit however you want to phrase that or due to just timing in life. Yeah, I was extended some a little bit of wiggle room and additional time, which I always appreciated.

## 02:27:52

**Andrew Rulnick:** But what I was denied was any meaningful way to file exhibits like the video of the officer assaulting me, like the um other exhibits because it was against all

**+1 602--46:** *Well, wait, wait, wait. Why would you filing why would you be filing video of the officer assaulting you in the case that you had against the state?*

**Andrew Rulnick:** *of you. I am in I'm totally I'm totally entitled to consolidate which I had*

*definitely attempted to do but again I was just denied access.*

***+1 602--46:*** And again that has absolutely do you know how to do that?

**Andrew Rulnick:** Uh so some people uh uh uh I tried to do that.

**+1 602--*46:*** *You know you put on thumb drive and say here's the evidence.*

***Andrew Rulnick:*** *It's called Google Drive. It's the same thing as a thumb drive except more secure.*

***+1 602--46:*** No, it's not. They want they physical things to put into the file.

**Andrew Rulnick:** Yeah, it is. that's less secure than a Google Drive and it also comes off the drive very easily onto their local drive. So for you to try to argue semantics about how drives work when you're talking you are that is denial of access.


## 02:28:51


**+1 602--*46:*** *I'm not talking semantic. I'm talking about the way that they want things. They're not going to go to Google Drives. They're not going to go off file system to pull anything off.*

***Andrew Rulnick:*** *You are denying an accommodation that is reasonable and fair.*

***+1 602--46:*** That is not reasonable.

**Andrew Rulnick:** Yes, it is. You don't even have to have an You don't even have to have an account to use Google Drive.

**+1 602--*46:*** *It is not it.*

***Andrew Rulnick:*** *You can literally just click the link and you've downloaded the zip. So, you're wrong.*

***+1 602--46:*** It is not. I mean I can't even do that. I mean even in our system you have to use our file share system.

**Andrew Rulnick:** I'm gonna have to I'm gonna I'm gonna need you to physically demonstrate that because I don't believe you.

**+1 602-*-46:** We don't we don't other file systems. Yeah. I mean we use liquid files.

**Andrew Rulnick:** I I think that if you use Windows, which you most likely do, right? You use Windows.


## 02:29:41


**+1 602--*46:*** *Yeah, we have windows.*

***Andrew Rulnick:*** *Okay. Do you use Do you use this thing called Chrome or or even f\*\* if not*

Chrome? Pardon my language. Uh do you use Explorer? One of those browsers.

**+1 602--46:** *We use Chrome.*

**Andrew Rulnick:** *Okay. So, you use Chrome. So then Chrome, which by the way, for a record is made by Google. Uh is you don't know that Chrome is made by Google.*

**+1 602--46:** I know that. No, I know that.

**Andrew Rulnick:** Oh, okay. You know that. Okay, good. Good. And so you also know that Google Drive makes Google Drive obviously, right?

**+1 602--46:** *Yes, I we have s we have things set up on our system where I cannot access Google Drive.*

**Andrew Rulnick:** *So then there's no question that Google Drive would be compatible with Google Chrome, right? You're going to have to demonstrate that you your agents that it's an impossibility for them to use Google Drive because I think you're full of s\*\*.*

**+1 602-\*-46:** I have no idea what the courts can.

## 02:30:35

**+1 602--46:** *I'm just telling you I can do it is not we're not we cannot we our systems will not allow access well one*

**Andrew Rulnick:** *I think you're full of s\*\**, man. I'm just being honest and I, you know, I try not to swear, but I think that's a bold-faced lie. I think that it can be well if if if that is a lie, you are perjuring yourself. You know that, right?

**+1 602--46:** *I'm not under oath so it wouldn't be appropriate*

**Andrew Rulnick:** *But you will be. So, I'm just I'm forewarning you because like every good American, I would like to hope that the person responsible for our government or an office or even any part of government isn't going to lie to the people. So, I just want to be clear.*

**+1 602--46:** Well, I'm not lying at all. I'm just telling you that I don't I won't I won't be.

**Andrew Rulnick:** I just want to be clear that you will eventually be under oath in some form or your clients will be and you will be asked to swear or they will be asked to swear that that your argument or position is that their version of Google Chrome is not compatible with Google Drive.

## 02:31:33

**+1 602--46:** *Well, I again you are making I flat out said I have no idea what the courts or the clerk systems can do.*

**Andrew Rulnick:** *And I'm saying that is b\*\*\*\*\*\*. What?*

**+1 602--46:** *I just said what ours can do.*

**Andrew Rulnick:** *Oh, we're going to find out because I have a feeling that they can most definitely use Google Drive and did it intentionally just to prejudice me as an autistic. And if you don't see a problem with that, I got nothing else for you.*

**+1 602--46:** Oh my god. You don't see how the that naristic I mean it's just me.

**Andrew Rulnick:** I can't help you. No. What's what's narcissistic is to say that this person can't participate.

**+1 602--46:** *Me. I'm the one. It's me.*

**Andrew Rulnick:** *That's narcissism.*

**+1 602--46:** No, it's not.

**Andrew Rulnick:** That's nepatism. Yes, it is. And it's civil rights violation.

**+1 602--46:** *There is no civil right.*

**Andrew Rulnick:** *That's what it is.*

**+1 602--46:** it. Look, I'm just telling you I can't talk to what Mesa or I can't talk to what Maricopa County, but I can discuss what our but again I still can't talk I still can't talk about them.


## 02:32:23


**Andrew Rulnick:** Oh, you're you're all being consolidated into the same lawsuit for all the same reasons.

**+1 602--46:** *I'm still not responsible.*

**Andrew Rulnick:** *I understand that. Look, I I get that. Hey, Michael, I hear you loud and clear. I'm not responsible for these people and nobody in our state is. You allow rogue agents, rogue actors, and they get to do whatever they want without any with complete impunity. They get to violate Wait, wait.*

**+1 602--46:** Do you see the legal logic you made?

**Andrew Rulnick:** They get to violate civil rights laws and not think s\*\*\* about it.

**+1 602--46:** *I never said that either.*

**Andrew Rulnick:** *Well, you could have fooled me.*

**+1 602--46:** I just said that the state I just said the state is not responsible for Mesa. Mesa's responsible for Mesa. The state is not responsible for Maricopa County. Maricopa County responsible for Maropa County.

**Andrew Rulnick:** Not when it's a statewide issue. When it rolls from the top down and from down up, you got a major issue.

**+1 602-\*-46:** That is not true.

## 02:33:14

**+1 602--*46*:** *you that is not true. The the legislature establish the legislature establishes rules, okay?*
**Andrew Rulnick:** *It is true.*
**+1 602--46:** Or like called statutes that guide what those agencies can and cannot do. Okay? They just do that. That's the way it is. But yet are independent but they are independent governmental agencies.
**Andrew Rulnick:** I've cited the specific statutes.
**+1 602--*46*:** *Meaning we can't other than the legislature passing laws, we as a state can't tell them what to do. We're not responsible for them. They are responsible for themselves.*
**Andrew Rulnick:** *Tennessee vlane says your county is liable. Is that something?*
**+1 602--46:** The county might be liable, but not the state. That's where your mess
**Andrew Rulnick:** Well, but then at the very least, if nothing else, and I I don't think you're off the hook by any means, then at the very least, my lawsuit will persist against the county. But like I've said, I think the state is implicated. And unfortunately for you, I will drag you through the proceedings.

## 02:34:21

**Andrew Rulnick:** I don't care that you Yeah, that's you have great job security.
**+1 602--*46*:** *and go ahead. Look, all you're doing is telling me, "Hey, Mike, you have job security." That's all you're telling me.*
**Andrew Rulnick:** *That's for sure. I don't think you're going to get reelected into office if you're an elected official. In fact, I think you're all kind of Well, I think you don't have job security much longer because we're going to be gutting the state and federal governments most likely to be honest.*
**+1 602--*46*:** *I am.*
**Andrew Rulnick:** And we should because what you've done is you've given me and the people every reason to like it's very clear that you're more inclined to run from problems and deflect rather than recognize.
**+1 602--*46*:** *I have absolutely no responsibility to fix any problems. My job is to defend the state against lawsuits. Period.*
**Andrew Rulnick:** *Look, it's this simple. you know, any order such as the Bakus orders*

*issued by a judge with proper jurisdiction, it's not a suggestion.*

***+1 602--46:*** Over who? Not. Not only over the parties that were over the parties that are part over the parties that were uh of that court.

## 02:35:21

**Andrew Rulnick:** They're they're binding they're binding legal mandates. Um, no, and and it's not just that, you know, it's it's also I I think there's nuance regarding DECS. I think that ARS8 802 covers it pretty well. Protecting the children and strengthen preserving family. There's some language in there regarding best interest of the child.

