

Andrew Rulnick <andrew.rulnick@gmail.com>

## Public Records Request :: R025412-032522 Records Released
1 message

**Mesa AZ Police Dept Support** <mesaazpd@govqa.us>  Mon, Feb 5, 2024 at 10:02 AM
To: "andrew.rulnick@gmail.com" <andrew.rulnick@gmail.com>



RE: PUBLIC RECORDS REQUEST of March 25, 2022, Reference # R025412-032522

Dear Andrew Rulnick,

The Mesa AZ Police Dept Public Records Center received a public information request from you on March 25, 2022. Your request mentioned:

"All body camera, audio, all copies of physical documents, retention center footage, audio, and call logs. Emergency call recordings, and station reports/radio and recordings. All digital documents and any related data from pictures, from police engagement with Rulnick, and his wife Breanna Rice. I want all evidence, from head to toe if it exists, copies. Names, badge numbers, and copies of photos of responding officers, the arresting officer(s), and the processing detention staff who came in contact so they can be identified for the crimes they committed against the plaintiff, Andrew Rulnick."

The Mesa AZ Police Dept Public Records Center has reviewed its files and has located responsive records to your request. Please log in to the Mesa AZ Police Records at the following link to retrieve the appropriate responsive documents. The document will be available for 90 days.

Public Records Request - R025412-032522

If you have any questions, or wish to discuss this further, please contact Police Records at (480) 644-2310.

Sincerely,

Mesa Police Department

To view the full details of this request please log into the Mesa AZ Police Records.

