# CLERK OF THE SUPERIOR COURT
## MARICOPA COUNTY

Jessica J. Fotinos  
General Counsel and Communications Director  
620 West Jackson Street, DJC/GC  
Phoenix, Arizona 85003

602-37-CLERK (25375)  
Fax – 602-506-7684

October 20, 2025

<u>Via Email and Certified Mail</u>

Andrew Rulnick  
676 Lilac Ln.  
Copley, OH 44321  
andrew@designa.xyz

Re:     Correspondence Received 9.29.2025 – 10.15.2025

Dear Mr. Rulnick,

Between September 29, 2025, and October 15, 2025, the Clerk's Office for the Superior Court in Maricopa County ("Clerk's Office") received several emails from you, and after a review of the same, we can provide the following.

A search of your name in the Superior Court's case management system reveals that you are a party to the cases listed below. Per your request, we have included the names of the assigned judicial officers listed in the Superior Court's Case Management system.  For cases in which no judicial officer name appears, you would need to contact the Superior Court for additional information, as the Clerk's Office does not oversee judicial officer assignments.

| Case Number | Case Name | Assigned Judicial Officer |
|---|---|---|
| CR2022-005262 | State of Arizona v. Andrew Rulnick | None assigned |
| SW2018-040089 | State of Arizona v. Andrew Rulnick | None assigned |
| CV2020-051385 | TBF Financial LLC v. Designa LLC | Arbitration Calendar 01 |
| CV2022-006219 | Andrew Rulnick v. John R. Smedley | Brian Kaiser |
| CV2023-005133 | Andrew Rulnick v. State of Arizona | Scott Minder |
| CV2022-091739 | Andrew Rulnick v. State of Arizona | David McDowell |
| CV2015-009119 | Design A, LLC v. Reachlocal Inc. | Christopher A. Coury |
| FC2017-054640 | Nicole Smedley v. Andrew Rulnick | Julie Mata |
| FC2021-052271 | Nicole Rulnick v. Andrew Rulnick | Unknown |
| FC2020-051984 | Nicole Rulnick v. Andrew Rulnick | Unknown |
| FC2018-052432 | Nicole Rulnick v. Andrew Rulnick | Unknown |
| FN2022-002144 | Andrew Rulnick v. John R. Smedley | Unknown |
| FC2019-053818 | Andrew Rulnick v. Nicole Rulnick | Unknown |
| FC2019-053129 | Andrew Rulnick v. Nicole Rulnick | Unknown |
| FC2022-091205 | Breanna Rice v. Andrew Rulnick | Unknown |
| FC2024-090361 | Breanna Rice v. Andrew Rulnick | Unknown |
| FC2022-091124 | Breanna Rice v. Andrew Rulnick | Harla Davison |

The Clerk's Office is in receipt of a Litigation Hold Request you submitted; however, the Clerk's Office is not obligated to comply with your Hold and will retain records in accordance with § 3-402 of the Code of Judicial Administration, *Superior Court Records Retention and Disposition Schedule.*

However, for records that the Clerk's Office is the official custodian of, i.e., case records, you may obtain copies of any and all case records to which you are legal authorized to obtain by submitting a records request and identifying which documents from which case or cases you would like copies. The cost for records is $0.50/page for all copies of case records, whether they are produced in paper or electronically. Our Records Center would be able to provide you with options regarding how they can transmit court records. Please visit the Clerk's Office Obtaining Records webpage for more information: https://www.clerkofcourt.maricopa.gov/records/obtaining-records.

For cases to which you are a party, you may be able to obtain access to case records for free using the Clerk's Office Electronic Court Record (ECR). For more information about the ECR and the registration process, please visit the following: https://www.clerkofcourt.maricopa.gov/records/electronic-court-records-ecr.

The Clerk's Office does not review case files to identify certain documents that may address a specific topic, i.e., ADA requests. You would need to identify the documents based off a review of the case docket, and then request that those specific documents be produced. Depending on the case type, the case docket may be viewable online at the following: https://www.superiorcourt.maricopa.gov/docket/index.asp. If the case docket is not viewable online, then you would need to submit a public records request with the Clerk's Office to obtain a copy of the case docket. Information on how to submit that type of request will be found on the Obtaining Records webpage referenced above.

As to your request for "digital courtroom records," these are NOT maintained by the Clerk's Office, but are maintained by the Superior Court. Here is a link to the Superior Court's webpage where you can submit a request for "digital courtroom records" or "FTR recordings": https://superiorcourt.maricopa.gov/court-resources/services/electronic-recording-services/audio-video/. As far as the retention of FTR recordings, you may want to review § 3-402 of the Code of Judicial Administration, *Superior Court Records Retention and Disposition Schedule;* or you can submit a public records request with the Superior Court for additional information on their retention policies. That request would need to be submitted to the following email address: PublicRecords@jbazmc.maricopa.gov.

