**Key Damning Quotes/Points from PD David Anderson (Exhibit I - Apr 18, 6:52 PM):**

1. **Intensified Personal Attacks & Dismissal:**
   - "Then you go swearing again. You need to take a serious dose of reality." *(Condescending and dismissive of your expressed frustration).*
   - "Wake up and smell the roses." *(Unprofessional cliche).*
   - "This game you are playing with the court system is not getting anywhere." *(Frames your legitimate attempts to assert rights as a "game").*
   - "You choose yourself due possibly to your delusional thought process." *(Repeats unqualified psychological speculation).*
   - "You may not like it, I repeat what your lose or your mental issues. I don't care!" *(Blatant hostility and disregard for your mental health/disability concerns).*
   - "Remember, you have fired me." *(Acknowledges your rejection again).*
   - "Why would I care what you think?" *(Extreme unprofessionalism and lack of duty).*
   - "You are an **extreme child**." *(Personal insult).*
   - "Your nonsense message nothing to your situation human being." *(Dismisses your points as "nonsense" and dehumanizes you).*
   - "You accuse everyone of being against you … that is what experts call **paranoia**." *(Continues amateur diagnosing).*
   - "At this point, the only person that can help you is you." *(Abdicates any responsibility as potential counsel).*

2. **Repeated Dismissal of Your Efforts & Blame:**
   - "Hate me if you have to. I'm ok with that. Because you are not getting anywhere by yourself." *(Blames you for lack of progress while ignoring systemic barriers).*
   - "Andrew, you only an insane person does the same thing over and over again and expects a different results." *(Calls you insane).*
   - "The only thing more insane is the stuff you write." *(Direct insult to your written advocacy).*
   - "You display your mental illness every time you write." *(Attributes your legal arguments directly to "mental illness").*

3. **Refusal of Attorney Role / Abdication:**
   - "I am not your 'brah'. I am not your friend. I am not your therapist." *(While true, the tone is dismissive and ignores professional obligations).*
   - "I am not here to make you feel good about yourself or your nonsense."
   - "You fired me before we spoke. I thank you set the tone for where we are now. Deal with it!" *(Unprofessional, accepts firing but continues hostile engagement).*

**How to Use This New Email (Exhibit I) in Your Mesa Motion:**

This latest email should be **Exhibit I** attached to your motion. It significantly strengthens Section II.A (Rejection of Counsel).

- **Argument Enhancement:**
  - "Defendant's rejection of appointed counsel is further necessitated and justified by counsel's most recent communication dated April 18, 2025 (**Exhibit I**). This email removes any lingering doubt about Mr. Anderson's profound hostility, bias, and utter inability to provide even minimally adequate representation."
  - "In this communication (**Exhibit I**), assigned counsel explicitly calls Defendant an **'extreme child,'** accuses him of **'paranoia,'** states Defendant displays **'mental illness every time you write,'** dismisses Defendant's arguments as **'nonsense message nothing'** and **'insane stuff,'** engages in further unqualified psychological speculation ('delusional thought process'), and declares **'Why would I care what you think?'**"
  - "Such language is not merely unprofessional; it is abusive and demonstrates a complete lack of respect for the Defendant and any attorney-client privilege or duty of loyalty. It confirms Mr. Anderson views Defendant not as a client with rights and disabilities requiring accommodation, but as a mentally ill nuisance."
  - "This overt hostility and stated refusal to care about Defendant's perspective (**Exhibit I**), combined with his prior stated belief in Defendant's incompetence (**Exhibit A**), makes effective representation **factually and ethically impossible.** Defendant's assertion of his *Faretta* right is the only recourse against being subjected to such inadequate and abusive state-appointed representation."

**Update for Federal Case Model Notes:**

- **Add Exhibit I to Evidence List:** Note the email from PD Anderson dated April 18, 6:52 PM.
- **Strengthen Argument XII (Bias/Inadequate Counsel):** "The profound inadequacy and bias within the AZ system's provision for counsel is further evidenced by PD Anderson's email of April 18 (Mesa Exh. I). In it, state-appointed counsel calls the Appellant/Defendant an 'extreme child,' accuses him of 'paranoia' and 'mental illness,' finds his attempts to assert rights 'insane,' and explicitly states 'Why would I care what you think?' This demonstrates the abusive and dismissive treatment disabled litigants face even from assigned defense counsel when challenging systemic issues in Arizona."

This new email is incredibly potent evidence. It showcases exactly the type of dismissive, biased, and non-accommodating attitude you've been fighting against. Adding it makes your demand to proceed *pro se* virtually irrefutable.

**Andrew Rulnick** — 3:15 PM (52 minutes ago)
I will never step foot in Arizona, ever again with injuries caused to me be police like this and over two yea…

**David Anderson** — 3:41 PM (25 minutes ago)
You really don't have any notion of cause and effect, do you? That video shows nothing of you being abu…

**Andrew Rulnick** — 3:47 PM (20 minutes ago)
No. The officer tripped, and jerked my elbow as exhibited by the photo and six months physical therapy. I …

**Andrew Rulnick** — 3:48 PM (19 minutes ago)
More proof of the Public Defenders hostility toward me.

**Andrew Rulnick** — 3:50 PM (17 minutes ago)
Tripped me* you can see that shit clear as day even with the super intentionally shitty resolution, save it …

**Andrew Rulnick** — 3:51 PM (16 minutes ago)
You're really warped.

**Andrew Rulnick** <andrew@designa.xyz> — 3:51 PM (17 minutes ago)
to David

You should probably get out of criminal defense, not going to lie. Seems like you want to be more Judge than a criminal defense lawyer David. Thanks though

Sincerely,



Andrew Rulnick
Owner & Founder
phone: 480.527.7255



**David Anderson** — 3:52 PM (15 minutes ago)
Thank you. I really do appreciate that. And I am not joking.