# Affidavit of Collin A. Myers, Ph.D.

State of Ohio

County of Summit, ss;

Before me, Diane K. Evans, Esq. personally appeared Collin A. Myers, Ph.D., who being duly sworn states the followings:

1. My name is Collin A. Myers, Ph.D. I reside at 117 Guise Pk. Dr., Munroe Falls Ohio 44262. I am 77 years old.

2. I am a Licensed Professional Clinical Counselor – Supervision (LPCC-S) in the State of Ohio, License # E637. I have 44 years of experience in counseling and significant expertise in the diagnosis and treatment of Mental and Emotional Disorders, trauma recovery including Post-Traumatic Stress Disorder (PTSD), and Autism Spectrum Disorders.

3. Andrew Rulnick has been under my professional care beginning August 18, 2022 and continues today.

4. I authored a letter dated April 25, 2025 which is attached hereto and incorporated herein. This letter contains my professional opinion regarding Mr. Andrew Rulnick.

**Further Affiant sayeth naught.**

*/s/ Collin A. Myers*
Collin A. Myers, Ph.D.

Sworn to before me and subscribed in my presence this 25th day of April, 2025.

*/s/ Diane K. Evans*
Notary Public
My Commission has no expiration date.
OH Supr Ct Reg #0067935

DIANE K. EVANS, Attorney At Law
Notary Public - State of Ohio
My Commission has No Expiration Date
Section 147.03 R.C.

[Seal: DIANE KAY EVANS, NOTARY PUBLIC, STATE OF OHIO]



April 25, 2025

This letter provides my clinical opinion regarding Mr. Andrew Rulnick. He has been under my care beginning April 18, 2022 and continues today.

I am a Licensed Professional Clinical Counselor – Supervision with 44 years of experience in counseling. I was also a full-time professor in Special Education for 11 years. My areas of expertise include: Diagnosis and Treatment of Mental and Emotional Disorders, trauma recovery (PTSD), Autism Spectrum Disorders, ADHD, Anxiety, and depression, among others.

Based on my professional clinical assessment, I have diagnosed Mr. Rulnick with Post-Traumatic Stress Disorder, chronic (PTSD). His PTSD is the result of his experiences with various courts and police departments. This diagnosis is clinically supported and significantly impacts Mr. Rulnick's functional abilities. The symptoms of his PTSD include:

- Nausea
- Chest pain
- Nightmares
- Loss of sleep
- Loss of appetite
- Physical shakes
- Fatigue/Exhaustion
- Inability to focus
- Shortness of breath
- Irritability
  Memory gaps specifically about the traumatic event
- Negative beliefs about self/others/world ("I'm bad," "The world is dangerous")
- Persistent negative emotions (fear, guilt, shame, horror)
- Loss of interest in activities
- Feeling detached from others
- Inability to feel positive emotions

The PTSD has caused severe anxiety, impaired concentration, exasperated cognitive processing difficulties, stress induced cysts], and depression which substantially impede his capacity to perform the essential duties of his profession, particularly in the demanding field of Artificial Intelligence, computer sciences, and business.

117 Guise Pk. Dr.<br>
Munroe Falls<br>
Ohio, 44262

Furthermore, it is my professional opinion that there is no clinical basis for any assertion that Mr. Rulnick poses a threat to his children. To the contrary, based on my extensive professional interactions with Mr. Rulnick, I assess him to be a capable and dedicated father who is deeply concerned for his children's well-being. There is no indication, from a clinical perspective, that he is ill-equipped to be a loving and supportive parent.
Two of his Three children have ASD; his two sons. Who better to raise a child with ASD than someone who has ASD and understands their motivations, moods, and behaviors.

Beyond his personal challenges, Mr. Rulnick has demonstrated a remarkable capacity for growth and resilience. He has been a dedicated and engaged participant in therapy, actively seeking to understand and manage his condition. He is also a brilliant and innovative individual with a strong commitment to utilizing his expertise in Artificial Intelligence for the benefit of others. His intention to apply his AI skills to support individuals with HFASD, informed by his own experiences and his understanding of the field, is a testament to his character and his desire to contribute positively to society.

*Collin A. Myers* (signature)

Collin A. Myers, Ph.D.
Licensed Professional Clinical Counselor-S
National Board of Certified Counselors
National Board of Forensic Counselors - Doctoral Addictions Counselor

117 Guise Pk. Dr.
Munroe Falls
Ohio, 44262