FILED

SEP 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW RULNICK, On Behalf of Minor Children A.R., J.R., and H.R., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STATE OF ARIZONA; et al., <br><br> Defendants - Appellees. | No. 25-2267 <br><br> D.C. No. 2:24-cv-02611-DJH--ASB <br> District of Arizona, Phoenix <br><br> ORDER |

Before: R. NELSON, SUNG, and H.A. THOMAS, Circuit Judges.

After considering the response to the court's June 25, 2025 order, we deny the motion to proceed in forma pauperis (Docket Entry No. 5) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

No further filings will be entertained in this closed case.

**DISMISSED.**