**DOJ Civil Rights Division Acknowledgment of Plaintiff's Claims**

Verifiable screenshots from October 2025 showing that the nation's chief civil rights prosecutor, Assistant Attorney General Harmeet Dhillon, personally followed Plaintiff on social media and then affirmatively "liked" Plaintiff's direct public plea to the Attorney General: **"When Arizona?"** This exhibit is not offered as proof of any forthcoming action, but as concrete, admissible evidence that establishes high-level awareness within the DOJ of the multi-state pattern of abuse detailed in Plaintiff's filings. It corroborates the gravity of the civil rights crisis Plaintiff is fighting and provides a direct nexus justifying the limited Touhy discovery sought from the DOJ to understand the extent of their knowledge and the timeline of their awareness.



Notification from X that AAG Harmeet Dhillon followed me after posts about my cases on 10/01/25



Pam Bondi Post about civil rights violations, and my asking "When Arizona?" about my cases liked by AAG Harmeet Dhillon on X.com on 10/4/25



