10/24/25, 1:47 PM	DESIGNA Mail - Arizona Attorney General & AAG - Litigation Hold & Preservation Notice — Administrative Records/ESI re Andrew…

Case 2:24-cv-02611-DJH-ASB    Document 38-13    Filed 10/24/25    Page 1 of 2



Andrew Rulnick <andrew@designa.xyz>

# Arizona Attorney General & AAG - Litigation Hold & Preservation Notice — Administrative Records/ESI re Andrew Jacob Rulnick (ADA/Access; Non-Ministerial Ex Parte)

**Barrera, Lauren** <Lauren.Barrera@azag.gov>　　　　　　　　　　　　　　Tue, Oct 7, 2025 at 4:21 PM
To: "andrew@designa.xyz" <andrew@designa.xyz>

Good afternoon,

The Division of Civil Rights is in receipt of your correspondence. Could you provide some clarification as to whether you have previously contacted and/or filed a case with the Division of Civil Rights? I was unable to find any record of contact within our own system, and I am not able to access any other division's systems.

Thank you,

See the Division's **Frequently Asked Questions** page for more information about the Division's processes.

**Lauren Barrera (she/her)**

**Civil Rights Compliance Officer**



| | Arizona Attorney General Kris Mayes |
|---|---|
| | 2005 N. Central Avenue |
| | Phoenix, AZ 85004 |
| | Direct: (602) 542-8003 |
| | Office: (602) 542-5263 |
| | Lauren.Barrera@azag.gov |
| | http://www.azag.gov |

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may be protected through an attorney-client privilege.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Andrew Rulnick <andrew@designa.xyz>
**Sent:** Monday, September 29, 2025 7:31 AM

Case 2:24-cv-0261-1-DJH-ASB       Document 38-13      Filed 10/24/25      Page 2 of 2

**To:** Mayes, Kris <Kris.Mayes@azag.gov>; Niederbaumer, Michael <Michael.Niederbaumer@azag.gov>; Schnell, Marjorie <Marjorie.Schnell@azag.gov>; Nunez, Tatiana <Tatiana.Nunez@azag.gov>; Mesa City Attorney <mesacityattorney@mesaaz.gov>; Mesa City Pros <mesacitypros@mesaaz.gov>; mcaocor@mcao.maricopa.gov; PublicRecords <PublicRecords@azag.gov>; AGInfo <AGInfo@azag.gov>; ConsumerInfo <ConsumerInfo@azag.gov>
**Subject:** Arizona Attorney General & AAG - Litigation Hold & Preservation Notice — Administrative Records/ESI re Andrew Jacob Rulnick (ADA/Access; Non-Ministerial Ex Parte)

Dear Public Records Administrator and Counsel:

Attached is a **litigation hold & preservation notice** and a **public-records request** regarding administrative records and ESI that reference **Andrew Jacob Rulnick**. This message concerns **administrative records only** and is **not** an ex parte merits communication to any judicial officer.

The hold covers, among other things: (a) communications between Mesa City Municipal Court administrative personnel (including the Court Director/Administrator) and **Sheri L. Shepard / Udall Shumway PLC** about Mr. Rulnick, ADA accommodations/effective communication, and e-filing/portal access; (b) internal discussions about whether Mr. Rulnick "has the right" to accommodations or filing access; (c) ADA request logs/interactive-process notes; (d) helpdesk/ticket logs and portal error records; and (e) communications with **Mesa Municipal Court**, **City of Mesa Prosecutor**, **Mesa Police Department**, **Maricopa County Attorney**, and/or the **Arizona Attorney General** concerning these topics.

Please **suspend routine deletion** for identified custodians/systems and preserve **native formats with metadata** (email/PST/EML/MSG, Teams/Slack/Google Chat, ticketing systems, DMS/SharePoint/Box/Drive, PBX/VOIP logs and voicemail, backups/archives). If privilege is later asserted, maintain all materials and provide a detailed privilege log; production will proceed via Rule 123 or subpoena.

Kindly **acknowledge in writing by Monday, October 6, 2025** that the hold has been implemented, identify your **point of contact**, and list the **custodians and systems** placed under hold.

Thank you for your cooperation.


Sincerely,

![Image removed by sender.]

---

[Quoted text hidden]