U.S. Department of Justice

Office of Justice Programs

Office for Civil Rights

Washington, D.C. 20531

December 7, 2023

Andrew Rulnick
676 Lilac LN
Copley, OH 44321

    Re:    Rulnick v. the State of Arizona (23-OCR-2516)

Dear Mr. Rulnick

The Office for Civil Rights (OCR) at the Office of Justice Programs (OJP), U.S. Department of Justice (DOJ), received notice of your Complaint against the State of Arizona.

The OCR is responsible for ensuring that recipients of financial assistance from the OJP, the Office on Violence Against Women, and the Office of Community Oriented Policing Services comply with federal laws that prohibit discrimination in employment and the delivery of services or benefits based on one or more of these protected classifications: race, color, national origin, religion, sex, and disability, among others.

For the OCR to proceed with reviewing your Complaint, please provide the OCR with specific details about your allegations, including dates, times, places, and the names and contact information of alleged perpetrators and witnesses.

Please complete and return the enclosed Complaint Verification Information form. Although some responses may repeat information that you previously provided, please answer all applicable questions and return this form. The OCR must know how you (or whomever you are filing on behalf of) are treated differently from others, how rules and regulations are applied differently, or how programs and activities that are routinely available to others are not made available to you (or whomever you are filing on behalf of) because of one of the protected classifications listed above. Once we receive your response, we will use the information to determine whether the OCR has the authority to investigate your allegations.

Please also complete and return the enclosed Complainant Consent/Identity Release Form. The OCR may need to reveal your identity to persons at the agency or organization under investigation to investigate your allegations and receive information about you. If your Complaint was filed on behalf of someone else, that person must complete and sign the Complainant Consent/ Identity Release Form. Although consent is voluntary, the OCR may not be able to investigate the Complaint unless this release is authorized.

Andrew Rulnick
December , 2023
Page 2 of 2

Please mail the requested forms to the following address and include your OCR complaint number (23-OCR-2516) on your correspondence to the OCR:

> Attention, Attorney Chenelle Love
> Office for Civil Rights
> Office of Justice Programs
> U.S. Department of Justice
> 810 7th St. NW
> Washington, DC 20531

**If you do not return both forms within forty-five (45) days from the date of this letter, the OCR will administratively close your complaint. You will not receive further correspondence from the OCR if this occurs.**

If the forms are properly completed and returned within the requested time period, the OCR will evaluate your Complaint to determine whether an investigation is appropriate. If the OCR initiates an investigation, it will provide the agency or organization under investigation with an opportunity to respond to your allegations and provide supporting documentation.

Thank you for contacting the DOJ with your concerns.

Sincerely,

X *Michael L. Alston*

Michael L. Alston
Director, Office for Civil Rights
Signed by: MICHAEL ALSTON

Enclosures

CVF
IRS

COMPLAINANT CONSENT/IDENTITY RELEASE FORM

Your Name: Andrew Rulnick

Address: 676 Lilac Ln.

Copley                    State Ohio        Zip 44321

Complaint number(s) (if known) 23-OCR-2516

Please read the information below, check the appropriate box, and sign this form.

I have read the Notice of Investigatory Uses of Personal Information by the Department of Justice (DOJ). As a complainant, I understand that in the course of an investigation it may become necessary for DOJ to reveal my identity to persons at the organization or institution under investigation. I am also aware of the obligations of DOJ to honor requests under the Freedom of Information Act. I understand that it may be necessary for DOJ to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint. In addition, I understand that as a complainant I am protected by DOJ's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by DOJ.

## CONSENT/RELEASE

[X] CONSENT - I have read and understand the above information and authorize DOJ to reveal my identity to persons at the organization or institution under investigation. I hereby authorize the Department of Justice (DOJ) to receive material and information about me pertinent to the investigation of my complaint. This release includes, but is not limited to, personal records and medical records. I understand that the material and information will be used for authorized civil rights compliance and enforcement activities. I further understand that I am not required to authorize this release, and do so voluntarily.

[ ] CONSENT DENIED - I have read and understand the above information and do not want DOJ to reveal my identity to the organization or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint. I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

_/s/ Andrew Rulnick_                                    12-15-24

SIGNATURE                                                  DATE

# NOTICE ABOUT INVESTIGATORY USES OF PERSONAL INFORMATION

## NOTICE OF COMPLAINANT/INTERVIEWEE RIGHTS AND PRIVILEGES

Complainants and individuals who cooperate in an investigation, proceeding or hearing conducted by DOJ are afforded certain rights and protections. This brief description will provide you with an overview of these rights and protections.

