## Attachment 1 — Interim Equitable Remedy
## (Access-Preserving & Company Preserving Cure)
## Worksheet — Updated Amounts

**Period covered:** 12-month forward stabilization + immediate business reconstitution
**Role/value anchor:** Senior AI/HPC architect & founder (market cash rate, conservative)

**A. Immediate Business Reconstitution** (Company Preserving) **Cure (DESIGNA LLC):**

**one million dollars ($1,000,000)**

1. Core compute & storage (on-prem + cloud runway): four hundred thousand dollars ($400,000)
2. Security & compliance hardening: fifty thousand dollars ($50,000)
3. Software/tooling/licensing & data: one hundred thousand dollars ($100,000)
4. Minimal staffing (12 months): two hundred thousand dollars ($200,000)
5. Legal/accounting/enterprise hygiene: eighty thousand dollars ($80,000)
6. Facilities, connectivity, resilient power: seventy thousand dollars ($70,000)
7. Working capital & contingency (5–10%): one hundred thousand dollars ($100,000)

**Subtotal (Business Reconstitution Cure):** $1,000,000

**B. Access & Life Stabilization (12 months forward):**

**three hundred thousand dollars ($300,000)**

1. Neurocognitive prosthetic stack (compute/software/security): three thousand dollars ($3,000)/mo → thirty-six thousand dollars ($36,000)/yr
2. Clinical care & hard-cost reimbursement (PTSD; Dr. Colin Myers pro bono since 2022): one thousand dollars ($1,000)/mo → twelve thousand dollars ($12,000)/yr
3. Housing & life stabilization: four thousand dollars ($4,000)/mo → forty-eight thousand dollars ($48,000)/yr
4. Replenishment of life & enterprise (DESIGNA ops + support for A.R., J.R., H.R.): seventeen thousand dollars ($17,000)/mo → two hundred four thousand dollars ($204,000)/yr

**Family advances (reimbursement notice).** Within this subtotal, Plaintiff will **reimburse documented family advances provided by his parents** that were necessary to avert homelessness and maintain medical care and litigation access during the impairment period. This reimbursement is part of the access-preserving cure and **does not increase the subtotal**.

**Subtotal (Access & Stabilization):** $300,000

**Total Interim Equitable Remedy (Access-Preserving Company Preserving Cure):**
one million three hundred thousand dollars ($1,300,000)

**Not a final award.** This is a temporary cure preserving access and preventing further irreparable harm while merits are litigated.

**Disbursement requested: direct to DESIGNA LLC within 7 days.**

DATED: October 27, 2025