**Attachment 3 — Preliminary 12-Year Damages Framework (Conservative, Capacity-Based)**

Purpose: Provide a conservative capacity-based structure for merits-phase proof reflecting years of forced partial/contract leadership work and health-driven interruptions. The figures below are methodology placeholders to be refined by expert analysis and discovery; they do not rely on realized income figures and instead model impairment to earning capacity attributable to Defendants' conduct.

Earning-capacity anchor (cash value, conservative, at healthy & full capacity): one million one hundred seventy thousand dollars ($1,170,000) per year.

Phase I — Partial impairment (approx. six years)
Loss factor: twenty-five percent (25%) of capacity.
Six years × two hundred ninety-two thousand five hundred dollars ($292,500) per year = one million seven hundred fifty-five thousand dollars ($1,755,000).

Phase II — Moderate impairment (approx. three years)
Loss factor: fifty percent (50%) of capacity.
Three years × five hundred eighty-five thousand dollars ($585,000) per year = one million seven hundred fifty-five thousand dollars ($1,755,000).

Phase III — Severe/near-total impairment (approx. three years, 2022–present)
Loss factor: one hundred percent (100%) of capacity.
Three years × one million one hundred seventy thousand dollars ($1,170,000) per year = three million five hundred ten thousand dollars ($3,510,000).

Conservative subtotal (cash-value capacity impairment only; excludes equity, IP value, emotional distress): seven million twenty thousand dollars ($7,020,000). This excludes pre-revenue valuation to be determined and supported by expert witnesses if the defendants refuse to enter settlement in good-faith. Settlement provisions should **not** delay relief any further.

DATED: October 27, 2025