ANDREW JACOB RULNICK
733 West Market St. Unit 1008
Akron, Ohio 44303
Tel: 480-527-7255
Email: Andrew@DESIGNA.xyz
Plaintiff, pro se

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Andrew Jacob-sandman Sayers Rulnick**<br><br>**Plaintiff,**<br><br>v.<br><br>**State of Arizona, Maricopa County, & City of Mesa**<br><br>**Breanna Ritchey, Nicole & John Smedley, Sheri Shepard & Udall Shumway**<br><br>**Defendants,** | Case No. 2:2024-cv-02611<br><br>Assigned to Honorable Humetewa<br><br><br>**PLAINTIFF'S DECLARATION**<br>**(28 U.S.C. § 1746)** |

I, ANDREW JACOB RULNICK, declare:

1. Personal status. I am the Plaintiff and appear pro se. I am autistic and experience PTSD-related executive-function impacts during litigation stressors.

2. Parallel proceedings (2022–2025). From 2022 through 2025 I have had overlapping matters in multiple forums, including: Mesa Municipal Court; Maricopa County Superior Court; the United States District Court for the District of Arizona; the United States Court of Appeals for the Ninth Circuit; and, in Ohio, Barberton Municipal Court, the Summit County Court of Common Pleas, and the Ninth District Court of Appeals. These simultaneous obligations would challenge even well-resourced counsel and directly affected the time and organization of my filings.

3. Access barriers. During this period I repeatedly encountered delays or denials of effective-communication accommodations and episodic e-filing/system errors that impeded timely, organized presentation of my claims and exhibits.

4. Assistive "neurocognitive prosthetic." Out of necessity, I developed an assistive drafting/organization system (my "neurocognitive prosthetic"). That auxiliary aid reached

a stable, production-ready state on September 25, 2025. With it, I can now prepare a properly structured Second Amended Complaint consistent with Rule 8 and the plausibility standard, as liberally construed for a pro se litigant.

5. Personal review. I personally review and adopt every filing. The assistive tool helps with organization and accessibility; it does not replace my judgment or responsibility.

6. Filing accommodations requested. To ensure effective communication and to keep the record manageable, I request that the Clerk and parties accept and exchange text-based PDFs where feasible; when image-only PDFs are unavoidable, basic OCR may be applied so documents are text-searchable. I also request permission, when needed, to lodge oversized or exhibit-heavy materials by secure electronic link with a brief email confirmation of receipt.

7. Time needed for the SAC. Given the number of defendants, the volume of evidence, the multi-forum history, and my documented disabilities, a window of up to forty-five (45) days from any order granting leave is reasonably necessary for me to finalize and file a clear, complete Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7th, 2025, at Akron, Ohio.


/s/ **Andrew Rulnick**


Andrew Rulnick
733 West Market Street
Akron, Ohio 44303
Andrew@DESIGNA.xyz
480.527.7255