Andrew Jacob Rulnick
Plaintiff, Pro Se
733 West Market St Apt #1008
Akron, Ohio 44303
480.527.7255

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Andrew Jacob-sandman Sayers Rulnick**<br><br>**Plaintiff,**<br><br>v.<br><br>**State of Arizona, Maricopa County, & City of Mesa**<br><br>**Breanna Ritchey, Nicole & John Smedley, Sheri Shepard & Udall Shumway**<br><br>**Defendants,** | Case No. 2:2024-cv-02611<br><br>Assigned to Honorable Humetewa<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED. Plaintiff shall file the Second Amended Complaint within forty-five (45) days of the date of this Order. Defendants shall respond within the time provided by the Federal Rules after the SAC is filed.

For filing efficiency and effective communication, the Clerk is authorized to accept oversized or exhibit-heavy submissions by secure electronic link with email confirmation of receipt. Parties should utilize text-based PDFs where feasible; image-only PDFs should be OCR-processed when practicable.

IT IS SO ORDERED.

Dated: _____, 2025


(signature)_____

**The Honorable Diane J. Humetewa**
United States District Judge