***+1 602--46:*** *Yeah, that is not a cause of action. Trust.*

***Andrew Rulnick:*** *There was a valid 5050 custody order. It represented a judicial determination in the children's best interest.*

***+1 602--46:*** Okay.

**Andrew Rulnick:** They were well aware of it.

***+1 602--46:*** *All right.*

***Andrew Rulnick:*** *They were aware they were also aware that one parent was contemptuously violating that order thereby perpetuating I'm not saying that thereby perpetuating parental alienation which is a recognized form of severe emotional and psychological abuse both*

***+1 602--46:*** And they have absolutely no authority to do anything about that. Parentalation can only be done by parents or other people.

**Andrew Rulnick:** abuse by against the child both the child and me their parent DCS's failure to document anything properly literally anything is a direct application of its statutory duty to protect both the child and me the disabled cognitively

## 02:36:26

***+1 602--46:*** *Custo absolutely*

***Andrew Rulnick:*** *impaired the disabled cognitively impaired person from the very abuse that you all enabled by ignoring the box orders DCS not only not only not only not only strengthen*

***+1 602--46:*** zero absolutely zero parents and again how is the ignoring the bacus orders? They do not enforce them. They to them.

**Andrew Rulnick:** not only did they strengthen alienation and do everything in their power

that they could have uh your state clients through its harassment.

**+1 602--*46:** *And who is the one that was alienating?*

**Andrew Rulnick:** *Arizona, Maricopa, Mesa, the the wait, I'm not done.*

**+1 602--46:** Yeah.

**Andrew Rulnick:** The prosecutor's office, Nicole, Briana, um DCS agents themselves, uh judicial assistants, uh the list goes on. It's a long list. Other judges that came thereafter who didn't want to permit me access and who denied access, all of them. Um, so by ignoring those orders and pretending they didn't exist and by creating a ghost docket and when DCS's policy and procedure and manual written by you basically to say, "Hey, nor wait, I mean, we're gonna find out

**+1 602-*-46:** Friday.


## 02:37:58

**Andrew Rulnick:** who did." um to basically say, "Hey, I know it's not you, but it's one of your clients."

**+1 602--*46:** *Well, it's not going to be me.*

**Andrew Rulnick:** *And to find to say, "Hey, ignore lawful orders and to ignore state statutes and to say, hey, the agency is going to make its own rules, which by the way, all those things, you know, are discoverable." um almost certainly was gonna their uh their vi their failure to follow rules both rule of law and probably their own rules.*

**+1 602--46:** Well, the agency can make its own rules.

**Andrew Rulnick:** It's not only just that they violated internal policies but they violated uh state statutes and I've I've given you those. So I know that you uh color of law is a problem.

**+1 602-*-46:** You've given me 807. That is not a violation of the statute. I It's something there.

**Andrew Rulnick:** There'll be other statutory authority. There's plenty of it. There's other precedents that I can cite. So, we can get into those, too. It's fine. I'm not worried about that.


## 02:38:56

**Andrew Rulnick:** Um, and then, you know, ultimately 42 USC 1983, the Civil Rights Act. This is a statute that provides my cause of action. every single state actor, every DCS

worker who ignored the bakus orders, every clerk who refused to docket my enforcement motions, every judge who failed to act, who acted under the color, who acted under color of law to deprive

**+1 602--*46:*** *Nope.*

**Andrew Rulnick:** *me of my to deprive me of my constitutional right to familiar association is liable for the damages they've caused.*

**+1 602--46:** Wow. You are you are way Not judges.

**Andrew Rulnick:** Your claim that the your claim that the state has no liability is a fantasy that is directly that is directly refuted by nearly 150 years of civil rights juristprudence.

**+1 602--*46:*** *It's absolutely not. The state has Yes.*

**Andrew Rulnick:** *The Americans the Americans with the Americans with Disabilities Act title two as a disabled individual.*

**+1 602--46:** The civil rights jurist prudence is not entitled to ask what says

**Andrew Rulnick:** I'm entitled to equal access to all state programs and services when the Maricopa County You're wrong.


## 02:40:00

**Andrew Rulnick:** Superior Court and DC has failed to provide me wrong to provide me with the necessary accommodations to effectively advocate for the enforcement of Bakus orders. They violated the ADA. Their failure to enforce the orders or to even participate Use it in your arguments.

**+1 602--*46:*** *Oh, by the way, Andrew, I'm on the Ninth Circuit docket right now. This is relevant. Ninth Circuit docket. Order filed. Ryan D. Nelson, Jennifer Song, Holly A. Thomas after, hold on a second.*

**Andrew Rulnick:** *It's not You're not going That*

**+1 602--*46:*** I'm reading from the order. Stop. It says, "After considering the response of the court's June 2525 or 25th, 2025 order, we deny the motion to proceed in former poorous and dismiss this appeal as frivolous. No further filings will be entertained in this closed case. Dismissed.

**Andrew Rulnick:** is not my case. So, as much as you would like to pretend that that is someone who is an autistic that had their civil rights violated and were denied access, that case is not what that is.

## 02:41:02

**Andrew Rulnick:** And that's what my case is. So, again, that's a straw man's argument because you're trying to say just Oh, good.

**+1 602--46:** *That's the circuit case. That is your That's an order that came down today in your ninth circuit case.*

**Andrew Rulnick:** *Then I'm moving on to Scotas then. That's what that means.*

**+1 602--46:** Good luck with that.

**Andrew Rulnick:** I mean, I don't need luck. I have the rule of law on my side.

**+1 602--46:** *You think you have the rule? I mean, have you ever heard the phrase I'm going to ask a question.*

**Andrew Rulnick:** *No, I know I have rule of law.*

**+1 602--46:** Have you ever heard the phrase about somebody who represents himself?

**Andrew Rulnick:** Uh, yeah, I know. I was forced to do that due to inadequate counsel.

**+1 602--46:** *No. No. What's the phrase?*

**Andrew Rulnick:** *You're wrong because I was forced to. It wasn't an option.*

**+1 602--46:** It doesn't matter if you're forced to or not. The question is is have you ever heard the phrase

**Andrew Rulnick:** don't matter.


## 02:41:48

**Andrew Rulnick:** That's for sure. I'm not worried about it, Michael. If that order came in, and in fact it did. If it did, that's fine. I am not concerned in the slightest. I will not be deterred. I want you to know that now.

**+1 602--46:** *All right. Well, I'll just say I'm I I'll say the phrase for you. The phrase is a person who represents himself has a fool for a client and a jackass for an attorney. That's the phrase. But again, your case was looked at by three judges and it's been dismissed. You want You want this?*

**Andrew Rulnick:** *Well, very good.*

**+1 602--46:** I'll download this in front of you.

**Andrew Rulnick:** Yeah, send it to me. That way we can establish that you do in fact get my f my records and I do in fact get yours. Yeah, let's do that.

**+1 602-*-46:** What do you mean? I I I can't confirm I get all your records.

**Andrew Rulnick:** Uh I mean clearly if I send you something by email, you get it.

## 02:42:41

**Andrew Rulnick:** And very clearly if you send me something by email I also get it. So I know that is right.

**+1 602--*46:*** *Well, what I told you is sometime at some point in this call, I have a rule that automatically sends your emails to a different folder and then I review them at my leisure.*

**Andrew Rulnick:** *That is what your courts do. I'm aware. Okay. So Michael No, that's what your that's what your courts do.*

**+1 602--46:** Now, that is what I do. I don't know what do I care what they do.

**Andrew Rulnick:** They've admitted as much. So, I know I know you don't care what they do.

**+1 602--*46:*** *I'm telling you what I do.*

**Andrew Rulnick:** *It's fine. So, again, like it's Michael, I don't know if you realize this yet. I will not be deterred under any circumstance whatsoever.*

**+1 602--46:** Because you're delusional projects.

**Andrew Rulnick:** So, no, I'm not. It's because I believe I have very good relevant statutory authority and that the if the only thing stopping me are my finances because I'm destitute.

## 02:43:37

**Andrew Rulnick:** because your state made me so with my health problems and other causes of action that you've no and also I am filing in Ohio so you're wrong. So I'm I don't need luck.

**+1 602--*46:*** *Good luck with that.*

**Andrew Rulnick:** *I just you know a little bit of time and a little bit of work at this point. Well a lot but you know it's getting better.*

**+1 602--46:** No thank there is absolutely positively no one in this uh I mean there is you cannot sue us in Ohio we didn't reach out to you ran away from us that doesn't

**Andrew Rulnick:** Uh, no. I was run out of state by injuries. So, you're wrong about that.

**+1 602-*-46:** matter that that you I need Do you have any Do you Do you have any idea how jurisdiction works?

**Andrew Rulnick:** Yeah, it does. It definitely matters. If your officer is caught on camera intentionally injuring me, brutalizing my elbow, it matters. Uh yeah, I have a good idea of who should have authority over my company and it's not Arizona because clearly Arizona is convinced that my company and I have no rights.