The Clerk's Office is not in possession of any communications involving attorneys or parties to a case and court employees. You would need to submit a request to the Superior Court for those records. You can submit that request to the following: PublicRecords@jbazmc.maricopa.gov.

The Clerk's Office does not oversee the E-File platforms currently used for Family cases, so our Office would not be in possession of any E-File logs related to recent Family Court filings. Currently, those platforms are managed by the Arizona Administrative Office of the Courts.

As far as ADA requests, the Clerk's Office only handles and retains requests for accommodations related to services provide by the Clerk's Office, i.e., assistance with filing documents, etc. For all ADA accommodation requests related to accommodations needed for court proceedings, the Superior Court's ADA Coordinator, Norma Quiroz, would be the point of contact for you. Based on the contents of your e-mails, it appears you have already been in communication with Ms. Quiroz.

It has also been brought to my attention that you have recently been submitting communications to the Clerk's Office Customer Relations email address, many of which appear to relate to matters that could be before the Mesa Municipal Court. The Clerk's Office for the Superior Court in Maricopa County is not the custodian of record for the Mesa Municipal Court, so we would not have any documents within our custody and control related to proceedings before that court. The Clerk's Office Customer Relations Team does not intend on providing responses to the communications submitted.

Regards,

*Jessica J. Fotinos*

Jessica J. Fotinos
General Counsel and Communications Director
Clerk of the Superior Court for Maricopa County


cc:     Nancy Rodriguez, Executive Director, Clerk's Office
        Michael Nimtz, Director, Clerk's Office
        Michelle Figueroa, Customer Relations Manager, Clerk's Office



Andrew Rulnick <andrew@designa.xyz>

# Litigation Hold & Preservation Notice — Administrative Records/ESI re Andrew Jacob Rulnick (ADA/Access; Non-Ministerial Ex Parte)

**Norma Quiroz (SUP)** <Norma.Quiroz@jbazmc.maricopa.gov>  Thu, Oct 2, 2025 at 2:48 PM
To: Andrew Rulnick <andrew@designa.xyz>
Cc: "Dennis Carpenter (SUP)" <Dennis.Carpenter@jbazmc.maricopa.gov>

Hello Mr. Rulnick,

This is to advise you that we received your litigation hold and public records request. We will respond as soon as possible.

Sincerely,

**Norma A. Quiroz**

Paralegal

ADA Coordinator

Judicial Branch in Maricopa County

**Phone** 602-506-0094

**Email** Norma.Quiroz@jbazmc.maricopa.gov

125 W Washington St, #421, Phoenix, AZ 85003



---

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Monday, September 29, 2025 6:56 AM
**To:** Public Records Requests <PublicRecords@jbazmc.maricopa.gov>; Kris.Mayes@azag.gov; Niederbaumer, Michael <Michael.Niederbaumer@azag.gov>
**Cc:** Norma Quiroz (SUP) <Norma.Quiroz@JBAZMC.Maricopa.Gov>; CTS Technical Support (SUP) <CTSTechnicalSupport@jbazmc.maricopa.gov>; Superior Court PIO <CourtPIO@jbazmc.maricopa.gov>; coccustomerrelations@maricopa.gov
**Subject:** Litigation Hold & Preservation Notice — Administrative Records/ESI re Andrew Jacob Rulnick (ADA/Access; Non-Ministerial Ex Parte)

You don't often get email from andrew@designa.xyz. Learn why this is important

10/24/25, 1:01 PM DESIGNA Mail - Litigation Hold & Preservation Notice — Administrative Records/ESI re Andrew Jacob Rulnick (ADA/Access; Non-…

Case 2:24-cv-02611-DJH-ASB    Document 38-7    Filed 10/24/25    Page 5 of 5



Andrew Rulnick <andrew@designa.xyz>

# Litigation Hold & Preservation Notice — Administrative Records/ESI re Andrew Jacob Rulnick (ADA/Access; Non-Ministerial Ex Parte)

**Andrew Rulnick** <andrew@designa.xyz>  Fri, Oct 24, 2025 at 1:00 PM
To: "Norma Quiroz (SUP)" <Norma.Quiroz@jbazmc.maricopa.gov>, COC Customer Relations <coccr@maricopa.gov>, "Jocelyn Howard (COSC)" <jocelyn.howard@maricopa.gov>, "Jessica Fotinos (COSC)" <Jessica.Fotinos@maricopa.gov>
Cc: "Dennis Carpenter (SUP)" <Dennis.Carpenter@jbazmc.maricopa.gov>

Norma it's been a month and I am now re-entering federal court and pointing squarely at you and your offices as a big part of the problem. I have many counts where I motioned the court for reasonable accomodations, recordings, transcripts and have had to build a cognitive prosthetic in the form of an AI model to protect myself from your state, courts, and lawyers continued abuses. Do you have any records or is it as I would expect like everything else, an empty filing cabinet?

Sincerely,



**Andrew Rulnick**
Owner & Founder
phone: 480.527.7255

[Quoted text hidden]