- A recipient may not force its employees to be represented by the recipient's counsel nor may it intimidate, threaten, coerce or discriminate against any employee who refuses to reveal to the recipient the content of an interview. An employee does, however, have the right to representation during an interview with DOJ. The representative may be the recipient's counsel, the employee's private counsel, or anyone else the interviewee authorizes to be present.

- The laws and regulations which govern DOJ's compliance and enforcement authority provide that no recipient or other person shall intimidate, threaten, coerce or discriminate against any individual because he/she has made a complaint, testified, assisted or participated in any manner in an investigation, proceeding, or hearing conducted under DOJ's jurisdiction, or has asserted rights protected by statutes DOJ enforces.

- Information obtained from the complainant or other individual which is maintained in DOJ's investigative files may be exempt from disclosure under the Privacy Act or under the Freedom of Information Act if release of such information would constitute an unwarranted invasion of personal privacy.

There are two laws governing personal information submitted to any Federal agency, including the Department of Justice (DOJ): The Privacy Act of 1974 (5 U.S.C. § 552a), and the Freedom of Information Act (5 U.S.C. § 552).

**THE PRIVACY ACT** protects individuals from misuse of personal information held by the Federal Government. The law applies to records that are kept and that can be located by the individual's name or social security number or other personal identification system. Persons who submit information to the government should know that:

- DOJ is required to investigate complaints of discrimination on the basis of race, color, national origin, sex, disability, age, and, in some instances, religion against recipients of Federal financial assistance. DOJ also is authorized to conduct reviews of federally funded recipients to assess their compliance with civil rights laws.

- Information that DOJ collects is analyzed by authorized personnel within the agency. This information may include personnel records or other personal information. DOJ staff may need to reveal certain information to persons outside the agency in the course of verifying facts or gathering new facts to develop a basis for making a civil rights compliance determination. Such details could include the physical condition or age of a complainant. DOJ also may be required to reveal certain information to any individual who requests it under the provisions of the Freedom of Information Act. (See below)

- Personal information will be used only for the specific purpose for which it was submitted, that is, for authorized civil rights compliance and enforcement activities. Except in the instances defined in DOJ's regulation at 28 C.F.R. Part 16, DOJ will not release the information to any other agency or individual unless the person who supplied the information submits a written consent. One of these exceptions is when release is required under the Freedom of Information Act. (See below)

- No law requires a complainant to give personal information to DOJ, and no sanctions will be imposed on complainants or other individuals who deny DOJ's request. However, if DOJ fails to obtain information needed to investigate allegations of discrimination, it may be necessary to close the investigation.

- The Privacy Act permits certain types of systems of records to be exempt from some of its requirements, including the access provisions. It is the policy of DOJ to exercise authority to exempt systems of records only in compelling cases. DOJ may deny a complainant access to the files compiled during the agency investigation of his or her civil rights complaint against a recipient of Federal financial assistance. Complaint files are exempt in order to aid negotiations between recipients and DOJ in resolving civil rights issues and to encourage recipients to furnish information essential to the investigation.

- DOJ does not reveal the names or other identifying information about an individual unless it is necessary for the completion of an investigation or for enforcement activities against a recipient that violates the laws, or unless such information is required to be disclosed under FOIA or the Privacy Act. DOJ will keep the identity of complainants confidential except to the extent necessary to carry out the purposes of the civil rights laws, or unless disclosure is required under FOIA, the Privacy Act, or otherwise required by law.

THE FREEDOM OF INFORMATION ACT gives the public access to certain files and records of the Federal Government. Individuals can obtain items from many categories of records of the Government --not just materials that apply to them personally. DOJ must honor requests under the Freedom of Information Act, with some exceptions. DOJ generally is not required to release documents during an investigation or enforcement proceedings if the release could have an adverse effect on the ability of the agency to do its job. Also, any Federal agency may refuse a request for records compiled for law enforcement purposes if their release could be an "unwarranted invasion of privacy" of an individual. Requests for other records, such as personnel and medical files, may be denied where the disclosure would be a "clearly unwarranted invasion of privacy."