## 02:44:44

**Andrew Rulnick:** I get that. So well they followed me here unfortunately you know you just oh they most they most certainly did not and also

**+1 602--*46:*** *Well, that's not Well, look, that Ohio would have jurisdiction over your company for some things, but not for damages that you say took place in Arizona. No, they didn't. You You ran there and you that that would be you can you can go ahead and argue that and you can look foolish*

***Andrew Rulnick:*** *there's a question of jurisdiction because you know when you are running people out of a state with injuries I think that that does matter that is something that is contextually relevant.*

**+1 602--46:** or you can actually look up how the longarmm statute works.

**Andrew Rulnick:** Uh, right. If you had your way, I understand police would be allowed to brutalize someone, injure them, cause them Well, I mean, that's what you seem to be implying.

**+1 602--*46:*** *Never said that.*

***Andrew Rulnick:*** *So, hey, Michael, just send me the dismissal so I can start my uh Oh, good.*

**+1 602--46:** Already did.

**Andrew Rulnick:** Okay. Let me make sure I get it because I, you know, unlike you, I don't run from these things.

## 02:45:47

**Andrew Rulnick:** I actually address them. Let's see. Here I go. Uh, there's nothing attached.

**+1 602--*46:*** *There should be*

***Andrew Rulnick:*** *No, maybe it's like the rest of your documents and you lose them. I don't know what. Let's see. Can you try again, please? Maybe just start a new thread. A new thread's totally cool.*

**+1 602--46:** I'll start a new thread. Hold on a second.

**Andrew Rulnick:** Yeah. Wait. Docket entry.

**+1 602--*46:*** *Yep. Docket entry. Uh, what is it?*

***Andrew Rulnick:*** *Nelson Song and Thomas circuit judges.*

**+1 602--46:** 10.

**Andrew Rulnick:** After considering the response to the court's June uh 25th order, we deny the motion to proceed and form a popus paparus and dismiss this appeal is frivolous. No further filings will be entertained in the case's closed case. So that means I just proceed on to Scotas, which is where it belongs anyway. Honestly, I don't care.

**+1 602-*-46:** And again, good luck with that.

**Andrew Rulnick:** I don't think I need luck.

## 02:46:59

**Andrew Rulnick:** I think that especially with how much it's in the news today, especially with the most recent uh announcement by Trump, uh yeah, I would say that I have pretty good uh pretty good authority both presidential and statutory in order for my case to proceed uh about 135. But being that if if the issue was that it was simply in form a popper that was the issue because I can't afford it.

**+1 602--46:** *You've got absolutely you've got absolutely Do you know how many cases they take? What percent*

**Andrew Rulnick:** *Well then I should be offered some kind of a payment net terms which by the way Ohio's appellet court permitted me to do. I want to let you know that uh I well that's important.*

**+1 602--46:** I don't care what the Ninth District allows you to do.

**Andrew Rulnick:** It matters because as we know the rule of law runs through Ohio, not through whatever warped takes that Arizona and California would like to deny me access.

**+1 602-*-46:** The rule does not pass through Ohio.

**Andrew Rulnick:** Yes, it does. It's a It's a You brought up famous expressions earlier.

## 02:47:59

**+1 602--46:** *No one does.*

**Andrew Rulnick:** *Surely you must know that one.*

**+1 602--46:** I have never heard that. I've heard presidential elections run through Ohio.

**Andrew Rulnick:** Uh yeah, I mean the rule of law is kind of uh I think well established here and I think we have really good statutory authority to go by that help give prudence to these matters.

**+1 602--*46:** *I know. I know. Ohio statuto authority.*

**Andrew Rulnick:** *I know you do and that's that's why I'm going to be good.*

**+1 602--46:** You don't because I practiced for 10 years.

**Andrew Rulnick:** Well, you're going to be brought back here so be prepared. Hey, I gotta wrap up I got you will I got to wrap up here today because uh I have to deal with this uh appellet in uh Scotas.

**+1 602--*46:** *I doubt it.*

**Andrew Rulnick:** *But this will be interesting. It'll be really interesting.*

**+1 602--46:** Yeah.

**Andrew Rulnick:** Huh?

**+1 602-*-46:** And by the way, I'm just I'm just going to let you know the uh Supreme Court takes about 1% of cases that uh people ask for them to review and those are actually filed

## 02:48:54

**Andrew Rulnick:** I'm well aware. So what? There's there's already I want to tell you this is so funny. I'm glad you brought this up because don't forget too, I am in fact moving in the lower court to have the dismissal vacated, especially now that the ruling came in from the court of appeals. And I'm going to I don't need luck.

**+1 602--*46:** *Good luck with that.*

**Andrew Rulnick:** *There have been new developments. I mean, very clearly my civil rights were violated. At a minimum, Maricopa County needs to be uh summoned and brought what?*

**+1 602--46:** *No, it's clearly to a reasonable human being. I said it's reasonable to you, not to a I mean, he said it's clear to you, but it's not clear to a reasonable human being.*

**Andrew Rulnick:** Uh well, I can assure you any jury that I sit down with of my peers are going to agree with me. So, good luck with that.

**+1 602-*-46:** Jury, first of all, jury appears is is nonsense. It's a jury from the community.

**Andrew Rulnick:** Uh yeah, the larger community.

## 02:49:52

**+1 602--46:** *So, If it was in federal court in Ohio, since you're in a it would be the northern district of Ohio and that's where pool would be driven from*

*Andrew Rulnick: If it was either Ohio's larger community or even Maricopa's larger community, not your not not your not your not your not your career lawyers, not your career attorneys, but the larger community, I believe, agrees with me. And I believe I believe Scottas is going to agree with me, too. So, I'm going to take my chances. I'm going to persist in both Scotas and in the federal and in the federal district.*

**+1 602-*46:** well if you get in front of say tell I said hi So there you go.

**Andrew Rulnick:** Well, I will. Yeah, I'll let them know. Sure. So, now that we've now that we've I just want to ask really quick and then I'll let you finish.

**+1 602-*-46:** I don't know what Nope.

**Andrew Rulnick:** Before I before I finish up with you today, my understanding is you've said no. You're not going to settle. The other thing you've established is you you do not want to proceed in good faith and you do not want to acknowledge when we exchange documents.


## 02:50:56


**Andrew Rulnick:** Is that or is that not the case?

**+1 602-*-46:** *What I said was number one is especially now, it's even more true now, there is no current pending case against anybody that I represent. So I as a matter of Arizona, the Arizona Constitution, specifically the gift clause, cannot engage in any settlement discussions with you.*

*Andrew Rulnick: Nobody's looking for gifts. Stop saying it. I understand the clause.*

**+1 602-*-46:** Do do you know what a Do you know what a gift clause means? Gift clause means giving money to somebody when there's not a contra tasting controversy against the state.

**Andrew Rulnick:** No, I understand that. And I just I think I think that's No, I I understand.

**+1 602-*-46:** I'm just telling you that's what the gift clause is.

**Andrew Rulnick:** And I think that that's disingenuous because here we are having a conference and yet and I'm going to file, you know, I'm going to file in Scotas and you also know I'm going to file in the federal district and you also know that I'm f wait and you also know I'm going to file in Ohio court of common please because I've been put through the ringer by all of you and you want to say that there's nothing in contest.

## 02:52:01

**Andrew Rulnick:** So, I just want to I want to I want to establish that there most definitely is, but I know you disagree.

**+1 602--*46:*** *There is nothing in contest. There is there's no case in controversy. So I can't do that. Number two. Number two.*

***Andrew Rulnick:*** *Go ahead.*

**+1 602--46:** No, no, no. Number two, I have proceeded in good faith.

**Andrew Rulnick:** No, you haven't.

**+1 602--*46:*** *What would does good faith mean to you that I'd be offering you money?*

***Andrew Rulnick:*** *No, not at all. In fact, quite the opposite. I don't care if you do or not. You can argue and contest it all day, every day if you want. That's fine and fair. You're entitled to do that. But what you're not entitled to do is is say, for instance, accept some documents and not others. And file some and docket some and not others. And to proceed with docketing one person to proceed with documenting one party's filings and motions, but not mine.*

**+1 602--46:** Here's what Here's what I Well, again, I am an attorney, right?

## 02:52:52

**Andrew Rulnick:** That's where you're f***** up. I understand that. And I know who you represent.

**+1 602--*46:*** *And you can send me you could send me stuff all the time.*

***Andrew Rulnick:*** *So, I I'm not asking for you personally to file.*

**+1 602--46:** It ain't going to get filed.

**Andrew Rulnick:** I'm asking for I'm I'm saying which is you're right.

**+1 602--*46:*** *And so the thing is what you're saying here today, what you're saying here today is this is look, do I get your emails? Yes. As I said, I have a special rule. They're sent to a special folder where I then read them at my own leisure.*

***Andrew Rulnick:*** *That's fine. I don't have a I don't have a problem with that.*

**+1 602--46:** Okay, I I I've got that.

**Andrew Rulnick:** That's not the issue.

**+1 602-*-46:** Whatever documents you send to those emails, I cannot confirm whether or not I get those. That probably I get some. I can't say I get all I I have no idea.