**Office for Civil Rights**
**Office of Justice Programs**
**U.S. Department of Justice**

## COMPLAINT VERIFICATION INFORMATION

*The Office for Civil Rights of the Office of Justice Programs (OJP) ensures that recipients of federal financial assistance from parts of the U.S. Department of Justice (DOJ) comply with federal laws that prohibit discrimination in employment and the delivery of services or benefits. Applicable laws may prohibit discrimination based on race, color, national origin, or disability, and in specific instances, age, sex (including sexual orientation and gender identity), or religion. Any complaint filed with the OCR is evaluated to determine whether the office has jurisdiction (or authority) over the complaint and whether the complaint provides enough information to establish an initial claim of discrimination or retaliation. The OCR does not have jurisdiction over complaints about general conditions or misconduct that is not discrimination.*

*The OCR is a neutral, fact-finding office and separate from the litigating components of the DOJ's Civil Rights Division. The OCR will only investigate complaints when authorized to do so by law and will close any complaints it does not have jurisdiction to investigate (except for when referral to another federal agency is appropriate). Complaints of discrimination must ordinarily be filed within 180 days or one year (depending on the type of complaint) of the last act of discrimination. An OCR attorney may contact you about your complaint, but please note that they are not your lawyer and communications with them are not subject to attorney-client privilege. OCR attorneys cannot represent individuals, give legal advice, or file lawsuits or appeals on any individual's behalf. If the allegations in a complaint are already the subject of a lawsuit, the OCR will close the complaint or defer any action on it pending the resolution of the lawsuit.*

1. Your name:
   First Name: Andrew    Last Name: Rulnick
   Address: 676 Lilac Ln
   City: Copley    State: AZ    Zip Code: 44321
   Telephone Number(s): 480-527-7255
   Email Address: Andrew.Rulnick@gmail.com

2. Are you filing this complaint for someone else?   Yes: ___   No: ___
   If yes, please provide the name of the individual whose rights you believe were violated?
   First Name: _____    Last Name: _____
   Address: _____
   City: _____    State: _____    Zip Code: _____
   Telephone Number(s): _____
   Email Address: _____

3. Who or what agency or organization discriminated against you?
   Name: Arizona, cities of Mesa, Phoenix, Gilbert + Police dept.
   Address: _____
   City: _____    State: _____    Zip Code: _____
   Telephone Number(s): _____
   Email Address: _____

District Attorney, Mesa.
Superior Court of Arizona
Division One Court of Appeals

4. Which of the following describes the nature of the discrimination involved?

   X Race/Color (specify): indigenous American
   X National Origin (specify): _____
   X Religion (specify): Jewish
   ___ Age (specify): _____
   ___ Sexual Orientation (specify): _____
   X Gender Identity (specify): Male
   X Disability (specify): hf ASD (autism)
   ___ Sex (specify): _____

5. Does your claim of discrimination involve:

| (a.) You using facilities or someone providing services/protection to you (or others)? | OR b. Your job or seeking employment? |
|---|---|
| If yes, how? | If yes, which of the following apply? |
| Brutality/Excessive Force  Yes | Hiring |
| Harassment  Yes | Work Assignment |
| Language | Promotion |
| Applying rules/laws differently  Yes | Demotion |
| Access to buildings/programs  Yes | Discipline |
| Retaliation   Yes | Layoff/Recall |
| Different standards/opportunities/programs | Retaliation |
| Segregation | Termination |
| Other (Specify) Denial of equal access to justice | Other (Specify) |

6. When did the most recent discrimination against you take place?

   *Generally, the OCR has authority to examine acts of potential disability discrimination that occurred within 180 days, or in some matters, one year of filing this complaint.*

   Beginning:   Month ___   Day ___   Year 2017

   Ending:      Month ___   Day ___   Year ___

   ongoing to present

*Note: If you choose to attach additional pages to fully respond to the questions below, please still provide a short summary in each allotted box below.*

7. Please explain in detail specifically what happened and how you believe you were discriminated against. Please clearly state who was involved in the alleged incident and provide examples of how persons were treated differently as compared to you. Please be certain your response is clear, detailed, legible and include example and written documents or materials to support your claim(s). If more space is needed, please continue your response on a separate page.

8. Please clearly explain why you believe this occurred.

9. If this complaint is resolved to your satisfaction, what remedy do you seek? Please be aware that the OCR may resolve a complaint in a way that comports with the law but involve your desired remedy.

**#7 Summary of Complaints Against Arizona et al. for the Department of Justice Intake:**

**Due Process Violations:**

> My rights to due process were repeatedly violated, including having my phone call with my lawyer cut off during an arrest.

**Bail Bond Denial:**

> Bail bonds that were ordered by the court were denied to be paid, resulting in unnecessary pre-trial detention.

**Ignoring Abuse of Disabled Person:**

> Authorities repeatedly ignored credible allegations of abuse committed against me by my two ex-wives, despite evidence and court orders.

**Contempt of Court:**

> My ex-wives were allowed to violate court orders without consequences, necessitating multiple petitions and incurring additional legal expenses.