**Andrew Rulnick:** your server can confirm as much.

## 02:53:40

**+1 602--*46:** *I don't operate with a conservative. All I can testify is what I have personal knowledge to the personal knowledge that personal knowledge that I have is I don't know if I have gotten all your documents or not.*
**Andrew Rulnick:** *Well, I can assure you.*
**+1 602--46:** I may have but hold on hold on but that's not even an issue because I have never claimed anything about documents right now.
**Andrew Rulnick:** Well, we're going to we're going to get to the right
**+1 602-*-46:** There are no case and controversy. If we had if we had a a case, if you email me, let's say like you file another case and you try to email me the complaint, I might receive the complaint, but that is not service under a matter as a matter of law, just not. So, everybody has rules they have to follow.
**Andrew Rulnick:** Well, I think that we have a fundamental different point of view about people who are impoverished and their right to access justice. Not to mention not to mention a person who is autistic that has been denied access that also has a right to it.

## 02:54:43

**+1 602--*46:** *You've never been denied access.*
**Andrew Rulnick:** *Yes, I have. And so you can sit there and say that with all as much as you want that I haven't been denied, but my affidavit say otherwise. So with that said, with I know you would like to think they're meaningless, but I don't I don't agree.*
**+1 602--46:** Your affidavit are meaningless. No, they're meaningless.
**Andrew Rulnick:** I I know you can say you can well I think that they they hold up under the weight of scrutiny when it comes to what should be considered as a firsthand accounting of what happened to me.
**+1 602--*46:** *First can't testify, so they're meaningless.*
**Andrew Rulnick:** *And I think that they're pretty pretty stated.*
**+1 602--46:** That's just would be your testimony. Why not? Why not just testify?
**Andrew Rulnick:** It's not just it's not just my testimony. Well, because I was denied access, you know, that's just what it was. So I'm Look, no, it wasn't it wasn't any it wasn't what I wanted.
**+1 602-*-46:** You were denied the access that you were denied the specific access that you wanted.

## 02:55:36

**+1 602--*46:*** *That's not being denied access.*

**Andrew Rulnick:** *It was any considerations or any accommodations whatsoever. So, while I understand your position and that's fine and fair, Michael, I'm just I'm telling you this because I'm tired and I'm wrapping up and you will not deter me. I'm filing in Scotas. I'm filing in the federal court. I'm filing in Ohio's court of common please. I will persist into federal circuit again when it's remanded from Scotas which I believe it will be and I do believe wholeheartedly when it's remanded from SCOTUS when it's remanded from Yeah.*

**+1 602--*46:*** Can I tell you something? If you plan on filing in Scotas, I wouldn't do anything in the district court because doing so divests the district court of jurisdiction.

**Andrew Rulnick:** Go ahead. Well, I'm going to allow the No, and I hear you and I agree with you wholeheartedly. So, which which is what I'm what I'm going to do because I have a belief, a very strong belief and opinion that when she gets a load of the recent developments and she sees the emails from the public


## 02:56:43

**+1 602--*46:*** *But that was a part of your original complaint.*

**Andrew Rulnick:** *defender that your Mesa client Well, we're going to determine whose it is.*

**+1 602--*46:*** Not mine. Mesa Mesa.

**Andrew Rulnick:** I believe it's yours.

**+1 602--*46:*** *It ain't mine.*

**Andrew Rulnick:** *I believe it's your county and I believe it's your client, but that's fine. We'll figure that.*

**+1 602--*46:*** Mesa is not my client.

**Andrew Rulnick:** We'll figure maybe Michael I will tell you this maybe you are right about that.

**+1 602--*46:*** *How many times have I said this?*

**Andrew Rulnick:** *I will admit as much as that that maybe you are not the right representation of the parties who are implicated. But I personally think that if the county is implicated, you are probably involved and we're going to find out. Instead of pointing the finger and deflecting and saying, "Well, it's not me, it's them and it's them and it's them." Let's allow the court to decide who and for what and who needs to be summoned because all I Why is that stupid?*

**+1 602--*46:*** That's that that's just ridiculously stupid.

## 02:57:34

**+1 602--*46:*** *I mean, I'm sorry. I mean, you have a fundamental I mean, you think the world should operate the way you think it operates.*

**Andrew Rulnick:** *Why is that stupid?*

***+1 602--46:*** It operates Yes.

**Andrew Rulnick:** A transparent government that actually points to a person with cognitive disabilities as to where or whom they're supposed to go to with their complaint. Yeah, I think that that is that I'm not asking you.

**+1 602--*46:*** *Maricopa County or Mesa. There you go. I pointed you. I do not have the I do not have the uh uh obligation. I am not required to look that up for you. I told you Mesa.*

**Andrew Rulnick:** *Look, I'm not asking you to look it up. I am telling you your officials are implicated. They allowed a vulnerable person with cognitive disabilities to be to be it is to be exploited to be taken advantage of to be denied access.*

***+1 602--46:*** That is not a claim. It is not a claim.

**Andrew Rulnick:** That is a problem and we are going to Yes, I was.

## 02:58:30

**+1 602--*46:*** *You were never denied access to any client's area.*

**Andrew Rulnick:** *Yeah, I was. You're wrong. I was denied. And oh, in fact, here's a really good one. Here's one that I want to point out that I do think is really important, too. I'll never forget the time I appeared in a pre-conference and Bacus, and granted Bacus got it right eventually.*

***+1 602--46:*** He's not supposed to protect you.

**Andrew Rulnick:** She just didn't protect me, which we'll get into later. I'm not going to get into that today. Wait, I'm not done. I'm not done. But I'll never forget the time where the definition of access was. all the exhibits I submitted instead of being organized in an indexed sprawled out all over a f****** table and me as an autistic proay being told by Bacus that I'm expected to have to go in and pick out out of the pick out needles out of the hay stack to make my arguments during a proceeding. I will never f****** forget that for as long as I live.

## 02:59:32

**Andrew Rulnick:** I don't know if you could see me on video right now. I'm pointing to my temples just for the record to I will never I know but I thought maybe you could see the video.

**+1 602--46:** *You know, I'm on a phone.*

**Andrew Rulnick:** *Whatever. Um the Okay, I'm pointing to my temples so that you understand my gesture that what's happening.*

**+1 602--46:** I'm on a landline phone.

**Andrew Rulnick:** Uh, I will never forget that for as long as I live that the papers were sprawled all over and I remember thinking to myself, "Oh s***, they don't not only do they not understand autism, but they don't understand access whatsoever. They don't know what accessibility is." And even though I tried to move in good faith to try to get access, I was denied at every turn. And then not only that, but I want to tell you one other thing that is a provable fact, assuming you didn't delete the records, which you all probably did. I'll never forget going up against Richard Albbrights. And I respect that man.

## 03:00:25

**Andrew Rulnick:** You know, I really did. I seriously do have respect for I I'll be honest to say not all the judges because I think that some of them are kind of corrupt and misguided and enabled by people, no offense, but people like you, lawyers like you and lawyers like uh you know Chris Mays, but whatever.

**+1 602--46:** *How do we enable judge?*

**Andrew Rulnick:** *But I'll never wait because you don't enforce laws equally.*

**+1 602--46:** I I don't that that's nonsense.

**Andrew Rulnick:** But wait, let me finish the story because it's important. I'll never forget the first time I went up against Al Brook. I was making really good headway and I was making good arguments, but I was I was reading from a piece of paper and he told me as an autistic, he said, "Stop reading from that paper and I'm going to be sanctioning you. You you talk to me. You talk to me and you don't look at your paper." That is denial of access. That is prejudice. That is a problem under color of law.

## 03:01:17

**Andrew Rulnick:** So yes, Michael, I am going to it is like what what could I possibly leave out?

**+1 602--*46:*** *I think you're I think you're let I think you're leaving out assuming for a moment that that's true, which I won't, you're leaving out a whole I I bet you you left out a whole bunch of things that happened there, like the fact and you continued to read from your paper.*

***Andrew Rulnick:*** *That's what happened. Well, Michael, I'm f\*\*\*\*\** autistic. Do you think that autistic are you telling me that your argument is that you think autistics shouldn't be able to read from a piece of paper when they enter a court? Are you serious?

**+1 602--*46:*** *Well, I am not saying that at all. What I'm saying is that I told you to shut the hell up and you continue to read.*

***Andrew Rulnick:*** *Well, you seem to say as much.*

***+1 602--*46:** *If the judge tells you to shut up, doesn't matter.*

**Andrew Rulnick:** No, that wasn't what happened.

**+1 602-\*-46:** Again,

**Andrew Rulnick:** It wasn't No, no, no. It wasn't you're in contempt because you're talking over me and I'm judge and I'm trying to adjudicate and tell you something.

## 03:02:10

**Andrew Rulnick:** It was you're you're speaking to me and you have facts you're speaking to. I was reading from a paper as an autistic and I was told no, you're not allowed to and threatened with sanctions rule 11 and otherwise. We've seen how that goes. So no man what I mean look I agree with you.