**Denial of Equal Access to Justice:**

> I was denied equal access to justice when mediators, who were assured and ordered by the court, were never provided.

**Medication Issues:**

> I was taken off my prescribed medications and then put back on them while I was arrested and jailed, causing a psychotic episode.

**Police Misconduct:**

- Police in Mesa, Phoenix, and Gilbert repeatedly ignored my ex-wives' violations of court orders, such as cutting off calls with my children and alienating me from them.

- Police in Mesa dislocated my left shoulder, left thumb, and right elbow during an arrest.

- Police in Mesa and Phoenix consistently refused to produce exculpatory evidence, including footage of interviews and body camera footage, which could serve as a defense in legal proceedings.

**Prejudice and Discrimination:**

> I have been subjected to chronic prejudice and discrimination based on my race, disability, and gender.
> My complaints about police misconduct and abuse of power were summarily dismissed by judges, who claimed there was no evidence to support my allegations.

**Financial and Professional Harm:**

> As a result of the ongoing legal battles and harassment, I have been unable to work, leading to significant financial losses and disruption of important research and investments.

**Excessive Charges and Coercion:**

- The Mesa County District Attorney attempted to coerce me into a plea deal that misrepresented the nature of my marital residence and restricted my right to communicate as a Pro Se litigant in my divorce case.

- I was excessively charged with 15 criminal offenses, despite court orders for mediation that were not followed by my ex-wife or the state.

**Unreasonable Bail and Fear of Retaliation:**

> A Mesa judge set an excessive bail amount of $30,000, despite my unemployment and genuine fear of returning to Arizona due to the risk of further civil and constitutional rights violations.

**Conclusion:**

The aforementioned incidents and patterns of misconduct by the state of Arizona, its cities, and their law enforcement agencies have caused me immense harm and deprived me of my fundamental rights. I respectfully request the Department of Justice to thoroughly investigate these complaints and take appropriate action to address the systemic issues and ensure justice and equal protection under the law.

**#8 Please explain why I believe this happened**

As a HfASD (autism) civil rights advocate, I believe the events that transpired in my case are a clear reflection of the systemic failures of both the criminal and civil justice systems, as well as the deep-seated bias and prejudice that exists within Arizona's courts, police departments, and throughout the state.

**Criminal Justice System Failures:**

- Lack of Disability Awareness and Accommodations: The criminal justice system in Arizona has failed to provide adequate training and resources to law enforcement

> officers and other officials on how to interact with and accommodate individuals with autism. This lack of understanding and accommodation has resulted in numerous instances of police brutality and misconduct against me, including the dislocation of my joints and the denial of necessary medical care.
- Disregard for Court Orders: Police officers have repeatedly ignored court orders and violated my rights, such as refusing to enforce visitation orders and failing to investigate credible allegations of abuse against me. This disregard for the rule of law has created a situation where my rights as a citizen and as a person with a disability have been consistently trampled upon.
- Excessive and Unreasonable Charges: I have been subjected to excessive and unreasonable criminal charges, including 15 misdemeanor counts, despite the fact that there evidence to support my innocence that remains withheld or deleted. This is a clear indication of prosecutorial overreach and a desire to punish me for exercising my rights, blowing the whistle about police and DA's, and advocating for justice.

**Civil Justice System Failures:**

> Denial of Equal Access to Justice: The civil justice system in Arizona has failed to provide me with equal access to justice. Despite court orders for mediation, my ex-wives have repeatedly refused to participate, and the courts have done nothing to enforce these orders. This has resulted in a situation where I have been unable to resolve my legal disputes and obtain justice through the proper channels.

Bias and Prejudice in the Courtroom: I have experienced bias and prejudice from judges who have dismissed my complaints and refused to take my allegations of abuse seriously. This bias **has** prevented me from receiving a fair hearing and has resulted in further harm and injustice.

**Systemic Bias and Prejudice:**

> Discrimination Against HfASD Individuals: The state of Arizona has a long history of discrimination against individuals with HfASD. This discrimination is evident in the lack of resources and support for autistic individuals, as well as the high rates of arrest and incarceration of autistic people. I believe that the bias and prejudice that I have experienced is a direct result of this systemic discrimination. Despite countless attempts to obtain services, and accessibility, that has been systematically denied in Arizona. By police, Judicial Assistants, Judges/Courts, Governors and Attorney General's offices.

Favoritism and **Nepotism**: It is my belief that the bias and prejudice against me is also influenced by the fact that my ex-wives have connections to influential people in the community. This favoritism and nepotism has allowed them to get away with violating court orders and abusing me, while I have been subjected to excessive punishment and retaliation.