**+1 602--*46:*** *it couldn't be rule it couldn't be rule 11 sanctions because rule 11 sanctions only applies to documents that are filed in the court over a signature.*

***Andrew Rulnick:*** *Rule 11 sanctions probably shouldn't be weaponized at every turn against someone because they have legitimate grievances against government officials.*

***+1 602--*46:** And by the way, are you talking your rule 11 in criminal matters? Those are done for your benefit. They are not done as punishment. They want to be certain that you are competent to stand trial.

**Andrew Rulnick:** uh could have fooled me. And I can assure everybody in the world, anyone that questions otherwise, all the experts say I'm clear incompetent. Uh autistic as f\*\*\*. Yeah, definitely. No question.

## 03:03:12

**+1 602--*46*:** *and suffers from narcissistic personality disorder.*
**Andrew Rulnick:** *You're looking at what what what is narcissistic about saying, "Hey, as an autistic, I should be permitted access."*
**+1 602--46:** Check. There's nothing narcissistic about that. with all of your actions.
**Andrew Rulnick:** Okay, then wait.
**+1 602--*46*:** *If you read the DSM5, have you ever heard SM5?*
**Andrew Rulnick:** *And also, no, but hang on. And I want to I want to hear what you have to say because I I'm actually courteous unlike all of you. Um, what I what I want to know is the narcissism. Is it because you think that my computer science isn't credible? Is that what your argument is?*
**+1 602--46:** No, no, it's not that.
**Andrew Rulnick:** No, it's not credible or no, that's not what you mean.
**+1 602--*46*:** *You have you look you have delusions of I just say go to DSM5 read everything about narcissistic personality disorder. It's one of the clusters.*
**Andrew Rulnick:** *Well, well, I can tell you this.*
**+1 602--46:** All right. It's one of the clusters.
**Andrew Rulnick:** I have spent a lot of time with doctors and I mean really credible both neurocognitive science and psychologists and none of them put narcissistic personality disorder on me.

## 03:04:18

**Andrew Rulnick:** What they put is high function, high IQ, autism but in need of accommodations because go figure, yes, I do still have cognitive impairments as I've been saying. And also they say, well, clearly gifted because he's visionary. There's nothing about narcissism in any of my reports. And I don't think you're qualified to make that uh assessment. And I think anybody who is would agree
**+1 602--*46*:** *Can make a can I make a diagnosis? No, I have I do I I cannot make a diagnosis, but I can read. All right. And I would defer to anybody that would actually check for it to anybody who can does have the ability to do it. But you tick every box. Not only do you tick every box, but it actually says something in there about these people will always say, "Oh, my work is so important."*

**Andrew Rulnick:** *How condescending.*
**+1 602--46:** That was almost word for word what you said to me in an email once.
**Andrew Rulnick:** How condescending. Uh yeah, it is that important because it does things like prevents people from being assassinated.

## 03:05:21

**Andrew Rulnick:** Charlie Kirk, that's a fact. Um, I kind of think the Kirk family needs to know about it. I'm definitely going to be letting them know either directly or through contacts that I have because I think when they find out like exactly what my work and research and science really is and they find out that God, you know, the truth of the matter is Charlie Kirk probably could have been better protected and most definitely would have been that that How's it How is it speculative?
**+1 602--46:** *That's that that you know that's all speculation and you're just you're just spouting it.*
**Andrew Rulnick:** *If the science checks out, if the math maths, right, and 2 + 2 = 4, how is it speculative exactly? Enlighten me.*
**+1 602--46:** It's completely speculative until it's in operational form.
**Andrew Rulnick:** Uh, have you seen this thing called Google Glass? Do do you know do you remember Google Glass? You know, all the people that were assaulting people like me for wearing it. remember that? Yeah.
**+1 602-*-46:** I remember I remember Google Glass and I wondered people would wear it.

## 03:06:22

**Andrew Rulnick:** I mean, this is Yeah. Th this is old hat. This is 10year-old tech that I'm talking about. And yeah, uh I do insist that if we have to go so far as depositions of key people from Google because I can I definitely know a lot of them.
**+1 602--46:** *That ain't happening because because again your damages your damages it your alleged damages are all regarding your company.*
**Andrew Rulnick:** *Uh why wouldn't it? Of course it will happen.*
**+1 602--46:** Your company would not be a party unless you hire an attorney.
**Andrew Rulnick:** Uh, I think that Scotas is going to say otherwise, especially when I let them know that you all think that both autistics should be denied access and you also

think that apparently I don't have the right to a public defense lawyer and also you believe that and also Do you believe that my company shouldn't be able to be party to a suit when I'm driven into being when I'm being driven into being destitute?
**+1 602-*-46:** Oh, you do have a right to that. But again, that's Mesa, not us.


## 03:07:24

**+1 602--46:** *Yes. That you you would if you you cannot represent your children or your company.*
**Andrew Rulnick:** *And with all due respect, I know you that's what that's what you say, but I believe that Scotas is going to disagree.*
**+1 602--46:** That is everywhere.
**Andrew Rulnick:** And even in the event that they say that in part, let's say hypothetically they agree and say, "Yeah, I can't represent my children yet." That's fine. But I sure as s*** I sure as s*** can represent them when they turn 18 and they sign over a durable power of attorney.
**+1 602--46:** *the NL clear said that no you can't you can hire an attorney on their behalf but you cannot represent them in work.*
**Andrew Rulnick:** *That's for damn sure. How do you figure? Uh, I can assure you by the time my kids uh are 18, I I imagine I'll have passed the bar by then, but maybe not. You never know. You know, some people suck.*
**+1 602--46:** You don't have an undergraduate degree, but that doesn't that that doesn't change the fact that you do not have graduate degree.


## 03:08:17

**Andrew Rulnick:** Some people suck at uh well, I mean, I was denied access to college comp campuses and education because I was my rights were threatened. My life my my life was threatened. Well, we'll see. I You know, it's funny you bring that up, though, because um I chatted with a really credible attorney. Not, it wasn't Ron Coleman this time, but we he he and I chat now and again. But here's the thing. There are attorneys who believe that I'll probably qualify for an honorary PhD after this. So, I mean, I don't know. We'll see.
**+1 602--46:** *And what in what would the honorary PhD be in?*
**Andrew Rulnick:** *Right. What? Look, I don't know, right? We'll see. I mean, I don't like I don't*

*like to speculate. I like to see I mean, we'll see.*

**+1 602--46:** Considering the fact there's only I think one university in this United States that issues an honorary PhD in law, it wouldn't be for law.

**Andrew Rulnick:** I don't know. You know, I mean, we're This is just This is speculation, right?

## 03:09:18

**Andrew Rulnick:** I'm just shooting the s*** talking shot because uh you know, it's interesting that your position is, hey, everything is speculation. Well, I disagree. I think that it's very provable fact that I've been developing really solid kernels for a very long time that the kernels are capable of doing really advanced sciences and things like writing motions and writing briefs and merit briefs like the merit brief that should have probably been permitted to be filed in the Ninth uh circuit but obviously wasn't. I I'm not quite sure the rationale there, but that's fine. And we'll just, you know, I'll persist. I'm entitled to, right? Like you said, I'm entitled to be wrong and I'll take my chances. So, is there anything else?

**+1 602--*46:*** *I mean, I I'm just saying I would spare yourself if your work is so important, concentrate on that.*

**Andrew Rulnick:** *What?*

**+1 602--46:** Not so not not tilting at windmills. That's all I'm saying.

**Andrew Rulnick:** I don't think these are windmills. I think they're actually really important matters that involve uh people all people who are on the spectrum.

## 03:10:25

**Andrew Rulnick:** And it just so happens I uh unfortunately I took I am.

**+1 602--*46:*** *Please do not please do not sit there and pretend that you are fighting for all people on the spectrum.*

**Andrew Rulnick:** *No, I most definitely am. Do you think I want my children to go through this? You're dreaming. You think I want other autistic people to be denied access at a court of law? No, you're wrong. So, while I will not try to proceed as a class action because I think that would be frivolous, I will be proceeding on the merits of my own lawsuits for sure. Most definitely.*

**+1 602--46:** Hey, by the way, you know, I just did uh I just used AI research. You are not

allowed to represent an LLC in court in any federal court. Just FYI, they already have Uh, let's see.

**Andrew Rulnick:** Well, we're gonna find out. Scottus is going to have to make that determination, won't they? Because unfortunately uh what was the authority? Go ahead. Was it an wait was it was it an authority based on an autistic being prejudice and was it an authority based on civil civil rights violations?