**Conclusion:**

The events that have transpired in my case are a disturbing example of how the criminal and civil justice systems can fail individuals with disabilities. The lack of disability awareness, the disregard for court orders, the excessive charges, the denial of equal access to justice, and the bias and prejudice that I have experienced are all symptoms of a system that is broken and in need of urgent reform.

I hope that my story will shed light on the systemic issues that exist in Arizona and inspire others to speak out against injustice and advocate for the rights of people with disabilities.

**#9 Fair Remedy Under the Law:**

In light of the circumstances described, a fair remedy under the law would include the following:

1. Financial Damages:

> Compensation for lost wages, business losses, and other financial losses incurred as a result of the violations of my civil rights and the failures of the criminal and civil justice systems.
> Reimbursement for legal fees and other expenses incurred in pursuing legal action to vindicate my rights.
> Punitive damages to deter the state of Arizona, its agencies, and its officials from engaging in similar misconduct in the future.

2. Injunctive Relief:

> An injunction prohibiting the state of Arizona, its agencies, and its officials from engaging in further violations of my civil rights, including:
> > Denying me equal access to justice
> > Failing to provide reasonable accommodations for my disability
> > Ignoring or violating court orders
> > Engaging in retaliatory or discriminatory conduct

3. Systemic Reforms:

> Comprehensive training for law enforcement officers, judges, and other officials on the rights of individuals with disabilities and how to interact with them in a respectful and accommodating manner.

> Development and implementation of policies and procedures to ensure that individuals with disabilities have equal access to justice, including:
>
> Providing qualified sign language interpreters and other auxiliary aids and services
> Allowing individuals with disabilities to bring support persons into court proceedings
> Modifying court procedures to accommodate the needs of individuals with disabilities
> In camera reviews of medical/health records as was previously ordered but never followed

4. Public Apology:

> A public apology from the United States Government, the state of Arizona, its agencies, and its officials for the violations of my civil rights and the failures of the criminal and civil justice systems.

5. Independent Monitoring:

> Appointment of an independent monitor to oversee the implementation of the aforementioned remedies and ensure that the state of Arizona, its agencies, and its officials are complying with their obligations.

Conclusion:

The aforementioned remedies are necessary to address the harm that has been caused to me and to prevent similar violations from occurring in the future. They are also essential to ensuring that the state of Arizona complies with its obligations under federal law to protect the civil rights of all its citizens, including those with disabilities.

Additional Considerations:

In determining the appropriate financial damages, the DOJ should consider the following factors:

- The severity of the violations of my civil rights
- The extent of the financial losses I have incurred
- The emotional distress and other intangible harms I have suffered
- The need to deter the state of Arizona and its officials from engaging in similar misconduct in the future

The DOJ should also consider the public interest in ensuring that the state of Arizona takes meaningful steps to address the systemic issues that have led to the violations of my rights. This includes implementing comprehensive reforms to its criminal and civil justice systems to ensure equal access to justice for all.

10. Please list below any persons (witnesses, fellow employees, supervisors, or others) whom we night contact for additional information to support or clarify your complaint. Are there other persons or organizations involved in this discrimination case?

    If yes, list the names, addresses and telephone numbers below:

    Name: _____
    Address: _____
    City: _____ State: _____ Zip Code: _____
    Telephone Number: _____
    Email Address: _____

    Name: _____
    Address: _____
    City: _____ State: _____ Zip Code: _____
    Telephone Number: _____
    Email Address: _____

    Name     Address     Telephone Number     Email

11. You do not need a lawyer to file a complaint with the OCR; however, if you do have a lawyer, the OCR is required to communicate directly with your lawyer. If you have a lawyer representing you in this matter, please provide the lawyer's contact information.

    Name     Address     Telephone Number     Email

12. Have you filed a case or complaint about the allegation(s) you raise in this complaint with any other agency?

    Name of Agency: Arizona's offices of attorney general, governer - various agencies over the years
    Date Filed: 4-11-23

    Case or Docket Number: CV2023-005133

    Date of Trial or Hearing: _____

Page 5 of 6

Location of Agency or Court: _____

Name of Investigator: _____

Status of Case: _____

Additional Comments: _____
_____
_____

DATE: 1-15-24                                    SIGNED: _____

(Please also complete and submit the Identity Release Statement.)

Office for Civil Rights
Office of Justice Programs
U.S. Department of Justice
810 7th Street NW
Washington, D.C. 20531
Email:
askOCR@ojp.usdoj.gov
Website:
www.ojp.usdoj.gov/ocr
Telephone: (202) 307-0690
TTY: (202) 307-2027
Fax: 202-354-4380