## 03:11:24

**+1 602--*46*:** *That absolutely has no that has absolutely nothing to do whether or not you can do it in court.*

**Andrew Rulnick:** *No. It definitely does because if I'm dead broke due to prejudice, that doesn't mean I don't get that doesn't No, Michael.*

**+1 602--46:** Okay. Yeah. We're going to wait authorized practice of law rules because some poor schmuck is broke.

**Andrew Rulnick:** That does not mean I don't get my day in court. You're wrong.

**+1 602--*46*:** *Yep. That's a that's that's what they're going to do.*

**Andrew Rulnick:** *Yeah. Well, show me that ruling because that seems to be your argument and I disagree.*

**+1 602--46:** Uh let's see. Here's how this is from uh AI. This is from West Laws AI.

**Andrew Rulnick:** Well, that I don't trust for s*** because West Law is garbage on the best of days.

**+1 602--46:** *Uh so I'm saying it has it has a number one uh legal uh AI.*

**Andrew Rulnick:** *But go ahead. I'll enter.*

**+1 602--46:** I didn't even use co-consel. Uh federal court consist corporations and other entities may be represented by licensed attorneys.

## 03:12:15

**Andrew Rulnick:** You're going to need it.

**+1 602--*46*:** *Corporation cannot appear in court through an officer or other representative who is not an attorney. nor can it appear in propriia persona. Similarly, LLC's must be represented by attorneys and non- lawyers including owners or members of LLC cannot represent the entity in federal court.*

**Andrew Rulnick:** *Does it mention anything about someone in form of poppers?*

**+1 602--46:** It it wouldn't that doesn't have anything to do with it.

**Andrew Rulnick:** Does it mention anything about anyone with autism that's bringing a valid?

**+1 602--46:** *It's either you're an attorney or not.*

**Andrew Rulnick:** *Yes, it does.*

**+1 602--46:** You're not an attorney.

**Andrew Rulnick:** Yeah, it definitely does.

**+1 602--46:** *You represent.*

**Andrew Rulnick:** *Hey, look. I can't help that I was run out of the state with violence and prejudice and was unable to attend school, right? That's not on me. Unfortunately, that's on your state and your clients.*

**+1 602--46:** Well, I was on you. I mean, the reason why the officer came and grabbed you anyway, you sent me the video. You look like a moron.


## 03:13:17


**+1 602--46:** *I mean, what you did is you you sit there and said you said, "I got sciatica. I can do whatever I want." No, you can't. You arrest.*

**Andrew Rulnick:** *I didn't say I didn't say what I can do whatever I want.*

**+1 602--46:** You were in Valleyport and

**Andrew Rulnick:** I said I was looking for to stretch, right? I wasn't looking to the way you're trying to portray it. Hang on. The way you're trying to portray it, and this is a false misrepresentation you're making. You're trying to make it like I was trying to uncuff myself and leave. And that's not the case. All I was doing All I was All I was doing Who Wait.

**+1 602--46:** *No, I I never said that. Whatever you want, like it up.*

**Andrew Rulnick:** *All No. All I was doing was standing and stretching because yes, I have severe sciatic nerve pain which anybody what what I wasn't a I wasn't a guest.*

**+1 602--46:** And he said no. And guess what? Guess what?


## 03:14:04


**+1 602--46:** *You were there. You were their guest. You were in the sally port. You were handcuffed. You don't have the right to do what you want to do.*

**Andrew Rulnick:** *I was a political prisoner. That's not a guest.*

*+1 602--46:* You were not.

**Andrew Rulnick:** What?

*+1 602--46:* You were not there because of your politics. You were there from my understanding is because you had some charges.

*Andrew Rulnick: Yes, I was. No, it was definitely the Wait, wait, wait. Now your turn to say it's not over politics. No, it most certainly was targeted excessively due to my politics. I We didn't get into that today, but I'm going to double.*

*+1 602--46:* So, Arizona, which is Republican controlled

**Andrew Rulnick:** Hang on. That's not Republican control. That's a load of b*******. Uh that is not true at all. You are by and large a Democratun state. You are by by and large Democratun governance. Meaning, if I look at local officials and officers registered and voted for as Republicans and and both and or pardon me, Democrats and contributed to by Democrats, right?

## 03:15:04

**Andrew Rulnick:** You can't say, "Oh, they're not Democrats and this isn't a political problem." No, it most certainly is. So, while you may think it's not, I insist that it was most certainly politically motivated. You can say it's not all you want, but when you look at the uh registrations, registrations and affiliations say otherwise, it says that everybody in your party who is a Democrat wanted to go out of their way to

*+1 602--46: my party.*

*Andrew Rulnick: make who wanted who wanted to go I don't know.*

*+1 602--46:* What? What party? What party do I

**Andrew Rulnick:** I mean, that's your right. You can be private if you want. I'm I'm a registered independent, but I coincidentally I happen to be more moderate and land in the side of uh sensibility and reason, right? Like for instance, if your election systems are compromised, we probably shouldn't sweep it under the rug and deny it. If your uh f****** systems Well, okay.

*+1 602-*-46:* I have nothing to do with that.

**Andrew Rulnick:** Well, I do. Unfortunately, those things land on yours truly's desk.

## 03:16:05

**Andrew Rulnick:** And when I analyze it, it says it's Swiss cheese, right? It's a static

analysis. It can be done now even easier because well, quantum supremacy helps in some degree. And so does the advent of TensorFlow and more advanced computational uh capabilities, right? Larger math mouths allow us to have a larger corpus of text to analyze and understand that text in a way that a machine can interpret. And the interpretation unfortunately by me as the leader and anything that can do what I do meaning AI says that your systems are b*******. Your systems are Swiss cheese. You're not mutex locking. You're not spanner. You're not protecting records.

**+1 602--*46:*** *Maybe they are. I I have absolutely nothing to do with that. Nor do I know.*

***Andrew Rulnick:*** *You're not well, but unfortunately it implicates your clients because if records.*

**+1 602--46:** It does not indicate my client because none of my clients have anything to do with that.

**Andrew Rulnick:** It does. It does if you run the servers. It does if you run the contracts.


## 03:17:05

**Andrew Rulnick:** It does if you pay for them. It does if it comes out of state funding. It does if it comes out of federal funding. So, keep dreaming. You're the one that I think is kind of delusional and not grounded. I'm not trying to be condescending because unlike you, I respect mental health and I resent stigmas about autism and I resent stigmas about mental health which your state is rampant with. But what I will say is it is delusional for you to think you have no liabilities. I will be I will be transposing this and justice will be brought on Maricopa County.

**+1 602--*46:*** *I will say that I will say that again. None of my clients have any liabilities in anything they did against you. Not my client.*

***Andrew Rulnick:*** *Justice will be justice will be brought on Mesa and justice will be and I do think that your judges that are your clients have a lot to answer for that.*

**+1 602--46:** Not my client.

**Andrew Rulnick:** I do believe well I'm not suing them, right?


## 03:17:55

**+1 602--*46:*** *again judicial immunity but then then who are they answer to?*

***Andrew Rulnick:*** *I'm just opposing them. I'm just Hang on.*

**+1 602--46:** So well it the thing is is you can't sue them you can't oppose them.

**Andrew Rulnick:** Wait. I'm just opposing them to expose your rocks. That's what I'm doing. I'm not I'm not suing them. Uh you can you most you most definitely you most I No, I disagree.

**+1 602-*-46:** I know you can't oppose them either. You can't go to the court and get the way it why don't you put it in your AI and find out

**Andrew Rulnick:** I think I most definitely can depose the judges. I I already did. I already have the I already have the motions briefs all written, right? I already have the arguments made, right? Uh it's a 650 token context. I can go up to a million. I'm not worried about it. Well, you can say all you want, but the truth of the matter is that these are provable facts.

## 03:18:49

**Andrew Rulnick:** And I know you keep deflecting that, but the problem is going to become when we get into the video with Bakus and the documents are all spread all over the place, right? Or there's foliation of these crucial proceedings, which there most certainly almost definitely is. And I think when that happens, you're definitely screwed. like you know and I know that when foliation is proven and it will be that you're screwed. So I'm just gonna here's what I'm gonna do. Look, because I I know that we've we've talked a lot today. This is this actually went a lot longer than I anticipated, which I both appreciate and in part kind of resent because your your defenses are kind of baseless no matter what you would say. But here's what I'm willing to do. If you would like to take say another week, a week at most.

**+1 602-*-46:** No. Look, there's nothing that you can offer me other than say I will not bother you ever again that I will accept.

**Andrew Rulnick:** Okay. All right.

## 03:19:40

**Andrew Rulnick:** That's I mean that's your right. Uh no to be you, your clients, your state that never bothers me again.

**+1 602--46:** *No, that you don't bother us again.*

***Andrew Rulnick:*** *Not I I am not the bother.*

**+1 602--46:** We're not doing We're not doing anything to you. We We're doing absolutely nothing.

**Andrew Rulnick:** I am not. Sure you are. You deny me due process. You denied me my right to an attorney, one that was even remotely reasonable. Like not even close.

**+1 602--*46:** *And again, that's Mason. Jesus.*

***Andrew Rulnick:*** *But unfor I know, I hear you, but I disagree about your exposure.*

**+1 602--46:** How many times do we got to talk about

**Andrew Rulnick:** I think that that in fact is something that was created by your judges and by your courts and by your state and by your interpretation of your state constitution. And so I understand that and I hear your frustration. I get it. But I think you're wrong.

**+1 602-*-46:** Yeah, because you're you're spouting nonsensical ideas.

**Andrew Rulnick:** It isn't nonsensical.

## 03:20:43

**+1 602--*46:** *They're not you.*

***Andrew Rulnick:*** *It means that we're all protected equally under the law. It means that the Constitution use us all separately.*

**+1 602--46:** No, no, no. you. What you're saying is absolute positive and I'm going to swear here.

**Andrew Rulnick:** Christ. No, it's not.

**+1 602--*46:** *Horse s**.*

**Andrew Rulnick:** Well, unlike you, I don't try to sanction people for accidentally swearing, right? So, that's another difference between us. And I'm not uh your state your your state does your your judges do your your uh your uh it's it's an accident, right?

**+1 602--*46:** *I never said anything about you swearing in court. Yeah, you're not supposed to swear in court or swear to the court.*

***Andrew Rulnick:*** *That isn't I'm not intentionally sitting there dropping fbombs unless I'm maybe I'm triggered. And and even in that event, uh I don't think it should actually be held against me because autism, you know, like I hate to say it, but yeah, uh autistics get triggered and uh we can definitely what I will admit is yeah, I can sometimes say some s**,* whoops, I just did it again that I don't mean to or regret, right?

## 03:21:46

**Andrew Rulnick:** It isn't always planned. It's kind of spontaneous due to stress, that

flight or fight that you tend to all trigger in someone with autism because you've gone 10 years denying access. You have systems that are broken with errors. I have tried to work with all of you. You, the AG, the the governor's office, the municipal court, the superior court, the federal court, all for any means of access and none zero given. So I know Lord.

**+1 602--*46:** *And again, let's just let's come back to this because look, you're a guy who's you're a guy who's into mathematics. What is the common what is the common denominator in all those things?*

***Andrew Rulnick:*** *Go ahead.*

**+1 602--46:** It's you.

**Andrew Rulnick:** You in your out-of-date systems and your bad definitions of what you think access means for an autistic, you are still living like it's 1960. It isn't anymore. You understand that, right?

**+1 602-*-46:** You know, I don't know have any idea how 1960 was. I didn't live in that time.

**Andrew Rulnick:** Well, I mean, neither do I, but I've heard things.


## 03:22:50

**Andrew Rulnick:** And what what is terrifying?

**+1 602--*46:** *Well, then you things that must be true.*

***Andrew Rulnick:*** *And here, no, but here's what is concerning is that even since then, based on what has been told to me by other people who are credible and based on the statutes such as the 1983 Civil Rights Act, you guys still haven't learned. That's what I'm saying.*

**+1 602--46:** When do you think the 1983 uh 42 USC 1983 was passed?

**Andrew Rulnick:** Come on, man. Don't be an a******.

**+1 602--*46:** *Do you know when it was?*

***Andrew Rulnick:*** *Seriously. Uh, I'm What? What was it? 1983. f**.*

**+1 602--*46:** *Oh, no.*

***Andrew Rulnick:*** *I don't know. 100 150 years 150 years ago.*

**+1 602--46:** I believe it was the 1800s.

**Andrew Rulnick:** What?

**+1 602--*46:** *I do believe it was the 1800s.*

***Andrew Rulnick:*** *So you like all your clients, right?*

**+1 602--46:** 1983 has always been an avenue in which you could sue uh people that act in under color of state law for violations of rights. Yeah. But again, my state is a client.

## 03:23:52

**+1 602--*46*:** *My state is not a person under 1983 law.*

**Andrew Rulnick:** *Okay. Well, you you admitted yourself today, Bacus, as a client. Thomas also and I'm right.*

**+1 602--46:** Well, client. Yes. or she would be part of this office. We would have to defend her in anything that she did while she was a state employee. However, now I mean if she was doing something as a federal or federal magistrate, that would be uh I believe the US attorney's office

**Andrew Rulnick:** Okay. Well, we'll work through that. I'm sure that that'll happen with the relative ease and speed. Um, so that I'm glad. Uh, but yeah, and also I'm assuming that Judge him went, but not if they were going out of their way to intentionally prejudice someone, right?

**+1 602-*-46:** Um, but by the way, judges are also not persons under 1983 law because they have judicial immunity if they were acting in their judicial capacity. Uh, I if they acted outside of their jurisdiction or if they committed a crime, they would not be protected by judicial immunity.

## 03:24:51

**+1 602--*46*:** *But if they were if they were acting under their authority as a judge and all they did is get something wrong, uh even if you think it was intentionally wrong, they're protected by judicial immunity.*

**Andrew Rulnick:** *But then I would be I would still be entitled to have my lawsuit uh the dismissal vacated.*

**+1 602--46:** No, you wouldn't.

**Andrew Rulnick:** So, you know, yeah, I would of course I would because she error she she errored in dismissing the case as a means of pro as a means of protecting you.

**+1 602--*46*:** *Why? Against the Who met what?*

**Andrew Rulnick:** *Is isa also a client of yours?*

**+1 602--46:** She's federal court.

**Andrew Rulnick:** She is, isn't she? Is she a client of yours?

**+1 602--*46*:** *Judge Hume what?*

**Andrew Rulnick:** *Yeah.*

*+1 602--46:* She's a federal judge.

**Andrew Rulnick:** And so what?

**+1 602--46:** *The Arizona Attorney General's office do not represent federal employees.*

***Andrew Rulnick:*** *Okay. Has she ever been a client of yours?*

*+1 602--46:* Uh her last position before this was a US attorney for the state or for the Arizona district and before that she was a lower level uh person in the same office.

## 03:25:54

**Andrew Rulnick:** Okay. So that would mean that Right. So that would mean that she most likely was a client of yours at one point, right?

**+1 602--46:** *No, she was probably never a client.*

***Andrew Rulnick:*** *Okay. Your position is she your Okay.*

**+1 602--46:** The US attorney's office is not we do not represent the US attorney's office.

**Andrew Rulnick:** Well, like I said, I don't need to sue the judges, right? That isn't the goal. It never was the goal. But I most certainly can depose them because there are clearly some issues with how their orders are being interpreted or in this case.

**+1 602--46:** *Nope.*

***Andrew Rulnick:*** *Yes, there is.*

*+1 602--46:* You do not get I'm just telling you go look that up. Not in your AI. Look somewhere else.

**Andrew Rulnick:** Uh I already have and I believe very wholeheartedly that I can depose a judge and ask them specific questions and examples like if for instance this person was violating the order and here's how they were violating it. Do you view that as a violation of your order?

## 03:26:54

**Andrew Rulnick:** And I think that they I can in fact oppose them to do that. I think you're wrong.

**+1 602--46:** *No, you cannot.*

***Andrew Rulnick:*** *I don't know. I disagree.*

*+1 602--46:* By the way, we are all talking sort of uh ridiculous now or we're all I mean this is all just sort of a uh you know exercise sort of in futility considering the fact that your case has been

**Andrew Rulnick:** Off. Off.

**+1 602--*46:*** *dismissed. There is no currently pending case. you can do whatever you want, but that won't that won't do anything for us because the courts are going to have to somehow say either a HTA will have to reopen it, which I doubt she will.*

***Andrew Rulnick:*** *Yeah. But she will.*

**+1 602--46:** I doubt she will because again, it's not going to be based upon new evidence. It just isn't because you said that you haven't proven to her though she gave you two bites at the apple that she has jurisdiction to hear the case.

**Andrew Rulnick:** Why wouldn't it? There's been new new developments.

## 03:27:42

**Andrew Rulnick:** That wasn't my doing.

**+1 602--*46:*** *That's what she said.*

***Andrew Rulnick:*** *No, that was No, that was rotten fruit. And if that's the case, then it needs to be heard in the state court. So look uh we the the fact no I don't civil rights violations do not have statutes of limits.*

**+1 602--46:** That doesn't make any sense. She just said that you failed to absolutely play B. Anything filed now is well beyond any statute of limitations.

**Andrew Rulnick:** You're wrong.

**+1 602--*46:*** *They have twoear statutes of limitations.*

***Andrew Rulnick:*** *No they don't. that Scottus has already determined that the no*

**+1 602--46:** Scotas has SCOTS has determined that 19 that civil rights violations have the limitations for general liability claims in the state in which the district court that is going to decide the case has. So here our general liability is 2 years in Arizona. So it's two years. Uh some places it's three. You just happen to and that's dude that that's been the law for decades.

**Andrew Rulnick:** I don't think I don't think you'll I don't think you'll win on that argument, but that's fine.

## 03:28:53

**Andrew Rulnick:** I think that uh No, I don't believe I am.

**+1 602--*46:*** *It's not I'm going to win on that argument. It's you are entirely wrong because 1983 not.*

**Andrew Rulnick:** *I think that Like I understand that you'll file motions for protective orders claiming judicial immunity and privilege, but in a case*
**+1 602--46:** All right. Let's see. Statute of limitations 42 USC 1983. No, I'll be filing motion to dismiss based upon that.
**Andrew Rulnick:** no that's fine. But in a case like this where it's grounded in systemic bad faith and unconstitutional conduct by the court itself, I think it is maybe I'll be at high risk. Uh you know, uh yeah, I have I've read enough of them to know what elder abuse is, but you guys clearly don't.
**+1 602--46:** *Wow. Yeah. You I mean seriously read a law book, but you are don't classify as a elder.*
**Andrew Rulnick:** *s\*\*. No, it's just as bad. that I'm an autistic, but that's okay. Um, yeah, it's not that I'm seeking the testimony, it's that I'm putting the entire system itself on trial.*


## 03:30:05

**Andrew Rulnick:** That's what's going to happen.
**+1 602--46:** *No. See, again, that's not for you to do.*
**Andrew Rulnick:** *Uh, well, if the do look, if the DOJ doesn't want to do it and they won't, and that's their right, uh, someone has to do it, unfortunately.*
**+1 602--46:** But again, look, why don't you give it to somebody who's competent to be able to do it?
**Andrew Rulnick:** So, uh, yes. Uh, I think I moved fairly well despite my cognitive disabilities. I kind of res kind of I kind of resent you saying that I don't really.
**+1 602--46:** *I'm going to tell you right now the sub.*
**Andrew Rulnick:** *That's just a denial of access and prejudice, but that's pretty typical.*
**+1 602--46:** No, it it's not a denial of access to say you're the things that have filed are crap.
**Andrew Rulnick:** That is They're not though. I mean, they may be crap to you and they may be crap to your clients and they may be crap to your judges, but I don't believe that they're going to be crap to Scotas. And I actually I don't even think that they're going to be crap to judge Hume.


## 03:31:00

**Andrew Rulnick:** I think that she's probably uh I think that I think what's going to happen

is this.

**+1 602--*46:*** *No matter what. No matter what.*

***Andrew Rulnick:*** *I think she's going to end up dismissing herself. That's what I actually think. And I think that she's gonna do the right thing, the just thing, which is assign it to a new judge. That's what the court should do. Um, and I think we need to revisit every single detail and provable fact because there's many of them and a lot of it, right?*

***+1 602--46:*** By the way, stat the statute of limitations for claims fraud under 421 1983 is not explicitly provided in the statute itself. Instead, federal courts are required to borrow the statute of limitations for personal injury actions from the law of the forum state.

**Andrew Rulnick:** It says, "In a personal injury, the elbow is the least of your concerns.

**+1 602-*-46:** Again, listen to the words of the thing. Instead, federal courts are required to borrow the statute of limitations for personal injury actions from the law of the foreign state.


# 03:31:58


**+1 602--*46:*** *This approach has been consistently affirmed by the United States Supreme Court and other federal courts.*

***Andrew Rulnick:*** *And the only reason the statutes would have run is because I was denied access.*

***+1 602--46:*** Federal that is not true.

**Andrew Rulnick:** Period.

**+1 602--*46:*** *Federal courts apply statute of limit.*

***Andrew Rulnick:*** *Yeah, it is. It is. It is when I have a clerk saying, "We're blocking you." It is when I have a clerk with a Yeah.*

***+1 602--46:*** Okay. You know, we we we've already discussed. All right. Go try your luck with Scotas.

**Andrew Rulnick:** Yep.

**+1 602--*46:*** *You know, go I mean, the thing is is it would cause yourself or save yourself a lot of heartache and pain if you would just give it up and move on.*

***Andrew Rulnick:*** *Nope. Never going to happen.*

***+1 602--46:*** All right? You know, go do, you know, go ahead and do that or focus on the one claim that's still remaining in your Ohio case.

**Andrew Rulnick:** All right. Uh I still have plenty of claims.

## 03:32:53

**Andrew Rulnick:** I disagree.

*+1 602--46: You have one summary judgement was granted on everything to your landlord.*

*Andrew Rulnick: I I don't think that you read the latest filing.*

*+1 602--46:* I did.

**Andrew Rulnick:** Did you What does the latest What does the latest filing say?

*+1 602--46: I've read everything. The thing is is I don't remember exactly.*

*Andrew Rulnick: What does it have in it? Go ahead. Because you claim to have read it.*

*+1 602--46:* Are you're talking your latest filing?

**Andrew Rulnick:** Okay.

*+1 602--46: Your latest filing.*

*Andrew Rulnick: Well, just like your judges.*

*+1 602--46:* I generally it goes in one ear and out the other because it's usually nonsense. But no, no, but the thing is is as the current as it currently sits, the summary judgement is still there.

**Andrew Rulnick:** Yes, I agree. That's how they see it. Oh, I understand.

**+1 602-*-46:** It's still in existence. So, what you got to do in order to get that to a final appealable order is get rid of the uh like generic neighbor and the claim against the neighbor.

## 03:33:41

*+1 602--46: Once you do that, Do you know Arizona?*

*Andrew Rulnick: No, you're wrong. You're You're the neighbor. Whether I like it or not. Unfortunately, Arizona is the neighbor. And unfortunately, Nicole seems Nicole seems to be the neighbor.*

*+1 602--46:* It's impossible for Arizona to reside in Ohio.

**Andrew Rulnick:** Briana seems to be the neighbor. You seem to think that you can violate my civil and constitutional rights even to present day. And with respect, even though it puts everybody on the hot seat, I disagree with all your takes.

*+1 602--46: It doesn't put anybody cuz that's stupid.*

*Andrew Rulnick: I mean, it kind of does because I have a really good record now. I'm starting to develop a a great record and rapport with the justice system that starts to show you all are the problem, not me.*

*+1 602--46:* You know, you're setting your Yeah.

**Andrew Rulnick:** I'm actually the reasonable one. I'm the one that isn't that isn't narcissism.

**+1 602-\*-46:** Again, narcissism. It's all you, not me. All you me.

**Andrew Rulnick:** That isn't narcissism.

## 03:34:34

**Andrew Rulnick:** When it's showing with beyond any shadow of a doubt that, oh, hey, lo and behold, I can in fact conference. Oh, I can in fact uh represent provable facts.

**+1 602--46:** *Yeah. Here's the thing.*

**Andrew Rulnick:** *You're wrong.*

**+1 602--46:** Go focus on your Ohio. Go focus on your Ohio case. Why not dis Why not dismiss as one people and then go take it to the Ninth District Court of Appeals so that they can have so like all like issues and parties that have been uh you know handled

**Andrew Rulnick:** I'm not. Nope. I'm gonna see. No. What I'm going to do is I'm going to see if you can be added to the suit first. That's my first move.

**+1 602--46:** *me.*

**Andrew Rulnick:** *Um, yeah.*

**+1 602--46:** How am I like let me put it this way. you do that, I will do this. I will move like if I get served, which I don't think you'll be able to do. If if I do and I have to file something, I'm coming after you for fees and costs.

## 03:35:29

**+1 602--46:** *I just am for frivolous.*

**Andrew Rulnick:** *Okay. Well, I you you've got a lot of fees and costs that you all owe me. That's my position.*

**+1 602--46:** I don't give a crap what your position is.

**Andrew Rulnick:** You all own you.

**+1 602--46:** *I'm just saying that cannot hold to a court.*

**Andrew Rulnick:** *You you you will give Here's here's when you're gonna give a crap, Michael.*

**+1 602--46:** No.

**Andrew Rulnick:** You're gonna give a crap when I file this recording with Huete or however it's pronounced. You're going to give a hua. You're going to give a crap when we

get into the recordings and that you've all deleted them. And not just in the superior court, but also in, you know, the municipal court. That'll be an issue for you. And then and you're gonna uh well I think it'll be problematic when it's illustrated that the problem runs throughout your state.

**+1 602-\*-46:** The municipal court will not be an issue for me because again the municipal court is not my client.

**Andrew Rulnick:** It's not.

## 03:36:19

**Andrew Rulnick:** Again, my position, Michael, is this. This isn't a solely isolated incident like you would like to try to portray it as, oh, it's only Mesa, right? No, it's not just Mesa. It's Mesa Court. It's the superior court. It's the clerks. It's the judges. It's the entire system that I'm putting on trial. So, I don't I don't need luck.

**+1 602--46:** *Okay. Well, good luck to that. You're not going to succeed. So, actually, you you do need more than luck.*

**Andrew Rulnick:** *So, and I will succeed.*

**+1 602--46:** You need luck plus. But be that as it may, Someone who's

**Andrew Rulnick:** I I can tell you this. Let me tell you from someone who's actually successful. I I will never need luck on my side in order to have success ever. I want to be clear. That is the difference between Wait a minute. I don't want to Hang on. Let me finish a thought because it's important. I want to be clear. I And this is not to be partylined or prejudice, and I don't want to sound racist, but I want to make something crystal clear. There seems to be a major disconnect between the way your state and party views what drives success and growth and prosperity.

**+1 602-\*-46:** which generates luck.

## Transcription ended after 03:38:04

*This editable transcript was computer generated and might contain errors. People can also change the text after it was created.*